# Exhibit 1

TRANSCRIPT OF

May 3, 2023 Recording between

Gaurav Srivastava & Nicolas Bravard

AUDIO RECORDING

FILE NAME:

2023 05 03 GS NB NT (183238) (00_32_400-01_15_800)

Transcribed By:  Adrea Knoll

1      MR. GAURAV SRIVASTAVA: And Nicolas, please tell
2 Spencer (Inaudible) what he said about the -- about the
3 stupid obligations about how we are trying to scam Niels
4 and blah, blah, blah. I mean, I don't know, man. You -- I
5 mean --
6      MR. NICOLAS BRAVARD: Did (inaudible) --
7      MR. GAURAV SRIVASTAVA: -- the amount of people
8 --
9      MR. NICOLAS BRAVARD: They told me -- so the
10 (inaudible) American lady told me I should run away because
11 he think that you -- you've been scammed -- scammed and
12 that will fall on me and I should run away. But you know,
13 because he think that everything is -- is a fraud from like
14 taking money out of the company and -- and you being
15 scammed, basically. That's what he said to me. But, you
16 know --
17      MR. GAURAV SRIVASTAVA: He --
18      MR. NICOLAS BRAVARD: -- that's his opinion, you
19 know?
20
21
22
23
24
25

CERTIFICATE OF TRANSCRIBER

1
2
3    I, ADREA KNOLL, do hereby certify that I was
4 authorized to transcribe the foregoing recorded proceeding;
5 and that the transcript is a true and accurate
6 transcription, to the best of my ability, taken while
7 listening to the provided recording.
8
9    I FURTHER CERTIFY that I am not of counsel or
10 attorney for either or any of the parties to said
11 proceedings, nor in any way interested in the events of
12 this cause, and that I am not related to any of the parties
13 thereto.
14
15 Dated this 24th day of JULY, 2025.
16
17 *[signature: Adrea Knoll]*
18
19    Adrea Knoll

2023_05_03_GS_NB_NT_183238_00_32_400_01_15_800

| | | | |
|---|---|---|---|
| **(** | authorized<br>3:4 | fraud<br>2:13 | Nicolas<br>1:5  2:1, 6, 9, 18 |
| (183238)<br>1:12 | **B** | **G** | Niels<br>2:3 |
| **0** | basically<br>2:15<br>blah<br>2:4 | Gaurav<br>1:5  2:1, 7, 17<br>GS<br>1:12 | NT<br>1:12 |
| 00_32_400-01_15_800<br>1:12<br>03<br>1:12<br>05<br>1:12 | Bravard<br>1:5  2:6, 9, 18<br>**C**<br>CERTIFICATE<br>3:1<br>certify<br>3:3, 9 | **I**<br>inaudible<br>2:2, 6, 10<br>interested<br>3:11 | **O**<br>obligations<br>2:3<br>opinion<br>2:18<br>**P** |
| **2**<br>2023<br>1:4, 12<br>2025<br>3:15<br>24th<br>3:15 | company<br>2:14<br>counsel<br>3:9<br>**D** | **J**<br>JULY<br>3:15<br>**K**<br>Knoll<br>1:22  3:3, 19 | parties<br>3:10, 12<br>people<br>2:7<br>proceeding<br>3:4<br>proceedings<br>3:11<br>provided<br>3:7 |
| **3**<br>3<br>1:4 | Dated<br>3:15<br>day<br>3:15<br>don't<br>2:4 | **L**<br>lady<br>2:10<br>listening<br>3:7 | **R**<br>recorded<br>3:4<br>recording<br>1:4, 10  3:7 |
| **A**<br>ability<br>3:6<br>accurate<br>3:5<br>Adrea<br>1:22  3:3, 19<br>American<br>2:10<br>amount<br>2:7<br>attorney<br>3:10<br>AUDIO<br>1:10 | **E**<br>events<br>3:11<br>**F**<br>fall<br>2:12<br>FILE<br>1:11<br>foregoing<br>3:4 | **M**<br>man<br>2:4<br>money<br>2:14<br>**N**<br>NB<br>1:12 | related<br>3:12<br>run<br>2:10, 12<br>**S**<br>scam<br>2:3<br>scammed<br>2:11, 15 |

**Spencer**
  2:2
**Srivastava**
  1:5  2:1, 7, 17
**stupid**
  2:3

---

**T**

---

**taking**
  2:14
**that's**
  2:15, 18
**thereto**
  3:13
**told**
  2:9, 10
**transcribe**
  3:4
**Transcribed**
  1:22
**TRANSCRIBER**
  3:1
**transcript**
  1:3  3:5
**transcription**
  3:6
**true**
  3:5

---

**Y**

---

**you've**
  2:11