# Exhibit 2

TRANSCRIPT OF

May 3, 2023 Recording between

Neils Troost & Gaurav Srivastava

AUDIO RECORDING

FILE NAME:

2023 05 03 GS NB NT (183238) (05_12_950-05_47_500)

Transcribed By:  Adrea Knoll

```
 1            MR. NIELS TROOST:  I had a good chat with Jim and
 2  I understand a lot more now.  You probably know what I
 3  mean, right?  Cause you --
 4            MR. GAURAV SRIVASTAVA:  Yeah.
 5            MR. NIELS TROOST:  -- you told -- you -- you told
 6  me --
 7            MR. GAURAV SRIVASTAVA:  Yes.
 8            MR. NIELS TROOST:  that I can ask him, so --
 9            MR. GAURAV SRIVASTAVA:  Yeah, I ask --
10            MR. NIELS TROOST:  -- we --
11            MR. GAURAV SRIVASTAVA:  -- I asked -- that's why
12  -- that's why I told you because I cannot tell you certain
13  things.
14            MR. NIELS TROOST:  No, I understand that now but
15  none of the people know this and then they did some fucking
16  due diligence, probably, right?  I mean, I also did some
17  due diligence, obviously, right?  And there's some kind of
18  stuff that comes up and I never ask you about it because I
19  believe what you say, right?  You --
20            MR. GAURAV SRIVASTAVA:  Correct.
21            MR. NIELS TROOST:  So -- so --
22            MR. GAURAV SRIVASTAVA:  Yes.  But -- but -- but
23  -- but -- but -- but there are false flags that are put up
24  to do certain things because of what I do.
25
```

```
1                    CERTIFICATE OF TRANSCRIBER
2
3           I, ADREA KNOLL, do hereby certify that I was
4    authorized to transcribe the foregoing recorded proceeding;
5    and that the transcript is a true and accurate
6    transcription, to the best of my ability, taken while
7    listening to the provided recording.
8
9           I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18   [signature: Adrea Knoll]
19             Adrea Knoll
20
21
22
23
24
25
```

2023_05_03_GS_NB_NT_183238_05_12_950_05_47_500

**(**

(183238)  1:12

**0**

03  1:12
05  1:12
05_12_950-05_47_500  1:12

**2**

2023  1:4,12
2025  3:15
24th  3:15

**3**

3  1:4

**A**

ability  3:6
accurate  3:5
Adrea  1:22  3:3,19
attorney  3:10
AUDIO  1:10
authorized  3:4

**C**

CERTIFICATE  3:1
certify  3:3,9
chat  2:1
Correct  2:20
counsel  3:9

**D**

Dated  3:15
day  3:15
diligence  2:16,17
due  2:16,17

**E**

events  3:11

**F**

false  2:23
FILE  1:11
flags  2:23
foregoing  3:4
fucking  2:15

**G**

Gaurav  1:5  2:4,7,9,11,20,22
good  2:1
GS  1:12

**I**

interested  3:11

**J**

Jim  2:1
JULY  3:15

**K**

kind  2:17
Knoll  1:22  3:3,19

**L**

listening  3:7
lot  2:2

**N**

NB  1:12
Neils  1:5
NIELS  2:1,5,8,10,14,21

NT  1:12

**P**

parties  3:10,12
people  2:15
proceeding  3:4
proceedings  3:11
provided  3:7
put  2:23

**R**

recorded  3:4
recording  1:4,10  3:7
related  3:12

**S**

Srivastava  1:5  2:4,7,9,11,20,22
stuff  2:18

**T**

that's  2:11,12
thereto  3:13
there's  2:17
things  2:13,24

**told**
  2:5,12
**transcribe**
  3:4
**Transcribed**
  1:22
**TRANSCRIBER**
  3:1
**transcript**
  1:3  3:5
**transcription**
  3:6
**Troost**
  1:5  2:1,5,8,
  10,14,21
**true**
  3:5

**U**

**understand**
  2:2,14