# Exhibit 3

TRANSCRIPT OF

May 3, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 03 GS NT (182546) (00_01_400-01_12_600)

Transcribed By:   Adrea Knoll

```
 1         MR. GAURAV SRIVASTAVA:  I just spoke to -- I just
 2  spoke to Nicolas, okay?  And if any this is true, Niels,
 3  you have a problem.
 4         MR. NIELS TROOST:  Yeah.
 5         MR. GAURAV SRIVASTAVA:  I'm telling you have a
 6  problem.
 7         MR. NIELS TROOST:  Yeah, I -- I told you --
 8         MR. GAURAV SRIVASTAVA:  Francois --
 9         MR. NIELS TROOST:  -- everything the way it was
10  told to me.
11         MR. GAURAV SRIVASTAVA:  Francois -- Francois made
12  -- not this -- I'm not talking about that.  Francois told
13  Nic -- told Nicolas that he -- this is his words, okay?
14  That I am scamming you, okay?  And that I -- that -- that
15  -- that he has done some whatever the fuck he had done,
16  stupid -- he says he thinks he has done due diligence and I
17  have taken money from you.  There is no (inaudible).  I am
18  telling you, Niels, I will fucking destroy everything in
19  three seconds.  You --
20         MR. NIELS TROOST:  Wa --
21         MR. GAURAV SRIVASTAVA:  -- have no fucking idea.
22         MR. NIELS TROOST:  Wait a minute.  What have I
23  done?
24         MR. GAURAV SRIVASTAVA:  Not you.  Francois made
25  the allegation that he said he did on your behalf, to
```

1  Nicolas, saying that find out what -- he told Nicolas,
2  basically, that I am stealing your money; this is what
3  Francois told Nicolas.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

|    |                                                                  |
|----|------------------------------------------------------------------|
| 1  | CERTIFICATE OF TRANSCRIBER                                       |
| 2  |                                                                  |
| 3  | I, ADREA KNOLL, do hereby certify that I was                     |
| 4  | authorized to transcribe the foregoing recorded proceeding;      |
| 5  | and that the transcript is a true and accurate                   |
| 6  | transcription, to the best of my ability, taken while            |
| 7  | listening to the provided recording.                             |
| 8  |                                                                  |
| 9  | I FURTHER CERTIFY that I am not of counsel or                    |
| 10 | attorney for either or any of the parties to said                |
| 11 | proceedings, nor in any way interested in the events of          |
| 12 | this cause, and that I am not related to any of the parties      |
| 13 | thereto.                                                         |
| 14 |                                                                  |
| 15 | Dated this 24th day of JULY, 2025.                               |
| 16 |                                                                  |
| 17 |                                                                  |
| 18 | *[signature]*                                                    |
| 19 | Adrea Knoll                                                      |

```
                    destroy                                      provided
         2            2:18                    J                    4:7
                    diligence
2025                  2:16           JULY                                R
  4:15              due                4:15
24th                  2:16                                      recorded
  4:15                                       K                    4:4
                          E                                     recording
         A                            Knoll                       4:7
                    events              4:3,19                  related
ability               4:11                                        4:12
  4:6                                        L
accurate                  F                                              S
  4:5                                listening
Adrea               find               4:7                      scamming
  4:3,19              3:1                                         2:14
allegation          foregoing                M                  seconds
  2:25                4:4                                         2:19
attorney            Francois         made                       spoke
  4:10                2:8,11,12,24     2:11,24                    2:1,2
authorized            3:3            minute                     SRIVASTAVA
  4:4               fuck               2:22                       2:1,5,8,11,
                      2:15           money                        21,24
                    fucking            2:17  3:2                stealing
         B            2:18,21                                     3:2
                                             N                  stupid
basically                 G                                       2:16
  3:2                                Nic
behalf              GAURAV             2:13                              T
  2:25                2:1,5,8,11,    Nicolas
                      21,24            2:2,13  3:1,3            talking
         C                           Niels                        2:12
                          I            2:2,4,7,9,               telling
CERTIFICATE                            18,20,22                   2:5,18
  4:1               idea                                        thereto
certify               2:21                   P                    4:13
  4:3,9             inaudible                                   thinks
counsel               2:17           parties                      2:16
  4:9               interested         4:10,12                  told
                      4:11           problem                      2:7,10,12,13
         D          I'm                2:3,6                      3:1,3
                      2:5,12         proceeding                 transcribe
Dated                                  4:4                        4:4
  4:15                               proceedings                TRANSCRIBER
day                                    4:11                       4:1
  4:15
```

**transcript**
  4:5
**transcription**
  4:6
**TROOST**
  2:4,7,9,20,
  22
**true**
  2:2 4:5

---
### W
---

**Wa**
  2:20
**Wait**
  2:22
**words**
  2:13