# Exhibit 4

TRANSCRIPT OF

May 3, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 03 GS NT (214726) (35_53_400-39_55_500)

Transcribed By:  Adrea Knoll

1          MR. GAURAV SRIVASTAVA:  We're literally, you know

2  –– we –– we –– we're literally having all this conversation

3  because the staff is running the business, not the

4  leadership.

5          MR. NIELS TROOST:  Mmm-hmm.

6          MR. GAURAV SRIVASTAVA:  Do you –– this is –– that

7  is the whole conversation.

8          MR. NIELS TROOST:  And that –– that happened

9  because I am forced to stay out.  This all happened after

10  that.  You've seen that.  All happened after December.

11  This ––

12          MR. GAURAV SRIVASTAVA:  Yeah.  Well ––

13          MR. NIELS TROOST:  And that's the issue that I

14  have.

15          MR. GAURAV SRIVASTAVA:  Well, I –– I –– I'm going

16  to tell you, man, you know, we want to –– you –– you want

17  to keep building this out.  This can't be the way we

18  operate, right, because it's very dangerous because

19  Francois can literally do whatever shit he wants to do and

20  whatever, you know ––

21          MR. NIELS TROOST:  And that's why I've been

22  pushing and am so keen for the program and that letter that

23  ESPO can be outside the price cap because that allows me to

24  take back control.  This is why I've been pushing for that

25  and not ––

1          MR. GAURAV SRIVASTAVA:  I ——

2          MR. NIELS TROOST:  —— you know ——

3          MR. GAURAV SRIVASTAVA:  And that's why I have

4    also been trying to push for an inversion because an

5    inverted structure, I can give authority for you to talk to

6    DMCC ——

7          MR. NIELS TROOST:  Yeah.

8          MR. GAURAV SRIVASTAVA:  —— which you cannot

9    today.

10         MR. NIELS TROOST:  No.

11         MR. GAURAV SRIVASTAVA:  And you can only do that

12   if you have a proper, you know, proper documentation and

13   I'm —— but I can't issue anything to you today because

14   you're not even under U.S. —— U.S. —— U.S. control.  And

15   anyway, we had this ——

16         MR. NIELS TROOST:  But even if I'm —— even if I'm

17   your asset, you cannot do that?

18         MR. GAURAV SRIVASTAVA:  I —— I —— I can —— I can

19   write so I can make sure that there's nothing harmful that

20   happens to you from the U.S. and the U.S. can reach out to

21   its counterparts to make sure that they don't do anything

22   to you that is going to be ultimately affecting you.

23         MR. NIELS TROOST:  And that's what you'll do with

24   SECO ultimately, I guess, if ——

25         MR. GAURAV SRIVASTAVA:  Correct.

1          MR. NIELS TROOST:  Yeah.

2          MR. GAURAV SRIVASTAVA:  Correct.  But ultim ——

3    but —— but there's —— the limitation is we cannot —— we ——

4    I cannot authorize —— even though we can give you access ——

5    they cannot give you (inaudible) let's operate in a region

6    where you're not supposed to operate in.  Or if we want to

7    support operatives in North Korea, you cannot operate in

8    North Korea.

9          MR. NIELS TROOST:  No, this is clear. I don't

10   want to.

11         MR. GAURAV SRIVASTAVA:  Well, I'm just making a

12   point, or the DMCC.

13         MR. NIELS TROOST:  So what are we practically do?

14   Because I want this resolved, G, more than you can imagine.

15         MR. GAURAV SRIVASTAVA:  Listen, once you are a

16   U.S. company, you're acting on U.S. behalf.  The U.S. ain't

17   going to do shit.  I know that.  They're fucked.  They have

18   given us carte blanche on whatever I want to do.  Carte

19   blanche; do whatever you want to do, okay?  That's

20   basically it.

21         MR. NIELS TROOST:  Mmm.

22         MR. GAURAV SRIVASTAVA:  Then —— then SECO can

23   take it up and stick it up their ass and so can everybody

24   else.  It doesn't matter.  You're a U.S. company.  You

25   follow U.N. guidelines.  And we have —— even now we still

1  have the biggest stick —-

2          MR. NIELS TROOST:  Mmm-hmm.

3          MR. GAURAV SRIVASTAVA:  —- so this is where

4  (inaudible), man.

