# Exhibit 5

2023 05 03 NT JR (171624) (26_19_900-29_36_800)

TRANSCRIPT OF

May 3, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 03 NT JR (171624) (26_19_900-29_36_800)

Transcribed By: Adrea Knoll

U.S. Legal Support | www.uslegalsupport.com

1    MR. GAURAV SRIVASTAVA: Niels, you -- Niels, I
2  had -- Niels, I -- there was -- okay, I'm going to
3  (inaudible) talk.  Man, I had -- no -- no (inaudible) --
4  the most powerful people in the United States, Mark Warner,
5  sit across from me for basically an hour and a half and
6  then he's been calling me every day, okay?  You don't --
7  man, I am in a position where I need to respond to these
8  people, like it's really -- it's -- it's -- it's -- it's --
9  it's -- it's -- it's -- it's strange, I don't know, I mean,
10 I -- I -- I hope -- I mean --
11         MR. NIELS TROOST:  Who is he?
12         MR. GAURAV SRIVASTAVA:  I pur -- well, maybe you
13 can look him up, Mark Warner.
14         MR. NIELS TROOST:  Just tell me who he is.
15         MR. GAURAV SRIVASTAVA:  He's the chairman of the
16 Intelligence Committee.
17         MR. NIELS TROOST:  Oh.
18         MR. GAURAV SRIVASTAVA:  He's probably number four
19 in the whole administration.  There's President, Vice
20 President, Speaker of the House, and Mark Warner.  That's
21 -- that's the chain of command and the Vice President
22 pretty useless so he's literally -- he can put directly to
23 the most powerful guy in town.  And (inaudible) do it, I
24 mean, he's mean.  He's the one who set up everything.
25         MR. NIELS TROOST:  Uh-huh.

1       MR. GAURAV SRIVASTAVA: We have people -- we have
2  -- we have members of powers that were former Agency
3  officers. You should (inaudible) Jim, his phone rings off
4  the hook for people that are just trying to meet me for 15
5  minutes, 20 minutes.
6       MR. NIELS TROOST: Yeah, I -- just -- just a
7  practical question for you, all right? How -- how -- ugh,
8  no --
9       MR. GAURAV SRIVASTAVA: Ask me any practical
10 question. I will answer it if I can.
11      MR. NIELS TROOST: How -- Paramount DMCC --
12      MR. GAURAV SRIVASTAVA: Yeah.
13      MR. NIELS TROOST: You know, I'm just trying to
14 formulate the rights words, right? I am -- I am so scared
15 of breeching U.S. law, right? I had no U.S. nexus. Zero.
16 Now -- now you're discussing with U.S. people and there is
17 Paramount DMCC that trades, you know, the way trades -- you
18 understand what I mean.
19      MR. GAURAV SRIVASTAVA: Yeah, yeah.
20      MR. NIELS TROOST: How -- how -- how can you be
21 discussing that?
22      MR. GAURAV SRIVASTAVA: (Inaudible), man.
23 Because it's me.
24      MR. NIELS TROOST: Okay.
25      MR. GAURAV SRIVASTAVA: Okay? You --

1		MR. NIELS TROOST:  Okay.
2		MR. GAURAV SRIVASTAVA:  -- may ask Jim his -- I
3	cannot say anything because of the programs I am a part of
4	but he can.  He can talk to you, okay?  He can -- he --
5	under law, he can speak to you because as a friend or
6	whatever.  But I can't speak to you and I'm part of a
7	program but I cannot tell you about all this stuff but he
8	can.  That's why I put him in the room because he holds a
9	security clearance and I know he can talk to you; that's
10	why I put him in the room.  (Inaudible) I don't need him to
11	be there.  So you can actually hear and communicate and see
12	what is going on but I -- that's why.  They all know what's
13	going on; nobody's an idiot.  Do you -- you understand
14	that, right?  Nobody's an idiot.  Can I call you in just 10
15	minutes?  I've got to take -- I'm going to call this guy
16	back and call you back.

```
 1                CERTIFICATE OF TRANSCRIBER
 2
 3        I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9        I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18   [signature]
19                    Adrea Knoll
20
21
22
23
24
25
```

