# Exhibit 6

TRANSCRIPT OF

May 4, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 04 GS NT - 28 (054539) (01_30_000-03_42_000)

Transcribed By:  Adrea Knoll

| | |
|---|---|
| 1 | MR. GAURAV SRIVASTAVA: Hello? |
| 2 | MR. NIELS TROOST: Yes, hi. Hi. |
| 3 | MR. GAURAV SRIVASTAVA: Hi. Presuming you didn't |
| 4 | sleep? |
| 5 | MR. NIELS TROOST: Yeah, pretty much. Listen, |
| 6 | this is just your partner looking for some answers, I |
| 7 | guess, more clarity. Question -- |
| 8 | MR. GAURAV SRIVASTAVA: Yes, Sir. Yes, Sir. |
| 9 | MR. NIELS TROOST: So we have a set up; there's a |
| 10 | U.S. subsidiary, right, Paramount Inc. |
| 11 | MR. GAURAV SRIVASTAVA: Yes. |
| 12 | MR. NIELS TROOST: Why -- why -- why does this |
| 13 | only work if we, inverse the whole -- again, I'm just |
| 14 | looking for clarity. If we inverse the whole thing to the |
| 15 | U.S., we have -- we have a U.S. company that they can |
| 16 | support. I mean, why -- why -- why does everything have to |
| 17 | become American, is my question? |
| 18 | MR. GAURAV SRIVASTAVA: Because the -- that's how |
| 19 | these programs -- that's how it works because they are not |
| 20 | interested in building -- all right, they're not interested |
| 21 | in this, "Let's save the western world agenda," because |
| 22 | that's -- that's when America's been fucked many times. |
| 23 | And there's a lot of people that believe that we have been |
| 24 | unduly taken advantage of by Europe, by many different |
| 25 | countries. So we're not interested in this, "Let's try and |

1  save the world," bullshit.  We are only going to do this if
2  this is a pure American enterprise with an American mindset
3  and the only reason why I was able to sell this with you
4  being involved was because, frankly, it was because
5  Christelle is an -- is -- is in New York.  And this is
6  somewhere she wants to be and where you want -- you came
7  here and I -- we have a relationship and there's -- that's
8  great, right?  And that's how this works; that's how it
9  works.  But it doesn't work with a subsidiary because you
10 can (inaudible) the subsidiary and, you know, of course,
11 we're going to be here but you can bail out and they don't
12 want you to bail out because it's a zero sum game for --
13 for everybody -- for everybody involved.  And you know, and
14 that's really what it is.
15
16
17
18
19
20
21
22
23
24
25

```
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3         I, ADREA KNOLL, do hereby certify that I was
 4    authorized to transcribe the foregoing recorded proceeding;
 5    and that the transcript is a true and accurate
 6    transcription, to the best of my ability, taken while
 7    listening to the provided recording.
 8
 9         I FURTHER CERTIFY that I am not of counsel or
10    attorney for either or any of the parties to said
11    proceedings, nor in any way interested in the events of
12    this cause, and that I am not related to any of the parties
13    thereto.
14
15    Dated this 24th day of JULY, 2025.
16
17
18              [signature: Adrea Knoll]
19                   Adrea Knoll
20
21
22
23
24
25
```

2023_05_04_GS_NT_28_054539_01_30_000_03_42_000

```
                          America's            doesn't            inverse
         (                  2:22                 3:9                2:13,14
                          answers              don't              involved
    (054539)                2:6                  3:11               3:4,13
      1:12                attorney                                it's
                            4:10                     E              3:12
                          AUDIO                                   I'm
         0                  1:10               enterprise           2:13
                          authorized             3:2
 01_30_000-03_              4:4                Europe                  J
 42_000                                          2:24
    1:12                                       events             JULY
 04                              B               4:11               4:15
    1:12
 05                       bail                       F                 K
    1:12                    3:11,12
                          building             FILE               Knoll
                            2:20                 1:11               1:22  4:3,19
         2                bullshit             foregoing
                            3:1                  4:4                   L
 2023                                           frankly
    1:4,12                       C                3:4             Let's
 2025                                          fucked               2:21,25
    4:15                  CERTIFICATE            2:22             Listen
 24th                       4:1                                     2:5
    4:15                  certify                    G            listening
 28                         4:3,9                                   4:7
    1:12                  Christelle           game               lot
                            3:5                  3:12               2:23
                          clarity              Gaurav
         4                  2:7,14               1:5  2:1,3,8,          M
                          company                11,18
 4                          2:15               great              mindset
    1:4                   counsel                3:8                3:2
                            4:9                GS
                          countries              1:12                  N
         A                  2:25               guess
                                                 2:7              Niels
 ability                                                            1:5  2:2,5,9,
    4:6                          D                   I              12
 accurate                                                         NT
    4:5                   Dated                inaudible            1:12
 Adrea                      4:15                 3:10
    1:22  4:3,19          day                  interested
 advantage                  4:15                 2:20,25  4:11
    2:24                  didn't
 agenda                     2:3
    2:21
 American
    2:17  3:2
```

| P | S | transcription 4:6 |
|---|---|---|
| Paramount 2:10 | save 2:21 3:1 | Troost 1:5 2:2,5,9,12 |
| parties 4:10,12 | sell 3:3 | true 4:5 |
| partner 2:6 | set 2:9 | |
| people 2:23 | Sir 2:8 | **U** |
| Presuming 2:3 | sleep 2:4 | U.S. 2:10,15 |
| pretty 2:5 | Srivastava 1:5 2:1,3,8,11,18 | unduly 2:24 |
| proceeding 4:4 | subsidiary 2:10 3:9,10 | **W** |
| proceedings 4:11 | sum 3:12 | western 2:21 |
| programs 2:19 | support 2:16 | we're 2:25 3:11 |
| provided 4:7 | | work 2:13 3:9 |
| pure 3:2 | **T** | works 2:19 3:8,9 |
| | that's 2:18,19,22 3:7,8,14 | world 2:21 3:1 |
| **Q** | thereto 4:13 | |
| question 2:7,17 | there's 2:9,23 3:7 | **Y** |
| | they're 2:20 | York 3:5 |
| **R** | thing 2:14 | |
| reason 3:3 | times 2:22 | |
| recorded 4:4 | transcribe 4:4 | |
| recording 1:4,10 4:7 | Transcribed 1:22 | |
| related 4:12 | TRANSCRIBER 4:1 | |
| relationship 3:7 | transcript 1:3 4:5 | |