# Exhibit 7

TRANSCRIPT OF

May 4, 2023 Recording between

Niels Troost & Gaurav Srivastava

AUDIO RECORDING

FILE NAME:

2023 05 04 GS NT - 28 (054539) (13_42_500-15_57_160)

Transcribed By: Adrea Knoll

1              MR. NIELS TROOST:  One more quick --
2              MR. GAURAV SRIVASTAVA:  What --
3              MR. NIELS TROOST:  One -- one more question and I
4    don't know how you're going to react.
5              MR. GAURAV SRIVASTAVA:  Yes, Sir.
6              MR. NIELS TROOST:  You told me you owned a
7    helicopter company.
8              MR. GAURAV SRIVASTAVA:  Yes.
9              MR. NIELS TROOST:  Our due diligence shows that
10   you don't.
11             MR. GAURAV SRIVASTAVA:  Which -- what are you
12   talking about?
13             MR. NIELS TROOST:  This XP or whatever it's
14   called.
15             MR. GAURAV SRIVASTAVA:  Neither do I own
16   Paramount, Inc. or Paramount.
17             MR. NIELS TROOST:  Sorry?
18             MR. GAURAV SRIVASTAVA:  Neither do I own
19   Paramount.
20             MR. NIELS TROOST:  Yeah, but, come on, that's --
21             MR. GAURAV SRIVASTAVA:  What come on?  What do
22   you mean by, "Come on?"  Neither do I own Paramount. I
23   mean, these -- I -- this -- this is not set up to -- you
24   know, these are not -- I own nothing. I don't even own my
25   own car. I own -- there is no piece of paper you can find

```
 1   on me --
 2              MR. NIELS TROOST:  But --
 3              MR. GAURAV SRIVASTAVA:  -- that --
 4              MR. NIELS TROOST:  -- why is that?
 5              MR. GAURAV SRIVASTAVA:  It is set up in that way
 6   because we -- because I was -- you know, when you are --
 7   when you're lit -- how do I put it?  When you are -- when
 8   you are -- when you are an asset, you have to be able to
 9   morph into anything you want to be at any given time.  And
10   you don't want a footprint.  You don't want an asset print
11   unless you want to create an asset finally.  And you know,
12   I have created many different assets for different places
13   in the world but not -- but not -- but not anything where I
14   particularly want to hang a hat.  And that's primarily been
15   political, so you know, that's -- that's what that is.
16              MR. NIELS TROOST:  Mmm.
17              MR. GAURAV SRIVASTAVA:  But I don't even -- why
18   are you asking all these questions now?  You -- why didn't
19   you ask these questions before?
20              MR. NIELS TROOST:  Because --
21              MR. GAURAV SRIVASTAVA:  This is what I don't
22   understand.
23              MR. NIELS TROOST:  Because I never checked it
24   before.  Never. I just took your word for it.
25              MR. GAURAV SRIVASTAVA:  But why -- but why are
```

2023 05 04 GS NT - 28 (054539) (13_42_500-15_57_160)

1  you checking it now?  Is it because your intention was
2  never to merge the company and now you're under pressure to
3  merge it?  That's why you -- or you don't want to merge it
4  but is that what this -- is this -- was it truly we were
5  dragging you -- you were dragging us along?  Like what is
6  going on?
7         MR. NIELS TROOST:  I am not dragging you --
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                CERTIFICATE OF TRANSCRIBER
 2
 3        I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9        I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18        [signature: Adrea Knoll]
19              Adrea Knoll
20
21
22
23
24
25
```

2023 05 04 GS NT - 28 (054539) (13_42_500-15_57_160)

|  |  |  |  |
|---|---|---|---|
| **(** | assets<br>  3:12 | dragging<br>  4:5,7 | interested<br>  5:11 |
| (054539)<br>  1:12 | attorney<br>  5:10 | due<br>  2:9 | it's<br>  2:13 |
|  | AUDIO<br>  1:10 |  |  |
| **0** | authorized<br>  5:4 | **E** | **J** |
| 04<br>  1:12 |  | events<br>  5:11 | JULY<br>  5:15 |
| 05<br>  1:12 | **C** |  |  |
|  | called<br>  2:14 | **F** | **K** |
| **1** | car<br>  2:25 | FILE<br>  1:11 | Knoll<br>  1:22  5:3,19 |
| 13_42_500-15_<br>57_160<br>  1:12 | CERTIFICATE<br>  5:1 | finally<br>  3:11 |  |
|  | certify<br>  5:3,9 | find<br>  2:25 | **L** |
| **2** | checked<br>  3:23 | footprint<br>  3:10 | listening<br>  5:7 |
| 2023<br>  1:4,12 | checking<br>  4:1 | foregoing<br>  5:4 | lit<br>  3:7 |
| 2025<br>  5:15 | company<br>  2:7  4:2 |  | **M** |
| 24th<br>  5:15 | counsel<br>  5:9 | **G** | merge<br>  4:2,3 |
| 28<br>  1:12 | create<br>  3:11 | Gaurav<br>  1:5  2:2,5,8,<br>  11,15,18,21<br>  3:3,5,17,21,<br>  25 | Mmm<br>  3:16 |
|  | created<br>  3:12 |  | morph<br>  3:9 |
| **4** |  | GS<br>  1:12 |  |
| 4<br>  1:4 | **D** |  | **N** |
|  | Dated<br>  5:15 | **H** | Niels<br>  1:5  2:1,3,6,<br>  9,13,17,20<br>  3:2,4,16,20,<br>  23  4:7 |
| **A** | day<br>  5:15 | hang<br>  3:14 |  |
| ability<br>  5:6 | didn't<br>  3:18 | hat<br>  3:14 | NT<br>  1:12 |
| accurate<br>  5:5 | diligence<br>  2:9 | helicopter<br>  2:7 |  |
| Adrea<br>  1:22  5:3,19 | don't<br>  2:4,10,24 | **I** | **O** |
| asset<br>  3:8,10,11 |   3:10,17,21<br>  4:3 | intention<br>  4:1 | owned<br>  2:6 |

2023 05 04 GS NT - 28 (054539) (13_42_500-15_57_160)

**P**

paper
  2:25
Paramount
  2:16,19,22
parties
  5:10,12
piece
  2:25
places
  3:12
political
  3:15
pressure
  4:2
primarily
  3:14
print
  3:10
proceeding
  5:4
proceedings
  5:11
provided
  5:7
put
  3:7

**Q**

question
  2:3
questions
  3:18,19
quick
  2:1

**R**

react
  2:4
recorded
  5:4
recording
  1:4,10  5:7
related
  5:12

**S**

set
  2:23  3:5
shows
  2:9
Sir
  2:5
Srivastava
  1:5  2:2,5,8,
  11,15,18,21
  3:3,5,17,21,
  25

**T**

talking
  2:12
that's
  2:20  3:14,15
  4:3
thereto
  5:13
time
  3:9
told
  2:6
transcribe
  5:4
Transcribed
  1:22
TRANSCRIBER
  5:1
transcript
  1:3  5:5
transcription
  5:6
Troost
  1:5  2:1,3,6,
  9,13,17,20
  3:2,4,16,20,
  23  4:7
true
  5:5

**U**

understand
  3:22

**W**

word
  3:24
world
  3:13

**X**

XP
  2:13

**Y**

you're
  2:4  3:7  4:2