# Exhibit 8

TRANSCRIPT OF

May 4, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 04 GS NT - 28 (054539) (24_23_950-25_34_365)

Transcribed By: Adrea Knoll

1   MR. GAURAV SRIVASTAVA: And I'm going to answer
2   any question you want -- that you want me to answer, okay?
3   On XP Services, which is what you want -- which the
4   question I think you're asking about, why I brought Allison
5   on as the company and why I (inaudible) the company, if
6   that's the question?
7   MR. NIELS TROOST: Mmm-hmm.
8   MR. GAURAV SRIVASTAVA: That company has -- has a
9   classified CL -- CL5C contract, which is it does -- it --
10  it is set up for buying foreign armament licenses, which
11  means if I want to buy a fucking plane from North Korea,
12  that company buys the plane from North Korea. If I have to
13  operate in the financial world, I cannot -- I cannot be
14  doing that and operate in the money world; it doesn't mix.
15  But XP is the only company that has an ability to buy
16  foreign armament licenses. That's what -- that's how that
17  -- like when you and the Iran drone went down, we buy that
18  equipment and we give it to the American government,
19  through the DIA. That's the short answer of it -- of that
20  --
21  MR. NIELS TROOST: Mmm.
22  MR. GAURAV SRIVASTAVA: -- of that -- on that --
23  on that question.
24  MR. NIELS TROOST: Mmm.
25  MR. GAURAV SRIVASTAVA: I can't do that and still

```
 1  appear in -- in all the business world.
 2          MR. NIELS TROOST:  Okay.
 3          MR. GAURAV SRIVASTAVA:  Okay?
 4          MR. NIELS TROOST:  All right.
 5          MR. GAURAV SRIVASTAVA:  But I'm glad you asked
 6  the question.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  CERTIFICATE OF TRANSCRIBER
 2
 3           I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9           I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18           [signature]
19                   Adrea Knoll
20
21
22
23
24
25
```

2023 05 04 GS NT - 28 (054539) (24_23_950-25_34_365)

|  **2**  |  certify<br>  4:3,9 |  **G**  |  **M**  |
|---|---|---|---|
| **2025**<br>  4:15<br>**24th**<br>  4:15 | **CL**<br>  2:9<br>**CL5C**<br>  2:9<br>**classified**<br>  2:9<br>**company**<br>  2:5,8,12,15<br>**contract**<br>  2:9<br>**counsel**<br>  4:9 | **GAURAV**<br>  2:1,8,22,25<br>  3:3,5<br>**give**<br>  2:18<br>**glad**<br>  3:5<br>**government**<br>  2:18 | **means**<br>  2:11<br>**mix**<br>  2:14<br>**Mmm**<br>  2:21,24<br>**Mmm-hmm**<br>  2:7<br>**money**<br>  2:14 |
| **A** | | | |
| **ability**<br>  2:15  4:6<br>**accurate**<br>  4:5<br>**Adrea**<br>  4:3,19<br>**Allison**<br>  2:4<br>**American**<br>  2:18<br>**armament**<br>  2:10,16<br>**attorney**<br>  4:10<br>**authorized**<br>  4:4 | **D**  | **I** | **N** |
|  | **Dated**<br>  4:15<br>**day**<br>  4:15<br>**DIA**<br>  2:19<br>**doesn't**<br>  2:14<br>**drone**<br>  2:17 | **inaudible**<br>  2:5<br>**interested**<br>  4:11<br>**Iran**<br>  2:17<br>**I'm**<br>  2:1  3:5 | **NIELS**<br>  2:7,21,24<br>  3:2,4<br>**North**<br>  2:11,12 |
| | | **J** | **O** |
| | **E** | **JULY**<br>  4:15 | **operate**<br>  2:13,14 |
| **B** | **equipment**<br>  2:18<br>**events**<br>  4:11 | **K** | **P** |
| **brought**<br>  2:4<br>**business**<br>  3:1<br>**buy**<br>  2:11,15,17<br>**buying**<br>  2:10<br>**buys**<br>  2:12 | | **Knoll**<br>  4:3,19<br>**Korea**<br>  2:11,12 | **parties**<br>  4:10,12<br>**plane**<br>  2:11,12<br>**proceeding**<br>  4:4<br>**proceedings**<br>  4:11<br>**provided**<br>  4:7 |
| | **F** | **L** | |
| | **financial**<br>  2:13<br>**foregoing**<br>  4:4<br>**foreign**<br>  2:10,16<br>**fucking**<br>  2:11 | **licenses**<br>  2:10,16<br>**listening**<br>  4:7 | |
| **C** | | | **Q** |
| **can't**<br>  2:25<br>**CERTIFICATE**<br>  4:1 | | | **question**<br>  2:2,4,6,23<br>  3:6 |

| R | X |
|---|---|
| **recorded**<br>  4:4<br>**recording**<br>  4:7<br>**related**<br>  4:12 | **XP**<br>  2:3,15 |

| | Y |
|---|---|
| | **you're**<br>  2:4 |

**S**

**Services**
  2:3
**set**
  2:10
**short**
  2:19
**SRIVASTAVA**
  2:1,8,22,25
  3:3,5

**T**

**that's**
  2:6,16,19
**thereto**
  4:13
**transcribe**
  4:4
**TRANSCRIBER**
  4:1
**transcript**
  4:5
**transcription**
  4:6
**TROOST**
  2:7,21,24
  3:2,4
**true**
  4:5

**W**

**world**
  2:13,14 3:1