# Exhibit 9

2023 05 04 GS NT - 65 (073539) (03_01_900-14_51_000)

TRANSCRIPT OF

May 4, 2023 Recording between

Niels Troost & Gaurav Srivastava

AUDIO RECORDING

FILE NAME:

2023 05 04 GS NT - 65 (073539) (03_01_900-14_51_000)

Transcribed By: Adrea Knoll

```
 1              MR. NIELS TROOST:  No, this -- this -- this --
 2   this SECO thing just blew me.  I just did not expect that
 3   after being told we're talking to them, they're cool with
 4   us, all is fine.
 5              MR. GAURAV SRIVASTAVA:  Right.  I understand but
 6   do you understand that we were also, you know, we had been
 7   -- for whatever reason, we have been having these
 8   conversations and I've been telling you, you know, SECO is
 9   under pressure for -- they have told us many times, you
10   have to make sure this is a U.S. -- I know we don't want to
11   deal with it.  The EU has obviously not said anything; they
12   don't (audio cuts out) elaborate at all.  So you know, it
13   was -- I mean, we had been doing that for some time now.
14   At some point, they sent the letter, which I mean, to be --
15   to be -- (audio cuts out) --
16              MR. NIELS TROOST:  (Phone rings).  Yeah, hi.  Hi.
17              MR. GAURAV SRIVASTAVA:  No, I said -- I said -- I
18   said what SECO -- what SECO has done after them telling us
19   for months that, "Please, we don't want to do this, you
20   know, we would like if you can have someone, you know," --
21   because I know what their issues are and I think we're
22   pretty clear, but I -- to be frank with you, what they have
23   sent to you is the least they can do.
24              MR. NIELS TROOST:  But if -- but if there was a
25   dialogue, they should have told you, "We're going to do
```

1  this."
2           MR. GAURAV SRIVASTAVA:  Yeah, sure, you know,
3  probably they should have. I mean, they did hint and, you
4  know, they did tell us in -- in that -- you know, that we
5  are -- for last, you know, that this is -- it's not going
6  the way it's supposed to be going.  I mean, they did talk
7  about -- remember, I told you before about about the
8  secondary sanction list, you know, your name on it.  I
9  mean, they -- you know, they -- I mean -- and I told you
10 about that before, right?  Before that I told you.  I said,
11 "Niels, there's a list circulating, they're trying to," --
12 but it's like -- I -- I did tell you from what I heard but
13 I don't have -- I don't have the kind of, you know, I
14 cannot force them to do stuff because we're not, you know,
15 we're not a U.S. company.  We don't -- we don't -- we're
16 not -- we don't have the sharing agreement that we're --
17 they're doing courtesies and so are we. It's a courtesy but
18 it's not, you know, they don't need to do it.  But they
19 did, they told me what they're working on, they -- and I
20 told you the same thing, so but anyway, I -- look, that's -
21 - we are where we are right now.  And I -- I feel that, you
22 know, yes, ideally, I would have loved if they told me but
23 they didn't, for whatever reason --
24          MR. NIELS TROOST:  But --
25          MR. GAURAV SRIVASTAVA:  -- they did not do that.

