# Exhibit 10

TRANSCRIPT OF

May 5, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 05 GS NT - 48 (211608) (12_36_100-22_15_000)

Transcribed By: Adrea Knoll

1       MR. GAURAV SRIVASTAVA:  If something happens to
2  -- if -- if something happens to you or something happens
3  to the company, the entire great plan goes down the pipe.
4  This is the problem.  And I feel that is going to happen
5  and I've never said this to you.  I have never said this to
6  you.  I am -- I am -- I -- I feel that we are not going to
7  take the actions we are going to take.  I feel we are -- we
8  are going -- we are going to get to a point where it will
9  happen because there is a lot of pressure and if we don't
10 take the steps correctly, resolve the structure and flip it
11 out, whatever we need to do, build a timeline, get the
12 government on board, there is going to -- because they will
13 look for a target but the target in this case, what I want
14 it to be, I want it to be that -- what's the -- Eyyub
15 Etibar.  I want to flip the target because you will be an
16 American company.  That's what I am pivoting for, okay?
17 That's really what it is, to be very, very frank with you.
18 And I don't talk like this to you because I don't want -- I
19 don't want anything to happen to your health and like, I
20 try to keep everything to myself --
21      MR. NIELS TROOST:  I -- I --
22      MR. GAURAV SRIVASTAVA:  -- (inaudible) tell me
23 anything.
24      MR. NIELS TROOST:  I'm -- I'm -- I'm -- I'm
25 really so stressed out since this SECO thing because it's

```
 1  -- it doesn't make
 2          MR. GAURAV SRIVASTAVA:  Exactly.  That's what I'm
 3  saying. I don't want to -- that's why I don't tell you
 4  anything but you have to -- I don't know what to do, man.
 5  I'm really --
 6          MR. NIELS TROOST:  But what I don't understand --
 7          MR. GAURAV SRIVASTAVA:  -- (inaudible) position.
 8          MR. NIELS TROOST:  -- but -- but what I don't
 9  under -- look, becoming a U.S. --
10          MR. GAURAV SRIVASTAVA:  Please --
11          MR. NIELS TROOST:  Becoming -- because I went
12  over this with Jeff, too, right?  And so, I've never seen a
13  memo on this.  Jeff said I looked at it left, right, and
14  center, but becoming a U.S. company and owning DMCC, having
15  them do that business that they do, it's -- would be in
16  breach of sanctions so you need to find --
17          MR. GAURAV SRIVASTAVA:  Not according -- not
18  according to the -- not according to either OFAC or
19  Melissa, which is the OFAC attorney at Baker.
20          MR. NIELS TROOST:  So what I am missing is her
21  note on that because I have not seen that.
22          MR. GAURAV SRIVASTAVA:  Sure, that would -- that
23  -- you can (inaudible) Jeff for the note.  They've looked
24  at it multiple times. They've spoken to the agencies. Look,
25  when you -- this is the thing, when this stuff happens, you
```

1  know, people start saying -- there's already a lot of
2  doubt.  A lot of doubt.  You know, when you start doing
3  this, "Oh, well, what is he trying to do?  Is he trying to
4  play a -- is he trying to play a former intelligence
5  officer?  Is he trying to play an asset?" which is me.
6  There's all this shit that comes to people's mind and, you
7  know, man, this is dangerous shit.  It is not -- this is --
8  you cannot buy your way out of the shit.  I keep trying to
9  tell you:  You have to resolve the crisis, make, you know,
10 go forward with it.  If you go forward with it, you -- if
11 you -- you will -- this is not meant -- there are no -- you
12 -- there's no -- I've told you this the first time I met
13 you.  I said, "Niels, we go down this path, this is not a
14 place where you pay your way out of anything.  We work
15 together.  I'll -- I'll stay with you.  We'll go through
16 the end line and we see this through.  We'll never -- we'll
17 never let you go.  I'll -- I told this to you.  But this is
18 not a transactional business.  These are -- this is not a
19 transaction, man. Once you're with these people, you will
20 be -- you want to be part of the system?  You're a part of
21 the system, you're in part of the system; you're all part
22 of the system.  They never -- you're always okay.  That's
23 how it works.  But if you're not and you fuck around with
24 it, it's a different story.  That's -- I told this to you
25 the first day I met you in Bali and I don't know -- I don't

