# Exhibit 11

2023 05 05 GS NT - 48 (211608) (23_32_700-25_15_000)

TRANSCRIPT OF

May 5, 2023 Recording between

Niels Troost & Gaurav Srivastava

AUDIO RECORDING

FILE NAME:

2023 05 05 GS NT - 48 (211608) (23_32_700-25_15_000)

Transcribed By:  Adrea Knoll

```
 1            MR. NIELS TROOST:  But we never talk about these
 2  things.
 3            MR. GAURAV SRIVASTAVA:  No, but it is important
 4  to ask yourself.  You are -- you are -- you are -- you
 5  know, you think -- you think why are these people doing
 6  these things for that fucking reason.  Why Schumer is, you
 7  know, after asking for advice.  Why is the fucking Menendez
 8  coming and having cigars then?  Why is the President in my
 9  house?  Why?  Because of what?
10            MR. NIELS TROOST:  Tell me.
11            MR. GAURAV SRIVASTAVA:  My name is not -- my name
12  is not Bill Gates.  Because I am part of a fucking fabric.
13  Whether there is anybody, I will be here for always.  And
14  so will be my kids.  I know this -- that's how it works.
15  And I'm trying to bring you in the fold but, you know, I
16  don't know how else to do this, man.  I -- listen, my
17  friend, I don't know what to tell you.  And I don't -- and
18  I never needed to explain this to anybody and I feel like
19  somehow you're a little -- your minion shop feels that they
20  have -- they need to protect you from me.
21            MR. NIELS TROOST:  Yes.
22            MR. GAURAV SRIVASTAVA:  And I can tell you for a
23  fact, one, that's really not -- that's a -- and I feel
24  offended by that.  And two --
25            MR. NIELS TROOST:  But -- but you --
```

```
 1              MR. GAURAV SRIVASTAVA:  -- I feel that --
 2              MR. NIELS TROOST:  Your secrets --
 3              MR. GAURAV SRIVASTAVA:  I do --
 4              MR. NIELS TROOST:  Your secrecy has been -- and
 5    your approach, your communication, has been --
 6              MR. GAURAV SRIVASTAVA:  I mean, I don't need to
 7    do any of this, right? You know that for a fact. I could
 8    walk away -- by the end of this call, I could hang up the
 9    phone and then walk.  I'm out.  You won't ever find me.  I
10    can do that, too, and neither can any of your big crew.  I
11    know what I am doing.
```

2023 05 05 GS NT - 48 (211608) (23_32_700-25_15_000)

|     |                                                                                  |
| --- | -------------------------------------------------------------------------------- |
| 1   | CERTIFICATE OF TRANSCRIBER                                                       |
| 2   |                                                                                  |
| 3   | I, ADREA KNOLL, do hereby certify that I was                                     |
| 4   | authorized to transcribe the foregoing recorded proceeding;                      |
| 5   | and that the transcript is a true and accurate                                   |
| 6   | transcription, to the best of my ability, taken while                            |
| 7   | listening to the provided recording.                                             |
| 8   |                                                                                  |
| 9   | I FURTHER CERTIFY that I am not of counsel or                                    |
| 10  | attorney for either or any of the parties to said                                |
| 11  | proceedings, nor in any way interested in the events of                          |
| 12  | this cause, and that I am not related to any of the parties                      |
| 13  | thereto.                                                                         |
| 14  |                                                                                  |
| 15  | Dated this 24th day of JULY, 2025.                                               |
| 16  |                                                                                  |
| 17  | *[signature]*                                                                    |
| 18  |                                                                                  |
| 19  | Adrea Knoll                                                                      |
| 20  |                                                                                  |
| 21  |                                                                                  |
| 22  |                                                                                  |
| 23  |                                                                                  |
| 24  |                                                                                  |
| 25  |                                                                                  |

```
                   2          counsel
                                 4:9                     G                    M
          2025                crew
            4:15                 3:10           Gates                 man
          24th                                    2:12                  2:16
            4:15                            D   GAURAV                Menendez
                                                  2:3,11,22             2:7
                   A          Dated               3:1,3,6             minion
                                 4:15                                   2:19
          ability            day                         H
            4:6                  4:15
          accurate           don't              hang                         N
            4:5                  2:16,17 3:6      3:8
          Adrea                                 house                 needed
            4:3,19                       E        2:9                   2:18
          advice                                                      NIELS
            2:7              end                         I              2:1,10,21,25
          approach              3:8                                     3:2,4
            3:5              events             important
          attorney              4:11              2:3                        O
            4:10             explain            interested
          authorized            2:18              4:11                offended
            4:4                                 I'm                     2:24
                                         F        2:15 3:9
                   B         fabric                      J                   P
          big                   2:12
            3:10             fact               JULY                  part
          Bill                  2:23 3:7          4:15                  2:12
            2:12             feel                                     parties
          bring                 2:18,23 3:1              K              4:10,12
            2:15             feels                                    people
                                2:19            kids                    2:5
                   C         find                 2:14                phone
                                3:9             Knoll                   3:9
          call              fold                  4:3,19              President
            3:8                 2:15                                    2:8
          CERTIFICATE       foregoing                    L            proceeding
            4:1                 4:4                                     4:4
          certify           friend              listen                proceedings
            4:3,9               2:17               2:16                 4:11
          cigars            fucking             listening             protect
            2:8                 2:6,7,12           4:7                  2:20
          communication                                               provided
            3:5                                                         4:7
```

```
         R              3:2,4
                      true
reason                  4:5
   2:6
recorded                  W
   4:4
recording             walk
   4:7                  3:8,9
related               won't
   4:12                 3:9
                      works
         S              2:14

Schumer                   Y
   2:6
secrecy               you're
   3:4                  2:19
secrets
   3:2
shop
   2:19
SRIVASTAVA
   2:3,11,22
   3:1,3,6

         T

talk
   2:1
that's
   2:14,23
thereto
   4:13
things
   2:2,6
transcribe
   4:4
TRANSCRIBER
   4:1
transcript
   4:5
transcription
   4:6
TROOST
   2:1,10,21,25
```