# Exhibit 13

TRANSCRIPT OF

May 6, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 06 GS NT - 44 (182518) (10_14_800-12_52_700)

Transcribed By: Adrea Knoll

1  MR. GAURAV SRIVASTAVA: I don't want to keep
2  fighting with you, man. It's not what I want to do. And
3  this is -- it stresses me out. It makes me feel very bad
4  and I don't like this. You know, I -- this is not correct,
5  this business with you and I, this is not correct because
6  it's very, very stressful. It's -- I can't do it. I don't
7  think you can do it. It's too much. And I -- and this is
8  a good thing; what we're trying to do is a good thing so I
9  don't know why it's coming so hard to --
10  MR. NIELS TROOST: No, but then -- but then you
11  push me away and I'm like, if you -- if you -- if you lying
12  and, you know, you're screaming at me, then I'm -- I get
13  really scared of you and like how is this partnership going
14  to work when you --
15  MR. GAURAV SRIVASTAVA: I understand and I'm --
16  MR. NIELS TROOST: When -- when you scare me, so
17  --
18  MR. GAURAV SRIVASTAVA: Man -- (inaudible) --
19  MR. NIELS TROOST: -- you know, it's --
20  MR. GAURAV SRIVASTAVA: Man -- man, I have been
21  so much stress. You will not -- I have had the DCI calling
22  me, which is Bill -- I have had the DO calling me. I had -
23  - I had CDI (inaudible) clandestine. And I mean, I --
24  MR. NIELS TROOST: What -- what is DCI?
25  MR. GAURAV SRIVASTAVA: DCI is the head of

```
 1   operation, Bill Burns.
 2            MR. NIELS TROOST:  Right.
 3            MR. GAURAV SRIVASTAVA:  Director of -- Director
 4   of -- he's the head of the CIA.  Man, it's like it's been
 5   crazy.  And it's like -- it's like --
 6            MR. NIELS TROOST:  And he's saying what?
 7            MR. GAURAV SRIVASTAVA:  He's saying, "What the
 8   fuck are you doing?"  He's shouting at me saying, "What are
 9   you doing?  Why is this not done?"  And he doesn't under --
10   I mean, I try to explain it to him but, "I don't give a
11   fuck," that's what he told me yesterday. He said, "I don't
12   give a fuck about what your internal practice is.  I don't
13   give a fuck."  He said, "I want this done.  I have to
14   report -- I have to report to the committee, as well,"
15   which is Mark Warner; we already met.  He said, "I have to
16   report."  He said, "Stop with the bullshit."  I mean,
17   that's what he told me yesterday.  "He said G, just stop
18   with the bullshit?
19            MR. NIELS TROOST:  But -- but why don't you
20   explain to him that you haven't sorted out the UBO issue?
21            MR. GAURAV SRIVASTAVA:  I did.  He said, "But it
22   doesn't matter."  He says, "What UBO," -- man, you have to
23   understand these people --
24            MR. NIELS TROOST:  But you under -- but --
25            MR. GAURAV SRIVASTAVA:  The rule book --
```

1                MR. NIELS TROOST:  Sorry.
2                MR. GAURAV SRIVASTAVA:  -- doesn't matter for
3    them.  They are in a different universe because they live
4    in an alternate reality.  Like, it's -- the book, there is
5    nothing that -- there is nothing that matters for if you're
6    in that position.  You're immune to everything.
7                MR. NIELS TROOST:  What do you mean?  Like, what
8    do you mean?
9                MR. GAURAV SRIVASTAVA:  Like immune mean you're
10   -- I mean, if you're a DC -- for the DCI, you don't have
11   any rules.  There's no rules.
12               MR. NIELS TROOST:  Yeah.
13               MR. GAURAV SRIVASTAVA:  There are no rules.  He
14   makes it as he goes along.  He can do anything he want.
15   And he can authorize whatever he wants.  It is -- it is in
16   the United States government charter, which was written
17   when -- in the Declaration of Independence there.  He can
18   do whatever he wants; part of our constitution.
19
20
21
22
23
24
25

CERTIFICATE OF TRANSCRIBER

I, ADREA KNOLL, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding; and that the transcript is a true and accurate transcription, to the best of my ability, taken while listening to the provided recording.

