# Exhibit 14

TRANSCRIPT OF

May 6, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

Transcribed By:  Adrea Knoll

1          MR. GAURAV SRIVASTAVA:  So on the SECO response,

2    so the -- the other thing is -- they -- so you -- so he

3    said -- so DO said he will reach out to the State

4    Department to see if they can reach out to SECO.  So but we

5    can't -- but again --

6          MR. NIELS TROOST:  But that will be via Chabrier

7    or via Baker or --

8          MR. GAURAV SRIVASTAVA:  No, it will between -- it

9    will be government-to-government.

10          MR. NIELS TROOST:  To --

11          MR. GAURAV SRIVASTAVA:  It will be G-to-G.

12          MR. NIELS TROOST:  So --

13          MR. GAURAV SRIVASTAVA:  It will be --

14          MR. NIELS TROOST:  -- and --

15          MR. GAURAV SRIVASTAVA:  It will be through

16    nobody.

17          MR. NIELS TROOST:  So what do you think they will

18    -- they -- they can say?

19          MR. GAURAV SRIVASTAVA:  I think they'll say "back

20    the fuck off."  These are -- this is -- this is -- this is

21    an organization that we are working with but they have to

22    really have that thing buttoned up.  And there's not --

23    there is -- we -- we are monitoring this organization

24    closely.

25          MR. NIELS TROOST:  Mmm.

1      MR. GAURAV SRIVASTAVA:  We're going to leave them

2  alone if they can totally do that.  Yeah, fully capable of

3  doing. I mean, that's what I —— I know they can do stuff; I

4  know they can do much better.

5      MR. NIELS TROOST:  Mmm-hmm.

6      MR. GAURAV SRIVASTAVA:  Keep in mind, Switzerland

7  is very afraid of the United States because of the tax bill

8  that we gave them.

9      MR. NIELS TROOST:  Right.

10      MR. GAURAV SRIVASTAVA:  The fine that we put on

11  them.

12      MR. NIELS TROOST:  Mmm.

13      MR. GAURAV SRIVASTAVA:  So and there is still a

14  lot of stuff that we hold on Switzerland; a lot of stuff.

15      MR. NIELS TROOST:  Mmm.

16      MR. GAURAV SRIVASTAVA:  So, at —— at some moment

17  of time, and I (inaudible) talk (inaudible), but at some

18  moment in time, we should, for some time, just think back

19  and say that —— that —— the number of people we talk about

20  or the Program we talk about, this is —— none of this is

21  normal, right?  This is not a normal situation.  And I

22  think that, you know, for —— you know, I don't think that I

23  have been distant with you or you were —— you're not taking

24  this seriously or you didn't take this seriously.  I ——

25  this is very serious stuff.  This is not a joke.

1          MR. NIELS TROOST:  No, but —— but —— but —— look,

2   you scare me when you start saying, "Well, you know, it's,"

3   —— what —— what —— whatever you say, "You're playing with

4   fire."  You don't say, "You're playing with fire," but

5   you're saying, you know, this is, "Don't fuck with me," and

6   ——

7          MR. GAURAV SRIVASTAVA:  It's not about fuck with

8   me; it's —— it's just —— look, man, it's —— I'm not saying

9   don't fuck with me. I am telling you, once you are part ——

10  you, listen, when you take —— when you enter this kind of

11  environment and you have been part of things like this

12  before when he was in JSOC, but he was an official

13  capacity; he was part of this kind of stuff.  He —— man,

14  when you're part of this stuff, you're part of the stuff,

15  and people take care of you and you're part of a little

16  club.  But you start, you know, meddling —— meddling

17  around, they can throw the rule book at —— rule book at

18  you.  And there is —— there —— there is plenty of people

19  who have tried to do that and —— and they've just been

20  tagged because —— because it's an institution, right?  I

21  mean, look at Trump.  He was the fucking president, right,

22  and he started messing with the intelligence agencies and,

23  you know, the reason —— today, he's the fucking —— I mean,

24  he's like trying to hide from everything. I mean, his ——

25  his —— there was a —— yesterday, his accounts in the U.S.

1    were blocked.  We didn't do anything with Republicans

2    controlling the House.

3              MR. NIELS TROOST:  Mmm-hmm.

4              MR. GAURAV SRIVASTAVA:  Because there is a part

5    of this country that is just so —— that —— that is about

6    this country and is not really about the —— the people who

7    really care.  And I think I am trying ——

8              MR. NIELS TROOST:  Which is the Deep State,

9    right, as you were talking ——

10             MR. GAURAV SRIVASTAVA:  Deep —— which is the Deep

11   State.

12             MR. NIELS TROOST:  Yeah.

13             MR. GAURAV SRIVASTAVA:  Which is —— we —— you

14   just don't cross the line.  And I, you know, we —— look,

15   (inaudible) told you, I believe in whatever you are doing

16   and we did it.  And ——

17             MR. NIELS TROOST:  Mmm-hmm.

18             MR. GAURAV SRIVASTAVA:  —— but at some point, the

19   question that you have to ask is why the fuck are all these

20   people listening to me?  It's an important question for you

21   to ask, you know?

22             MR. NIELS TROOST:  Okay, so what's the ans —— so

23   what's the answer?

24             MR. GAURAV SRIVASTAVA:  Because I'm a good guy.

25             MR. NIELS TROOST:  (Laughter).

1          MR. GAURAV SRIVASTAVA:  No, because —— it's

2   because, you know, you know, this is what I do; I have been

3   doing this for quite some time.  Is we set up companies, we

4   —— we —— we align with the agenda.  It doesn't matter who's

5   in office and we move along.  I mean, Prabowo, you know,

6   who I introduced you, I mean, it was kind of —— I don't

7   think it —— if you —— you put it together.  But he was on

8   the blacklist for 27 years.

9          MR. NIELS TROOST:  Yeah, I think ——

10          MR. GAURAV SRIVASTAVA:  Twenty-seven years.

11          MR. NIELS TROOST:  I think you told me that and

12   then you got him off, right?

