# Exhibit 15

TRANSCRIPT OF

May 8, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT - 61 (00_29_000-04_23_200)

Transcribed By: Adrea Knoll

```
1              MR. GAURAV SRIVASTAVA:  I was actually on the
2  phone with Yousef Al Otaiba, the UAE Ambassador.
3              MR. NIELS TROOST:  Uh-huh.
4              MR. GAURAV SRIVASTAVA:  He -- he is the adopted
5  son of MB Zed.  He's very -- he talked about so many
6  different things.  He talked about -- you know, he heard
7  about what I am doing and about this concept and he said --
8  he said the UAE (inaudible) is a natural ally.  He wants to
9  work with us. I mean, he knows me because I was a fucking
10 pain for him. I got them -- you know, and when the whole
11 thing happened when they were doing counterespionage here,
12 my relationship went very bad with him, so (inaudible).
13             MR. NIELS TROOST:  What happened?
14             MR. GAURAV SRIVASTAVA:  Remember the story when
15 UAE was doing espionage here in the U.S. and would --
16 during the Trump Administration and they had to (inaudible)
17 Rashid al-Malik.
18             MR. NIELS TROOST:  I don't remember. Mmm, I don't
19 think you told me this, no?  Maybe. I don't remember.
20             MR. GAURAV SRIVASTAVA:  Anyway, yeah, so there is
21 -- I sent you a story from the Intercept.  It was from
22 Rashid al-Malik, the guy -- the UAE Emirati who was spying
23 on the White House.  He was spying on the White House,
24 etcetera, etcetera.
25             MR. NIELS TROOST:  Really?
```

```
 1            MR. GAURAV SRIVASTAVA:  And out of LA.
 2            MR. NIELS TROOST:  No shit.
 3            MR. GAURAV SRIVASTAVA:  Yeah.  Yeah, so I'll say,
 4   anyway, so my relationships were very bad at that time
 5   because it caused -- it came to a point where the Bureau
 6   had raided the -- whatever places they were staying at they
 7   had gotten diplomatic permission, which they were not
 8   granted to expel the embassy.  (Inaudible) very down --
 9            MR. NIELS TROOST:  Wow.
10            MR. GAURAV SRIVASTAVA:  -- (inaudible).
11            MR. NIELS TROOST:  Wow.
12            MR. GAURAV SRIVASTAVA:  So he reached out and
13   said -- he said, "Look, I don't really want to get in a
14   position where I want to (inaudible) know what you're
15   doing.  I have written," -- he said, "I know," -- he said,
16   "We have -- we have a tremendous amount of pressure."  He
17   said "G."  I -- he said, "We've been," -- he said, "I have
18   seen what you can do.  I want to -- I don't want to get on
19   this side again."  I said, "What do you mean?"  He said, "G
20   -- I really mean this.  Let's try to make this work this
21   time and don't become a pain."
22            MR. NIELS TROOST:  Because --
23            MR. GAURAV SRIVASTAVA:  So --
24            MR. NIELS TROOST:  Because last time, you screwed
25   them or --
```

1          MR. GAURAV SRIVASTAVA:  Fucked them completely.
2          MR. NIELS TROOST:  (Laughter).  What did you do?
3          MR. GAURAV SRIVASTAVA:  Everything.  The company
4  -- the programs were cancelled.  Keep in mind, they haven't
5  -- none of their sales of weapons have been approved since
6  the -- since that time.  Until today, it's blocked.
7          MR. NIELS TROOST:  And you can unblock that for
8  them?
9          MR. GAURAV SRIVASTAVA:  Yeah, of course.  It will
10 take a couple calls, as well.  Of course.  It can happen
11 and I will do it.  I will speak to Yousef; I will do it. I
12 will reach out to them.
13         MR. NIELS TROOST:  Mmm.
14         MR. GAURAV SRIVASTAVA:  I will call to them.
15         MR. NIELS TROOST:  Okay.
16         MR. GAURAV SRIVASTAVA:  It's important, man.
17 They -- they -- I have only -- I literally have only one
18 interest and I've never had -- I literally care -- like,
19 single interest.  Like, I don't want anybody to fuck with
20 this country and if -- I don't mind working with the UAE, I
21 don't mind working with anybody, including China or Russia.
22 But just play by our rules, that's all.
23         MR. NIELS TROOST:  Mmm.
24         MR. GAURAV SRIVASTAVA:  It's pretty
25 straightforward.  So anyway, he was -- he was -- he was

```
 1  just talking to me and I was telling him about, you know,
 2  the, you know, what Paramount is doing there and all that
 3  stuff.  He said, "Yeah, that's good."  He said, "I just
 4  want you to tell me what you -- what you're trying to do
 5  there," because Yousef, one time, he's very, very powerful.
 6  Very powerful in the UAE.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3          I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9          I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18            [signature]
19                    Adrea Knoll
20
21
22
23
24
25
```

**0**

00_29_000-04_23_200
  1:12
05
  1:12
08
  1:12

**2**

2023
  1:4,12
2025
  6:15
24th
  6:15

**6**

61
  1:12

**8**

8
  1:4

**A**

ability
  6:6
accurate
  6:5
Administration
  2:16
adopted
  2:4
Adrea
  1:22 6:3,19
al-malik
  2:17,22
ally
  2:8
Ambassador
  2:2
amount
  3:16
approved
  4:5
attorney
  6:10
AUDIO
  1:10
authorized
  6:4

