# Exhibit 16

TRANSCRIPT OF

May 8, 2023 Recording between

Niels Troost & Gaurav Srivastava

AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT - 61 (04_39_900-05_34_100)

Transcribed By: Adrea Knoll

```
 1              MR. NIELS TROOST:  You -- you were going to go to
 2   the UAE also in order to meet with --
 3              MR. GAURAV SRIVASTAVA:  Afterwards.
 4              MR. NIELS TROOST:  -- with --
 5              MR. GAURAV SRIVASTAVA:  Yes, afterwards.
 6              MR. NIELS TROOST:  Yeah.
 7              MR. GAURAV SRIVASTAVA:  After meeting Yousef, I
 8   was -- he would fly with me.
 9              MR. NIELS TROOST:  Okay.  All right.
10              MR. GAURAV SRIVASTAVA:  Yeah, he would fly -- and
11   I'm meeting Pompeo tomorrow morning --
12              MR. NIELS TROOST:  Right.
13              MR. GAURAV SRIVASTAVA:  -- just so you know.
14              MR. NIELS TROOST:  Okay.  All right.
15              MR. GAURAV SRIVASTAVA:  And I'm going to tell
16   him, Mr. Biden, if you'd like to keep backing it, please
17   fuck off.
18              MR. NIELS TROOST:  Yeah.
19              MR. GAURAV SRIVASTAVA:  So --
20              MR. NIELS TROOST:  Yeah. Okay.  All right.
21              MR. GAURAV SRIVASTAVA:  You know this thing is
22   going to work.
23              MR. NIELS TROOST:  I hope so.
24              MR. GAURAV SRIVASTAVA:  It is.  Don't hope so; it
25   is going to work.  I have no -- you know -- I have -- I'm
```

1 in a very particular state of mind because I know the thing
2 is, the time has come.  It took a long time to build it but
3 the time has come.

|  |  |
|---|---|
| 1 | CERTIFICATE OF TRANSCRIBER |
| 2 | |
| 3 | I, ADREA KNOLL, do hereby certify that I was |
| 4 | authorized to transcribe the foregoing recorded proceeding; |
| 5 | and that the transcript is a true and accurate |
| 6 | transcription, to the best of my ability, taken while |
| 7 | listening to the provided recording. |
| 8 | |
| 9 | I FURTHER CERTIFY that I am not of counsel or |
| 10 | attorney for either or any of the parties to said |
| 11 | proceedings, nor in any way interested in the events of |
| 12 | this cause, and that I am not related to any of the parties |
| 13 | thereto. |
| 14 | |
| 15 | Dated this 24th day of JULY, 2025. |
| 16 | |
| 17 | *[signature: Adrea Knoll]* |
| 18 | |
| 19 | Adrea Knoll |

2023 05 08 GS NT - 61 (04_39_900-05_34_100)

| | | | |
|---|---|---|---|
| **2** | Don't 2:24 | **L** | **R** |
| 2025 4:15 | **E** | listening 4:7 | recorded 4:4 |
| 24th 4:15 | events 4:11 | long 3:2 | recording 4:7 |
| | | | related 4:12 |
| **A** | **F** | **M** | |
| ability 4:6 | fly 2:8,10 | meet 2:2 | **S** |
| accurate 4:5 | foregoing 4:4 | meeting 2:7,11 | SRIVASTAVA 2:3,5,7,10, 13,15,19,21, 24 |
| Adrea 4:3,19 | fuck 2:17 | mind 3:1 | |
| attorney 4:10 | **G** | morning 2:11 | state 3:1 |
| authorized 4:4 | GAURAV 2:3,5,7,10, 13,15,19,21, 24 | **N** | **T** |
| **B** | | NIELS 2:1,4,6,9, 12,14,18,20, 23 | thereto 4:13 |
| backing 2:16 | **H** | | thing 2:21 3:1 |
| Biden 2:16 | hope 2:23,24 | **O** | time 3:2,3 |
| build 3:2 | | order 2:2 | tomorrow 2:11 |
| **C** | **I** | | transcribe 4:4 |
| CERTIFICATE 4:1 | interested 4:11 | **P** | TRANSCRIBER 4:1 |
| certify 4:3,9 | I'm 2:11,15,25 | parties 4:10,12 | transcript 4:5 |
| counsel 4:9 | **J** | Pompeo 2:11 | transcription 4:6 |
| | JULY 4:15 | proceeding 4:4 | TROOST 2:1,4,6,9, 12,14,18,20, 23 |
| **D** | | proceedings 4:11 | |
| Dated 4:15 | **K** | provided 4:7 | true 4:5 |
| day 4:15 | Knoll 4:3,19 | | |

### U

**UAE**
  2:2

### W

**work**
  2:22,25

### Y

**Yousef**
  2:7
**you'd**
  2:16