# Exhibit 17

TRANSCRIPT OF

May 8, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT - 61 (15_02_400-18_52_900)

Transcribed By:  Adrea Knoll

```
1           MR. GAURAV SRIVASTAVA:  So we should give -- we
2    should give a response --
3           MR. NIELS TROOST:  Mmm-hmm.
4           MR. GAURAV SRIVASTAVA:  -- that would -- that --
5    that would qualify them in three or four steps.  We don't
6    need to write a whole story then.
7           MR. NIELS TROOST:  Right.  No.  Nobody's
8    suggesting that but what do you mean you verified?  How --
9    how -- how are we able to verify that?
10          MR. GAURAV SRIVASTAVA:  Does it matter or --
11          MR. NIELS TROOST:  I don't know.  It's -- it's -
12   because I -- you understand that I'm really confused,
13   right, because you were talking to Helene, right?  The lady
14   from SECO.  And then still we get this letter and I -- I
15   still don't understand how -- how that --
16          MR. GAURAV SRIVASTAVA:  Because -- yes, and
17   that's why -- well, why we stopped.  Helen is in the
18   policymaking division and Helen is -- and, you know,
19   because I had to reach out to my friend to connect me with
20   Helen.  And he said, "Well," --
21          MR. NIELS TROOST:  You --
22          MR. GAURAV SRIVASTAVA:  -- "they have to," --
23          MR. NIELS TROOST:  But -- I mean, (inaudible) --
24          MR. GAURAV SRIVASTAVA:  My -- yesterday.
25          MR. NIELS TROOST:  You spoke to Helen yesterday.
```

1     MR. GAURAV SRIVASTAVA:  Not Helen.  The folk in
2  the embassy who connected me to Helen; I spoke with them
3  yesterday.  And I said -- I said, "What," -- I said, "Why
4  did this letter come?" Because I was trying to get a hold
5  of them; I couldn't.  So yesterday, finally we spoke on the
6  (inaudible).  I said, look, the letter is there because,
7  first of all, the -- Helen -- you know, there was the -- by
8  the time -- there was a government disconnect between two
9  departments.  He said but keep in mind, there has been
10 several articles written against Paramount as to why SECO
11 hasn't done anything.  So they sent them this basic letter
12 --
13     MR. NIELS TROOST:  Mmm-hmm.
14     MR. GAURAV SRIVASTAVA:  -- asking them basic
15 questions.
16     MR. NIELS TROOST:  Mmm-hmm.
17     MR. GAURAV SRIVASTAVA:  Which is -- which is --
18 which is the -- which is the best that they could do --
19     MR. NIELS TROOST:  Mmm-hmm.
20     MR. GAURAV SRIVASTAVA:  -- because so far the
21 company hasn't done what they had -- what -- what SECO has
22 been asking them to do.
23     MR. NIELS TROOST:  Which is --
24     MR. GAURAV SRIVASTAVA:  Which is -- which is --
25 which is they don't want the responsibility of -- of having

```
 1  a company that is dealing in the Russian business, even if
 2  it is done through a subsidiary.  They don't want -- they
 3  don't want (inaudible) shit.  They want to say this is an
 4  U.S. issue; deal with the (inaudible).  They're -- they've
 5  been telling me for months, and so I have been telling this
 6  to you for months.
 7          MR. NIELS TROOST:  So this inversion, we have to
 8  do because of SECO was pressing for it.
 9          MR. GAURAV SRIVASTAVA:  And everybody is
10  pressuring because SECO is -- SECO has told me many times,
11  and I've told you this before, they've said, we do not
12  want," -- if -- if you don't want anything to happen to
13  this company, please just give us a reason to say this is a
14  U.S. subsidiary and we'll fully play ball. Otherwise, they
15  need to pick up a target; that's what -- that's what I've
16  heard many, many times now.  And even that was confirmed
17  yesterday, too.  But that was very -- I was very upset --
18  very, very upset.  I said, "What the fuck happened?"
19  Because I wasn't able to get a hold of him. He said -- he
20  -- first he had some issue with his daughter.  And I said,
21  I'm sorry, but this is -- we have been telling this to you
22  for a while.  It -- and you need to do this.  You need to
23  do this inversion.
24          MR. NIELS TROOST:  This is the guy from, what,
25  the U.S. Embassy.
```

```
1              MR. GAURAV SRIVASTAVA:  Yes.
2              MR. NIELS TROOST:  In Bern.
3              MR. GAURAV SRIVASTAVA:  Yeah.
4              MR. NIELS TROOST:  Okay.
5              MR. GAURAV SRIVASTAVA:  Yeah.  He said, "You need
6     to do this because SECO wants this to be a check in the box
7     exercise.  If it -- if this continues to go down this path,
8     they will be forced to do things and I can't do anything."
9              MR. NIELS TROOST:  Mmm-hmm.
10             MR. GAURAV SRIVASTAVA:  So, which is true and I
11    understand from their perspective they don't want the
12    headache of dealing with the EU or anybody.
13             MR. NIELS TROOST:  Mmm-hmm.
14             MR. GAURAV SRIVASTAVA:  I mean, just think about
15    it from -- from -- you know, from their perspective;
16    neither does Helen.  Nobody wants to deal with this shit.
17
18
19
20
21
22
23
24
25
```

```
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3          I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9          I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18          [signature: Adrea Knoll]
19                  Adrea Knoll
20
21
22
23
24
25
```

|        2        |        D         |        I         |        R         |
|-----------------|------------------|------------------|------------------|
| **2025** 6:15   | **Dated** 6:15   | interested 6:11  | recorded 6:4     |
| **24th** 6:15   | day 6:15         |                  | recording 6:7    |
|                 | deal 5:16        |        J         | related 6:12     |
|        A        | dealing 5:12     | **JULY** 6:15    |                  |
| ability 6:6     | don't 5:11       |                  |        S         |
| accurate 6:5    |                  |        K         | **SECO** 5:6     |
| **Adrea** 6:3,19|        E         | **Knoll** 6:3,19 | shit 5:16        |
| attorney 6:10   | **EU** 5:12      |                  | **SRIVASTAVA** 5:1,3,5,10,14 |
| authorized 6:4  | events 6:11      |        L         |                  |
|                 | exercise 5:7     | listening 6:7    |        T         |
|        B        |                  |                  | thereto 6:13     |
| **Bern** 5:2    |        F         |        M         | things 5:8       |
| box 5:6         | forced 5:8       | Mmm-hmm 5:9,13   | transcribe 6:4   |
|                 | foregoing 6:4    |                  | **TRANSCRIBER** 6:1 |
|        C        |                  |        N         | transcript 6:5   |
| can't 5:8       |        G         | **NIELS** 5:2,4,9,13 | transcription 6:6 |
| **CERTIFICATE** 6:1 | **GAURAV** 5:1,3,5,10,14 |                  | **TROOST** 5:2,4,9,13 |
| certify 6:3,9   |                  |        P         | true 5:10 6:5    |
| check 5:6       |        H         | parties 6:10,12  |                  |
| continues 5:7   | headache 5:12    | path 5:7         |        U         |
| counsel 6:9     | **Helen** 5:16   | perspective 5:11,15 | understand 5:11 |
|                 |                  | proceeding 6:4   |                  |
|                 |                  | proceedings 6:11 |                  |
|                 |                  | provided 6:7     |                  |