# Exhibit 18

TRANSCRIPT OF

May 8, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT - 61 (20_52_500-21_07_700)

Transcribed By: Adrea Knoll

1          MR. GAURAV SRIVASTAVA:  We need to do this
2    inversion.  SECO —- they have told the guy in Bern, in the
3    embassy, quote end quote, "You need to become a U.S.
4    company so we don't have to deal with this shit."
5          MR. NIELS TROOST:  Yeah, so and then there are
6    steps to be taken —-
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                 CERTIFICATE OF TRANSCRIBER
 2
 3          I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9          I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17   [signature]
18
19                  Adrea Knoll
20
21
22
23
24
25
```

2023_05_08_GS_NT - 61 (20_52_500-21_07_700)

| **0** | **B** | **G** | proceedings<br>  3:11<br>provided<br>  3:7 |
|---|---|---|---|
| 05<br>  1:12<br>08<br>  1:12 | Bern<br>  2:2 | Gaurav<br>  1:5  2:1<br>GS<br>  1:12<br>guy<br>  2:2 | **Q**<br>quote<br>  2:3 |
| **2**<br>2023<br>  1:4,12<br>2025<br>  3:15<br>20_52_500-21_<br>07_700<br>  1:12<br>24th<br>  3:15 | **C**<br>CERTIFICATE<br>  3:1<br>certify<br>  3:3,9<br>company<br>  2:4<br>counsel<br>  3:9 | **I**<br>interested<br>  3:11<br>inversion<br>  2:2 | **R**<br>recorded<br>  3:4<br>recording<br>  1:4,10  3:7<br>related<br>  3:12 |
| **6**<br>61<br>  1:12 | **D**<br>Dated<br>  3:15<br>day<br>  3:15<br>deal<br>  2:4<br>don't<br>  2:4 | **J**<br>JULY<br>  3:15<br>**K**<br>Knoll<br>  1:22  3:3,19 | **S**<br>SECO<br>  2:2<br>shit<br>  2:4<br>Srivastava<br>  1:5  2:1<br>steps<br>  2:6 |
| **8**<br>8<br>  1:4 | **E**<br>embassy<br>  2:3<br>end<br>  2:3<br>events<br>  3:11 | **L**<br>listening<br>  3:7<br>**N**<br>Niels<br>  1:5  2:5<br>NT<br>  1:12 | **T**<br>thereto<br>  3:13<br>told<br>  2:2<br>transcribe<br>  3:4<br>Transcribed<br>  1:22<br>TRANSCRIBER<br>  3:1<br>transcript<br>  1:3  3:5<br>transcription<br>  3:6 |
| **A**<br>ability<br>  3:6<br>accurate<br>  3:5<br>Adrea<br>  1:22  3:3,19<br>attorney<br>  3:10<br>AUDIO<br>  1:10<br>authorized<br>  3:4 | **F**<br>FILE<br>  1:11<br>foregoing<br>  3:4 | **P**<br>parties<br>  3:10,12<br>proceeding<br>  3:4 | |

**Troost**
  1:5  2:5
**true**
  3:5

---
        **U**
---

**U.S.**
  2:3