# Exhibit 19

TRANSCRIPT OF

May 8, 2023 Recording between

Gaurav Srivastava & Niels Troost

AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT — 61 (24_51_800-28_41_000)

Transcribed By:  Adrea Knoll

```
 1          MR. GAURAV SRIVASTAVA:  But, you know, we -- we
 2  need to -- we really need to get, you know, we really need
 3  to get everything sorted and in gear because, you know,
 4  we're getting at the -- we're getting at the end of our
 5  extended favor time, so I -- I want to sort this out as
 6  quickly as possible.
 7          MR. NIELS TROOST:  Right, but right now we still
 8  have, let's say, their support and their protection because
 9  of you, right, in the --
10          MR. GAURAV SRIVASTAVA:  Correct.
11          MR. NIELS TROOST:  Yeah.
12          MR. GAURAV SRIVASTAVA:  Yes.
13          MR. NIELS TROOST:  Yeah.
14          MR. GAURAV SRIVASTAVA:  Yes, but I'm not -- I'm
15  here, man. I'm -- by the way, Murtaza wants to meet in
16  Dubai so I'm thinking whether I should directly come from
17  DC or I come back to LA then go to Dubai but Murtaza wants
18  to meet in Dubai and then I will either -- so Yousef will
19  probably fly back --
20          MR. NIELS TROOST:  Okay.
21          MR. GAURAV SRIVASTAVA:  -- with me.
22          MR. NIELS TROOST:  Okay.
23          MR. GAURAV SRIVASTAVA:  And then -- because the
24  way this program will start, this program will start as a
25  collaboration between the U.S. and UAE, which is great.
```

1  You understand what's happened, right?  U.S. and UAE
2  haven't had good relationships since Biden came in office.
3          MR. NIELS TROOST:  Right.
4          MR. GAURAV SRIVASTAVA:  You realize that.
5          MR. NIELS TROOST:  Yeah.
6          MR. GAURAV SRIVASTAVA:  So this is going to be
7  the, "Let's break the bridge," program.  And then we will
8  flip the program to be a U.S. program.
9          MR. NIELS TROOST:  Mmm.  Hey, by the way,
10 remember, you are -- you are setting up this, I don't know
11 what you call it, like this think tank, or whatever, or
12 that, you know, the --
13         MR. GAURAV SRIVASTAVA:  I still am --
14         MR. NIELS TROOST:  The -- the thing in LA.  Have
15 you -- it was only one of three or something or one of five
16 approved?
17         MR. GAURAV SRIVASTAVA:  Yes.
18         MR. NIELS TROOST:  Yeah.
19         MR. GAURAV SRIVASTAVA:  One of five. I still am
20 doing that.  But I want -- but I had that chat when forcing
21 the Agency, they said that before we come out posting a
22 flag, if you -- I think it's important to get the business
23 aspect under order.
24         MR. NIELS TROOST:  Mmm-hmm.
25         MR. GAURAV SRIVASTAVA:  Otherwise, we'll have a

1  target on our back from the Ukrainians and other people.
2          MR. NIELS TROOST:  No, no, but I wasn't -- you
3  know, I was talking about that -- that whatever that
4  Strivastava, whatever --
5          MR. GAURAV SRIVASTAVA:  Yeah, the think tank --
6          MR. NIELS TROOST:  -- (inaudible) --
7          MR. GAURAV SRIVASTAVA:  -- the National Security
8  Intelligence Institute (inaudible) Center, yes.
9          MR. NIELS TROOST:  Yeah.
10         MR. GAURAV SRIVASTAVA:  That's what I'm talking
11 about.
12         MR. NIELS TROOST:  And -- and --
13         MR. GAURAV SRIVASTAVA:  I want --
14         MR. NIELS TROOST:  And the reason for doing that
15 was what?  So that you could speak directly to the
16 government or --
17         MR. GAURAV SRIVASTAVA:  No, the reason for doing
18 -- no, no, no, no, no, no, no.  The reason for doing
19 because -- because it gives you the convening power to call
20 foreign -- foreign head of state and U.S. head of state
21 together on the same platform in a nonofficial setting.
22         MR. NIELS TROOST:  Right.
23         MR. GAURAV SRIVASTAVA:  So you're able to bring
24 all of that into one -- one shot, which we'll still do but
25 I want to wrap the business part of it up first because

1  it's taken more precedent and people are really pushing for
2  it. Because that -- that requires me to spend some time.
3  It's not -- it's been approved. It's been approved. It's
4  been approved. It's been sitting on -- it's been approved
5  and I want, you know, I want to first wrap this up because
6  we have a very good momentum to do this.
7            MR. NIELS TROOST: Mmm-hmm.
8            MR. GAURAV SRIVASTAVA: We have very good
9  momentum to do this. Look, this is -- this thing is going
10 to go down. They -- they have -- they are fully on board
11 to make it go down.
12           MR. NIELS TROOST: Mmm-hmm. Okay.
13           MR. GAURAV SRIVASTAVA: And my meeting with Paul
14 Ryan is also happening at 8:00 a.m.
15           MR. NIELS TROOST: Your -- your what? Sorry?
16           MR. GAURAV SRIVASTAVA: The Trafigura guys; I'm
17 meeting at eight tomorrow morning, at 8:00 a.m.

```
1                    CERTIFICATE OF TRANSCRIBER
2
3          I, ADREA KNOLL, do hereby certify that I was
4    authorized to transcribe the foregoing recorded proceeding;
5    and that the transcript is a true and accurate
6    transcription, to the best of my ability, taken while
7    listening to the provided recording.
8
9          I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 24th day of JULY, 2025.
16
17
18          [signature: Adrea Knoll]
19                  Adrea Knoll
20
21
22
23
24
25
```

