# Exhibit 20

TRANSCRIPT OF

May 8, 2023 Recording between

Niels Troost & Gaurav Srivastava



AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT - 61 (31_16_900-38_21_200)



Transcribed By:  Adrea Knoll

1          MR. NIELS TROOST:  All this could —-

2          MR. GAURAV SRIVASTAVA:  You did nothing wrong. I

3 keep —- I —- I've told that to myself.  That's why I went

4 back and I made the same fucking guarantee that I know the

5 guy is completely right.  But I said that to you.  What

6 have I —- I don't know why you do this. I have told this to

7 you many times. I haven't said that you are —- by the way,

8 if I thought you were working for the dining partner, I

9 would personally come and pick you up.

10          MR. NIELS TROOST:  Mmm-hmm.

11          MR. GAURAV SRIVASTAVA:  I don't think you work

12 for anybody.

13          MR. NIELS TROOST:  Of course I —-

14          MR. GAURAV SRIVASTAVA:  Just don't —-

15          MR. NIELS TROOST:  Just —-

16          MR. GAURAV SRIVASTAVA:  But don't behave like

17 you're (laughter) —-

18          MR. NIELS TROOST:  But I've told you many times

19 before, the Russians want to attack our business, with or

20 without Trafigura.  I don't know who's behind it.  All

21 these attacks on us are just crazy.  Just —-

22          MR. GAURAV SRIVASTAVA:  Right.

23          MR. NIELS TROOST:  —- crazy.  And —-

24          MR. GAURAV SRIVASTAVA:  The —- I don't like to

25 believe the fact that Russia wanted to attack our business.

1  That is not true.  Why would they want to attack our

2  business?  Why?  It makes no sense.  It's definitely not

3  the cleaning lady.  It -- it doesn't benefit the cleaning

4  lady to start attacking the one company that is operating

5  there, which is a non-Russian company.  I mean, he's

6  already -- I mean, whatever you say about the guy, the guy

7  is a brilliant guy.  He's very smart.  He's not an idiot,

8  you know?  He's not an idiot, that's for sure.

9         MR. NIELS TROOST:  But you realize, right, we

10  can't work with him, right?  He's an SDN, right? His

11  company --

12         MR. GAURAV SRIVASTAVA:  I --

13         MR. NIELS TROOST:  I mean, he's --

14         MR. GAURAV SRIVASTAVA:  -- understand.  When did

15  I say we're working with them?  I'm just telling you the

16  (inaudible) part.

17         MR. NIELS TROOST:  No, because Jim was saying the

18  other day that, you know, once we become an American

19  company, the U.S. government wants us to work with him. But

20  how -- how is that going to work?  He's -- he's under --

21         MR. GAURAV SRIVASTAVA:  First of all -- first of

22  all, Jim should shut up and not talk about this shit.

23  Fucking Jim, man.  When he gets excited he goes off the

24  track.  So --

25         MR. NIELS TROOST:  But how -- how's that going to

2023 05 08 GS NT - 61 (31_16_900-38_21_200)

1   work because there will be a special approval then?  Or ——

2          MR. GAURAV SRIVASTAVA:  Yeah, but he —— yeah, but

3   he —— I don't know why he's discussing this with you.

4   Okay, yes, there will be an approval but, you know, first

5   of all, Jim shouldn't be talking about this shit to you; he

6   really shouldn't be.  He —— because it doesn't —— you know,

7   it doesn't ——

8          MR. NIELS TROOST:  No, because in ——

9          MR. GAURAV SRIVASTAVA:  Because ——

10          MR. NIELS TROOST:  Because —— because he got very

11  fed up.  He called me and he was yelling and shouting and

12  then saying, "What the fuck are you guys doing?"  I said,

13  "I'm not doing anything.  I'm doing my best to move things

14  along."  And then he said, "Yeah, you have to hurry up

15  because the government wants us to work with —— with these

16  people, with Rosneft."  And I said — I said, "We cannot."

