# Exhibit 21

TRANSCRIPT OF

May 8, 2023 Recording between

Niels Troost & Gaurav Srivastava

AUDIO RECORDING

FILE NAME:

2023 05 08 GS NT - 61 (39_52_700-43_21_100)

Transcribed By: Adrea Knoll

1        MR. NIELS TROOST:  But we have to -- but we have
2   to let him control and manage it because I cannot be
3   involved.  I will not be involved.  You cannot be involved.
4   We have to --
5        MR. GAURAV SRIVASTAVA:  Why can I not be
6   involved?
7        MR. NIELS TROOST:  Because you -- because you're
8   American.
9        MR. GAURAV SRIVASTAVA:  Okay, that is a good rule
10  and I think you can -- that's a good rule to follow and I
11  can do that under so many different programs that it's not
12  an issue.  I know how to do that, okay?  And if that was
13  the case, why the fuck is Jeff Berg speaking to him?
14       MR. NIELS TROOST:  Well, that's a lawyer, right?
15       MR. GAURAV SRIVASTAVA:  Sure, but I can speak to
16  -- I --
17       MR. NIELS TROOST:  And I -- and I assumed right
18  away, it's a good point, I assumed that Jeff has some kind
19  of a OFAC license or some license that allows him to be
20  involved, which is what my understanding was anyway because
21  he's --
22       MR. GAURAV SRIVASTAVA:  Of course -- I mean, of
23  course any of the people in the U.S. that is being -- that
24  are -- that are talking.  We are talking based upon the
25  fact that they are in constant communication with the

```
 1   government.  And I want you to be in that same position,
 2   too, but you are making it the most difficult thing for me
 3   to do that.  You understand that, right?
 4              MR. NIELS TROOST:  Because they are part of this
 5   special program that allows them to -- to do all of these
 6   --
 7              MR. GAURAV SRIVASTAVA:  I have sponsored a
 8   license for all of these people. I want to sponsor a
 9   license for you as a U.S. employee and give you a work
10   permit and then you are set.  But you don't want to do
11   that; you want to keep having this conversation for 50
12   times a day.  I --
13              MR. NIELS TROOST:  No, because I am very scared,
14   G, and I want everything to be done correctly.  I do not --
15              MR. GAURAV SRIVASTAVA:  Listen, man, being --
16   Niels, being scared in a crisis is not the way to resolve a
17   crisis.  We need to -- look, I'll tell you something as a
18   friend.  You need to stop being scared and -- and -- and
19   you have all the tools at your disposal.  You have -- if
20   you want to reach the government, we can reach the
21   government.  You want to -- nothing's going to happen to
22   you.  That's the furthest thing; get that out of your mind,
23   first off, okay?  Once -- so let's get that off your mind.
24   And nothing will happen to this company --
25              MR. NIELS TROOST:  Thank you.
```

```
1            MR. GAURAV SRIVASTAVA:  -- and start there.
2            MR. NIELS TROOST:  Because of you.
3            MR. GAURAV SRIVASTAVA:  It's --
4            MR. NIELS TROOST:  Because of you, right?
5            MR. GAURAV SRIVASTAVA:  Because of me.
6            MR. NIELS TROOST:  Yeah, thank you.
7            MR. GAURAV SRIVASTAVA:  It will not happen, so
8   let's start there.  So let's start to figure out what is
9   the issue?  The issue is that you are not able to run the
10  company as your company.  That is the issue.  So we need to
11  do that and I don't know how to tell you, I am --
12           MR. NIELS TROOST:  No, I can --
13           MR. GAURAV SRIVASTAVA:  I am --
14           MR. NIELS TROOST:  -- run -- I can run the Swiss
15  business, the Swiss office, but I cannot --
16           MR. GAURAV SRIVASTAVA:  You can even -- you can
17  even run the Dubai office if you are working under a
18  program in the United States.
19           MR. NIELS TROOST:  And -- and this --
20           MR. GAURAV SRIVASTAVA:  You need to --
21           MR. NIELS TROOST:  But explain to me this program
22  then.  This is, what, this anti-terror program that you are
23  involved in?
24           MR. GAURAV SRIVASTAVA:  Yes, anti-terror.  I'm
25  involved in many programs but one of the programs, this
```

1  particular program, is a counterterrorism program, okay?
2  You need to be able to run your office, man.  It's not a
3  joke. You -- you should be able to give instructions to
4  your people in your office.  It's a fucking joke.
5              MR. NIELS TROOST:  But what --
6              MR. GAURAV SRIVASTAVA:  I mean, this --
7              MR. NIELS TROOST:  But what --
8              MR. GAURAV SRIVASTAVA:  This is just you and me.
9  This is just you and me --
10             MR. NIELS TROOST:  I understand.
11             MR. GAURAV SRIVASTAVA:  -- talking.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1                    CERTIFICATE OF TRANSCRIBER
2

