# Exhibit 22

**OUSMANE BAMBA**, who, being duly sworn, deposes and says under oath that:

1.  I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events, but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2.  I am a businessman from the Republic of Côte d'Ivoire, residing in the Republic of Liberia.

3.  In or about 2021, I met Niels Troost, a Dutch businessman living in Geneva. In general, we discussed potentially arranging to deliver oil and grain to Liberia and Côte d'Ivoire, which never materialized into a transaction.

4.  In or about September 2022, Mr. Troost told me that he had a highly connected business partner named "G." He told me that "G" was with the U.S. CIA, and that the U.S. Government was trying to get access to lithium and oil assets in Liberia and to improve the relationship between the United States and Liberia. Mr. Troost said that this person wanted to meet me while I was planning to be in New York City for work.

5.  In mid-September 2022, I traveled to New York City, New York, U.S.A. for business. During that trip, I arranged to meet Mr. Troost at the Southgate Restaurant in the Marriott Essex Hotel on Central Park South in Manhattan. Here is a screenshot of a September 2022 text exchange between Mr. Troost and me coordinating the meeting location on the morning of the meeting:





Page 1 of 3

Initials: _____

6.  When I arrived, Mr. Troost introduced me to Gaurav Srivastava, to whom he had referred as "G." I had not met him in person before that time. This photograph is of the man I met named Gaurav Srivastava:



7.  While meeting with Mr. Troost and Mr. Srivastava, Mr. Srivastava told me that he worked for the "CIA," which I understood meant the United States Central Intelligence Agency. During the meeting, Mr. Srivastava pulled up his shirt and showed me scars on his body, which he claimed to have gotten in battle.

8.  At our meeting, Mr. Srivastava said he could help then-Liberian President George Weah with an upcoming re-election on behalf of the U.S. Government. Mr. Srivastava said that if President Weah wanted, the U.S. Government would set up the opposition by arranging for drugs and weapons to be planted in their houses. He also said he could arrange U.S. election overseers to validate the legitimacy of the election while at the same time providing voting machines capable of manipulation. Mr. Srivastava also discussed that he wanted help on behalf of the U.S. Government to track down supposed terrorists in Liberia.

9.  In exchange, Mr. Srivastava said that the U.S. Government was interested in obtaining a petroleum block. I declined his offer of assistance with the election, but arranged to give Mr. Srivastava access to a data room related to the petroleum block. I understood from Mr. Srivastava that he would send some geologists from the U.S. Geological Survey, an agency of the U.S. Government.

10. Near the end of this meeting, Mr. Srivastava arranged for Retired General Wesley Clark to meet with us. When General Clark arrived, we shook hands, exchanged pleasantries and discussed generally Liberian commerce. In my mind, Mr. Srivastava's association with General Clark bolstered Mr. Srivastava's credibility as a U.S. intelligence operative.

11. Sometime later, after I had returned to Liberia, Mr. Srivastava called me and asked me to introduce him to someone from the Liberian National Security Agency. I introduced him to Deputy Director Gerald Smith. I understood that Mr. Srivastava would provide the names of supposed terrorists wanted by the CIA. Mr. Srivastava ultimately produced two names, but we checked, and those people were not in Liberia.

12. Deputy Director Smith made arrangements to travel to the United States to meet with Gaurav Srivastava, but when he got to the U.S., Mr. Srivastava canceled.



Page 2 of 3                                                                                            Initials: __BO__



*with*

13. In around May 2023, when Mr. Troost and Mr. Srivastava were in a dispute, Mr. Srivastava called and threatened me ████████████████████████████████ ███████ reputational consequences. I told Mr. Srivastava that I was not afraid of him and that I would not cooperate. Shortly after that, I started being contacted by various journalists asking questions about Mr. Troost, including a journalist purportedly from Intelligence Online. I ignored those contacts.

14. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.

Signature of Affiant, Ousmane Bamba

Subscribed and sworn before me
this ___18___ day of March 2024

Original signé devant
moi le 18/03/2024 par
Monsieur Ousmane BAMBA
qui m'a justifié de son
identité par la production
de son passport



Thibauld TAUPIN

Page 3 of 3

Initials: _BO_