# Exhibit 23

I, **IBRAHIMA CAMARA**, declare the following under penalty of perjury under the laws of the United States of America:

1. I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. I am a French citizen born in Senegal. I live in the Democratic Republic of Congo. I run an energy company and have been working in business development in Africa for years.

3. I first met Niels Troost through an acquaintance named Kane. Kane and Mr. Troost were trying to do business together. Kane introduced me to help Mr. Troost with networking and developing business opportunities. Kane appeared to have very powerful connections to high levels of the U.S. Government.

4. In around Spring 2022, I learned from Mr. Troost that his relationship with Kane had soured. According to Mr. Troost, a business deal went poorly and Kane was trying to get money from him. Kane told me that a deal between them had gone poorly and that Mr. Troost was trying to come between Kane and me. I believed Mr. Troost that Kane was in the wrong, and I understood that Kane could be dangerous because of his high level U.S. Government connections.

5. Around the time Mr. Troost and Kane were in a dispute, I introduced Mr. Troost to Habib Kagimu, who was related to a friend of mine. I thought Mr. Kagimu could help Mr. Troost navigate his dispute Kane, because Mr. Kagimu had a lot of experience and knew a lot of people, including, I thought, people connected with the U.S. Government who were stronger than Kane's connections. At the time, I understood from Mr. Troost that he was concerned that Kane posed a threat to him and his businesses, including that Kane might make false negative reports about Mr. Troost to U.S. Government officials.

6. When I spoke to Mr. Kagimu about Mr. Troost's Kane problem, he told me about a "Mr. G," who was a powerful person with a special relationship with the U.S. Government and that he worked for the U.S. CIA. Mr. Kagimu said he believed "Mr. G" could help Mr. Troost.

7. I understood from Mr. Troost, who told me about it at the time, that Mr. Kagimu introduced him to Gaurav Srivastava ("Mr. G") in late Spring/early Summer 2022. Mr. Troost also told me at that time that Srivastava would get him an OFAC license from the U.S. Government and would get the U.S. Government to protect him and his companies. I asked why Mr. Troost needed protection, as I understood he was not doing anything wrong. Mr. Troost said it was better to have protection, particularly because there had been negative articles about him and his companies appearing in The Financial Times and elsewhere. Mr. Troost also thought this would protect him from Kane's false allegations.

8. Mr. Troost also told me at the time that he needed to give Srivastava 50 percent of the company because Mr. Srivastava told him that the U.S. Government would not be able to assist Mr. Troost unless he was working with and through Mr. Srivastava. Mr. Troost told me that Mr. Srivastava said the U.S. Government would invest $2 billion into Mr. Troost's company as part of the arrangement. Mr. Troost said that if he did not make Srivastava his partner, the U.S.

Page 1 of 4                                                                                                    Initials: _IC_

Government would shut down his business.

9. Mr. Troost told me in around June 2022 that Mr. Srivastava told him that he had an agent in Europe, based in Geneva, who would interview Mr. Troost on behalf of the U.S. Government. I was with Mr. Troost when he first met this "agent" at the airport in Geneva. Mr. Troost and I were waiting to take a private flight for business.

10. I saw the "agent" approach Mr. Troost and the two of them went to a back room where I had understood in advance from Mr. Troost the "agent" would interview him. I was not in the room with them, and I could not hear them.

11. Mr. Troost and the "agent" were in the back room for a long time. I was getting anxious because we had to delay our flight because their meeting ran so long. When Mr. Troost came back after meeting the "agent," he was visibly shaken. Mr. Troost told me he was afraid because the "agent" had pushed him with a lot of questions that put him under a lot of pressure. He was worried, he said, because Mr. Srivastava and this other person were both agents with the U.S. Government. At the time I saw them meet, in around June 2022, I did not know the name of the "agent."

12. I traveled twice with Mr. Troost to Indonesia to meet with Mr. Srivastava. As best as I can recall, I met Gaurav Srivastava in person for the first time in Jakarta, Indonesia, at the Four Seasons hotel. Mr. Srivastava sat on a sofa and interviewed me. I told him I was working on a project in Ghana. He said he knew people there and purported to call someone from Ghana on his cellphone right there on the spot. At the time, I was impressed with his knowledge of and purported connections in Africa. I had the impression from our interaction that Mr. Srivastava was testing or evaluating me. He also implied that he was with the U.S. CIA. For example, he said something to the effect of, "If I tell you I am, then I can't be, but if I don't tell you, then you'll know that I am," which I understood was referring to his CIA status.

