# Exhibit 24

**CHRISTOPHER HINN**, who, being duly sworn, deposes and says under oath that:

1.  I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2.  I am the CEO and Managing Director of C-7 International, LLC. I have an extensive background in law enforcement. Most relevant here, I have held U.S. Government positions of Senior Middle East Advisor in the Department of Homeland Security, and Deputy Assistant Administrator International Programs for the Transportation Security Administration, a component of DHS. I have held Top Secret clearance with the U.S. Government.

3.  In approximately January and February 2023, I was hired indirectly by Gaurav Srivastava. Mr. Srivastava told me that he was the chairman and shareholder of a company called Paramount. He said he was majority share owner and that it was based in California. Among other tasks, Mr. Srivastava wanted me to introduce him to leaders in the UAE, including members of the Dubai Government and others in high positions. He also wanted to meet some of the Sheikhs in Abu Dhabi. Especially the ones, in powerful positions, I don't recall his name. He was adamant about meeting them. Mr. Srivastava said, some of his associates were trying to extort millions from Paramount. I also arranged for him to meet with Dubai Police General Mohammad, of the Criminal Investigation Division, to personally file a complaint against some individuals. Shortly after, the whole situation was reversed, and the investigation was halted by Dubai Police, due to information that was never provided by Mr. Srivastava. He also asked to meet with others who had access to leadership in Dubai. I arranged a meeting with one of the closest and personal friends of the Ruler, and he also happens to be one of my closest, and trusted friends in the UAE. Shortly after this, he asked me to arrange for him to meet with the Undersecretary of Energy for the United Arab Emirates, another one of my close contacts. I arranged a meeting with the Undersecretary for Mr. Srivastava and Mr. Niels Troost at a Starbucks in Dubai.

4.  But, after I arranged to do so, Mr. Srivastava sent me a message telling me the contact was no longer needed. Ultimately, Mr. Srivastava refused to pay me.

5.  During the early 2023 time period, I had various conversations with Mr. Srivastava. He told me that he had done a lot of work for the U.S. FBI. He said he handled a lot of cases, and he is very close to the leadership in D.C. at FBI headquarters. He said, in sum and substance, "I go right to the top." Mr. Srivastava claimed to do some recruiting for the CIA. I asked him who he supposedly worked for in the U.S. Government. He said it was Top Secret. I told him I had Top Secret clearance. He said it was "extremely" secret and would not tell me. Over time, he repeatedly referred to his status as a CIA operative. I also later learned that he had told Mr. Troost that he [Mr. Srivastava] was my "handler at the CIA". I thought that was comical, since I never worked for the CIA.

6.  Mr. Srivastava said that he had given $500,000 to President Biden and others in government in different states. When I asked him how he could do that as a U.S. Government employee, he had no cogent response.

Initials: *CH*

7.  I met John Maguire many years ago when he was in the CIA and stationed in Jordan. I became aware that Mr. Srivastava and John had traveled to Dubai to meet with various people to go after Niels Troost after Mr. Srivastava and Mr. Troost stopped their business relationship. I heard from my connections in Dubai that John Maguire was leaning on his CIA connections and making it sound like he was still working with the CIA. I then met him in Dubai, on numerous occasions, but never with Mr. Srivastava. John was always alone.

8.  John presented himself as the front negotiator for Mr. Srivastava in his affairs with Dubai Police and other government entities. I knew John, through other sources, such as the late Mr. Charlie Sidel who served in the region for 26 years with the CIA. Also, through, David Cohen, former Deputy Director of CIA for Operatives. During our meeting, John Maguire admitted to me that he had been referencing the CIA in conversations he had with third parties about Mr. Troost and suggesting he was still active in the CIA.

9.  Sometime after that meeting, John asked me to meet him again for coffee in Dubai. At that meeting, at the Mist Café in Business Bay in Dubai, he told me I was "dealing with thieves." He told me not to get involved with Mr. Mauron and especially Mr. Troost, "since things are about to take a turn for them". I took these statements as a threatening message from him. I admonished him never to threaten me again. John was totally focused on convincing me that both Mr. Troost and Mr. Mauron stole money from Mr. Srivastava accumulating to billions of dollars. He said he was assigned to expose them to the UAE Government and the US Embassy in Abu Dhabi. He said had numerous meetings with several individuals to convince them support his claim against the two gentlemen. He was always fishing for information and would ask me if I was working for Mr. Troost or Mr. Mauron. I always denied it and kept the flow of communication flowing on different topics.  John told me he and G would settle for $700 million. I told John that I was no longer involved.

10. John Maguire also shared with me that he travelled to London to meet with local government, but did not elaborate as to why, but he did say that the UK authorities sanctioned Francois Mauron. John clearly wanted to know how much I knew or would divulge to him about Mr. Mauron and Mr. Troost.

11. Later, John Maguire was getting sick, and I would call him to check on him, since now he believed that I was not involved with any of the individuals mentioned above. I established somewhat of a trusted rapport with him. As a result of private health matters, John had reduced his travel to the region and decided to have his medical matter taken care of before it worsened. I kept in touch with him, although we did not discuss much about the case. After his recovery in late 2024, he asked me to meet him in Dubai after he travelled to Qatar and Bahrain where Mr. Srivastava allegedly was doing business and trying to establish business opportunities in the region. That meeting never took place, John made the excuse that Mr. Srivastava was not comfortable in coming to Dubai at that time. He did not give me a reason.

[THIS SPACE LEFT BLANK]

Initials: *CH*

12. I recognize the people in this photograph, though I was not present when it was taken. On the left is John Maguire. On the right is Gaurav Srivastava:



13. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.

_Signature_

Signature of Affiant, Christopher Hinn

Subscribed and sworn before me
this 30 day of May, 2025
26th         June



SHANOVIA BROWN
Notary Public - State of Florida
Commission # HH 231428
Expires on February 21, 2026

State of Florida
County of Miami Dade

_Shanovia Brown_
Shanovia Brown
N/A Personally Known OR ✓ Produced Identification

Page 3 of 3                    Type of Identification Produced PASSPORT

Initials: CH

Notarized remotely online using communication technology via Proof.