# Exhibit 25

## THE REPUBLIC OF UGANDA

## THE OATHS ACT CAP 19 LAWS OF UGANDA

**ALHAJ HABIB KAGIMU**, who, being duly sworn, deposes and says under oath that:

1. I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events, but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. I am a businessman and I also have the privilege of serving as the Honorary Consul of the Kingdom of Malaysia to the Republic of Uganda. I am the Chairman of Habib Investments Limited, a holding company that includes businesses in the oil and gas, real estate development, telecommunication, security and agriculture sectors.

3. In or around 2020, a British-Asian of Ugandan origin and a business acquaintance of mine living in the United Kingdom introduced Gaurav Srivastava to me as someone with great influence in the United States and working with the United States Central Intelligence Agency ("CIA") and who was interested in making my acquaintance because of my extensive contacts. This person arranged for me to speak with Srivastava on the telephone. During that conversation, Srivastava represented to me that he wanted to help secure the release of a US citizen from foreign detention on behalf of the U.S. Government. Srivastava asked if I could fly to Africa and meet with a certain head of State in order to petition for the detained individual's release. I contacted the leadership of that country which in turn asked about the method by which the CIA was purportedly contacting foreign officials. Srivastava represented to me that the project fell under the CIA's special operations division under Srivastava's authority, rather than another chain of command. Ultimately, the foreign government declined to assist.

4. After this, Srivastava would continue to contact me because he had experienced the extent of my contacts. He asked to meet with me and communicated with me many times on phone. Srivastava would contact me, at all hours of the day and night, as he said he wanted to use my network to conduct operations, so he claimed, for the U.S. Government in various locations in Africa. I have been shown this photograph which I know to be Gaurav Srivastava:



5. In or about August 2021, I was witness to a conversation between Gaurav Srivastava and the vice president of a certain country, during which he claimed that he was a U.S. CIA operative with experience carrying out special operations. I prefer not to name this country, for fear of embarrassing the leader of that country and harming my relationship with him. Srivastava claimed that the CIA could prevent officials of that country from being sanctioned by other elements of the U.S. Government and could help that country improve its relations with the United States. I heard Srivastava tell the leader of this country that through his work on behalf of the CIA, he was able, so he claimed, to remove Prabowo Subianto, the former Defense Minister and current President-elect of Indonesia from the U.S. sanctions list. I also heard Srivastava claim that he could keep commander of the Rapid Support Force in Sudan, from being added to U.S. sanction lists.

6. Srivastava told the leader of that country that he - Srivastava – was personally familiar with U.S. Vice President Kamala Harris. Srivastava also claimed that his wife was the financial controller of U.S. Vice President Harris's campaign funds during the 2021 US general election. Srivastava additionally told the leader of that country that he is in frequent contact with U.S. President Biden and is able to make demands of U.S. President Biden to help U.S. security, which U.S. President Biden could not refuse because Srivastava was a special operative with the CIA and works in the interests of US national security.

7. Srivastava said that he had offered that country's officials training in security and intelligence. Srivastava said he had some former CIA operatives working for him under a license from OFAC (the principal U.S. agency handling U.S. sanctions). Srivastava alleged that he ultimately obtained a US $5 million contract with this country for training its operatives and, furthermore, showed me a copy of what he claimed to be the contract. Srivastava claimed that he had arranged for approximately 10 former U.S. intelligence operatives (whose U.S. passports I have seen) to provide the training. I later learned from one of that country's officials that the country had, indeed, paid Srivastava US $3 million in cash in Dubai for work, supposedly, to be performed under this contract. This actually increased my belief in Srivastava's authenticity greatly.

8. At some point, Srivastava claimed that he had acquired a licence on behalf of the U.S. Government from the Indonesian Government for the CIA to use a fishing company owned by him as a cover to deploy 500 fishing vessels in the South China Sea, which were outfitted with special equipment to map the sea floor and to spy on China for the CIA. I

Page 2 of 5                                                                                           Initials: _____

personally heard Srivastava explain this to the leader of another country the identity of which I would prefer, once again, not to disclose and heard him ask the leader of that country to invest in this project.