5          MR. NIELS TROOST:  So I think if we —- if we want

6  to get this —-

7          MR. GAURAV SRIVASTAVA:  You —-

8          MR. NIELS TROOST:  If —-

9          MR. GAURAV SRIVASTAVA:  Do you —- but do you —-

10 but do you genuinely —- can you feel that I am —- I am

11 wanting to do this with you? Do you feel that?  Do you feel

12 like how desperate I am to do this with you?

13         MR. NIELS TROOST:  Yeah.  Yeah, I do.  But I also

14 feel sometimes that you're threatening people if it doesn't

15 —- and I guess it's out of desperation that you're doing

16 it.

17         MR. GAURAV SRIVASTAVA:  I am just pissed off.

18 Fucking pissed off.  (Inaudible) also the fact that I don't

19 like allegations.

20

21

22

23

24

25

```
 1                   CERTIFICATE OF TRANSCRIBER

 2

 3          I, ADREA KNOLL, do hereby certify that I was

 4   authorized to transcribe the foregoing recorded proceeding;

 5   and that the transcript is a true and accurate

 6   transcription, to the best of my ability, taken while

 7   listening to the provided recording.

 8

 9          I FURTHER CERTIFY that I am not of counsel or

10   attorney for either or any of the parties to said

11   proceedings, nor in any way interested in the events of

12   this cause, and that I am not related to any of the parties

13   thereto.

14

15   Dated this 24th day of JULY, 2025.

16

17

18

19                   Adrea Knoll

20

21

22

23

24

25
```

**2**

2025
  6:15
24th
  6:15

**A**

ability
  6:6
access
  4:4
accurate
  6:5
acting
  4:16
Adrea
  6:3,19
ain't
  4:16
allegations
  5:19
ass
  4:23
attorney
  6:10
authorize
  4:4
authorized
  6:4

**B**

basically
  4:20
behalf
  4:16
biggest
  5:1
blanche
  4:18,19

**C**

carte
  4:18
CERTIFICATE
  6:1
certify
  6:3,9
clear
  4:9
company
  4:16,24
Correct
  4:2
counsel
  6:9

**D**

Dated
  6:15
day
  6:15
desperate
  5:12
desperation
  5:15
DMCC
  4:12
doesn't
  4:24 5:14
don't
  4:9 5:18

**E**

events
  6:11

**F**

fact
  5:18
feel
  5:10,11,14

follow
  4:25
foregoing
  6:4
fucked
  4:17
Fucking
  5:18

**G**

GAURAV
  4:2,11,15,22
  5:3,7,9,17
genuinely
  5:10
give
  4:4,5
guess
  5:15
guidelines
  4:25

**I**

imagine
  4:14
inaudible
  4:5 5:4,18
interested
  6:11
it's
  5:15
I'm
  4:11

**J**

JULY
  6:15

**K**

Knoll
  6:3,19

Korea
  4:7,8

**L**

let's
  4:5
limitation
  4:3
Listen
  4:15
listening
  6:7

**M**

making
  4:11
man
  5:4
matter
  4:24
Mmm
  4:21
Mmm-hmm
  5:2

**N**

NIELS
  4:1,9,13,21
  5:2,5,8,13
North
  4:7,8

**O**

operate
  4:5,6,7
operatives
  4:7

**P**

parties
  6:10,12

2023 05 03 GS NT (214726) (35_53_400-39_55_500)

people
  5:14
pissed
  5:17,18
point
  4:12
practically
  4:13
proceeding
  6:4
proceedings
  6:11
provided
  6:7

            R

recorded
  6:4
recording
  6:7
region
  4:5
related
  6:12
resolved
  4:14

            S

SECO
  4:22
shit
  4:17
SRIVASTAVA
  4:2,11,15,22
  5:3,7,9,17
stick
  4:23 5:1
support
  4:7
supposed
  4:6

            T

That's
  4:19
thereto
  6:13
there's
  4:3
They're
  4:17
threatening
  5:14
transcribe
  6:4
TRANSCRIBER
  6:1
transcript
  6:5
transcription
  6:6
TROOST
  4:1,9,13,21
  5:2,5,8,13
true
  6:5

            U

U.N.
  4:25
U.S.
  4:16,24
ultim
  4:2

            W

wanting
  5:11

            Y

you're
  4:6,16,24
  5:14,15