| 1 | C | E | I |
|---|---|---|---|
| **10** 4:14 <br> **15** 3:4 | **call** 4:14,15,16 <br> **calling** 2:6 <br> **can't** 4:6 | **events** 5:11 | **idiot** 4:13,14 <br> **inaudible** 2:3,23 3:3, 22 4:10 |
| **2** | **CERTIFICATE** 5:1 <br> **certify** 5:3,9 | **F** | **Intelligence** 2:16 <br> **interested** 5:11 |
| **20** 3:5 <br> **2025** 5:15 <br> **24th** 5:15 | **chain** 2:21 <br> **chairman** 2:15 | **foregoing** 5:4 <br> **formulate** 3:14 <br> **friend** 4:5 | **it's** 2:8,9 3:23 <br> **I'm** 2:2 3:13 4:6,15 <br> **I've** 4:15 |
| **A** | **clearance** 4:9 <br> **command** 2:21 | **G** | |
| **ability** 5:6 <br> **accurate** 5:5 <br> **administratio n** 2:19 <br> **Adrea** 5:3,19 <br> **Agency** 3:2 <br> **attorney** 5:10 <br> **authorized** 5:4 | **Committee** 2:16 <br> **communicate** 4:11 <br> **counsel** 5:9 | **GAURAV** 2:1,12,15,18 3:1,9,12,19, 22,25 4:2 <br> **guy** 2:23 4:15 | **J** |
| | | | **Jim** 3:3 4:2 <br> **JULY** 5:15 |
| | **D** | **H** | **K** |
| | **Dated** 5:15 <br> **day** 2:6 5:15 <br> **directly** 2:22 <br> **discussing** 3:16,21 <br> **DMCC** 3:11,17 <br> **don't** 2:6,9 4:10 | **half** 2:5 <br> **hear** 4:11 <br> **he's** 2:6,15,18, 22,24 <br> **holds** 4:8 <br> **hook** 3:4 <br> **hope** 2:10 <br> **hour** 2:5 <br> **House** 2:20 | **Knoll** 5:3,19 |
| | | | **L** |
| **B** | | | **law** 3:15 4:5 <br> **listening** 5:7 <br> **literally** 2:22 |
| **back** 4:16 <br> **basically** 2:5 <br> **breeching** 3:15 | | | |
| | | | **M** |
| | | | **man** 2:3,7 3:22 |

2023 05 03 NT JR (171624) (26_19_900-29_36_800)

| | | | |
|---|---|---|---|
| Mark<br>  2:4,13,20<br>meet<br>  3:4<br>members<br>  3:2<br>minutes<br>  3:5  4:15<br><br>**N**<br><br>nexus<br>  3:15<br>Niels<br>  2:1,2,11,14,<br>  17,25  3:6,<br>  11,13,20,24<br>  4:1<br>nobody's<br>  4:13,14<br>number<br>  2:18<br><br>**O**<br><br>officers<br>  3:3<br><br>**P**<br><br>Paramount<br>  3:11,17<br>part<br>  4:3,6<br>parties<br>  5:10,12<br>people<br>  2:4,8  3:1,4,<br>  16<br>phone<br>  3:3<br>position<br>  2:7<br>powerful<br>  2:4,23 | powers<br>  3:2<br>practical<br>  3:7,9<br>President<br>  2:19,20,21<br>pretty<br>  2:22<br>proceeding<br>  5:4<br>proceedings<br>  5:11<br>program<br>  4:7<br>programs<br>  4:3<br>provided<br>  5:7<br>pur<br>  2:12<br>put<br>  2:22  4:8,10<br><br>**Q**<br><br>question<br>  3:7,10<br><br>**R**<br><br>recorded<br>  5:4<br>recording<br>  5:7<br>related<br>  5:12<br>respond<br>  2:7<br>rights<br>  3:14<br>rings<br>  3:3<br>room<br>  4:8,10 | **S**<br><br>scared<br>  3:14<br>security<br>  4:9<br>set<br>  2:24<br>sit<br>  2:5<br>speak<br>  4:5,6<br>Speaker<br>  2:20<br>SRIVASTAVA<br>  2:1,12,15,18<br>  3:1,9,12,19,<br>  22,25  4:2<br>States<br>  2:4<br>strange<br>  2:9<br>stuff<br>  4:7<br><br>**T**<br><br>talk<br>  2:3  4:4,9<br>that's<br>  2:20,21  4:8,<br>  9,12<br>thereto<br>  5:13<br>There's<br>  2:19<br>town<br>  2:23<br>trades<br>  3:17<br>transcribe<br>  5:4<br>TRANSCRIBER<br>  5:1 | transcript<br>  5:5<br>transcription<br>  5:6<br>TROOST<br>  2:11,14,17,<br>  25  3:6,11,<br>  13,20,24  4:1<br>true<br>  5:5<br><br>**U**<br><br>U.S.<br>  3:15,16<br>ugh<br>  3:7<br>Uh-huh<br>  2:25<br>understand<br>  3:18  4:13<br>United<br>  2:4<br>useless<br>  2:22<br><br>**V**<br><br>Vice<br>  2:19,21<br><br>**W**<br><br>Warner<br>  2:4,13,20<br>what's<br>  4:12<br>words<br>  3:14<br><br>**Y**<br><br>you're<br>  3:16 |