|    |                                                                            |
|----|----------------------------------------------------------------------------|
| 1  | MR. NIELS TROOST: But right now —                                          |
| 2  | MR. GAURAV SRIVASTAVA: But it is —                                         |
| 3  | MR. NIELS TROOST: But right now it's me. It's                              |
| 4  | my life right now. It's — it's me they're asking                           |
| 5  | questions about; not you. I can't say, "G, G, G, G, G."                    |
| 6  | It's — they don't care about G. They care about me,                        |
| 7  | Paramount, and I — I feel very, very — I'm very scared.                    |
| 8  | Very exposed. And then you tell me, "Well, there's nothing                 |
| 9  | we can do because we didn't inverse the company" and                       |
| 10 | they're not going to reach out. Which they didn't believe                  |
| 11 | you're going to do this; that's what you said.                             |
| 12 | MR. GAURAV SRIVASTAVA: Well, I understand that I                           |
| 13 | did say that but I'm trying — I'm trying to get past that,                 |
| 14 | right? I want people — I want — I want — I'm trying to                     |
| 15 | get past that. Like, it's a — you know, you — I                            |
| 16 | understand I said that but I'm trying to get past that and                 |
| 17 | trying to get to a point where we can get this conversation                |
| 18 | going. But it seems like we keep going back to the same                    |
| 19 | things and, I guess, that's really it.                                     |
| 20 | MR. NIELS TROOST: Mmm-hmm. But right now, we                               |
| 21 | have a company, a Swiss company, that has been asked by the                |
| 22 | Swiss government to provide information. We have Nicolas,                  |
| 23 | who we believe is a shareholder. He says he's a proxy but                  |
| 24 | he can't share a proxy agreement. You're saying you're a                   |
| 25 | shareholder but you're not the shareholder or the UBO. And                 |

```
 1  I'm -- if this -- if this does not get resolved, I'm the
 2  one that's getting fucked.
 3              MR. GAURAV SRIVASTAVA:  Niels, if this is your
 4  only concern, then I don't think you have a concern.  I'm
 5  sorry.  But if UBO is your only con (audio cuts out) I told
 6  you (inaudible) before, too.  We will not -- this will be
 7  -- you know, I had this (audio cuts out) plan, I will send
 8  you the thing in the morning.  That's (inaudible) -- I told
 9  you you'll have the answers by -- you know, you'll have it
10  -- it's been done.  So I don't know how I have (audio cuts
11  out) the same thing over and over again. I get it.  I
12  understand, Sir.  Believe me.
13              MR. NIELS TROOST:  But is there -- is there any
14  -- but what fact, what proof -- I mean, what proof can you
15  give me that -- and I know this is secret stuff, right, but
16  that makes it so difficult for me to accept.  (Phone
17  rings).  Yeah?
18              MR. GAURAV SRIVASTAVA:  What proof can I give you
19  for what though?
20              MR. NIELS TROOST:  That -- that I have
21  protection.
22              MR. GAURAV SRIVASTAVA:  Well, I can't give you
23  any proof until we actually have a structure because you
24  are not -- you know, you can -- we cannot, you know, we
25  cannot give you any proof or actually anything officially
```

```
 1  until we actually -- I cannot officially, even, you know,
 2  put you in something. I mean, at this moment in time, you
 3  are a shareholder of a company in Switzerland who has given
 4  information and we're not doing anything against -- the
 5  U.S. is not doing anything against you so there's nothing
 6  to particularly worry about from our side.  But if you want
 7  outreach to foreign government agencies, it doesn't -- it's
 8  not going to happen by -- without a structure, man.  It
 9  just will not happen, I know.  And that's what I've been
10  trying to say.  But we need to put something together and I
11  think we can come off it preemptively; I think some of it
12  can be reached out to SECO once the structure is -- is put
13  together.  But you know, people just -- this is just how
14  this stuff works.  That's just like my two cents.
15              MR. NIELS TROOST:  But you said I was, what MS5,
16  or whatever, you kept -- I keep forgetting what it is; some
17  kind of --
18              MR. GAURAV SRIVASTAVA:  X1.
19              MR. NIELS TROOST:  Sorry?
20              MR. GAURAV SRIVASTAVA:  MX1.
21              MR. NIELS TROOST:  MX1 asset, which means that
22  I'm some sort of a, I don't know, information provider for
23  --
24              MR. GAURAV SRIVASTAVA:  You -- you -- yeah,
25  you're giving information but the U.S. is not doing
```

1  anything against you, do you understand?  The U.S. is not
2  going after you.  Like, we're not the ones who are saying
3  anything to you at all.
4              MR. NIELS TROOST:  But how -- how -- how -- how
5  -- look, I was supposed to come to LA, and whatever; you
6  were going to show me some papers about -- you didn't do
7  it, it wasn't ready, whatever you said.  Is there any sort
8  of proof that you can show me that I am this asset?  That
9  there is something like this for me?
10             MR. GAURAV SRIVASTAVA:  What are you going to do
11 with it?
12             MR. NIELS TROOST:  It's for my -- for my peace of
13 mind; that's what I'm going to do with it.  I'm not
14 sleeping, G.  I'm -- you don't -- it's --
15             MR. GAURAV SRIVASTAVA:  But you know I'm going to
16 -- but you know I'm going to give that paper to the Swiss
17 --
18             MR. NIELS TROOST:  No.
19             MR. GAURAV SRIVASTAVA:  -- or the French or the
20 (inaudible).
21             MR. NIELS TROOST:  No.  No.  No.  No.  It's for
22 my peace of mind.  I don't know what's going on.  For me,
23 there's either, you know, right now, it has all the -- if
24 you look at the facts, just the facts; not the secrecy,
25 just the facts --