1  think you took me seriously, but I'm telling this to you
2  again, man.  Really, as a friend, please, Niels, whatever
3  we need to do, whatever you need, whatever needed from
4  Chabrier, whatever you notes you need, please, please,
5  let's get this resolved.  Otherwise, I -- you know, I -- I
6  -- my -- my hand will be (inaudible) at some point, well,
7  you can't do anything, G.  And I'm not there yet but I will
8  be there very soon.  That's -- and I have never spoken to
9  (inaudible) in eight months.  I mean, I've said, "Okay,
10 we'll do it."  I've been very relaxed about this, right?
11 Never been this -- never been this much of pressure.  I
12 never have put this much pressure and you know that.
13         MR. NIELS TROOST:  No, and I'm collapsing under
14 this pressure, G.  When you talk to -- I mean --
15         MR. GAURAV SRIVASTAVA:  But I have to tell you,
16 right, you're my partner.  Do I not tell you this shit?  I
17 mean, what do I do?
18         MR. NIELS TROOST:  Yeah, but I --
19         MR. GAURAV SRIVASTAVA:  What do I say?
20         MR. NIELS TROOST:  But -- but -- but -- I'm --
21         MR. GAURAV SRIVASTAVA:  I mean, how -- how do I
22 react?  What --
23         MR. NIELS TROOST:  Let me --
24         MR. GAURAV SRIVASTAVA:  Who do I tell this to?
25 You're my partner.  I mean, who do I tell this to?  I have

1  to tell this to my shareholder, right? You're my -- you
2  (inaudible) fucking company.
3              MR. NIELS TROOST: G, listen to me.
4              MR. GAURAV SRIVASTAVA: I have to --
5              MR. NIELS TROOST: I am so scared.
6              MR. GAURAV SRIVASTAVA: Okay. Of -- but -- of
7  what? Why don't we dissolve the crisis which is in front
8  of us, which is why don't we walk through the different
9  steps, go through those steps, build a plan, and work it
10 out instead of being scared. It's not going to help
11 anything. And I have to tell you this, I will not -- if we
12 do what (inaudible) going to, I will not let anything
13 happen to you or the company. It will not happen on my
14 watch. Will not happen. It will not happen, okay?
15             MR. NIELS TROOST: Well, okay, what is the crisis
16 --
17             MR. GAURAV SRIVASTAVA: I (inaudible) --
18             MR. NIELS TROOST: What is the --
19             MR. GAURAV SRIVASTAVA: I --
20             MR. NIELS TROOST: What is the --
21             MR. GAURAV SRIVASTAVA: I don't think you're -- I
22 don't think you understand what -- to you -- to you --
23 first of all, I don't think you understand who you're
24 dealing with but that's a whole different story.
25             MR. NIELS TROOST: Yeah, I don't understand --

1    MR. GAURAV SRIVASTAVA:  But --

2    MR. NIELS TROOST:  -- who I'm dealing with.

3    MR. GAURAV SRIVASTAVA:  -- (inaudible) say much.

4    MR. NIELS TROOST:  So -- so tell me.  I --

5    MR. GAURAV SRIVASTAVA:  It's very difficult to
6 say.  I am under -- I have so many obligations where I
7 cannot say stuff to you because of my clearances and stuff
8 I hold.

9    MR. NIELS TROOST:  Okay.

10   MR. GAURAV SRIVASTAVA:  But --

11   MR. NIELS TROOST:  I -- I have a --

12   MR. GAURAV SRIVASTAVA:  -- you -- but you -- but
13 -- but you have to understand this by now.  The fact that I
14 can reach all these people, I can call -- it's not a joke,
15 man, to call eight senators in a day and full thing and the
16 president in the White House and the -- you know, the
17 ambassador of this country and -- this is not monkey
18 business; this is very serious shit --

19   MR. NIELS TROOST:  So how is that possible?

20   MR. GAURAV SRIVASTAVA:  -- you know?  Because I
21 am part of a program, I've told this to you before, in
22 which there is only 30 people part of that program that has
23 been open and shut over the years by the American
24 government, okay?  It was shut off for some time, we open
25 it up again, and we open it when we want to open.  I'm -- I