I FURTHER CERTIFY that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 24th day of JULY, 2025.

*[signature: Adrea Knoll]*

Adrea Knoll

2023 05 06 GS NT - 44 (182518) (10_14_800-12_52_700)

**(**

(182518)
  1:12

**0**

05
  1:12
06
  1:12

**1**

10_14_800-12_52_700
  1:12

**2**

2023
  1:4,12
2025
  5:15
24th
  5:15

**4**

44
  1:12

**6**

6
  1:4

**A**

ability
  5:6
accurate
  5:5
Adrea
  1:22  5:3,19
alternate
  4:4
attorney
  5:10
AUDIO
  1:10
authorize
  4:15
authorized
  5:4

**B**

bad
  2:3
Bill
  2:22  3:1
book
  3:25  4:4
bullshit
  3:16,18
Burns
  3:1
business
  2:5

**C**

calling
  2:21,22
can't
  2:6
CDI
  2:23
CERTIFICATE
  5:1
certify
  5:3,9
charter
  4:16
CIA
  3:4
clandestine
  2:23

committee
  3:14
constitution
  4:18
correct
  2:4,5
counsel
  5:9
crazy
  3:5

**D**

Dated
  5:15
day
  5:15
DC
  4:10
DCI
  2:21,24,25
  4:10
Declaration
  4:17
Director
  3:3
doesn't
  3:9,22  4:2
don't
  2:1,4,6,9
  3:10,11,12,
  19  4:10

**E**

events
  5:11
explain
  3:10,20

**F**

feel
  2:3
fighting
  2:2

FILE
  1:11
foregoing
  5:4
fuck
  3:8,11,12,13

**G**

Gaurav
  1:5  2:1,15,
  18,20,25
  3:3,7,21,25
  4:2,9,13
give
  3:10,12,13
good
  2:8
government
  4:16
GS
  1:12

**H**

hard
  2:9
haven't
  3:20
head
  2:25  3:4
he's
  3:4,6,7,8

**I**

immune
  4:6,9
inaudible
  2:18,23
Independence
  4:17
interested
  5:11
internal
  3:12

issue
  3:20
it's
  2:2,6,7,9,19
  3:4,5  4:4
I'm
  2:11,12,15

**J**

JULY
  5:15

**K**

Knoll
  1:22  5:3,19

**L**

listening
  5:7
live
  4:3
lying
  2:11

**M**

makes
  2:3  4:14
man
  2:2,18,20
  3:4,22
Mark
  3:15
matter
  3:22  4:2
matters
  4:5
met
  3:15

**N**

Niels
  1:5  2:10,16,
  19,24  3:2,6,
  19,24  4:1,7,
  12
NT
  1:12

**O**

operation
  3:1

**P**

part
  4:18
parties
  5:10,12
partnership
  2:13
people
  3:23
position
  4:6
practice
  3:12
proceeding
  5:4
proceedings
  5:11
provided
  5:7
push
  2:11

**R**

reality
  4:4
recorded
  5:4

recording
  1:4,10  5:7
related
  5:12
report
  3:14,16
rule
  3:25
rules
  4:11,13

**S**

scare
  2:16
scared
  2:13
screaming
  2:12
shouting
  3:8
sorted
  3:20
Srivastava
  1:5  2:1,15,
  18,20,25
  3:3,7,21,25
  4:2,9,13
States
  4:16
stop
  3:16,17
stress
  2:21
stresses
  2:3
stressful
  2:6

**T**

that's
  3:11,17
thereto
  5:13

There's
  4:11
thing
  2:8
told
  3:11,17
transcribe
  5:4
Transcribed
  1:22
TRANSCRIBER
  5:1
transcript
  1:3  5:5
transcription
  5:6
Troost
  1:5  2:10,16,
  19,24  3:2,6,
  19,24  4:1,7,
  12
true
  5:5

**U**

UBO
  3:20,22
understand
  2:15  3:23
United
  4:16
universe
  4:3

**W**

Warner
  3:15
we're
  2:8
work
  2:14
written
  4:16

2023 05 06 GS NT - 44 (182518) (10_14_800-12_52_700)

| Y |
|---|
| **yesterday**<br>  3:11,17<br>**you're**<br>  2:12 4:5,6,<br>  9,10 |