13          MR. GAURAV SRIVASTAVA:  In —— in three weeks.

14          MR. NIELS TROOST:  Mmm.

15          MR. GAURAV SRIVASTAVA:  In three weeks.  So it's

16   not —— it's not that, man, it's just —— it's just part of

17   —— and I don't —— and I think you kind of like just ——

18          MR. NIELS TROOST:  I just don't —— listen, I just

19   don't understand how that happens.  Honestly, I just don't

20   understand how that happens, but I know you ——

21          MR. GAURAV SRIVASTAVA:  I know.

22          MR. NIELS TROOST:  Yeah.

23          MR. GAURAV SRIVASTAVA:  I know.  But I'm trying

24   to —— because it's —— because —— because certain people,

25   because of their history and because of their background

1  and because of all the stuff that they have done and

2  because of the background that they have in government,

3  they —— the —— the intel communities take that stuff very

4  seriously and the policy changes on it.

5          MR. NIELS TROOST:  Right.

6          MR. GAURAV SRIVASTAVA:  It happened.  I mean,

7  he's a —— he's a —— he's the example.

8          MR. NIELS TROOST:  Mmm.

9          MR. GAURAV SRIVASTAVA:  Dagalo is another one of

10 them.  Dagalo in Sudan was on a sanction list, too.  He was

11 the fucking head of Janjaweed.

12         MR. NIELS TROOST:  And you got him off, too.

13         MR. GAURAV SRIVASTAVA:  Yeah.  So before fucking

14 Habib went and fucked it up because, you know, and just

15 (inaudible) guy got him off, too, and he was —— he was

16 going to get a visit —— he was going —— he was going to go

17 meet Kamala Harris.  So it's —— it's ——

18         MR. NIELS TROOST:  It's ——

19         MR. GAURAV SRIVASTAVA:  —— you know?

20         MR. NIELS TROOST:  It's just crazy how you do

21 that.  It's just ——

22         MR. GAURAV SRIVASTAVA:  But it's —— you know, but

23 that's —— that's the world it is.  I mean, that's —— and

24 Trafigura, right?  I mean, this shit that they're going to

25 —— I mean, we —— you —— you have seen —— you've been around

1  me for some time now but —

2          MR. NIELS TROOST:  Yeah, so tell me about Trafi.

3  So what — what are you doing against them?

4          MR. GAURAV SRIVASTAVA:  So at the end of it — so

5  Trafi is — so Trafi's main backer is a guy called Paul

6  Ryan.

7          MR. NIELS TROOST:  Mmm.

8          MR. GAURAV SRIVASTAVA:  Former Speaker of the

9  House.

10         MR. NIELS TROOST:  Okay, and what is he now?

11         MR. GAURAV SRIVASTAVA:  Right now he is working

12 for Trafigura as head of government relations.

13         MR. NIELS TROOST:  I mean, he's employed by

14 Trafigura?

15         MR. GAURAV SRIVASTAVA:  Correct.

16         MR. NIELS TROOST:  Ah.

17         MR. GAURAV SRIVASTAVA:  And 80 percent of

18 McCarthy's staff is Ryan's staff, okay?  Kevin McCarthy,

19 who's — who's Speaker of the House.

20         MR. NIELS TROOST:  Right.

21         MR. GAURAV SRIVASTAVA:  He — he is the — the

22 Majority Speaker of the House, republican side.  So I am

23 meeting with Paul Ryan in DC.

24         MR. NIELS TROOST:  This coming week?

25         MR. GAURAV SRIVASTAVA:  Paul Ryan.  Yeah.  Yes.

1   And Paul Ryan doesn't know that I'm involved with this.  I

2   will tell him that I'm involved in this and to whatever

3   little shenanigans he's up to, please relax.  And —

4           MR. NIELS TROOST:  What — what —

5           MR. GAURAV SRIVASTAVA:  — (inaudible) told me

6   that —

7           MR. NIELS TROOST:  — do you mean?  Sorry, I

8   don't — this part I didn't get.

9           MR. GAURAV SRIVASTAVA:  Whatever — like, it

10  would be what I will tell him is to make sure to tell his

11  employer that I — this is the first time I will — you

12  know, his — I will tell an official Trafigura guy that

13  this is my company and I need you to just relax.  And if

14  you don't relax, Paul Ryan knows what I can do.  And then

15  you're up for grabs; that's what I'm going to do.  And

16  Jim's going to go with me, to the meeting, and that's where

17  we're telling him.  And if you — and if he wants — and

18  maybe he'll just stop working for Trafigura but that's what

19  I want to do.

20          MR. NIELS TROOST:  And then do what?

21          MR. GAURAV SRIVASTAVA:  Work for us.

22          MR. NIELS TROOST:  Ah, okay.

23          MR. GAURAV SRIVASTAVA:  Work for us.

24          MR. NIELS TROOST:  Mmm.  All right. It's crazy.

25  It's — cause you — you really think it's Trafigura that's

1  behind all these attacks on —— on me ——

2          MR. GAURAV SRIVASTAVA:  Yeah.

3          MR. NIELS TROOST:  —— on us?

4          MR. GAURAV SRIVASTAVA:  Yeah, because it's

5  fucking mental, that this company that is so small, is

6  getting attacked ——

7          MR. NIELS TROOST:  It's crazy.

8          MR. GAURAV SRIVASTAVA:  —— this much.

9          MR. NIELS TROOST:  It's crazy.  It makes no

10 sense.

11         MR. GAURAV SRIVASTAVA:  (Inaudible).

12         MR. NIELS TROOST:  It makes no sense.

13         MR. GAURAV SRIVASTAVA:  It makes no sense.  It

14 makes —— you —— you're doing —— being inside business and

15 fucking entire world is after you.

16         MR. NIELS TROOST:  And —— and again —— and again,

17 nothing wrong with it.  I am absolutely not involved.  This

18 is one of the reason why you're shouting at me because

19 you're telling me, "Why didn't you tell Francois to do this

20 and that?"  But I —— I cannot and I will not, right?  So

21 and then it's —— it's —— there's nothing wrong with the

22 business and I just don't understand why somebody's

23 attacking us so much.

24         MR. GAURAV SRIVASTAVA:  Well, it's Trafi.  It's

25 definitely not the cleaning lady.  It's not him.