**B**

bad
  2:12 3:4
blocked
  4:6
Bureau
  3:5

**C**

call
  4:14
calls
  4:10
cancelled
  4:4
care
  4:18
caused
  3:5
CERTIFICATE
  6:1
certify
  6:3,9
China
  4:21
company
  4:3
completely
  4:1
concept
  2:7
counsel
  6:9
counterespionage
  2:11
country
  4:20
couple
  4:10

**D**

Dated
  6:15
day
  6:15
diplomatic
  3:7
don't
  2:18,19
  3:13,18,21
  4:19,20,21

**E**

embassy
  3:8
Emirati
  2:22
espionage
  2:15
etcetera
  2:24
events
  6:11
expel
  3:8

**F**

FILE
  1:11
foregoing
  6:4
fuck
  4:19
Fucked
  4:1
fucking
  2:9

**G**

Gaurav
  1:5 2:1,4,
  14,20 3:1,3,
  10,12,23
  4:1,3,9,14,
  16,24
good
  5:3
granted
  3:8
GS
  1:12
guy
  2:22

**H**

happen
  4:10
happened
  2:11,13
haven't
  4:4
heard
  2:6
he's
  2:5 5:5
House
  2:23

**I**

important
  4:16
inaudible
  2:8,12,16
  3:8,10,14

2023 05 08 GS NT - 61 (00_29_000-04_23_200)

| | | | |
|---|---|---|---|
| including<br>  4:21<br>Intercept<br>  2:21<br>interest<br>  4:18,19<br>interested<br>  6:11<br>it's<br>  4:6,16,24<br>I'll<br>  3:3<br>I've<br>  4:18<br><br>**J**<br><br>JULY<br>  6:15<br><br>**K**<br><br>Knoll<br>  1:22 6:3,19<br><br>**L**<br><br>LA<br>  3:1<br>Laughter<br>  4:2<br>Let's<br>  3:20<br>listening<br>  6:7<br>literally<br>  4:17,18<br><br>**M**<br><br>make<br>  3:20<br>man<br>  4:16<br>MB<br>  2:5 | mind<br>  4:4,20,21<br>Mmm<br>  2:18 4:13,23<br><br>**N**<br><br>natural<br>  2:8<br>Niels<br>  1:5 2:3,13,<br>  18,25 3:2,9,<br>  11,22,24<br>  4:2,7,13,15,<br>  23<br>NT<br>  1:12<br><br>**O**<br><br>Otaiba<br>  2:2<br><br>**P**<br><br>pain<br>  2:10 3:21<br>Paramount<br>  5:2<br>parties<br>  6:10,12<br>permission<br>  3:7<br>phone<br>  2:2<br>places<br>  3:6<br>play<br>  4:22<br>point<br>  3:5<br>position<br>  3:14<br>powerful<br>  5:5,6 | pressure<br>  3:16<br>pretty<br>  4:24<br>proceeding<br>  6:4<br>proceedings<br>  6:11<br>programs<br>  4:4<br>provided<br>  6:7<br><br>**R**<br><br>raided<br>  3:6<br>Rashid<br>  2:17,22<br>reach<br>  4:12<br>reached<br>  3:12<br>recorded<br>  6:4<br>recording<br>  1:4,10 6:7<br>related<br>  6:12<br>relationship<br>  2:12<br>relationships<br>  3:4<br>remember<br>  2:14,18,19<br>rules<br>  4:22<br>Russia<br>  4:21<br><br>**S**<br><br>sales<br>  4:5<br>screwed<br>  3:24 | shit<br>  3:2<br>side<br>  3:19<br>single<br>  4:19<br>son<br>  2:5<br>speak<br>  4:11<br>spying<br>  2:22,23<br>Srivastava<br>  1:5 2:1,4,<br>  14,20 3:1,3,<br>  10,12,23<br>  4:1,3,9,14,<br>  16,24<br>staying<br>  3:6<br>story<br>  2:14,21<br>straightforward<br>  4:25<br>stuff<br>  5:3<br><br>**T**<br><br>talked<br>  2:5,6<br>talking<br>  5:1<br>telling<br>  5:1<br>that's<br>  4:22 5:3<br>thereto<br>  6:13<br>thing<br>  2:11<br>things<br>  2:6<br>time<br>  3:4,21,24 |

```
      4:6  5:5          White
    today                 2:23
      4:6              work
    told                  2:9  3:20
      2:19             working
    transcribe            4:20,21
      6:4              Wow
    Transcribed           3:9,11
      1:22             written
    TRANSCRIBER           3:15
      6:1
    transcript
      1:3  6:5                  Y
    transcription
      6:6              Yousef
    tremendous            2:2  4:11  5:5
      3:16             you're
    Troost                3:14  5:4
      1:5  2:3,13,
      18,25  3:2,9,             Z
      11,22,24
      4:2,7,13,15,     Zed
      23                    2:5
    true
      6:5
    Trump
      2:16

              U

    U.S.
      2:15
    UAE
      2:2,8,15,22
      4:20  5:6
    Uh-huh
      2:3
    unblock
      4:7

              W

    weapons
      4:5
    We've
      3:17
```