2023 05 08 GS NT - 61 (24_51_800-28_41_000)

| **2** | bring 4:23<br>business 3:22 4:25 | events 6:11<br>extended 2:5 | **H**<br>happened 3:1 |
|---|---|---|---|
| 2025 6:15<br>24th 6:15 | **C** | **F** | happening 5:14<br>haven't 3:2 |
| **8** | call 3:11 4:19<br>Center 4:8 | favor 2:5<br>flag 3:22 | head 4:20<br>Hey 3:9 |
| 8:00 5:14,17 | CERTIFICATE 6:1<br>certify 6:3,9 | flip 3:8<br>fly 2:19 | **I** |
| **A** | chat 3:20<br>collaboration 2:25 | forcing 3:20<br>foregoing 6:4 | important 3:22<br>inaudible 4:6,8 |
| a.m. 5:14,17<br>ability 6:6<br>accurate 6:5<br>Adrea 6:3,19<br>Agency 3:21<br>approved 3:16 5:3,4<br>aspect 3:23<br>attorney 6:10<br>authorized 6:4 | convening 4:19<br>Correct 2:10<br>counsel 6:9 | foreign 4:20<br>fully 5:10 | Institute 4:8<br>Intelligence 4:8<br>interested 6:11<br>it's 3:22 5:1,3,4<br>I'm 2:14,15,16 4:10 5:16 |
| | **D** | **G** | |
| | Dated 6:15<br>day 6:15<br>DC 2:17<br>directly 2:16 4:15<br>don't 3:10<br>Dubai 2:16,17,18 | GAURAV 2:1,10,12, 14,21,23 3:4,6,13,17, 19,25 4:5,7, 10,13,17,23 5:8,13,16<br>gear 2:3<br>good 3:2 5:6,8<br>government 4:16<br>great 2:25<br>guys 5:16 | |
| | | | **J** |
| **B** | | | JULY 6:15 |
| back 2:17,19 4:1<br>Biden 3:2<br>board 5:10<br>break 3:7<br>bridge 3:7 | | | **K**<br>Knoll 6:3,19 |
| | **E** | | **L** |
| | end 2:4 | | LA 2:17 3:14 |

let's
  2:8  3:7
listening
  6:7

**M**

make
  5:11
man
  2:15
meet
  2:15,18
meeting
  5:13,17
Mmm
  3:9
Mmm-hmm
  3:24  5:7,12
momentum
  5:6,9
morning
  5:17
Murtaza
  2:15,17

**N**

National
  4:7
NIELS
  2:7,11,13,
  20,22  3:3,5,
  9,14,18,24
  4:2,6,9,12,
  14,22  5:7,
  12,15
nonofficial
  4:21

**O**

office
  3:2
order
  3:23

**P**

part
  4:25
parties
  6:10,12
Paul
  5:13
people
  4:1  5:1
platform
  4:21
posting
  3:21
power
  4:19
precedent
  5:1
proceeding
  6:4
proceedings
  6:11
program
  2:24  3:7,8
protection
  2:8
provided
  6:7
pushing
  5:1

**Q**

quickly
  2:6

**R**

realize
  3:4
reason
  4:14,17,18
recorded
  6:4
recording
  6:7
related
  6:12
relationships
  3:2
remember
  3:10
requires
  5:2
Ryan
  5:14

**S**

Security
  4:7
setting
  3:10  4:21
shot
  4:24
sitting
  5:4
sort
  2:5
sorted
  2:3
speak
  4:15
spend
  5:2
SRIVASTAVA
  2:1,10,12,
  14,21,23
  3:4,6,13,17,
  19,25  4:5,7,
  10,13,17,23
  5:8,13,16
start
  2:24
state
  4:20
Strivastava
  4:4
support
  2:8

**T**

talking
  4:3,10
tank
  3:11  4:5
target
  4:1
That's
  4:10
thereto
  6:13
thing
  3:14  5:9
thinking
  2:16
time
  2:5  5:2
tomorrow
  5:17
Trafigura
  5:16
transcribe
  6:4
TRANSCRIBER
  6:1
transcript
  6:5
transcription
  6:6
TROOST
  2:7,11,13,
  20,22  3:3,5,
  9,14,18,24
  4:2,6,9,12,
  14,22  5:7,
  12,15
true
  6:5

**U**

U.S.
  2:25  3:1,8
  4:20

2023 05 08 GS NT - 61 (24_51_800-28_41_000)

| |
|---|
| **UAE**<br>  2:25  3:1<br>**Ukrainians**<br>  4:1<br>**understand**<br>  3:1 |
| **W** |
| **wasn't**<br>  4:2<br>**we'll**<br>  3:25  4:24<br>**we're**<br>  2:4<br>**what's**<br>  3:1<br>**wrap**<br>  4:25  5:5 |
| **Y** |
| **Yousef**<br>  2:18<br>**you're**<br>  4:23 |