17  I said, "I've never worked with him in my life and never

18  will work with them in my life.  There," ——

19          MR. GAURAV SRIVASTAVA:  Yeah.

20          MR. NIELS TROOST:  —— "unless there's a special

21  approval."

22          MR. GAURAV SRIVASTAVA:  Yeah.  He's not wrong,

23  okay, which he shouldn't say this stuff to you.  He really

24  shouldn't.  But there is a process to all of this; there is

25  a —— you know, there is a process, there's a protocol to

1  this and it happens in a particular way.  And we are going

2  to do it (inaudible) proper checks and balances in place

3  but there is —— there is —— he's right, okay?  But he

4  shouldn't have mentioned this to you anyway but he's right.

5          MR. NIELS TROOST:  But the whole ——

6          MR. GAURAV SRIVASTAVA:  It's going to ——

7          MR. NIELS TROOST:  Sorry.

8          MR. GAURAV SRIVASTAVA:  It's going to —— I mean,

9  look, this thing is going to happen.  They're shopping

10 around for people for different —— I mean, they —— and at

11 this moment, look, some —— there is —— there are —— there

12 —— and they have decided to do this program; they've

13 decided to do it with us.

14         MR. NIELS TROOST:  Yeah, but the pro —— the

15 program, because this is when we met and when we —— when we

16 —— when we agreed to work together, the whole idea was

17 we're going to get a program that we can trade in dollars

18 and Paramount is going to be the only company that can work

19 with —— with Russia and there will be special license to ——

20 to work with people that are on —— on lists now.

21         MR. GAURAV SRIVASTAVA:  Mmm-hmm.

22         MR. NIELS TROOST:  Right?  So —— huh?

23         MR. GAURAV SRIVASTAVA:  Correct.  Correct.

24         MR. NIELS TROOST:  So ——

25         MR. GAURAV SRIVASTAVA:  The dollar —— the dollar

1  part is going to come in some time, that's why the UAE and

2  maybe Saudi will be involved for that.

3          MR. NIELS TROOST:  Mmm-hmm.

4          MR. GAURAV SRIVASTAVA:  But before that, we

5  immediately start with this thing.  Now, that's why I don't

6  -- that's why I'm getting so frustrated and I'm getting

7  frustrated because people are asking me to make sure -- to

8  -- to -- to make sure that if you are -- if you are going

9  to do this because the only way this is going to work is a

10 U.S. company.  And there are, you know, there are other

11 folks in the Agency who are -- who have, you know, other

12 people who they think are more capable and more better to

13 do this business with than -- than -- than you or Paramount

14 and they want me to work with them.  That's why I'm so

15 frustrated because I want this to fucking be finished and

16 call it a day.  And I am -- man, I never get frustrated.  I

17 am frustrated because I want this to be over with. I want

18 this to be over with.  I want this to be -- this is a

19 program that --

20          MR. NIELS TROOST:  But --

21          MR. GAURAV SRIVASTAVA:  -- I'm doing and the end

22 of the fucking story.  But that's what I want to do and be

23 finished with this stupid conversation.

24          MR. NIELS TROOST:  Understood.

25          MR. GAURAV SRIVASTAVA:  But at this time --

```
1              MR. NIELS TROOST:  But ——

2              MR. GAURAV SRIVASTAVA:  —— I'm like ——

3              MR. NIELS TROOST:  But —— but tell me, what ——

4    what are we doing wrong on our side that makes you so

5    frustrated?  Because I —— I just don't see it.

6              MR. GAURAV SRIVASTAVA:  It's not —— because I

7    feel that there is people in the company that do not want

8    this inversion to happen.  There's —— there is —— when it

9    —— I feel there's a resistance. I feel there is a

10   resistance in the organization.  Big time.  I feel that I'm

11   the —— I feel I am —— I am —— I am —— I am —— I am fighting

12   against a very strong head force; a headwind within the

13   company.

14             MR. NIELS TROOST:  But that ——

15             MR. GAURAV SRIVASTAVA:  I can feel it ——

16             MR. NIELS TROOST:  But that is ——

17             MR. GAURAV SRIVASTAVA:  —— from Marcia, I feel it

18   from Susanne, I feel it from Francois, I feel it from

19   everybody.

20             MR. NIELS TROOST:  So what do you want me to ——

21             MR. GAURAV SRIVASTAVA:  And ——

22             MR. NIELS TROOST:  What do you want me to do then

23   with these people?

24             MR. GAURAV SRIVASTAVA:  Just have a chat with

25   them, you know?  Just have a chat with them.  You're —— you
```