3            I, ADREA KNOLL, do hereby certify that I was
4    authorized to transcribe the foregoing recorded proceeding;
5    and that the transcript is a true and accurate
6    transcription, to the best of my ability, taken while
7    listening to the provided recording.
8

9            I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14

15   Dated this 24th day of JULY, 2025.
16
17
18               [signature: Adrea Knoll]
19                    Adrea Knoll
```

|   2   | | CERTIFICATE<br>  6:1<br>certify<br>  6:3,9<br>communication<br>  2:25<br>company<br>  3:24  4:10<br>constant<br>  2:25<br>control<br>  2:2<br>conversation<br>  3:11<br>correctly<br>  3:14<br>counsel<br>  6:9<br>counterterror<br>ism<br>  5:1<br>crisis<br>  3:16,17 | explain<br>  4:21 | I |
|---|---|---|---|---|
| 2025<br>  6:15<br>24th<br>  6:15 | | | F | instructions<br>  5:3<br>interested<br>  6:11<br>involved<br>  2:3,6,20<br>  4:23,25<br>issue<br>  2:12  4:9,10<br>it's<br>  2:11,18  4:3<br>  5:2,4<br>I'll<br>  3:17<br>I'm<br>  4:24 |
| | | | fact<br>  2:25<br>figure<br>  4:8<br>follow<br>  2:10<br>foregoing<br>  6:4<br>friend<br>  3:18<br>fuck<br>  2:13<br>fucking<br>  5:4<br>furthest<br>  3:22 | |
|   5   | | | | |
| 50<br>  3:11 | | | | |
|   A   | | | | |
| ability<br>  6:6<br>accurate<br>  6:5<br>Adrea<br>  6:3,19<br>American<br>  2:8<br>anti-terror<br>  4:22,24<br>assumed<br>  2:17,18<br>attorney<br>  6:10<br>authorized<br>  6:4 | | | | |
| | | | | J |
| | | D | G | Jeff<br>  2:13,18<br>joke<br>  5:3,4<br>JULY<br>  6:15 |
| | | Dated<br>  6:15<br>day<br>  3:12  6:15<br>difficult<br>  3:2<br>disposal<br>  3:19<br>don't<br>  3:10  4:11<br>Dubai<br>  4:17 | GAURAV<br>  2:5,9,15,22<br>  3:7,15  4:1,<br>  3,5,7,13,16,<br>  20,24  5:6,8,<br>  11<br>give<br>  3:9  5:3<br>good<br>  2:9,10,18<br>government<br>  3:1,20,21 | |
|   B   | | | | K |
| based<br>  2:24<br>Berg<br>  2:13<br>business<br>  4:15 | | | | kind<br>  2:18<br>Knoll<br>  6:3,19 |
| | | | | L |
|   C   | | E | H | lawyer<br>  2:14<br>let's<br>  3:23  4:8<br>license<br>  2:19  3:8,9<br>Listen<br>  3:15 |
| case<br>  2:13 | | employee<br>  3:9<br>events<br>  6:11 | happen<br>  3:21,24  4:7<br>he's<br>  2:21 | |

listening
  6:7

**M**

making
  3:2
man
  3:15 5:2
manage
  2:2
mind
  3:22,23

**N**

Niels
  2:1,7,14,17
  3:4,13,16,25
  4:2,4,6,12,
  14,19,21
  5:5,7,10
nothing's
  3:21

**O**

OFAC
  2:19
office
  4:15,17 5:2,
  4

**P**

part
  3:4
parties
  6:10,12
people
  2:23 3:8 5:4
permit
  3:10
point
  2:18

position
  3:1
proceeding
  6:4
proceedings
  6:11
program
  3:5 4:18,21,
  22 5:1
programs
  2:11 4:25
provided
  6:7

**R**

reach
  3:20
recorded
  6:4
recording
  6:7
related
  6:12
resolve
  3:16
rule
  2:9,10
run
  4:9,14,17
  5:2

**S**

scared
  3:13,16,18
set
  3:10
speak
  2:15
speaking
  2:13
special
  3:5
sponsor
  3:8

sponsored
  3:7
SRIVASTAVA
  2:5,9,15,22
  3:7,15 4:1,
  3,5,7,13,16,
  20,24 5:6,8,
  11
start
  4:1,8
States
  4:18
stop
  3:18
Swiss
  4:14,15

**T**

talking
  2:24 5:11
that's
  2:10,14 3:22
thereto
  6:13
thing
  3:2,22
times
  3:12
tools
  3:19
transcribe
  6:4
TRANSCRIBER
  6:1
transcript
  6:5
transcription
  6:6
TROOST
  2:1,7,14,17
  3:4,13,25
  4:2,4,6,12,
  14,19,21
  5:5,7,10
true
  6:5

**U**

U.S.
  2:23 3:9
understand
  3:3 5:10
understanding
  2:20
United
  4:18

**W**

work
  3:9
working
  4:17

**Y**

you're
  2:7