13. While I was in Indonesia with Mr. Troost, he told me that Mr. Srivastava had taken him to a private island where they met with then-Minister of Defense Prabowo Subianto. Mr. Troost reported that they went under police or military escort. He said that Subianto told him that Mr. Srivastava was his "special guy" and his "friend." Mr. Troost said he was impressed by this and told me that this showed that Srivastava was the "real deal," which I understood referred to his CIA status. From the time when Mr. Troost was meeting Mr. Srivastava in person for the first time in July 2022 through the months after, Mr. Troost discussed with me multiple times that Mr. Srivastava told him he was a CIA operative and that Mr. Troost believed it.

14. In November 2022, I traveled to Indonesia again with Mr. Troost, this time to an Atlantic Council conference. Our jet had problems and landed in Jaipur, India. Neither Mr. Troost nor I could exit the plane because we had no Indian visas. Mr. Troost called Mr. Srivastava and explained the situation. Soon after, an Indian official came to the plane and said he was sent by Mr. Srivastava and that Mr. Srivastava had taken care of it. We were able to disembark the plane into India. We had a similar problem at the hotel desk, since we had no Indian visas in our passports, but again, Mr. Srivastava took care of that. We spent the night and were able to leave the next day, which we credited to Mr. Srivastava's assistance. Mr. Troost said something to the effect of, "See, I told you G was powerful," and that he must really be with the CIA, and I agreed.

15. I attended the Atlantic Council conference. Then-Defense Minister Prabowo Subianto was there. So was General Wesley Clark, whom I met briefly. There were other U.S. officials there. Srivastava was the star of the event. Both he and his wife spoke at the event, and they talked about their foundation.

16. Mr. Srivastava had a private security team at the event. At one point, I tried to attend a dinner associated with the event, but one of the security team would not let me enter. I later learned from Mr. Troost that this security team member was Gordon Conroy. Mr. Troost told me in effect, "Don't mess with Conroy, G told me he is a killer."

17. The event made Mr. Srivastava look like he was well connected with the U.S. Government and that he was powerful. And it appeared to me that Mr. Troost was enraptured by Mr. Srivastava and believed everything that Mr. Srivastava was telling him.

18. During one of my trips to Indonesia with Mr. Troost to see Mr. Srivastava (I cannot remember which), Mr. Srivastava asked me about my connections in Africa. He said he was trying to catch people in Africa who were wanted by the U.S. Government. He said he wanted help from local governments and claimed that he could get the U.S. Government to support the local countries' presidents. He was particularly interested in African countries with substantial mineral or energy resources. At this time, I believed that Mr. Srivastava was with the U.S. CIA based on what he said, what Mr. Troost said, and what I saw. Therefore, as Mr. Srivastava requested, I set up a call between Mr. Srivastava and the president of a particular African country, which I will not name here to protect him from embarrassment.

19. I was in the room with this president when he spoke with Mr. Srivastava. Mr. Srivastava was on speakerphone, and I helped translate for the president. During the call, Mr. Srivastava claimed he was with the U.S. CIA and could help the president and his country on behalf of the U.S. Government. He said he could provide security assistance to the country, and that he could bring President Biden and a U.S. Senator to the country. Later, I learned that Mr. Srivastava did send a security-advisory team to this country, which included a four-star general.

20. Separately, Mr. Srivastava told me that he wanted to help the U.S. in Mali where the Wagner Group was becoming active. He said he could get the U.S. Government to invest in a mine in Mali and help protect the mine. I was in Mali with a contact from the mining industry when we discussed this on the phone with Mr. Srivastava. But nothing ever came of it.

21. The last time I recall meeting Srivastava in person was at the Edition hotel in Dubai. I was there with Mr. Troost. Srivastava came to the meeting with the "agent" I had seen Mr. Troost meet at the airport in Geneva. The "agent" was Nicolas Bravard.

22. In late 2022, I remember Mr. Troost telling me he wanted to close down Paramount's oil business. Mr. Troost said he no longer wanted to deal with the problems that came with trading Russian oil. He said he was tired, and based on my observations of his demeanor and physical condition, he appeared to me to be under a great deal of stress at the time. I asked him why he did not just close down Paramount's Russian trading business. Mr. Troost told me that he could not because Gaurav Srivastava was pressuring him to continue; Mr. Srivastava did not want Paramount to stop this business. Mr. Troost said Mr. Srivastava had told him that the U.S. Government wanted the business to continue and that U.S. authorization would allow them to increase the business. Mr. Troost said that Mr. Srivastava told him that the U.S. Treasury would invest money in the business with Mr. Srivastava as his partner.

23. I have fully read, understood, and considered every statement in this declaration, all of which are true to the best of my recollection. I understand that this declaration may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this declaration. I am doing so of my own free will and because the facts to which I am attesting are true.

I, **IBRAHIMA CAMARA**, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June __8__, 2025

Signed: _____
         Ibrahima Camara