9. In or about May 2022, Srivastava told me he had worked in Libya to sell inferior quality weapons to General Khalifa Haftar with permission of the U.S. Government. He said that he had used these deals and his proximity to Haftar to get close to Wagner Group which, so he alleged, was helping Gen Haftar to fight in Libya, so that Srivastava could spy on Wagner Group for the CIA. Srivastava showed me photographs of himself with people who he claimed to be Haftar's sons.

10. On one occasion, Srivastava introduced me to someone named George Hamilton in South Africa and asked me to sit with Mr. Hamilton on the board of a company called Himmelhoch. I did not do so.

11. According to Srivastava he started working for the CIA when he responded to a roadside advert and was recruited into the CIA and got extensive training in all manner of things at the tender age of sixteen.

12. While Srivastava's claims regarding his work in U.S. counterintelligence struck me as highly colourful, I, nevertheless, took him at his word and, regrettably, believed him. With respect to his purported experiences in Afghanistan, Srivastava told me that he had saved Abdul Quayom Rahimi - a former Governor of the Afghan province of Herat during a CIA special operation. Srivastava put me in touch with Governor Rahimi. When I spoke with him over the telephone, Governor Rahimi told me that Srivastava was his "saviour" who had got him safely out of Afghanistan and brought him to the US where he lives now. On one occasion Srivastava showed me scarring on his body, which he claimed he had gotten on one of his special operations for fthe CIA.

13. Srivastava further claimed that he had a company called Unity Resources Group, which he operated as a CIA front to carry out missions. Srivastava told me that he wanted to meet a head of state who was an acquaintance of mine in order to gain a gold mining concession from which he could extract gold and sell to "Fort Knox." To impress on me the serious nature of this plan to sell gold, Srivastava introduced me to retired General Wesley Clark and a lawyer named Owen Onouye whose passport is shown below:



14. One time, in 2022, I was with Srivastava and, in my presence, he purported to speak by telephone with U.S. National Security Advisor Jake Sullivan. After he hung up, Srivastava told me that his relationship with Mr. Sullivan was extremely close.

15. Based on what I had heard from Srivastava, and having observed his interaction with notable and influential individuals such as retired General Wesley Clark and others, I genuinely believed that Gaurav Srivastava was working for the CIA.

16. I had known Niels Troost for some time from my work in the oil and gas and agriculture security sector. In or about May 2022, and in good faith, I introduced Mr. Troost to Srivastava to help the former resolve a problem that he was having with a former business partner who was also claiming to be another CIA agent.

17. In making this introduction, I provided Mr. Troost with most of the background information about Srivastava that I have detailed above. Mr. Troost had, in fact, asked me for this information to help him make his own assessment of Srivastava's credibility as someone who worked with the CIA. I told Mr. Troost about Srivastava's company Unity Resources Group and sent him a company brochure given to me by Srivastava (attached here as Exhibit A).

18. At some stage, Srivastava discussed Mr. Troost with me and said that he would need to use Mr. Troost's company as part of a CIA program and, for this purpose, it would be necessary for him to control 50% of Mr. Troost's company and its assets. As part of this scheme, Srivastava also claimed that the U.S. Government would invest US $2 billion in Mr. Troost's company. I must stress that I had absolutely no idea that Srivastava intended to defraud Mr. Troost nor was I present in any discussion which took place between Srivastava and Mr. Troost.

19. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I have had an opportunity and ability to

consult with legal counsel about this statement before signing it. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.



Signature of Affiant,
**AlHaj Habib Kagimu**

Subscribed and sworn before me
this _____ day of August, 2024

A NOTARY PUBLIC

Page 5 of 5                                                    Initials: ____