| | |
|---|---|
| 1 | MR. GAURAV SRIVASTAVA: Mmm-hmm. |
| 2 | MR. NIELS TROOST: -- right? I'm the one that's |
| 3 | being asked by the Swiss government to provide information |
| 4 | and I don't know what to tell them. I am very -- I don't |
| 5 | -- I don't know if -- what -- what you don't understand, I |
| 6 | am very worried for myself right now. |
| 7 | MR. GAURAV SRIVASTAVA: I understand that but I |
| 8 | don't -- I -- I already picked that; I already -- |
| 9 | MR. NIELS TROOST: I -- |
| 10 | MR. GAURAV SRIVASTAVA: -- know that. |
| 11 | MR. NIELS TROOST: And I would feel comfortable, |
| 12 | I will not show anything to anybody, I feel comfortable to |
| 13 | say to my staff, "Fuck you all, I'm going to do this. This |
| 14 | is real. Nothing is going to happen to us." But right |
| 15 | now, it's your word and Jim's word that I'm relying on. |
| 16 | MR. GAURAV SRIVASTAVA: How does Jim's word get |
| 17 | involved in this? |
| 18 | MR. NIELS TROOST: No, for what he told me about |
| 19 | you, right? |
| 20 | MR. GAURAV SRIVASTAVA: Oh, that, yeah. |
| 21 | MR. NIELS TROOST: That's -- |
| 22 | MR. GAURAV SRIVASTAVA: Well -- |
| 23 | MR. NIELS TROOST: It -- but what -- |
| 24 | MR. GAURAV SRIVASTAVA: (Inaudible). |
| 25 | MR. NIELS TROOST: Is there something that you |

1  can give me that shows that I'm your asset?  Please.
2           MR. GAURAV SRIVASTAVA:  Let me -- let me think
3  through this.  I -- I mean, it's one thing if there's a
4  piece of paper that says you are my asset; that's -- that's
5  the first thing.  Mmm, mmm, mmm, mmm, mmm.  Let me -- let
6  me think about it and I -- let me -- let me think through
7  this.
8           MR. NIELS TROOST:  Or -- or some --
9           MR. GAURAV SRIVASTAVA:  I -- I --
10          MR. NIELS TROOST:  -- you know, something --
11          MR. GAURAV SRIVASTAVA:  I know what you're
12 looking for but -- I understand what you're looking for but
13 let me see what I can get.
14          MR. NIELS TROOST:  For -- for me, for nobody
15 else.  I'm going crazy.  You know, there was -- there was
16 paperwork that you said you sent to -- I mean, give me
17 something.
18          MR. GAURAV SRIVASTAVA:  Man, you know, the thing
19 is, I mean, there is (inaudible) -- there's a few things
20 that come to my head but, you know, we are -- I mean, I am
21 breaching -- I am breaching, you know, the -- the -- the
22 law when you -- when I send something, this is like, you
23 know, this is -- you know, and if -- and it's -- it's one
24 thing putting me in jeopardy but it's a whole other thing
25 that I'm going to put you in jeopardy by giving information

```
 1  you shouldn't -- I mean, it's very serious, you know, this
 2  issue is taken very seriously.  Okay.  Okay, I'm going to
 3  -- I don't know, man.  I'm going to think -- I have to
 4  think through this but -- I have to think through this.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2
 3         I, ADREA KNOLL, do hereby certify that I was
 4  authorized to transcribe the foregoing recorded proceeding;
 5  and that the transcript is a true and accurate
 6  transcription, to the best of my ability, taken while
 7  listening to the provided recording.
 8
 9         I FURTHER CERTIFY that I am not of counsel or
10  attorney for either or any of the parties to said
11  proceedings, nor in any way interested in the events of
12  this cause, and that I am not related to any of the parties
13  thereto.
14
15  Dated this 24th day of JULY, 2025.
16
17  [signature: Adrea Knoll]
18
19                Adrea Knoll
20
21
22
23
24
25
```

2023 05 04 GS NT - 65 (073539) (03_01_900-14_51_000)

### 2

**2025** 11:15
**24th** 11:15

### A

ability 11:6
accurate 11:5
Adrea 11:3,19
attorney 11:10
authorized 11:4

### C

CERTIFICATE 11:1
certify 11:3,9
counsel 11:9

### D

Dated 11:15
day 11:15
don't 10:3

### E

events 11:11

### F

foregoing 11:4

### I

interested 11:11
issue 10:2
it's 10:1
I'm 10:2,3

### J

JULY 11:15

### K

Knoll 11:3,19

### L

listening 11:7

### M

man 10:3

### P

parties 11:10,12
proceeding 11:4
proceedings 11:11

provided 11:7

### R

recorded 11:4
recording 11:7
related 11:12

### S

shouldn't 10:1

### T

thereto 11:13
transcribe 11:4
TRANSCRIBER 11:1
transcript 11:5
transcription 11:6
true 11:5