1  am part of the program so I can call anybody, can reach out
2  to any state, any agency, anybody, but in non -- but it is
3  called Non-Official Cover, NOC, okay?  But you're not
4  supposed to know all this; you're not supposed to even have
5  privy to this information. For your intent and purposes, I
6  am your friend, I'm your partner, I'm a business, whatever.
7  You're not supposed to know this.  And then you say, "Well,
8  give me a piece of paper."  Well, probably not supposed to
9  know that and how am I supposed to show you a piece of
10 paper?  It's like it's counterintuitive.  Either you --
11 there's only two ways.  Either -- look, this guy Sam
12 Bankman-Fried, you know, he was -- you know, he spent --
13 you can look, see how much money he spent in politics in
14 Washington.  He just gave $100 million to Schumer, he give
15 $150 million to McCarthy PAC. I mean, he had laid money
16 like no one's business in DC.  He fucked with two people in
17 DC; two people, okay?  Two guys.  One of them was me and
18 one was another guy.  Two guys.  $250 million down the
19 fucking toilet drain. I have told you, man, you cannot buy
20 the town.  Everybody tries it.  That's not how this town
21 works.  Yes, you pay money but there is a way to do this.
22 If you fuck with it, it will eat you alive.  I've told this
23 to you many, many times.  But we're not dealing with part
24 of the fucking thing.  I'm trying to bring you in this -- I
25 -- part of our system because I actually like you and

1  you're a great guy.  I love hanging out with you.  So,
2  okay?  And I don't know how else to explain this to you but
3  that's really it.
4             MR. NIELS TROOST:  So question, right?  If --
5             MR. GAURAV SRIVASTAVA:  Yes?
6             MR. NIELS TROOST:  When the government wants to
7  do something like this, I would have expected they would
8  actually want to meet with me, too, to see, "Oh, the
9  founder of the company."
10            MR. GAURAV SRIVASTAVA:  No.  No, they don't,
11 because it's my decision.  It's not their decision.  I
12 decide if I'm going to work with you or not.  It's
13 (inaudible) the government.  They want to do a program, I
14 decide.  If I said today, "Niels, not working with him. I'm
15 going to work with Mr. Adam," Niels goes down the shit can.
16 Adam gets in.  That's really how this works.  And by the
17 way, everybody around me knows how it works.  Nicolas knows
18 how it works.  If I decide today Niels is not my friend and
19 not my partner, today, by tomorrow morning, it will be
20 fucking pandemonium on your life.  That's how it goes.
21 That is this business.
22            MR. NIELS TROOST:  Yeah, but that's a threat.  I
23 mean, that's like I have no choice anymore.
24
25

```
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3          I, ADREA KNOLL, do hereby certify that I was
 4  authorized to transcribe the foregoing recorded proceeding;
 5  and that the transcript is a true and accurate
 6  transcription, to the best of my ability, taken while
 7  listening to the provided recording.
 8
 9          I FURTHER CERTIFY that I am not of counsel or
10  attorney for either or any of the parties to said
11  proceedings, nor in any way interested in the events of
12  this cause, and that I am not related to any of the parties
13  thereto.
14
15  Dated this 24th day of JULY, 2025.
16
17
18          [signature: Adrea Knoll]
19                  Adrea Knoll
20
21
22
23
24
25
```

2023 05 05 GS NT - 48 (211608) (12_36_100-22_15_000)

**$**

$100
  8:14
$150
  8:15
$250
  8:18

**2**

2025
  10:15
24th
  10:15

**3**

30
  7:22

**A**

ability
  10:6
accurate
  10:5
actions
  2:7
Adam
  9:15,16
Adrea
  10:3,19
agencies
  3:24
agency
  8:2
alive
  8:22
ambassador
  7:17
American
  2:16  7:23
anymore
  9:23

asset
  4:5
attorney
  3:19  10:10
authorized
  10:4

**B**

Baker
  3:19
Bali
  4:25
Bankman-fried
  8:12
board
  2:12
breach
  3:16
bring
  8:24
build
  2:11  6:9
business
  3:15  4:18
  7:18  8:6,16
  9:21
buy
  4:8  8:19