1          MR. NIELS TROOST:  Mmm.

2          MR. GAURAV SRIVASTAVA:  I don't think it's him.

3   I think he just —— he's not doing anything.

4          MR. NIELS TROOST:  Mmm.

5          MR. GAURAV SRIVASTAVA:  You know, actually, I

6   have —— I have —— I have started to understand ——

7   understand what he's trying to do a little bit better and

8   ——

9          MR. NIELS TROOST:  Which is that?

10          MR. GAURAV SRIVASTAVA:  —— you know, I understand

11   what he's trying to do.  He is trying to, you know, he's

12   not —— you know, I think people, you know, just look at him

13   as this crazy money hungry guy.

14          MR. NIELS TROOST:  Mmm-hmm.

15          MR. GAURAV SRIVASTAVA:  But the guy is

16   essentially building a parallel government and, you know, I

17   look through all of his ventures that he's doing and

18   companies that he owns everywhere.  He's essentially

19   building a parallel state.  And I think there is a way to

20   align with that rather than fight it, which is what my

21   suggestion is.

22          MR. NIELS TROOST:  Yeah, but again, but to work

23   with him, we need a license, right?  I mean, it's ——

24          MR. GAURAV SRIVASTAVA:  Not true because if you

25   buy below the price cap, you don't need a license.

1          MR. NIELS TROOST:  That is —— absolutely.  Yeah.
2    Yeah.  But —— but he's —— he's —— he's —— but he's an SDN.
3          MR. GAURAV SRIVASTAVA:  You're not working with
4    him; you're working with the company.
5          MR. NIELS TROOST:  Mmm.
6          MR. GAURAV SRIVASTAVA:  Okay?  And obviously ——
7          MR. NIELS TROOST:  I'm not sure about that, but
8    —— but we can get a legal opinion on that.  I think we
9    should but okay, we're not ——
10          MR. GAURAV SRIVASTAVA:  Right.
11          MR. NIELS TROOST:  Yeah.
12          MR. GAURAV SRIVASTAVA:  And obvious —— and
13    obviously, it will be known before we do that that this is
14    what we're trying to do.
15          MR. NIELS TROOST:  And then when we do this
16    inversion, the idea is to get this OFAC license or
17    something, right? I mean, that's ——
18          MR. GAURAV SRIVASTAVA:  The idea is to be able to
19    buy as much as —— as much product as possible from —— from
20    Russia, from Iran, from Venezuela, and this KRG product
21    that he has from Syria, and whatever else we want to do.
22          MR. NIELS TROOST:  But that has to be approved
23    with a license, obviously.
24          MR. GAURAV SRIVASTAVA:  Yes.
25          MR. NIELS TROOST:  Yeah.

1          MR. GAURAV SRIVASTAVA:  Yes.  Yes.  Of course.

2    But for the Russia thing, we don't need a license as long

3    as you buy below the price cap.

4          MR. NIELS TROOST:  But I think you need —— I

5    think —— I —— I —— we need to get a legal opinion on that

6    because, you see, right now, we're not ——

7          MR. GAURAV SRIVASTAVA:  Well ——

8          MR. NIELS TROOST:  —— you know, we're not working

9    with any STN's, right, and I don't want to.  Sorry, but

10   that's not going to happen so —— but we'll need to get a

11   legal opinion on that.  What —— who we can work ——

12         MR. GAURAV SRIVASTAVA:  Yeah, we do, but —— but,

13   of course, I mean, we're not going to do anything without a

14   legal opinion but ——

15         MR. NIELS TROOST:  But if OFAC —— if OFAC issues

16   a license to work with those companies, than it's okay,

17   right?

18         MR. GAURAV SRIVASTAVA:  Yes.  Or it can issue you

19   —— or it can issue you an opinion that they have no —— no

20   —— no —— no objection for doing so.

21         MR. NIELS TROOST:  Which —— which OFAC can do.

22         MR. GAURAV SRIVASTAVA:  Correct.

23         MR. NIELS TROOST:  Yeah, okay.  It's never been

24   necessary because it's —— I'm not —— yeah, not going to do

25   anything that I'm not doing now, right?  So, anyway, you

1  scare me a little bit when you —— well, not a little bit,

2  you scared me a lot when you go into this mood of yelling

3  and screaming at me and they think you work for the

4  Russians, which is such bullshit.

5          MR. GAURAV SRIVASTAVA:  I know but what do you

6  want me to say? I mean, you've got to —— I mean —— I mean,

7  but you have to understand, man, this is not normal that ——

8  that —— that all these people are behaving in their own set

9  of mind.  This is not normal.

10          MR. NIELS TROOST:  Mmm-hmm.

11          MR. GAURAV SRIVASTAVA:  You know, like ——

12          MR. NIELS TROOST:  Yeah, but like now for

13  example, then you bring up —— then you —— then you bring ——

14  I mean, I didn't want to say, but then you bring up

15  Christelle. I mean, what has she got to do with it?

16          MR. GAURAV SRIVASTAVA:  It's a proof that you're

17  not working with the Russians; that you would not put your

18  daughter here in the United States if you were working with

19  Russians.

20          MR. NIELS TROOST:  Right.  But I'm not.  I mean,

21  it's —— but, yeah.

22          MR. GAURAV SRIVASTAVA:  I understand, man, but I

23  —— I am —— I understand, man, but why am I dealing with ——

24  I'm dealing with not one person; I'm dealing with a lot of

25  people that have opinion.  It is from —— because of the

1  action that are taken by these people.

2        MR. NIELS TROOST:  Mmm-hmm.

3        MR. GAURAV SRIVASTAVA:  I —— I mean, they're like

4  —— this shit is serious, man.  Like, you know, like Susanne

5  and these people, man, it's like, I —— I —— I understand

6  they are what (inaudible) ——

7        MR. NIELS TROOST:  No, but Jeff —— Jeff spoke to

8  me about it, too, and then he also says that he recognizes

9  it's probably also because he —— he —— he —— he pissed them

10  off or he spoke to them in a ——

11        MR. GAURAV SRIVASTAVA:  Okay, man ——

12        MR. NIELS TROOST:  —— aggressive ——

13        MR. GAURAV SRIVASTAVA:  It —— it doesn't matter

14  what —— Jeff isn't —— Jeff —— what Jeff is saying and

15  reminding that, you know, I am telling you what —— how this

16  —— Jeff is on our side, okay?  Jeff is not somebody who we

17  need to convince but the rest of them are somebody we need

18  to convince.