1  know, these are your kind.  Have a chat with them.  Say,

2  "Hey, I don't know what," —— you know ——

3          MR. NIELS TROOST:  Well —— well, the guys in the

4  Swiss office are my guys, yes, but ——

5          MR. GAURAV SRIVASTAVA:  Right, but when Francois

6  (inaudible) and Francois make these stupid comments to ——

7  to —— to Nicolas saying, "Oh, well, you know, you should ——

8  you should be careful and you should run away," and you

9  know, Nicolas is like, "Okay," you know?  And —— and then I

10  get, you know, I get —— man, I hear this shit, I get fairly

11  upset and then I'm like, okay, well, what the fuck joke is

12  going on?  And then I want to, you know, my original plan

13  was to meet with Yousef, when I was angry, was meet with

14  Yousef and give him Francois' name and get Francois

15  deported; that's what I was going to do.  But ——

16          MR. NIELS TROOST:  But Francois deported for

17  what?  What —— what is he doing that is upsetting you so

18  much?  He's —— speak to him.  Just speak to him.  It's ——

19  because the reason ——

20          MR. GAURAV SRIVASTAVA:  I ——

21          MR. NIELS TROOST:  —— this —— the reason this ——

22          MR. GAURAV SRIVASTAVA:  I ——

23          MR. NIELS TROOST:  —— the reason the staff are

24  doing what they're doing is because you're so secretive.

25          MR. GAURAV SRIVASTAVA:  I've ——

2023 05 08 GS NT - 61 (31_16_900-38_21_200)

```
1                    CERTIFICATE OF TRANSCRIBER

2

3          I, ADREA KNOLL, do hereby certify that I was

4   authorized to transcribe the foregoing recorded proceeding;

5   and that the transcript is a true and accurate

6   transcription, to the best of my ability, taken while

7   listening to the provided recording.

8

9          I FURTHER CERTIFY that I am not of counsel or

10  attorney for either or any of the parties to said

11  proceedings, nor in any way interested in the events of

12  this cause, and that I am not related to any of the parties

13  thereto.

14

15  Dated this 24th day of JULY, 2025.

16

17

18

19                    Adrea Knoll

20

21

22

23

24

25
```

2023 05 08 GS NT - 61 (31_16_900-38_21_200)

---

**2**

2025
    9:15
24th
    9:15

---

**A**

ability
    9:6
accurate
    9:5
Adrea
    9:3,19
Agency
    6:11
agreed
    5:16
angry
    8:13
approval
    4:1,4,21
attorney
    9:10
authorized
    9:4

---

**B**

balances
    5:2
Big
    7:10
business
    6:13

---

**C**

call
    6:16
called
    4:11
capable
    6:12

---

careful
    8:8
CERTIFICATE
    9:1
certify
    9:3,9
chat
    7:24,25 8:1
checks
    5:2
comments
    8:6
company
    5:18 6:10
    7:7,13
conversation
    6:23
Correct
    5:23
counsel
    9:9

---

**D**

Dated
    9:15
day
    6:16 9:15
decided
    5:12,13
deported
    8:15,16
discussing
    4:3
doesn't
    4:6,7
dollar
    5:25
dollars
    5:17
don't
    4:3 6:5 7:5
    8:2

---

**E**

end
    6:21
events
    9:11

---

**F**

fairly
    8:10
fed
    4:11
feel
    7:7,9,10,11,
    15,17,18
fighting
    7:11
finished
    6:15,23
folks
    6:11
force
    7:12
foregoing
    9:4
Francois
    7:18 8:5,6,
    14,16
frustrated
    6:6,7,15,16,
    17 7:5
fuck
    4:12 8:11
fucking
    6:15,22