**C**

call
  7:14,15  8:1
called
  8:3
can't
  5:7
case
  2:13
center
  3:14
CERTIFICATE
  10:1
certify
  10:3,9

Chabrier
  5:4
choice
  9:23
clearances
  7:7
collapsing
  5:13
company
  2:3,16  3:14
  6:2,13  9:9
correctly
  2:10
counsel
  10:9
counterintuit
ive
  8:10
country
  7:17
Cover
  8:3
crisis
  4:9  6:7,15

**D**

dangerous
  4:7
Dated
  10:15
day
  4:25  7:15
  10:15
DC
  8:16,17
dealing
  6:24  7:2
  8:23
decide
  9:12,14,18
decision
  9:11
difficult
  7:5

dissolve
  6:7
DMCC
  3:14
doesn't
  3:1
don't
  2:9,18,19
  3:3,4,6,8
  4:25  6:7,8,
  21,22,23,25
  9:2,10
doubt
  4:2
drain
  8:19

**E**

eat
  8:22
end
  4:16
entire
  2:3
Etibar
  2:15
events
  10:11
expected
  9:7
explain
  9:2
Eyyub
  2:14

**F**

fact
  7:13
feel
  2:4,6,7
find
  3:16
flip
  2:10,15

foregoing
  10:4
forward
  4:10
founder
  9:9
frank
  2:17
friend
  5:2  8:6  9:18
front
  6:7
fuck
  4:23  8:22
fucked
  8:16
fucking
  6:2  8:19,24
  9:20
full
  7:15

**G**

GAURAV
  2:1,22  3:2,
  7,10,17,22
  5:15,19,21,
  24  6:4,6,17,
  19,21  7:1,3,
  5,10,12,20
  9:5,10
gave
  8:14
give
  8:8,14
government
  2:12  7:24
  9:6,13
great
  2:3  9:1
guy
  8:11,18  9:1
guys
  8:17,18

**H**

hand
  5:6
hanging
  9:1
happen
  2:4,9,19
  6:13,14
health
  2:19
hold
  7:8
House
  7:16

**I**

inaudible
  2:22  3:7,23
  5:6,9  6:2,
  12,17  7:3
  9:13
information
  8:5
intelligence
  4:4
intent
  8:5
interested
  10:11
it's
  2:25  3:15
  4:24  6:10
  7:5,14  8:10
  9:11,12
I'll
  4:15,17
I'm
  2:24  3:2,5
  5:1,7,13,20
  7:2,25  8:6,
  24  9:12,14
I've
  2:5  3:12
  4:12  5:9,10

  7:21  8:22

**J**

Jeff
  3:12,13,23
joke
  7:14
JULY
  10:15

**K**

Knoll
  10:3,19

**L**

laid
  8:15
left
  3:13
let's
  5:5
life
  9:20
listen
  6:3
listening
  10:7
looked
  3:13,23
lot
  2:9  4:1,2
love
  9:1

**M**

make
  3:1  4:9
man
  3:4  4:7,19
  5:2  7:15
  8:19

Mccarthy
  8:15
meant
  4:11
meet
  9:8
Melissa
  3:19
memo
  3:13
met
  4:12,25
million
  8:14,15,18
mind
  4:6
missing
  3:20
money
  8:13,15,21
monkey
  7:17
months
  5:9
morning
  9:19
multiple
  3:24