19        MR. NIELS TROOST:  Speaking of Jeff, by the way,

20  yeah, he hasn't send —— he was going to send me —— because

21  he said he has, you know, because —— I also want to be ——

22  we have to be 100 percent certain that having Americans or

23  American ownership is not against, you know, the OFAC rules

24  or the U.S. rules.  And he said he's 100 percent convinced

25  and he looked at it left, right, center, and he said it's

1  got a ton of memos on it.  I —— I —— he needs to —— I mean,

2  I'd like to see those memos.  I mean, and he said he was

3  going to send it yesterday but he hasn't.  When you —— when

4  you speak to him ——

5            MR. GAURAV SRIVASTAVA:  (Inaudible).

6            MR. NIELS TROOST:  —— could you ask him?

7            MR. GAURAV SRIVASTAVA:  Sure, but you can also

8  text him.

9            MR. NIELS TROOST:  Yeah, I'll do that.  Yeah.

10 And then also, he said he was going to send a memo on the

11 meeting that he had or the conversation he had with that

12 OFAC lady.

13           MR. GAURAV SRIVASTAVA:  Yeah, I don't want him to

14 send that memo because it's going —— it's just not

15 necessary. It's not necessary.  People ask me about that.

16 I don't think —— (inaudible) I think you should just read

17 that memo; he can tell you what the conversation was but

18 not put all that in writing because that call should never

19 have happened.

20           MR. NIELS TROOST:  Why not?  Why not?

21           MR. GAURAV SRIVASTAVA:  Why not?  Because that's

22 —— that's not how OFAC operates.  OFAC is an enforcement

23 agency; OFAC is not a collaborative agency.  Their job is

24 to fuck you.  Their job is not to reach out and build a

25 relationship.  That's not how this works.  I forced them to

1  make that call because they were going to deal with ––

2        MR. NIELS TROOST:  But how can you force them to

3  make that call?

4        MR. GAURAV SRIVASTAVA:  Man, it fucking doesn't

5  matter, Niels.

6        MR. NIELS TROOST:  Okay.  Yeah, I'm trying to

7  understand.

8        MR. GAURAV SRIVASTAVA:  (Laughter).  It doesn't

9  matter.  How can I force them?  It doesn't matter.  I did.

10  And he got the call.

11        MR. NIELS TROOST:  Okay.

12        MR. GAURAV SRIVASTAVA:  Okay?  It doesn't matter

13  how it went and how –– it doesn't matter.  It did –– the

14  thing is the action happened. I mean, you eat the cake,

15  man.  Why do you care about where I –– where I –– where I

16  bought the bananas from?  (Laughter).  I mean, it's like ––

17  you should tell him he should read you the memo, word-by-

18  word, so you can listen, whatever he's gotta say, but that

19  call never happened for all intents and purposes.  That

20  call never happened because the call should never have

21  happened.  The only reason that call was forced is because

22  of the action that they were intending to take so I needed

23  to make that call happen.

24        MR. NIELS TROOST:  The action against Paramount?

25  But why?

1        MR. GAURAV SRIVASTAVA:  Well, because —- because

2    they were —- because there is a list.  I've told this to

3    you five times, there's a list the Ukrainian government is

4    circulating that is —- has your name and Paramount name on

5    it.  It has been sent to SECO, it's been sent to EU, that

6    they've sent to Dubai, that they have sent to U.S.

7    Everybody has that list and you are featured on that list

8    so I needed Jeff to talk to them to make sure that he

9    explains to everybody and OFAC and OFAC was then going to

10   relay to other agencies that you're okay.  Otherwise, there

11   was going to be not —- there was going to be five

12   investigations happening at the same time and that will for

13   sure bury the company.

14        MR. NIELS TROOST:  But did OFAC then confirm that

15   we're okay?

16        MR. GAURAV SRIVASTAVA:  Yes.  They want to

17   collaborate on working —- on different state —- on the

18   state actors.

19        MR. NIELS TROOST:  And this is because they

20   understand that this is part of this program or —-

21        MR. GAURAV SRIVASTAVA:  They understand that I am

22   part of this company.

23        MR. NIELS TROOST:  And that there is —-

24        MR. GAURAV SRIVASTAVA:  The program —- the

25   program did —- they know that this is run out of Los

1  Angeles by me and that's what they told Jeff and that was

2  that.  You're okay.  And that's what —— and it wasn't only

3  Jeff.  It was Melissa Mannino; it was the full Baker team.

4  It was six people or four people from their side on that ——

5  on that call, you know?  Even O —— Melissa used to work for

6  OFAC.  Melissa said that in her entire time there, OFAC has

7  never made an outreach call to build a relationship with a

8  company.  Ever.  Period.

9           MR. NIELS TROOST:  So that would —— that's highly

10  unusual then.

11           MR. GAURAV SRIVASTAVA:  Absolutely.  Forced.  I

12  forced OFAC to do it because I don't want shit to happen.

13  I want to do this business with you and just —— just —— and

14  the company. So it's very unusual. It's very unusual.  It

15  never happens.  That they reach out ——

16           MR. NIELS TROOST:  But then —— but ——

17           MR. GAURAV SRIVASTAVA:  —— (inaudible) Jeff ——

18           MR. NIELS TROOST:  But Jeff and Melissa —— but

19  Jeff and Melissa understand then why —— why it's happening

20  or ——

21           MR. GAURAV SRIVASTAVA:  Of course.  Of course.

22  Of course. Man, Jeff knows —— Jeff may not say anything,

23  Jeff is part of every fucking conversation that I'm having

24  with the regulatory legal guys.  Baker Hostetler government

25  relation team, the —— you know, there is —— there is a

1  whole other running bill that is not part of Paramount's

2  bill that I have with them for many years that they write

3  memos and government opinions and shit like that, which is

4  -- which -- which -- which is given out.  So they're part

5  of every conversation.

6          MR. NIELS TROOST:  That's amazing.

7          MR. GAURAV SRIVASTAVA:  They're part of every

8  dialogue.

9          MR. NIELS TROOST:  Okay.  All right, now, okay --

10         MR. GAURAV SRIVASTAVA:  Some day, I will, you

11  know, talk -- we're going to talk and I'll tell you the

12  whole story from top to bottom.  But there is a lot of

13  stories.

14         MR. NIELS TROOST:  The story -- the -- the story

15  of what?