---

**G**

GAURAV
    4:2,9,19,22
    5:6,8,21,23,
    25 6:4,21,25
    7:2,6,15,17,
    21,24 8:5,

---

    20,22,25
give
    8:14
government
    4:15
guys
    4:12 8:3,4

---

**H**

happen
    5:9 7:8
head
    7:12
headwind
    7:12
hear
    8:10
Hey
    8:2
he's
    4:3,22 5:3,4
    8:18
hurry
    4:14

---

**I**

idea
    5:16
immediately
    6:5
inaudible
    5:2 8:6
interested
    9:11
inversion
    7:8
involved
    6:2
It's
    5:6,8 7:6
    8:18
I'm
    4:13 6:6,14,
    21 7:2,10

---

2023 05 08 GS NT - 61 (31_16_900-38_21_200)

8:11
I've
    4:17  8:25

**J**

Jim
    4:5
joke
    8:11
JULY
    9:15

**K**

kind
    8:1
Knoll
    9:3,19

**L**

license
    5:19
life
    4:17,18
listening
    9:7
lists
    5:20

**M**

make
    6:7,8  8:6
makes
    7:4
man
    6:16  8:10
Marcia
    7:17
meet
    8:13
mentioned
    5:4

met
    5:15
Mmm-hmm
    5:21  6:3
moment
    5:11
move
    4:13

**N**

Nicolas
    8:7,9
NIELS
    4:8,10,20
    5:5,7,14,22,
    24  6:3,20,24
    7:1,3,14,16,
    20,22  8:3,
    16,21,23

**O**

office
    8:4
organization
    7:10
original
    8:12

**P**

Paramount
    5:18  6:13
part
    6:1
parties
    9:10,12
people
    4:16  5:10,20
    6:7,12  7:7,
    23
place
    5:2
plan
    8:12

pro
    5:14
proceeding
    9:4
proceedings
    9:11
process
    4:24,25
program
    5:12,15,17
    6:19
proper
    5:2
protocol
    4:25
provided
    9:7

**R**

reason
    8:19,21,23
recorded
    9:4
recording
    9:7
related
    9:12
resistance
    7:9,10
Rosneft
    4:16
run
    8:8
Russia
    5:19

**S**

Saudi
    6:2
secretive
    8:24
shit
    4:5  8:10

shopping
    5:9
shouldn't
    4:5,6,23,24
    5:4
shouting
    4:11
side
    7:4
speak
    8:18
special
    4:1,20  5:19
SRIVASTAVA
    4:2,9,19,22
    5:6,8,21,23,
    25  6:4,21,25
    7:2,6,15,17,
    21,24  8:5,
    20,22,25
staff
    8:23
start
    6:5
story
    6:22
strong
    7:12
stuff
    4:23
stupid
    6:23  8:6
Susanne
    7:18
Swiss
    8:4

**T**

talking
    4:5
that's
    6:1,5,6,14,
    22  8:15
thereto
    9:13

2023 05 08 GS NT - 61 (31_16_900-38_21_200)

**there's**
  4:20,25  7:8,
  9
**they're**
  5:9  8:24
**they've**
  5:12
**thing**
  5:9  6:5
**things**
  4:13
**time**
  6:1,25  7:10
**trade**
  5:17
**transcribe**
  9:4
**TRANSCRIBER**
  9:1
**transcript**
  9:5
**transcription**
  9:6
**TROOST**
  4:8,10,20
  5:5,7,14,22,
  24  6:3,20,24
  7:1,3,14,16,
  20,22  8:3,
  16,21,23
**true**
  9:5

---

**U**

**U.S.**
  6:10
**UAE**
  6:1
**Understood**
  6:24
**upset**
  8:11
**upsetting**
  8:17

---

**W**

**we're**
  5:17
**work**
  4:1,15,18
  5:16,18,20
  6:9,14
**worked**
  4:17
**wrong**
  4:22  7:4

---

**Y**

**yelling**
  4:11
**Yousef**
  8:13,14
**you're**
  7:25  8:24