**N**

needed
  5:3
Nicolas
  9:17
Niels
  2:21,24  3:6,
  8,11,20  4:13
  5:2,13,18,
  20,23  6:3,5,
  15,18,20,25
  7:2,4,9,11,
  19  9:4,6,14,
  15,18,22
NOC
  8:3

```
Non-official            people's              9:4                   spoken
   8:3                     4:6                                         3:24  5:8
note                    piece                 ─────────────────     SRIVASTAVA
   3:21,23                 8:8,9                      R                2:1,22  3:2,
notes                   pipe                  ─────────────────        7,10,17,22
   5:4                     2:3                reach                    5:15,19,21,
                        pivoting                 7:14  8:1             24  6:4,6,17,
─────────────────          2:16               react                    19,21  7:1,3,
        O               place                    5:22                  5,10,12,20
─────────────────          4:14               recorded                 9:5,10
obligations             plan                     10:4                start
   7:6                     2:3  6:9           recording                 4:1,2
OFAC                    play                     10:7                state
   3:18,19                 4:4,5              related                   8:2
officer                 point                    10:12               stay
   4:5                     2:8  5:6           relaxed                   4:15
one's                   politics                 5:10                steps
   8:16                    8:13               resolve                   2:10  6:9
open                    position                 2:10  4:9           story
   7:23,24,25              3:7                resolved                  4:24  6:24
owning                  president                5:5                 stressed
   3:14                    7:16                                         2:25
                        pressure              ─────────────────     structure
─────────────────          2:9  5:11,12,              S                 2:10
        P                  14                 ─────────────────     stuff
─────────────────       privy                 Sam                       3:25  7:7
PAC                        8:5                   8:11                supposed
   8:15                 problem                sanctions                8:4,7,8,9
pandemonium                2:4                   3:16                system
   9:20                 proceeding            scared                    4:20,21,22
paper                      10:4                  6:5,10                 8:25
   8:8,10               proceedings           Schumer
part                       10:11                 8:14                ─────────────────
   4:20,21              program               SECO                           T
   7:21,22  8:1,           7:21,22  8:1          2:25                ─────────────────
   23,25                   9:13               senators              talk
parties                 provided                 7:15                   2:18  5:14
   10:10,12                10:7               shareholder           target
partner                 purposes                 6:1                    2:13,15
   5:16,25  8:6            8:5                shit                  telling
   9:19                 put                      4:6,7,8  5:16          5:1
path                       5:12                  7:18  9:15          that's
   4:13                                       show                      2:16,17  3:2,
pay                     ─────────────────        8:9                    3  4:22,24
   4:14  8:21                   Q             shut                      5:8  6:24
people                  ─────────────────        7:23,24               8:20  9:3,16,
   4:1,19  7:14,        question              spent                     20,22,23
   22  8:16,17                                   8:12,13
```

| | | |
|---|---|---|
| **thereto**<br>  10:13<br>**there's**<br>  4:1,6,12<br>  8:11<br>**They've**<br>  3:23,24<br>**thing**<br>  2:25 3:25<br>  7:15 8:24<br>**threat**<br>  9:22<br>**time**<br>  4:12 7:24<br>**timeline**<br>  2:11<br>**times**<br>  3:24 8:23<br>**today**<br>  9:14,18,19<br>**toilet**<br>  8:19<br>**told**<br>  4:12,17,24<br>  7:21 8:19,22<br>**tomorrow**<br>  9:19<br>**town**<br>  8:20<br>**transaction**<br>  4:19<br>**transactional**<br>  4:18<br>**transcribe**<br>  10:4<br>**TRANSCRIBER**<br>  10:1<br>**transcript**<br>  10:5<br>**transcription**<br>  10:6<br>**TROOST**<br>  2:21,24 3:6,<br>  8,11,20<br>  5:13,18,20,<br>  23 6:3,5,15,<br>  18,20,25 |   7:2,4,9,11,<br>  19 9:4,6,22<br>**true**<br>  10:5<br><br>——— **U** ———<br><br>**U.S.**<br>  3:9,14<br>**understand**<br>  3:6 6:22,23,<br>  25 7:13<br><br>——— **W** ———<br><br>**walk**<br>  6:8<br>**Washington**<br>  8:14<br>**watch**<br>  6:14<br>**ways**<br>  8:11<br>**we'll**<br>  4:15,16 5:10<br>**we're**<br>  8:23<br>**what's**<br>  2:14<br>**White**<br>  7:16<br>**work**<br>  4:14 6:9<br>  9:12,15<br>**working**<br>  9:14<br>**works**<br>  4:23 8:21<br>  9:16,17,18<br><br>——— **Y** ———<br><br>**years**<br>  7:23<br>**you're**<br>  4:19,20,21, |   22,23 5:16,<br>  25 6:1,21,23<br>  8:3,4,7 9:1 |