16         MR. GAURAV SRIVASTAVA:  The story of why people

17  listen, how they listen, how this whole thing works.  There

18  is a system.  There -- there is a system.  It works.  And

19  we just need to -- we -- if we work with system, we'll grow

20  with the system.  And that's -- you know, and because --

21  you know, I think you and I care about the same thing,

22  which is to maintain the -- the way of western life.

23         MR. NIELS TROOST:  I want to do what's best for

24  the western world, yeah.  Absolutely.

25         MR. GAURAV SRIVASTAVA:  Exactly.

1              MR. NIELS TROOST:  Yeah.

2              MR. GAURAV SRIVASTAVA:  So and that's, you know,

3    it's not idealism.  We can't —— okay ——

4              MR. NIELS TROOST:  Okay, Sir.

5              MR. GAURAV SRIVASTAVA:  But —— but O —— but OFAC

6    is, you know, that was, you know, that wasn't the call that

7    Baker Hostetler requested.  OFAC reached out to Jeff to set

8    up a call with him, to have a chat with him.

9              MR. NIELS TROOST:  Mmm.

10             MR. GAURAV SRIVASTAVA:  And in the end of the

11   call, they told Jeff we would love to collaborate with you

12   on figuring out who the other bad —— who the bad state

13   actors are.  That's not normal.  OFAC's job is to

14   prosecute; not to be —— not to be ——

15             MR. NIELS TROOST:  No, I don't understand how any

16   of this works but that's ——

17             MR. GAURAV SRIVASTAVA:  But it's working so why

18   don't you just enjoy the fruit rather than trying to

19   understand it.  This is what I don't understand.

20             MR. NIELS TROOST:  Mmm-hmm.

21             MR. GAURAV SRIVASTAVA:  So ——

22             MR. NIELS TROOST:  All right, so ——

23             MR. GAURAV SRIVASTAVA:  I thought Jim was trying

24   to explain to you things. He didn't explain to you

25   anything?

1          MR. NIELS TROOST:  No, the only thing he told me

2    is that, you know, this —— this NOC, which I don't quite

3    understand what it is, but ——

4          MR. GAURAV SRIVASTAVA:  Well, there is only ——

5    there is only, you know, maybe a handful of NOCs in the

6    world.

7          MR. NIELS TROOST:  Mmm-hmm.

8          MR. GAURAV SRIVASTAVA:  Which is —— which is like

9    —— you can probably (inaudible) 30 of them.

10          MR. NIELS TROOST:  A handful is not 30

11    (laughter).

12          MR. GAURAV SRIVASTAVA:  In the world.

13          MR. NIELS TROOST:  In the world, yeah.  Okay.

14          MR. GAURAV SRIVASTAVA:  Yeah, in the world

15    there's 30 NOCs, globally.  Operate 30 of them.

16          MR. NIELS TROOST:  And they all know each other.

17          MR. GAURAV SRIVASTAVA:  Of course.  Did you know

18    Buffett was one of them at one moment in time?

19          MR. NIELS TROOST:  Who, Warren Buffett?

20          MR. GAURAV SRIVASTAVA:  That's right.  He manages

21    the Agency's pension fund.

22          MR. NIELS TROOST:  You're kidding me.

23          MR. GAURAV SRIVASTAVA:  Yes, Sir.  And do you

24    know between —— do you know between the first operation

25    that happened in Russia, which was an inter —— M&M was the

1  company that went into Russia, the chocolate company, to do

2  these -- to do all kind of espionage.  M&M.

3          MR. NIELS TROOST:  No.

4          MR. GAURAV SRIVASTAVA:  Warren Buffett was the

5  defender of it.

6          MR. NIELS TROOST:  No way.

7          MR. GAURAV SRIVASTAVA:  Yes, Sir.  Yep.  Warren

8  Buffett is a NOC.  Warren Buffett is a NOC.  That's Warren

9  Buffett.

10          MR. NIELS TROOST:  And that's why --

11          MR. GAURAV SRIVASTAVA:  He --

12          MR. NIELS TROOST:  And that is why he's so

13  successful or --

14          MR. GAURAV SRIVASTAVA:  Absolutely.  Because he

15  -- he can make no fucking mistake.  He can run no foul.  He

16  can do no violation.  Have you ever heard of an

17  investigation against him?  He does nothing wrong.  He is a

18  NOC.  He is the definition of a NOC.

19          MR. NIELS TROOST:  But then you also said that

20  Elon -- Elon Musk somehow was involved or that you --

21          MR. GAURAV SRIVASTAVA:  No.  Elon Musk was

22  involved at some point but he went off the deep end.

23          MR. NIELS TROOST:  Mmm.

24          MR. GAURAV SRIVASTAVA:  He -- he -- because he

25  started collaborating with China, he started collaborating

1    with —— even Erik Prince was a NOC at one point but he's

2    been kicked out of the club because he went for, you know,

3    because —— the thing is, when you're —— when you're a NOC,

4    you make a lot of money.  But they want you to make a lot

5    of money.  But the problem is that you can become greedy

6    and become like Erik Prince and sell your soul to China for

7    a few billion dollars and what he did.  Right now, he's

8    nobody right now.  They're, you know, he can't even come to

9    the U.S.

10         MR. NIELS TROOST:  Mmm.

11         MR. GAURAV SRIVASTAVA:  But people who do it

12   right, like Buffett, you live a good life, okay?

13         MR. NIELS TROOST:  I just don't understand about

14   how it's possible but, yeah.

15         MR. GAURAV SRIVASTAVA:  Okay, but what do you

16   want me to do?  But obviously, it's happened (inaudible),

17   it's there, so I don't know what to tell you.

18         MR. NIELS TROOST:  Mmm-hmm.  Okay.  Crazy.

19         MR. GAURAV SRIVASTAVA:  It's —— it's —— it ——

20   it's pretty simple, man.  You have to —— it doesn't matter.

21   All these stories don't matter.  What matters is what's

22   happening in your life.

23         MR. NIELS TROOST:  Mmm-hmm.

24         MR. GAURAV SRIVASTAVA:  And OFAC is there.  You

25   have these things that are there, which we need to —— which

1  are real things we need to deal with and, you know, I —— we

2  are under —— we are under —— under attack on this side and

3  we need to get our shit in order now.

4          MR. NIELS TROOST:  Yeah.

5          MR. GAURAV SRIVASTAVA:  So that's —— that's the

6  —— that's the bottom line of this whole story.

7          MR. NIELS TROOST:  And ——

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

1                     CERTIFICATE OF TRANSCRIBER

2

3          I, ADREA KNOLL, do hereby certify that I was

4    authorized to transcribe the foregoing recorded proceeding;

5    and that the transcript is a true and accurate

6    transcription, to the best of my ability, taken while

7    listening to the provided recording.

8

9          I FURTHER CERTIFY that I am not of counsel or

10   attorney for either or any of the parties to said

11   proceedings, nor in any way interested in the events of

12   this cause, and that I am not related to any of the parties

13   thereto.

14

15   Dated this 24th day of JULY, 2025.

16

17

18

19                    Adrea Knoll

20

21

22

23

24

25

**1**

**100**
  15:22,24

**2**

**2025**
  26:15
**24th**
  26:15
**27**
  6:8

**3**

**30**
  22:9,10,15

**8**

**80**
  8:17

**A**

**ability**
  26:6
**absolutely**
  10:17 12:1
  19:11 20:24
  23:14
**accurate**
  26:5
**action**
  15:1 17:14,
  22,24
**actors**
  18:18 21:13
**Adrea**
  26:3,19
**agencies**
  18:10
**agency**
  16:23

**Agency's**
  22:21
**agenda**
  6:4
**aggressive**
  15:12
**align**
  6:4 11:20
**amazing**
  20:6
**American**
  15:23
**Americans**
  15:22
**Angeles**
  19:1
**ans**
  5:22
**approved**
  12:22
**attack**
  25:2
**attacked**
  10:6
**attacking**
  10:23
**attacks**
  10:1
**attorney**
  26:10
**authorized**
  26:4

**B**

**backer**
  8:5
**background**
  6:25 7:2
**bad**
  21:12
**Baker**
  19:3,24 21:7
**bananas**
  17:16

**behaving**
  14:8
**bill**
  20:1,2
**billion**
  24:7
**bit**
  11:7 14:1
**blacklist**
  6:8
**blocked**
  5:1
**bottom**
  20:12 25:6
**bought**
  17:16
**bring**
  14:13,14
**Buffett**
  22:18,19
  23:4,8,9
  24:12
**build**
  16:24 19:7
**building**
  11:16,19
**bullshit**
  14:4
**bury**
  18:13
**business**
  10:14,22
  19:13
**buy**
  11:25 12:19
  13:3

**C**

**cake**
  17:14
**call**
  16:18 17:1,
  3,10,19,20,
  21,23 19:5,7
  21:6,8,11

**called**
  8:5
**can't**
  21:3 24:8
**cap**
  11:25 13:3
**care**
  5:7 17:15
  20:21
**center**
  15:25
**CERTIFICATE**
  26:1
**certify**
  26:3,9
**chat**
  21:8
**China**
  23:25 24:6
**chocolate**
  23:1
**Christelle**
  14:15
**circulating**
  18:4
**cleaning**
  10:25
**club**
  24:2
**collaborate**
  18:17 21:11
**collaborating**
  23:25
**collaborative**
  16:23
**communities**
  7:3
**companies**
  6:3 11:18
  13:16
**company**
  9:13 10:5
  12:4 18:13,
  22 19:8,14
  23:1
**confirm**
  18:14

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

controlling
  5:2
conversation
  16:11,17
  19:23 20:5
convince
  15:17,18
convinced
  15:24
Correct
  8:15 13:22
counsel
  26:9
country
  5:5,6
crazy
  7:20 9:24
  10:7,9 11:13
  24:18
cross
  5:14

---

D

Dagalo
  7:9,10
Dated
  26:15
daughter
  14:18
day
  20:10 26:15
DC
  8:23
deal
  17:1 25:1
dealing
  14:23,24
deep
  5:8,10 23:22
defender
  23:5
definition
  23:18
dialogue
  20:8

didn't
  5:1 9:8
  10:19 14:14
  21:24
doesn't
  6:4 9:1
  15:13 17:4,
  8,9,12,13
  24:20
dollars
  24:7
don't
  5:14 6:6,17,
  18,19 9:8,14
  10:22 11:2,
  25 13:2,9
  16:13,16
  19:12 21:15,
  18,19 22:2
  24:13,17,21
Dubai
  18:6

---

E

eat
  17:14
Elon
  23:20,21
employed
  8:13
employer
  9:11
end
  8:4 21:10
  23:22
enforcement
  16:22
enjoy
  21:18
entire
  10:15 19:6
Erik
  24:1,6
espionage
  23:2

essentially
  11:16,18
EU
  18:5
events
  26:11
explain
  21:24
explains
  18:9

---

F

featured
  18:7
fight
  11:20
figuring
  21:12
force
  17:2,9
forced
  16:25 17:21
  19:11,12
foregoing
  26:4
foul
  23:15
Francois
  10:19
fruit
  21:18
fuck
  5:19 16:24
fucked
  7:14
fucking
  7:11,13
  10:5,15 17:4
  19:23 23:15
full
  19:3
fund
  22:21

---

G

GAURAV
  5:4,10,13,
  18,24 6:1,
  10,13,15,21,
  23 7:6,9,13,
  19,22 8:4,8,
  11,15,17,21,
  25 9:5,9,21,
  23 10:2,4,8,
  11,13,24
  11:2,5,10,
  15,24 12:3,
  6,10,12,18,
  24 13:1,7,
  12,18,22
  14:5,11,16,
  22 15:3,11,
  13 16:5,7,
  13,21 17:4,
  8,12 18:1,
  16,21,24
  19:11,17,21
  20:7,10,16,
  25 21:2,5,
  10,17,21,23
  22:4,8,12,
  14,17,20,23
  23:4,7,11,
  14,21,24
  24:11,15,19,
  24 25:5
globally
  22:15
good
  5:24 24:12
gotta
  17:18
government
  7:2 8:12
  11:16 18:3
  19:24 20:3
grabs
  9:15
greedy
  24:5

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

grow
  20:19
guy
  5:24 7:15
  8:5 9:12
  11:13,15
guys
  19:24

## H

Habib
  7:14
handful
  22:5,10
happen
  13:10 17:23
  19:12
happened
  7:6 16:19
  17:14,19,20,
  21 22:25
  24:16
happening
  18:12 19:19
  24:22
Harris
  7:17
hasn't
  15:20 16:3
head
  7:11 8:12
heard
  23:16
he'll
  9:18
he's
  7:7 8:13 9:3
  11:3,7,11,
  17,18 12:2
  15:24 17:18
  23:12 24:1,7
highly
  19:9
history
  6:25

Honestly
  6:19
Hostetler
  19:24 21:7
House
  5:2 8:9,19,
  22
hungry
  11:13

## I

idea
  12:16,18
idealism
  21:3
important
  5:20
inaudible
  5:15 7:15
  9:5 10:11
  15:6 16:5,16
  19:17 22:9
  24:16
inside
  10:14
intel
  7:3
intending
  17:22
intents
  17:19
inter
  22:25
interested
  26:11
introduced
  6:6
inversion
  12:16
investigation
  23:17
investigation
  s
  18:12
involved

9:1,2 10:17
23:20,22
Iran
  12:20
isn't
  15:14
issue
  13:18,19
issues
  13:15
it's
  5:20 6:1,15,
  16,24 7:17,
  18,20,21,22
  9:24,25
  10:4,7,9,21,
  24,25 11:2,
  23 13:16,23,
  24 14:16,21
  15:5,9,25
  16:14,15
  17:16 18:5
  19:14,19
  21:3,17
  24:14,16,17,
  19,20
I'd
  16:2
I'll
  16:9 20:11
I'm
  5:24 6:23
  9:1,2,15
  12:7 13:24,
  25 14:20,24
  17:6 19:23
I've
  18:2

## J

Janjaweed
  7:11
Jeff
  15:7,14,16,
  19 18:8
  19:1,3,17,

18,19,22,23
21:7,11
Jim
  21:23
Jim's
  9:16
job
  16:23,24
  21:13
JULY
  26:15

## K

Kamala
  7:17
Kevin
  8:18
kicked
  24:2
kidding
  22:22
kind
  6:6,17 23:2
Knoll
  26:3,19
KRG
  12:20

## L

lady
  10:25 16:12
laughter
  5:25 17:8,16
  22:11
left
  15:25
legal
  12:8 13:5,
  11,14 19:24
license
  11:23,25
  12:16,23
  13:2,16

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

life
  20:22 24:12,
  22
list
  7:10 18:2,3,
  7
listen
  6:18 17:18
  20:17
listening
  5:20 26:7
live
  24:12
long
  13:2
looked
  15:25
Los
  18:25
lot
  14:2,24
  20:12 24:4
love
  21:11

**M**

M&m
  22:25 23:2
made
  19:7
main
  8:5
maintain
  20:22
Majority
  8:22
make
  9:10 17:1,3,
  23 18:8
  23:15 24:4
makes
  10:9,12,13,
  14
man
  6:16 14:7,
  22,23 15:4,

5,11 17:4,15
19:22 24:20
manages
  22:20
Mannino
  19:3
matter
  6:4 15:13
  17:5,9,12,13
  24:20,21
matters
  24:21
Mccarthy
  8:18
Mccarthy's
  8:18
meet
  7:17
meeting
  8:23 9:16
  16:11
Melissa
  19:3,5,6,18,
  19
memo
  16:10,14,17
  17:17
memos
  16:1,2 20:3
mental
  10:5
mind
  14:9
mistake
  23:15
Mmm
  6:14 7:8 8:7
  9:24 11:1,4
  12:5 21:9
  23:23 24:10
Mmm-hmm
  5:3,17 11:14
  14:10 15:2
  21:20 22:7
  24:18,23
moment
  22:18

money
  11:13 24:4,5
mood
  14:2
move
  6:5
Musk
  23:20,21

**N**

needed
  17:22 18:8
Niels
  5:3,8,12,17,
  22,25 6:9,
  11,14,18,22
  7:5,8,12,18,
  20 8:2,7,10,
  13,16,20,24
  9:4,7,20,22,
  24 10:3,7,9,
  12,16 11:1,
  4,9,14,22
  12:1,5,7,11,
  15,22,25
  13:4,8,15,
  21,23 14:10,
  12,20 15:2,
  7,12,19
  16:6,9,20
  17:2,5,6,11,
  24 18:14,19,
  23 19:9,16,
  18 20:6,9,
  14,23 21:1,
  4,9,15,20,22
  22:1,7,10,
  13,16,19,22
  23:3,6,10,
  12,19,23
  24:10,13,18,
  23 25:4,7
NOC
  22:2 23:8,18
  24:1,3
NOCS
  22:5,15

normal
  14:7,9 21:13

**O**

objection
  13:20
obvious
  12:12
OFAC
  12:16 13:15,
  21 15:23
  16:12,22,23
  18:9,14
  19:6,12
  21:5,7 24:24
OFAC'S
  21:13
office
  6:5
official
  9:12
Operate
  22:15
operates
  16:22
operation
  22:24
opinion
  12:8 13:5,
  11,14,19
  14:25
opinions
  20:3
order
  25:3
outreach
  19:7
ownership
  15:23
owns
  11:18

**P**

parallel

11:16,19
**Paramount**
   17:24 18:4
**Paramount's**
   20:1
**part**
   5:4 6:16 9:8
   18:20,22
   19:23 20:1,
   4,7
**parties**
   26:10,12
**Paul**
   8:5,23,25
   9:1,14
**pension**
   22:21
**people**
   5:6,20 6:24
   11:12 14:8,
   25 15:1,5
   16:15 19:4
   20:16 24:11
**percent**
   8:17 15:22,
   24
**Period**
   19:8
**person**
   14:24
**pissed**
   15:9
**point**
   5:18 23:22
   24:1
**policy**
   7:4
**Prabowo**
   6:5
**pretty**
   24:20
**price**
   11:25 13:3
**Prince**
   24:1,6
**problem**
   24:5

**proceeding**
   26:4
**proceedings**
   26:11
**product**
   12:19,20
**program**
   18:20,24,25
**proof**
   14:16
**prosecute**
   21:14
**provided**
   26:7
**purposes**
   17:19
**put**
   6:7 14:17
   16:18

**Q**

**question**
   5:19,20

**R**

**reach**
   16:24 19:15
**reached**
   21:7
**read**
   16:16 17:17
**real**
   25:1
**reason**
   10:18 17:21
**recognizes**
   15:8
**recorded**
   26:4
**recording**
   26:7
**regulatory**
   19:24

**related**
   26:12
**relation**
   19:25
**relations**
   8:12
**relationship**
   16:25 19:7
**relax**
   9:3,13,14
**relay**
   18:10
**reminding**
   15:15
**republican**
   8:22
**Republicans**
   5:1
**requested**
   21:7
**rest**
   15:17
**rules**
   15:23,24
**run**
   18:25 23:15
**running**
   20:1
**Russia**
   12:20 13:2
   22:25 23:1
**Russians**
   14:4,17,19
**Ryan**
   8:6,23,25
   9:1,14
**Ryan's**
   8:18

**S**

**sanction**
   7:10
**scare**
   14:1

**scared**
   14:2
**screaming**
   14:3
**SDN**
   12:2
**SECO**
   18:5
**sell**
   24:6
**send**
   15:20 16:3,
   10,14
**sense**
   10:10,12,13
**set**
   6:3 14:8
   21:7
**shenanigans**
   9:3
**shit**
   7:24 15:4
   19:12 20:3
   25:3
**shouting**
   10:18
**side**
   8:22 15:16
   19:4 25:2
**simple**
   24:20
**Sir**
   21:4 22:23
   23:7
**small**
   10:5
**somebody's**
   10:22
**soul**
   24:6
**speak**
   16:4
**Speaker**
   8:8,19,22
**Speaking**
   15:19

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

spoke
  15:7,10
SRIVASTAVA
  5:4,10,13,
  18,24 6:1,
  10,13,15,21,
  23 7:6,9,13,
  19,22 8:4,8,
  11,15,17,21,
  25 9:5,9,21,
  23 10:2,4,8,
  11,13,24
  11:2,5,10,
  15,24 12:3,
  6,10,12,18,
  24 13:1,7,
  12,18,22
  14:5,11,16,
  22 15:3,11,
  13 16:5,7,
  13,21 17:4,
  8,12 18:1,
  16,21,24
  19:11,17,21
  20:7,10,16,
  25 21:2,5,
  10,17,21,23
  22:4,8,12,
  14,17,20,23
  23:4,7,11,
  14,21,24
  24:11,15,19,
  24 25:5
staff
  8:18
started
  11:6 23:25
state
  5:8,11 11:19
  18:17,18
  21:12
States
  14:18
STN'S
  13:9
stop
  9:18

stories
  20:13 24:21
story
  20:12,14,16
  25:6
stuff
  7:1,3
successful
  23:13
Sudan
  7:10
suggestion
  11:21
Susanne
  15:4
Syria
  12:21
system
  20:18,19,20

────────────

          T

talk
  18:8 20:11
talking
  5:9
team
  19:3,25
telling
  9:17 10:19
  15:15
text
  16:8
that's
  7:23 9:15,
  16,18,25
  12:17 13:10
  16:21,22,25
  19:1,2,9
  20:6,20
  21:2,13,16
  22:20 23:8,
  10 25:5,6
thereto
  26:13
there's
  10:21 18:3

  22:15
they're
  7:24 15:3
  20:4,7 24:8
they've
  18:6
thing
  13:2 17:14
  20:17,21
  22:1 24:3
things
  21:24 24:25
  25:1
thought
  21:23
time
  6:3 8:1 9:11
  18:12 19:6
  22:18
times
  18:3
told
  5:15 6:11
  9:5 18:2
  19:1 21:11
  22:1
ton
  16:1
top
  20:12
Trafi
  8:2,5 10:24
Trafigura
  7:24 8:12,14
  9:12,18,25
Trafi's
  8:5
transcribe
  26:4
TRANSCRIBER
  26:1
transcript
  26:5
transcription
  26:6
TROOST
  5:3,8,12,17,

  22,25 6:9,
  11,14,18,22
  7:5,8,12,18,
  20 8:2,7,10,
  13,16,20,24
  9:4,7,20,22,
  24 10:3,7,9,
  12,16 11:1,
  4,9,14,22
  12:1,5,7,11,
  15,22,25
  13:4,8,15,
  21,23 14:10,
  12,20 15:2,
  7,12,19
  16:6,9,20
  17:2,6,11,24
  18:14,19,23
  19:9,16,18
  20:6,9,14,23
  21:1,4,9,15,
  20,22 22:1,
  7,10,13,16,
  19,22 23:3,
  6,10,12,19,
  23 24:10,13,
  18,23 25:4,7
true
  11:24 26:5
Twenty-seven
  6:10

────────────

          U

U.S.
  15:24 18:6
  24:9
Ukrainian
  18:3
understand
  6:19,20
  10:22 11:6,
  7,10 14:7,
  22,23 15:5
  17:7 18:20,
  21 19:19
  21:15,19
  22:3 24:13

2023 05 06 GS NT - 44 (182518) (14_19_200-39_17_000)

**United**
  14:18
**unusual**
  19:10,14

---

### V

**Venezuela**
  12:20
**ventures**
  11:17
**violation**
  23:16
**visit**
  7:16

---

### W

**Warren**
  22:19 23:4,
  7,8
**wasn't**
  19:2 21:6
**week**
  8:24
**weeks**
  6:13,15
**western**
  20:22,24
**we'll**
  13:10 20:19
**we're**
  9:17 12:9,14
  13:6,8,13
  18:15 20:11
**what's**
  5:22,23
  20:23 24:21
**who's**
  6:4 8:19
**word**
  17:18
**word-by-**
  17:17
**work**
  9:21,23

  11:22 13:11,
  16 14:3 19:5
  20:19
**working**
  8:11 9:18
  12:3,4 13:8
  14:17,18
  18:17 21:17
**works**
  16:25 20:17,
  18 21:16
**world**
  7:23 10:15
  20:24 22:6,
  12,13,14
**write**
  20:2
**writing**
  16:18
**wrong**
  10:17,21
  23:17

---

### Y

**years**
  6:8,10 20:2
**yelling**
  14:2
**yesterday**
  16:3
**you're**
  9:15 10:14,
  18,19 12:3,4
  14:16 18:10
  19:2 22:22
  24:3
**you've**
  7:25 14:6