# Exhibit 27

| | | |
|---|---|---|
| STATE OF TENNESSEE | ) | **FIRST SUPPLEMENTAL** |
| | ) ss.: | **AFFIDAVIT OF** |
| DAVIDSON COUNTY | ) | **JAMES P. REESE** |

**JAMES P. REESE**, being duly sworn, deposes and says:

1.  I am over 18 years of age, of sound mind, and otherwise competent to make this affidavit. This affidavit is based in part upon my own observations, my conversations with others, my examination of documents by others, and my experience.

2.  This affidavit supplements the facts I set forth in my original affidavit dated September 27, 2023 ("September 2023 Affidavit"). It focuses on select information I know about Gaurav Srivastava and John Maguire, described below, as it relates to their efforts to attack the reputation of Christelle Troost, the daughter of Niels Troost.

3.  This affidavit is a summary of select events and does not include every fact that I have observed or learned throughout the events described in this affidavit. Where the contents of documents and the actions, statements and conversations of others are reported in this affidavit, they are reported in substance and in part, unless otherwise specifically indicated.

<u>Facts</u>

4.  I first met Niels Troost in or around late 2019 to early 2020, who wanted one of his companies to become a trading partner with Delta Crescent to move oil from northern Syria into the international market. Ultimately, logistical issues prevented moving the oil from Syria.

5.  I recall interacting with Mr. Troost again in or about July 2022, when we discussed a partnership that I understood Mr. Troost was entering into with a company relating to the exportation of grain and agricultural products from Ukraine to pursue Mr. Troost's interest in transporting grain to the Global South as a matter of international urgency. Ultimately, Mr. Troost asked me to travel to Odessa, Ukraine to facilitate cargo ships leaving Odessa to export the grain and agricultural products. I did so successfully.

6.  As explained in my September 2023 Affidavit, Mr. Troost first introduced me to Gaurav Srivastava, and in around January 2023 I became a consultant, working closely for several months with Gaurav Srivastava in Los Angeles.

7.  In about March or April 2023, Gaurav Srivastava retained John Maguire as his consultant. Mr. Maguire is a former Deputy Station Chief for the CIA in Iraq. Mr. Maguire's work as a private consultant has been negatively featured in the media (article attached as **Exhibit JPR1**) when he vouched for the fictitious background of an individual, Mathew Marshall, who later was convicted of attempting to defraud a high net worth individual out of tens of millions of dollars in connection with phony "off-the-books" operations for the CIA. John Maguire was personally named in the indictment (attached as **Exhibit JPR2**, page 126).

8.  During the course of my involvement with Gaurav Srivastava I was privy to information concerning media outreach in the spring of 2023. I saw one draft proposed media article

1



01/17/24

Date        Initials

showing that John Maguire and Gaurav Srivastava wrote an article about Mr. Troost and his company containing information that I understood was not true about Mr. Troost and his company. Several articles came out during this time period, but I do not recall which article is the one I saw before it came out in the media. These articles included the May 16, 2023, article entitled "President of Russia Vladimir Putin's Hidden War—Niels Troost Crime Syndicate," at https://thyblackman.com/2023/05/16/president-of-russia-vladimir-putins-hidden-war-niels-troost-crime-syndicate/ (attached as **Exhibit JPR3**).

9.  After Mr. Troost cut off Gaurav Srivastava in mid-May 2023, as explained in my September 2023 Affidavit, I heard on multiple occasions Gaurav Srivastava and John Maguire discuss attacking the reputation of Niels Troost and his family, including, specifically, his 24-year-old daughter, Christelle Troost. This greatly troubled me, and I stopped acting as an independent consultant and interacting with Gaurav Srivastava. Among other things, I heard:

    a.  John Maguire tell Gaurav Srivastava in sum and substance that he had friends who were with the New York City Police Department, and that Mr. Maguire could have them pick up Christelle Troost and question her about negative false topics about Mr. Troost in order to pressure Mr. Troost into completing transactions that would give Gaurav Srivastava money.

    b.  Gaurav Srivastava and John Maguire discuss in May 2023 that Mr. Troost was planning to travel to New York City to attend Christelle Troost's college graduation ceremony. They discussed how John Maguires friends at the NYPD could get Mr. Troost flagged for secondary inspection at the airport, and discussed at great length the fact that Christelle Troost was based in New York City.

10. John Maguire forwarded to me information that he told me he provided to the New York City Police Department. **Exhibit JPR4** contains screenshots of those communications which I personally received from John Maguire; they included photographs of Christelle Troost, and they falsely associated Mr. Troost with a sanctioned Russian.

11. During my time working as an independent consultant with Gaurav Srivastava, I had an opportunity to observe numerous documents he authored and became familiar with his communication and writing style. I have had an opportunity to review the attached communications to various people from the email address ukrainewomen.mother@proton.me and ukrainefreedomchild11@proton.me purporting to be from a grieving Ukrainian mother based in New York (attached hereto as **Exhibits JPR5, JPR6 and JPR7**). From my review, I noted the following, among other things:

    a.  These communications specifically target Christelle Troost, which is consistent with the general strategies and tactics I heard Gaurav Srivastava and John Maguire discuss.

    b.  One of the communications, **Exhibit JPR5**, copies a U.S. DOJ email address. I am aware that Gaurav Srivastava and John Maguire previously have sent an email to this U.S. DOJ email address.

    c.  The communications generally include similar false statements about Mr. Troost to those I understand Gaurav Srivastava and John Maguire were perpetuating, including in the article I describe above, among others.

01/17/24
—————/—————
Date    Initials



> d. The communications claim that Mr. Troost's Swiss company was sanctioned. Not only is this false, but it also is consistent with false statements John Maguire has made to me personally by telephone, alleging, falsely, that Mr. Troost and his Swiss company had been sanctioned.
>
> e. The communications contain extra spaces around punctuation marks like I have seen Gaurav Srivastava write.
>
> f. One of the communications is signed, "God Bless," which I have observed Gaurav Srivastava use to end communications.

12. I have prepared this affidavit with the assistance and advice of my legal counsel, James D. Kay, Jr. Esq., of the firm Kay Griffin Evans PLLC, in Nashville, Tennessee, who is representing me in connection with the matters referred to in this affidavit. I have fully read and considered every statement in this affidavit, reviewed it with Mr. Kay, initialed each page and each paragraph, and I attest to its truthfulness. I understand it may be used in connection with various civil and criminal matters, including internationally.

James P. Reese

Sworn to before me this 17 day of January 2024

_Eleanor Williams_
Notary Public

3

01/17/24
Date    Initials

# EXHIBIT JPR1

# encer



**MONEY** | NOV. 22, 2022

# Seed Money How one billionaire with a savior complex and a voracious sexual appetite got conned by his best friend, who saw him as the perfect mark.

*By Ken Silverstein*

Michael Goguen. Photo: Alexei Hay

*This article was featured in <u>One Great Story</u>,* New York*'s reading recommendation newsletter. <u>Sign up here</u> to get it nightly.*

**O**ne morning in March 2021, I got a call from a former CIA officer named John Maguire. Maguire had once been an important person at the Agency. He was the man the Bush administration called on the day after 9/11 to take command of a team that operated clandestinely in Iraq. Since his retirement in 2005, he'd provided me with solid information on topics ranging from money laundering to gunrunning — he was a clearinghouse for information about criminal activity and geopolitical hot spots worldwide.

On the phone that day, Maguire told me an incredible story about a billionaire venture capitalist in Whitefish, Montana, named <u>Michael Goguen</u>. In 2013, he said, Goguen and another CIA veteran, <u>Matthew Marshall</u>, had founded a private security firm later named Amyntor. It was the start of a collaboration that would eventually lead to plans for a kind of wildcat mercenary force that would help right wrongs around the globe: taking on drug cartels in Mexico, the Islamic State in Syria, and anti-American political movements in Africa.

Marshall in turn recruited Maguire, and in 2015 Maguire packed up his home in Virginia and moved out to Whitefish. He still had good contacts at the CIA and other three-letter agencies, which he could leverage to help Amyntor become a major defense and intelligence contractor. Once the flow of federal money started, the company could potentially be worth hundreds of millions of dollars.

Maguire was still in Montana when he called me, but the plan that brought him there had fallen apart. Goguen seemed at first like a billionaire do-gooder, ready to spend his fortune in service of America's interests at home and abroad. But instead, Maguire said, Marshall had discovered that Goguen was a dangerous man.

Goguen was a sex trafficker, Maguire told me, who used his private plane to bring women — sometimes very young women — to Whitefish, where he would stash them in his safe houses. Goguen apparently kept an Excel spreadsheet with the names of 5,000 women he'd had sex with, and in the basement of a restaurant he owned in the center of town, he had set up something called the Boom Boom Room, where he would have sex with young women. He had also seduced a high-school-age babysitter and impregnated his teenage daughter's best friend, according to Marshall. On one particularly debauched night, Marshall claimed, he'd given a local 17-year-old girl alcohol and cocaine and then paid her $1,200 for sex.

In February 2021, Maguire and Marshall filed a $300 million civil lawsuit against Goguen. They chose that figure, Maguire told me, because it was roughly equivalent to the amount Amyntor had lost in contracts with the CIA and other agencies because Goguen couldn't get a top-secret security clearance. His boundless sexual escapades allegedly made him vulnerable to blackmail by foreign powers and hence a security risk in the eyes of the government.

When he discussed the likely outcome of the $300 million lawsuit, Maguire's gravelly voice radiated confidence. Goguen would settle quickly, he said; Marshall had so much damning evidence that Goguen would never risk the discovery process.

Could all of these wild claims be true? Maguire told me that if I wanted the full story, I should come to Montana, where Marshall could tell me firsthand about Goguen's alleged misdeeds. In June 2021, I went to Whitefish for the first time.

Whitefish, Montana: A former railroad town that became the playground of wealthy Californians. Photo: Pierrette Guertin-EC / Alamy

**A word about Whitefish:** It is exactly the kind of place a billionaire would go to hide out. In the past 30 years, its natural beauty has attracted a steady stream of wealthy Californians who have remade its sleepy main street into a string of fancy shops and restaurants. You can build a giant mansion in the woods, as Goguen did, and no one will intrude on your privacy. Plus it has a tiny police department.

Maguire's house outside town was spacious and strikingly tidy, but it was no mansion. A taxidermied buffalo head was mounted on the wall, and a Glock pistol lay conspicuously on Maguire's bedside table. "I'm not going to make it easy for him if he tries anything," he said, claiming that Goguen could easily hire a biker in Las Vegas to come up and take him out.

Marshall soon arrived at the cabin. With his ramrod posture and bulked-up frame, he towered over me. Goguen had hired him not just to run Amyntor but to provide personal security, and you could see why.

When Marshall and Goguen first met, over coffee at the Wynn Hotel and Casino in Las Vegas during the 2013 Shooting, Hunting and Outdoor Trade Show, they had much to offer each other. Goguen had earned the bulk of his fortune at the venture-capital firm Sequoia Capital in Menlo Park, California, where he and the other partners made a big early bet on Google.

Between 1996 and 2016, when he left Sequoia, Goguen had helped launch dozens of tech companies with a combined market value of over $64 billion. His many successes had earned him a spot on *Forbes* magazine's annual "Midas Touch" list of "The World's Best Venture Capital Investors" multiple times.

In recent years, Goguen had turned to philanthropy — often with an adventurous bent. In Montana, he had founded Two Bear Air Rescue, a search-and-rescue operation, and he sometimes participated in its missions, locating lost hikers and mountain climbers via helicopter. A local news station dubbed him the state's "real-life Batman." His handle for Wickr, an encrypted text-messaging app, was Batman234.

In Marshall, Goguen saw someone who could take his rescue operation global. He had the right résumé: At the Wynn, Marshall talked up his time as a member of the Marine Corps's elite Force Reconnaissance unit, his work with the CIA, the job he'd taken providing security for the Koch family. Now, he said, he was living in Mexico fighting the cartels, which had put a $20 million bounty on his head. His activities were so sensitive that his own family didn't know what he did for a living.

Their conversation quickly turned to all the crises in the world that, with enough firepower and enough money, they could resolve. This was the start of Amyntor, which Goguen later described as like Blackwater — though only contracts "that were ethically unambiguous, noncontroversial, and clearly 'good' (from the average person on the street's perspective) would be taken."

The two men exchanged phone numbers and agreed to meet again later that day at Spearmint Rhino, a club that claims to have Las Vegas's hottest strippers. Goguen was a regular — his nickname was "the Mayor of Spearmint Rhino," Marshall said. When the pair drove up to the club in Goguen's car, a manager was waiting out front and escorted them to a table near the stage.

Inside the club, Marshall entertained Goguen with more tales of his international exploits. He'd run a covert mission in Syria during the early days of the Iraq War under the command of Cofer Black, a CIA veteran who was then the State Department's coordinator for counterterrorism. His unit was discovered by the Syrian army, triggering a chaotic battle during which Marshall was captured. He was tortured, but after a week in captivity, he managed to escape, crossing into Iraq with help from a friendly Syrian truck driver, who hid him under a pile of chicken coops.

After a few hours of drinking and shooting the shit, Goguen told Marshall he had a proposition. "He gave me a wad of cash and said, 'There's $5,000 here,'" Marshall recalled. "'I'm going to give it to you, and I want you to spend it here in the club; I want you to have a

great time, but whatever you don't spend at the end of the night, I want you to give back to me.'" Goguen then disappeared into the back of Spearmint Rhino.

"I'm sitting in this club; you have to repel these strippers, too, because they're like — they actually make you crazy," Marshall said. Goguen finally returned as the sun was coming up. "He's taking me back to my hotel, and I'm like, 'Oh, hey, here's the money.' He was super-shocked by that. He's like, 'I do this all the time, and I've never had anybody give me back money.'" After that night, the pair forged a bond — and a business partnership.



## Cover Story: Seed Money
Listen to the actual voices of all the players in the podcast version of this article. Exclusive interviews with … everyone. Liars included. New episodes Tuesdays.

SUBSCRIBE ON:

Marshall flew back to Mexico the following day. A week later, he FedExed Goguen a package with a set of Islamic prayer beads and a letter describing how he'd been involved in the 2006 operation that killed Abu Musab al-Zarqawi, the leader of Al Qaeda in Iraq. After two 500-pound bombs were dropped on his remote hideout, Marshall wrote, he and other CIA operatives entered the smoldering ruins, and he'd retrieved the beads: "I'm giving you this historical gift because I don't want a guy like you to ever lose faith in the fight against good vs. evil."

Marshall would later send Goguen photos from his past CIA deployments. One from 2003 showed him in a village in northern Iraq where he and his team had carried out sabotage operations. In another, he sat on a C-130 plane that was parked on an airfield in Afghanistan shortly after 9/11.

The pair met again in Whitefish in February 2013, where they finalized plans for Amyntor. Marshall would be the CEO, protect Goguen and his properties, and generally serve as his

jack-of-all-trades. The position included a six-figure salary, a home in Whitefish, and a car. Goguen threw in an all-expenses-paid beach vacation and, as a final sweetener, the cost of breast-augmentation surgery for Marshall's wife.

Soon, Marshall moved his family to Whitefish. Goguen typically spent the week in California and weekends in Montana, where he had a 75,000-square-foot mansion with six elevators, a UFC ring, an indoor swimming pool, a racquetball court, and an underground shooting range. In Montana, the two men were inseparable. "I met him at the hangar when he landed," Marshall said. "We did basically everything together."

As Amyntor ramped up, Marshall went on a hiring spree. He brought in Frank Gallagher, a former Marine who had provided personal security to Henry Kissinger and, at Blackwater, had been charged with protecting Paul Bremer, the American installed to oversee Iraq after the invasion. "This is our big break," Marshall wrote to Gallagher. "We have to capitalize on this because it won't come around like this again."

They spent some time figuring out what their company would be: Would it do security training? Private missions for the government? One of the people they talked to was a friend of Marshall's, Mary Beth Long, a former assistant secretary of Defense and longtime CIA operative who had gone into business as an intelligence and defense contractor. Long later said in an interview their approach sounded familiar: Goguen wouldn't be the first tech billionaire who had surrounded himself with generals and intelligence operatives and tried to make a business out of it. "They've conquered the world," she said, but they're still missing "the masculinity thing." To compensate, they play at statecraft and espionage. "It's the revenge of the nerds," she said. "It's all about the size of your freaking penis."

In 2014, Goguen sent Marshall a news story about Boko Haram, the Nigerian terrorist group known for kidnapping schoolchildren. "This is the kind of situation that I would love Amyntor to be able to 'fix' in the future," Goguen wrote. "Talk about global-scale Batman shit."

"It's become an epidemic with child abductions–murders–forced prostitution," Marshall replied. "The downside now is that there's no funding to support the operations because no government has taken a hard line stance on it. Our country, for example, is run by a pussy. This kind of tragedy needs a Batman."

"Well then we've just agreed this kind of shit is going to be a core part of our mission, 'cuz … I couldn't think of a more worthwhile thing to spend my money on," Goguen answered. "Watch out evil fuckers."

Before they were enemies: Michael Goguen and Matthew Marshall with their wives, Jamie Goguen (top center) and Heather Marshall (bottom left).

**B**uilding a virtuous Blackwater was going to take time, but Marshall wanted to act now. He came to Goguen with a plan: Give me money to support top-secret CIA operations — including a hit on a Mexican drug-cartel leader and a mission to assassinate Islamic State leaders in Syria — and I'll send you postgame updates and body counts from the operations. These missions would not only eliminate a variety of global evil fuckers, Marshall told Goguen, but would win Amyntor favor, and future business contracts, with the Agency. In all, Goguen funded five such operations for a total of more than $2 million.

In the fall of 2013, Marshall told Goguen that one of these CIA missions would take him to Mexico, where he would help to rescue three kidnapped DEA officers. When he returned to Whitefish, he texted Goguen that the operation had been a success. Goguen replied, "Fuck buddy, I've been feeling like a super-worried mom. Awesome to get your msg. You get what you took the trip to retrieve?" Yes, Marshall wrote back, "all 3 safe and sound with minimal long-term issues."

This dynamic continued for two years: Marshall the intrepid warrior, reporting from the front; Goguen back in Whitefish with his wife and family, eager for every update. Frequently, Gougen would send Marshall news of his own. In one text, he wrote that he'd partied with "some gazillionaire UAE prince and his 30 person entourage of hot woman [*sic*] and lackeys … Btw of course I ended up with some new hot 23 yr old stripper at 5 in the mornin."

Maguire joined the company in early 2015. After he came aboard, Amyntor's business plan evolved to focus on intelligence-gathering operations in "denied areas" — places where the CIA wasn't active. Maguire had solid political connections to the Republican Party. After Trump's inauguration, he met with CIA director Mike Pompeo and White House chief strategist Steve Bannon to discuss contracts.

It wasn't long, though, before Goguen's sexual appetites threatened to wreck him and Amyntor. In May 2014, as part of a settlement, he had agreed to pay $40 million over two years to Amber Baptiste, a former dancer he'd met at a Dallas strip club, to keep their relationship secret. After Goguen wired her a first installment of $10 million, however, Baptiste demanded he accelerate the payment schedule, and he canceled the deal.

In March 2016, Baptiste filed a $40 million lawsuit against Goguen that alleged he collaborated with human traffickers who brought her from Canada into the United States when she was 15. Goguen himself, she said, had brutalized her for more than a decade. In one gruesome episode, he had allegedly sodomized her in a London hotel room and left her bleeding on the floor. Sequoia fired Goguen within days of the suit being filed.

Soon afterward, Baptiste received an email from the young woman in Whitefish whom Goguen had allegedly paid $1,200 for sex when she was 17 years old. "I've been reading the stories that have went out against Michael Goguen and this other lady," the woman wrote. "Seeing these allegations against him makes me happy that karma is coming back around because he took away an important part of my identity search as a teenager."

Baptiste forwarded the email to Shane Erickson at the Whitefish Police Department, but he did not report it and never interviewed the young woman. The reason was obvious, Marshall alleged. Goguen and Erickson had become friends, dining at the billionaire's estate and going on a hunting trip together that cost $15,000 per person. Later, after the state opened an

investigation into Erickson for accepting the trip, he got a job at a nonprofit that Goguen funds.

The woman, who asked to be identified as Jane Doe, subsequently signed a sworn declaration in which she denied contacting Baptiste's lawyer and said her email account had been hacked. She wrote that she'd had consensual sex with Goguen and had consumed alcohol that night but it didn't impair her judgment. In 2020, Baptiste's lawsuit was dismissed. For Marshall, it was a clear example of how Goguen used his money — and his influence with the local police department — to obscure his crimes.

Marshall said he was troubled by what he had learned about Goguen's behavior with women during his early time in Montana but had "played along" to assess the risk his boss posed to Amyntor. He claimed it was only later that he learned about the alleged sex trafficking and underage girls. "The one recurring question that everybody's asked me is, 'Why didn't you just pack up your shit and leave?'" he explained with a look of remorse. "It just doesn't work that way. I relocated my cousin, his wife, and his two kids."

"You owe people. It's a code," Maguire added. "You don't just bail out because this guy is a dirt ball."

Goguen's actions left a paper trail: His amended tax returns show that, between 2012 and 2015, he gave away millions of dollars to more than 30 women, some longtime partners and others brief hookups, which he belatedly disclosed under the IRS's gift-tax provision. The payments were made in cash or routed through what appeared to be shell companies the women set up: NT Cookies, Liquid Kisses Magazine, Laugh Out Loud, Bizdrive Asset Management. Marshall said Goguen was paying the women for sex — and to ensure they would keep quiet about their experiences with him.

Some of the women Goguen met, Marshall said, couldn't handle his callousness. From his laptop, Marshall played voice-mails from a Spearmint Rhino dancer, which Goguen had forwarded to him. The messages were chilling. "I want my life back — do you understand that?" she screamed in one. "I want my mind, my past, my present and future the way before I met you, motherfucker."

In a second voice-mail, she told Goguen she'd contemplated suicide. To emphasize the point, she fired a gun twice. "I cannot even laugh very hard because my heart hurts," she said. "This is not amusing. I don't smile or laugh when I leave you a message. I cry, Mike; I collapse on the floor."

Goguen described the woman as "that hot batshitcrazy chick" in an email to Marshall. "Her threats are starting to get much more explicitly focused on killing me," he wrote. "When a

crazy starts getting this explicit and directly threatening, isn't there grounds to have her forcibly brought to a mental hospital?"

Marshall played a few more of the women's voice-mails. There was silence in the room. The lawsuit, Marshall said, was the only check remaining on Goguen. "If I can't stop him, I don't think anybody will be able to."

The accuser: Amber Baptiste filed a $40 million lawsuit against Goguen. Photo: DECLARATION OF MORGAN LERETTE, U.S. V. MARSHALL

**t first,** Goguen declined to speak to me on the record. But then, about a month after I first talked with Marshall, he agreed to meet me at the headquarters of his new investment firm,

A Two Bear Capital, in Whitefish, for an interview. When he arrived at the second-floor conference room where I was waiting, one explanation for the delay suggested itself: Goguen wanted time to get prepared. As I watched, he unpacked a small suitcase and backpack stuffed with three-ring binders, which he arranged along the table.

Goguen has picture-perfect, dental-advertisement-ready white teeth. His smile, however, couldn't mask his jumpiness: As we talked, he steadily tapped a foot and frequently leaped from his chair and circled the table until he found a binder with a document he wanted to share.

First, he walked me through how he had built his fortune. Born in 1964, Goguen was raised in Bedford, Massachusetts, outside Boston, the fifth of six children. His parents "were married more than 60 years, and they were first loves," he said. His father got a job as a bookkeeper at Sexton Can Company and worked his way through the ranks, ultimately being named president when the founder died.

Goguen joked that he watched too many cartoons as a kid, which gave him a hero complex and a warped attitude toward women. "If I see damsels in distress," he said, "I want to be that guy riding on the horse" to save them.

After graduating from Cornell, Goguen landed his first job with Digital Equipment Corporation, an early computer manufacturer, where he was paid $29,500 a year. "I remember writing down every deposit and withdrawal in a little bank book," he said. In 1991, while still at DEC, he got a master's degree in electrical engineering. He joined Sequoia five years later after working at a start-up that the venture-capital firm had funded. He was 40 years old when Google's IPO made him unimaginably rich.

After Baptiste went public, Goguen's career seemed finished, but he had resurrected his image in Montana. The Chamber of Commerce twice named him Man of the Year, and he won praise for his charitable giving. In Whitefish, he had protected hiking trails, set up a soup kitchen, and donated to a group that taught young girls computer coding. In 2017, he and his fourth wife, Jamie, were at a Jason Aldean concert on the Las Vegas Strip when a gunman opened fire from the 32nd floor of the Mandalay Bay hotel, killing 60 people and wounding hundreds. Rather than running, the couple tended to the victims for hours.

When we turned to Marshall's allegations against him, Goguen began by emphatically denying that he had a spreadsheet with the names of 5,000 sex partners. "Take two zeros off and you might be close," he said. The only thing he was guilty of was having extramarital affairs. "If you want to crucify me for that, go for it," he said. "I wasn't a Moral Majority leader."

He said there was nothing improper about his financial gifts to women. "I mean, gosh, it even sounds yucky," Goguen said. "'Make payments.' Did I help out women I dated? Abso-fucking-lutely. Would I in a split second again? Absolutely." His great wealth allowed him to make large donations that could change the course of a person's life, which was "the biggest high you can get."

Marshall had also mischaracterized the Boom Boom Room, he said. In 2012, Goguen had a friend rebuild a restaurant he owned in Whitefish called Casey's, including a basement space that he intended to use as a green room for bands. Goguen took a look one day after construction was underway and discovered that it resembled a strip club. "I was just kind of rolling my eyes," he said. When Casey's reopened, "I never fucking went down there."

The Jane Doe affair, he said with a grimace, was "the most embarrassing thing" he had ever done. "I don't really have one-night stands," he said. "I had a lot of girlfriends … but they're all long relationships." Jane Doe was the exception, but Marshall's version was a lie. They'd met and had consensual sex. Jane Doe was not 17 but a "full-grown adult" — he later wrote that she was "a college graduate when I met her" — and he provided copies of friendly text messages between them that showed they'd discussed seeing each other again.

Goguen was visibly surprised when asked about the Spearmint Rhino dancer who had left the threats on his voice-mail. She was a "beautiful, stunning blonde" he met at the club around 2009. She had built a website that offered marital advice, and Goguen told her to send the link. "Later, I'm looking at the link and I'm like, *Ooh, this is a little out there*. I think I gave her a little feedback. That was it."

He bumped into the dancer at Spearmint Rhino about two years later. They exchanged numbers and talked about meeting for lunch the next day, but he "blew her off." Flash forward to 2014 and the woman began leaving him hundreds of frightening messages. "I think you do unfortunately have an illness," he recalled telling her. "I really suggest you see somebody, and whatever you have, try to get it taken care of." Finally, she stopped calling. "There's no story," he said, "other than it's a really sad story."

oguen and I spoke many more times** over the months that followed. I had expected him to refuse to answer my questions about the lurid accusations against him, but he was diligent about pushing back against each one.

Some of his attempts to defend himself strained credibility. Goguen insisted he didn't have one-night stands, but I had copies of his text messages with Marshall, in which he frequently boasted about casual hookups with women he met at strip clubs. He had also been wrong about key details in the Jane Doe case. Doe was not a college graduate when she and Goguen

met; she was 19 and had recently graduated from high school. Was this a mistake or a deliberate fabrication?

Police reports about the Jane Doe incident painted a sordid picture. One of Goguen's friends had invited Doe to dance at the billionaire's condo in town. Once she got there, she told police, she got "really, really drunk at that point 'cause they were just making drinks the whole time." She said the friend pressured her to have sex with Goguen and told her he'd pay her. "I ended up just being, like, sleeping with him anyway because I was just, I don't know, like naïve and stupid." When she woke up the next morning, Goguen was gone, but he'd left $1,200 for her.

The Jane Doe case, however, provided some of the first hints I got that many of Marshall's accusations were baseless. Doe herself told me she was "sick and tired of people making this out to be something it isn't and acting like I'm some sort of victim. The only victims here are Mike and his poor family." Their relationship, she said, was entirely consensual.

Other parts of Goguen's account also held up. Evidence submitted during Baptiste's civil suit proved her trafficking claims were invented. For several years during which she claimed to have been in the U.S. under the control of traffickers, she was living in Canada and had a boyfriend — from whom she'd demanded money on the grounds that she'd been his common-law wife. The evidence suggested otherwise, but he agreed to resolve the dispute by paying her $250,000.

Years of text and email communications between Goguen and Baptiste suggested their relationship had been consensual. The court also found she had altered medical records about an alleged STD that Goguen had given her. No basis was found to support the civil lawsuit's allegations about Goguen's involvement in sex trafficking. In a countersuit brought by Goguen, Baptiste was eventually found liable for defamation and extortion.

Interviews with other possible witnesses and with Goguen's alleged victims quickly undercut Marshall's claims. The friend of his daughter's whom he allegedly impregnated when she was a teen flatly denied the story. There was no evidence of a high-school-age babysitter whom Goguen seduced. And other than Marshall, who offered colorful and conflicting accounts, no one interviewed ever put Goguen in the Boom Boom Room.

Whatever loose strands I might be able to pull regarding his behavior, Goguen told me, Marshall was the one I should be focused on: "It is very clear to me — and anyone who follows the evidence — that everything leads back to Marshall. It is evident that he has orchestrated a complete reputation-destruction campaign to distract from his crimes."

**A**ccording to Goguen, Marshall's lawsuit had nothing to do with stopping sex trafficking or Goguen's alleged inability to get a security clearance. Marshall was out for revenge. By 2018, Goguen had invested $10 million in Amyntor, but it had earned back only a fraction of that, mostly for consulting work for Republican megadonors such as Elliott Broidy. Marshall, Goguen said, was forever promising that fat government deals were just around the corner, but the contracts never materialized. "I was like, (a) *I don't want to just keep … building this thing when I don't know what's going on,*" he said, "and (b) *I just want to get off the train.*"

In May 2018, Marshall wrote to Goguen complaining that "things have gotten to a point that you don't communicate with me at all" and "I can't keep begging you for funding every two weeks." In June, Goguen replied, "I know I've been a black hole when it's come to communication over the past month, and I apologize for that." But he also made clear that he no longer believed Marshall when he said new contracts for Amyntor were just about to be signed. Marshall wrote back, bitterly, "I've now been marked as an enemy to Mike Goguen." Although Goguen wouldn't formally dissolve Amyntor until September, he made his final payment to the company on July 5, 2018. By that point, he had stopped replying to Marshall's emails.

The next month, Goguen went to Albuquerque to meet Nic McKinley, a CIA veteran who had started a nonprofit called DeliverFund, which works to disrupt sex-trafficking networks. Goguen would become one of the organization's biggest donors, but at that first meeting he joked to McKinley and a colleague that he was wary of investing with ex-military guys after his failure with Amyntor. "I told them I wouldn't hold it against them but that my first experience with a guy like them wasn't a good one," Goguen recalled.

"You don't mean Matt Marshall, do you?" McKinley asked.

McKinley told Goguen about the evidence uncovered by Evan Hafer, the founder of Black Rifle Coffee Company and a former CIA officer and Green Beret. Hafer had enlisted Marshall as an adviser, but they had a falling out after Hafer began to question the stories Marshall told about his past. Marshall's claim that he'd been the first CIA officer dropped into Afghanistan after 9/11, for example, seemed farfetched to Hafer. "There's not like a one-man Jason Bourne unilateral direct-action asset," Hafer recalled. Plus Marshall didn't speak a word of Pashto or Dari. "I left that dinner thinking, *Holy shit, this guy is full of shit, and everyone around me believes he's the man.*"

Hafer contacted former CIA officers and Force Recon marines. None had heard of Marshall. He ran a background check, and it showed that Marshall had struggled with money for years and had declared bankruptcy in 2003. Financially, he was "a train wreck," Hafer said.

When Hafer confronted Marshall about his record, Marshall feigned outrage. He told Hafer he "didn't know who he was dealing with" and that "he'd own Black Rifle Coffee one of these days." What he didn't do was provide evidence to prove his past.

Talking to McKinley convinced Goguen to look again at his former employee. It didn't take him long to conclude that Marshall was defrauding him. In the fall of 2018, he compiled hundreds of emails, text messages, and photos from Marshall and sent them to the FBI.

The resulting investigation would reveal Marshall had lied about nearly everything on his résumé: He'd received an associate's degree, not a bachelor's degree, from the University of Southern Indiana. He hadn't been awarded a scholarship to play soccer and didn't even play on the university's soccer team.

Marshall's stories about his military service also proved false. He had proudly claimed to Goguen, among many others, that he'd been a Force Recon Marine. Although Goguen didn't know it, that story had been debunked by the Indiana state police more than two decades ago, when he was an officer on the force.

In what would become a familiar pattern, Marshall's lie only unraveled once he started embellishing it. He wasn't just a Force Recon Marine, he'd said — he had won the Silver Star for battlefield valor during the Gulf War. One of his colleagues, a former Marine, smelled a rat: U.S. combat operations in that war had lasted only a few days; very few Silver Stars were awarded.

A state-police investigation eventually revealed that Marshall had never been deployed overseas. When he returned to Indiana after boot camp, he served in the reserves and provided infantry training to new recruits on weekends, but after a short time, he was given an other-than-honorable discharge because he had missed too many shifts.

Marshall resigned from the police force in June 1999 to avoid being fired. "There is no evidence of any kind of personal decorations, let alone ones for valor, nor is there any evidence that he served in any combat campaigns," said a May 3, 1999, summary of the case against him. "He has never been anything but a basic rifleman, never a highly trained Force Reconnaissance Marine."

The FBI discovered that Marshall had faked his CIA history, too, and in our conversations, Marshall couldn't provide the name of a single person he served overseas with during his time at the Agency other than Johnny Spann. Conveniently for Marshall, Spann had died in Afghanistan in November 2001. Cofer Black, Marshall's supposed boss at the Agency, denied knowing him.

Marshall had indeed been in Iraq — not as a CIA agent but as a hired gun for Blackwater. Morgan Lerette, a Blackwater veteran, was familiar with two of the photos Marshall had shown Goguen from his alleged days with the CIA. The one from the village in northern Iraq had been taken in 2004, when he and Lerette were working at Blackwater, not the year before, when Marshall was allegedly conducting sabotage operations for the CIA. The photo of Marshall on the C-130 in Afghanistan was not taken in 2001 but in 2004.

Photographic evidence: Marshall in Iraq in 2004. Photo: Courtesy of Matt Marshall

Lerette had been fooled by Marshall as well. When they first met, on a shooting range at a Blackwater training facility in North Carolina, Marshall introduced himself as a former Force Recon Marine. Lerette had no reason to doubt him. "Heck, I even introduced him to a buddy who was a Force Recon Marine, and it didn't throw off any red flags," Lerette said. "I thought the guy was legit."

In the fall of 2018, court records would show, Marshall started searching online for terms like "Stolen Valor Act Punishment," "Crime of Stolen Valor," and "Stolen Valor Act 2017." During that time, he messaged Mary Beth Long asking if she could help dig up dirt on Goguen. He added that he had a lawyer who was a "rockstar" but "bound by keeping within certain lines." They may need to "blur those lines a bit to get some shit done quickly and effectively,"

Marshall wrote. One of the strategies Marshall seemed to have in mind was to recruit a credulous journalist — that would later be me, apparently — who would faithfully repeat the claims from the civil lawsuit against Goguen. (The New York *Post* and the *Daily Mail* did publish stories about Goguen's alleged crimes in the months that followed.)

In July 2020, federal authorities indicted Marshall on ten counts of wire fraud, money laundering, and tax evasion. The government alleged that his purported secret international missions were all phony. For an operation to assassinate ISIS leaders, for example, Marshall had told Goguen that he would need to hire 15 private contractors and that the CIA would supply helicopters and armed drones in support. Goguen wired Marshall $750,000. The FBI and prosecutors said there were no missions and Marshall never left the country. When he was supposed to be in Syria killing terrorists, he'd gone to Miami with his girlfriend and bought jewelry and other gifts for himself and friends.

Marshall's account of his first night out with Goguen at Spearmint Rhino — when he'd spent a tiny portion of the $5,000 while virtuously shooing off strippers — also didn't go down as he'd related it. "It's official," he'd written Goguen in a text message at 2:44 a.m. "Your seed money for entertainment is now gone. Get some rest or pussy, hopefully pussy."

Goguen still seemed shocked by the scale of Marshall's deceptions. "As an investor who has to make really good judgment decisions in finding entrepreneurs and companies and all that, the most embarrassing part is, *Hey, you got duped*" he said. But Goguen said Marshall had skillfully reeled him in with his war stories, beginning at Spearmint Rhino. "I admire heroism. I admire those kinds of people," Goguen said. "That's what I remember that night, these amazing stories."

**M**arshall's trial in the fraud case was set to begin in November 2021. He had vowed to fight it out in court because he was wholly innocent of the charges, but days before the trial began, he cut a plea deal with prosecutors. In March, Judge Donald Molloy of the U.S. District Court in Missoula sentenced him to six years in a federal prison and ordered him to pay $3.2 million in restitution. Two months later, Molloy dismissed Marshall's civil lawsuit with prejudice, saying its "torrent of accusatory factual allegations" lacked merit and the complaint that contained them was as easy to read as "completing a 10,000-piece jigsaw puzzle of a polar bear in a snowstorm."

Marshall and I began corresponding by email after he was sent to the federal penitentiary in Marion, Illinois. Each time he wrote, he insisted on his innocence. His lawyers were to blame for mishandling his case, he said. Goguen and the prosecutors had railroaded him.

After Marshall was sentenced, I caught up with Maguire, who was bitter and pissed off. He realized the scope of Marshall's lies only at the sentencing hearing when he confirmed, with prodding by the judge, that he was guilty as charged of defrauding Goguen with the secret-mission stories. "I'm too old to be grifted," Maguire said. He was sure he had met Marshall in post-invasion Iraq, but he had about 700 people under his command, and it was difficult to tell CIA and private contractors apart. He described himself and other Amyntor employees as "collateral damage" of Marshall's con. "Two shitbags who got in a cock fight and one was better funded than the other," was his verdict on the legal battle between his former friend and Goguen.

The portrait of Goguen that emerged from the whole mess was of a man who, though his life seemed to be dominated — and nearly ruined — by his affairs, wasn't the supervillain Marshall made him out to be. But he was also no Bruce Wayne. Even as he mostly stuck to the truth in our interviews, he never strayed from the narrative that he was a perfectly conventional father figure, a billionaire Ward Cleaver. Sure, he was a slightly tarnished, four-times-married Ward Cleaver, but, in his telling, he was an ordinary family man nonetheless.

By some measures, Goguen has emerged mostly unscathed from the Marshall affair. His venture-capital firm is doing well, and last year he even did a deal with his old partners at Sequoia. In May, his wife gave birth to a baby. But the court cases and his local indiscretions have left their mark in Whitefish.

During a final trip to the town last summer, I dropped by a handful of bars and struck up conversations with customers and employees. When I told one man drinking a beer I'd heard good and bad things about Goguen, he laughed and asked, "What good have you heard about him?" No one would speak on the record, but their observations largely centered on his activities with women.

I thought of a text message from Goguen I saw, which a lawyer involved in the Goguen-Baptiste legal dispute provided me. In May 2014, he wrote to Marshall, "This is that nutty girl I just paid a zillion dollars to go away, & who I fucked one last goodbye time." He included a picture of Baptiste in a bikini.

In every interaction, Goguen's immense wealth seemed to have a gravity all of its own, a by-product of a society in which the tiny few control an obscene amount of money and more and more people struggle to get by. In this setting, when people meet a billionaire, many see only an opportunity to cash in. The billionaire, in turn, starts to believe that enough money can make any problem disappear. And who's to say, in the end, that either side is entirely wrong?

*Additional reporting by Kathleen Horan, Whitney Jones, Marianne McCune, and Hanna Rosin.*

*Want more stories like this one?* **Subscribe now** *to support our journalism and get unlimited access to our coverage. If you prefer to read in print, you can also find this article in the November 21, 2022, issue of* New York *Magazine.*

**MORE FROM 'COVER STORY: SEED MONEY'**

➽  The Billionaire's Epiphany

➽  The Spy Who Screwed Me

➽  Where Does Sex With a Billionaire Land You?

SEE ALL ➽

TAGS:    SEED MONEY    MONEY    CRIME    COVER STORY PODCAST    NEW YORK MAGAZINE    MORE

💬  SHOW 31 COMMENTS

**TIMOTHY J. RACICOT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2d Floor**
**Missoula, MT 59802**
**Phone:       (406) 542-8851**
**Fax:          (406) 542-1476**
**E-mail:      Tim.Racicot2@usdoj.gov**

**FILED**

**JUL 28 2021**

Clerk, U.S Courts
District Of Montana
Missoula Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20-32-M-DWM |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | **WIRE FRAUD (Count I)**<br>Title 18 U.S.C. § 1343<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |
| **MATTHEW ANTHONY MARSHALL,** | |
| Defendant. | **MONEY LAUNDERING (Counts II-VII)**<br>Title 18 U.S.C. § 1957<br>(Penalty: Ten years imprisonment, $250,000 fine, three years supervised release) |
| | **TAX EVASION (Counts VIII-X)**<br>Title 26 U.S.C. § 7201<br>(Penalty: Five years imprisonment, $100,000 fine, and three years supervised release) |

1

|  | **AGGRAVATED IDENTITY THEFT** |
|  | **(Count XI)** |
|  | **Title 18 U.S.C. § 1028A(a)(1)** |
|  | **(Penalty: Mandatory minimum two years** |
|  | **imprisonment, consecutive to the term** |
|  | **imposed on Count I, $250,000 fine, and one** |
|  | **year supervised release)** |
|  |  |
|  | **FORFEITURE** |
|  | **Title 18 U.S.C. § 981(a)(1)(C)** |
|  | **Title 28 U.S.C. § 2461(c)** |
|  | **Title 18 U.S.C. § 982(a)(1)** |

THE GRAND JURY CHARGES:

## COUNT I
## THE SCHEME TO DEFRAUD

Beginning on or about April 20, 2013, and continuing until on or about

March 21, 2016, at Whitefish, within Flathead County, in the State and District of

Montana, and elsewhere, the defendant, MATTHEW ANTHONY MARSHALL,

with the intent to defraud, knowingly devised a scheme and plan for obtaining

money and property by means of material false and fraudulent pretenses,

representations, promises, and omissions, and in doing so caused wire

communications to be transmitted in interstate commerce.

To execute the scheme, the defendant, MATTHEW ANTHONY

MARSHALL, convinced John Doe (true name withheld to protect privacy) he was

a former CIA agent and a former member of an elite Force Reconnaissance unit in

the United States Marine Corps who had engaged in covert missions around the

world.  In truth and in fact, MARSHALL was never employed as a CIA agent and

never employed, deployed or otherwise associated with an elite Force Reconnaissance unit in the United States Marine Corps.

To further execute the scheme, MARSHALL asked John Doe to fund "off the books" missions for the CIA, which MARSHALL said would involve assault teams that he would lead on rescue and other operations in foreign countries.

Based on MARSHALL's material false and fraudulent pretenses, representations, promises, and omissions, John Doe wired large sums of money to MARSHALL on at least six separate occasions, all under the guise of funding missions described by MARSHALL.  The total amount provided by John Doe to MARSHALL for the "missions" was approximately $2,355,000.  MARSHALL did not conduct any of the "missions" and used the money he received from John Doe for personal living expenses, personal travel, and loans and gifts to friends and business associates.

## INTERSTATE WIRES

On or about March 21, 2016, at Whitefish, within Flathead County, in the State and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL, for the purpose of executing the aforementioned scheme, knowingly caused to be transmitted in interstate commerce a wire communication, specifically an online communication from John Doe in Montana to Wells Fargo Bank in San Francisco, California, which prompted a wire transfer of $255,000 from Wells

Fargo Bank in California to MARSHALL's checking account at Old National

Bank in Indiana, account number ending in 9053, in violation of 18 U.S.C. § 1343.

## COUNT II

On or about January 20, 2016, at Whitefish, in Flathead County, in the State

and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL,

knowingly engaged in a monetary transaction by, through, and to a financial

institution, with criminally derived property of a value greater than $10,000,

affecting interstate and foreign commerce, that is, he transferred $300,000 from his

Wells Fargo Bank savings account, account number ending in 8645, to his Wells

Fargo Bank checking account, account number ending in 5396, such money having

been derived from specified unlawful activity, that is the wire fraud scheme as

described in count I, in violation of 18 U.S.C. § 1957.

## COUNT III

On or about January 20, 2016, at Whitefish, in Flathead County, in the State

and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL,

knowingly engaged in a monetary transaction by, through, and to a financial

institution, with criminally derived property of a value greater than $10,000,

affecting interstate and foreign commerce, that is, he presented check number

1725, drawn on his Wells Fargo Bank account, account number ending in 5396, in

the amount of $300,000, to High Threat Concealment, such money having been

4

derived from specified unlawful activity, that is the wire fraud scheme as described in count I, in violation of 18 U.S.C. § 1957.

## COUNT IV

On or about February 12, 2016, at Whitefish, in Flathead County, in the State and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, affecting interstate and foreign commerce, that is, he presented check number 1737, drawn on his Wells Fargo Bank account, account number ending in 5396, in the amount of $37,697, to Eisinger Motors, such money having been derived from specified unlawful activity, that is the wire fraud scheme as described in count I, in violation of 18 U.S.C. § 1957.

## COUNT V

On or about April 5, 2016, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, affecting interstate and foreign commerce, that is, he deposited $200,000 into his Wells Fargo Bank savings account, account number ending in 8645, such money

having been derived from specified unlawful activity, that is wire fraud as described in count I, in violation of 18 U.S.C. § 1957.

## COUNT VI

On or about April 29, 2016, at Kalispell, in Flathead County, in the State and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, affecting interstate and foreign commerce, that is, he transferred $140,000 from his Wells Fargo Bank savings account, account number ending in 8645, to his Wells Fargo Bank checking account, account number ending in 5396, such money having been derived from specified unlawful activity, that is wire fraud as described in count I, in violation of 18 U.S.C. § 1957.

## COUNT VII

On or about April 29, 2016, at Whitefish, in Flathead County, in the State and District of Montana, the defendant, MATTHEW ANTHONY MARSHALL, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, affecting interstate and foreign commerce, that is, he presented check 1776, drawn on his Wells Fargo Bank checking account, account number ending in 5396, in the amount of $132,000, to John Maguire, which constituted a loan to Maguire, such

6

money having been derived from specified unlawful activity, that is wire fraud as
described in count I, in violation of 18 U.S.C. § 1957.

## COUNT VIII

That on or about January 5, 2015, at Whitefish, in Flathead County, in the
State and District of Montana, the defendant, MATTHEW ANTHONY
MARSHALL, did willfully attempt to evade and defeat a large part of the income
tax due and owing by him to the United States of America for the calendar year
2013, by filing and causing to be filed with the Internal Revenue Service a false
and fraudulent United States Individual Income Tax Return, Form 1040, wherein
he failed to report all his taxable income for the calendar year 2013, and as he then
and there well knew and believed, there was an additional tax due and owing to the
United States of America, resulting in a loss to the United States of America of
approximately $356,756, in violation of 26 U.S.C. § 7201.

## COUNT IX

That on or about February 16, 2015, at Whitefish, in Flathead County, in the
State and District of Montana, the defendant, MATTHEW ANTHONY
MARSHALL, did willfully attempt to evade and defeat a large part of the income
tax due and owing by him to the United States of America for the calendar year
2014, by filing and causing to be filed with the Internal Revenue Service a false
and fraudulent United States Individual Income Tax Return, Form 1040, wherein

he failed to report all his taxable income for the calendar year 2014, and as he then

and there well knew and believed, there was an additional tax due and owing to the

United States of America, resulting in a loss to the United States of America of

approximately $153,992, in violation of 26 U.S.C. § 7201.

## COUNT X

That on or about April 28, 2016, at Whitefish, in Flathead County, in the

State and District of Montana, the defendant, MATTHEW ANTHONY

MARSHALL, did willfully attempt to evade and defeat a large part of the income

tax due and owing by him to the United States of America for the calendar year

2015, by filing and causing to be filed with the Internal Revenue Service a false

and fraudulent United States Individual Income Tax Return, Form 1040, wherein

he failed to report all his taxable income for the calendar year 2015, and as he then

and there well knew and believed, there was an additional tax due and owing to the

United States of America, resulting in a loss to the United States of America of

approximately $294,714, in violation of 26 U.S.C. § 7201.

## COUNT XI

On or about November 30, 2018, at Whitefish, in Flathead County, in the

State and District of Montana, the defendant, MATTHEW ANTHONY

MARSHALL, did knowingly use, without lawful authority, a means of

identification of another person, Jane Doe's name and email address (true name

withheld to protect privacy), during and in relation to a felony violation of 18

U.S.C. § 1343, wire fraud, as charged in count I, in violation of 18 U.S.C.

§ 1028A(a)(1).

## FORFEITURE

Upon conviction of the wire fraud offense set forth in count I, the defendant,

MATTHEW ANTHONY MARSHALL, shall forfeit to the United States, pursuant

to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or

personal, which constitutes or is derived from proceeds traceable to the offense.

The United States of America, pursuant to 21 U.S.C. § 853(p), shall be

entitled to forfeiture of substitute property if any of the property that is subject to

forfeiture:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be
           divided without difficulty.

Upon conviction of the money laundering offenses set forth in counts II

through VII of this indictment, the defendant, MATTHEW ANTHONY

MARSHALL, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1),

all right, title, and interest in property, real and personal, involved in said violations, or any property traceable to such property.

The United States of America, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of substitute property if any of the property that is subject to forfeiture:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: ✓ Arraignment - 8/23/21 @ 1:30 p.m. w/ KLD

Warrant: _____

# EXHIBIT JPR3

# President of Russia Vladimir Putin's Hidden War— Niels Troost Crime Syndicate.

May 16, 2023 by Staff
Filed under BM, Business, Money, News, Opinion, Politics, Weekly Columns

Leave a Comment

---

**Like**                                                                                              1

Like      Share      One person likes this. Sign Up to see what your friends like.                    Tweet

---

(**ThyBlackMan.com**) Those who follow my writings know that I have not been a big supporter of putting sanctions on individuals around the world because in most cases those who are the focus of the sanctions usually have enough money that they can find ways to get around them.

The Russian invasion of Ukraine has caused me to reconsider my views on sanctions.

I do a lot of work throughout Africa and follow Europe's involvement on the continent quite closely.

In talking with my diplomatic sources in Europe and Africa, I am now able to see a connection to what's going on in Ukraine and the continent of Africa that is causing major destabilization in both parts of the world and the common thread is Russian president *Vladmir Putin* and his henchmen.



Russian oligarch Ganady Timchenko and his front man Niels Troost come to mind immediately.

Timchenko is a billionaire friend of Russian president Vladimir Putin and is estimated to be worth somewhere around $ 20 billion.  He was put on sanctions by the U.S. in 2014 and by the EU and U.K. in 2022.

Timchenko was re-sanctioned by the U.S. last year along with his wife and daughter.

To anyone who follows world affairs, it is no secret that there is a whole cottage industry that exists to help wealthy people evade sanctions throughout the world.

This underground cottage industry consists of a series of shell companies, accountants to cook the books, PR professionals to spin the narrative, lobbyists to influence public opinion, and lawyers who are more than willing to

turn a blind eye to criminal behavior if the price is right.

That's where Troost comes in.

To any geo-political observer, it is quite obvious that Troost is a front for Timchenko.

Troost has no relationship with Putin, therefore you see Timchenko's fingerprints all over the oil deals passed through Troost's Switzerland-based Paramount Energy & Commodities SA.

Business was booming for Troost until the EU put stronger sanctions on Timchenko and other elite Russians; they specifically targeted Russian energy exports in May of last year.

In order to evade these sanctions, Troost created a new company in Dubai named Paramount Energy and Commodities DMCC and uses United Arab Emirates financial institutions to facilitate the transactions.  He is also using Indian and Chinese flagged vessels to actually transport the oil, thereby building a coalition of allies to create a buffer from U.S. and EU meddling.

Documents released in the Pandora Papers gives us a good look at how people like Troost have used their wealth to not only hide their assets around the world, but also how they use shell companies to fund terrorist activities globally.

The Pandora Papers was a leak of almost 12 million documents and files exposing the secret wealth and dealings of world leaders, politicians and billionaires.  The files were released by the International Consortium of Investigative Journalists (ICIJ) in Washington, DC.

For example, Troost has Ghanaian journalist Jeorge Wilson Kingson on his payroll to spread propaganda throughout Africa where Russia has made a concerted effort to force Africa to align with them vis-a-vis the U.S.

This is a major national security issue for America that no one is paying attention to.

Exhibit A in this matter is the notorious Putin affiliated Wagner Group.  They are a Russian based mercenary group that provide hired guns for military conflicts as well as covert operations around the world.

They are engaging in proxy wars and influence campaigns on behalf of Russia in countries like the Central African Republic, Sudan, Mali and Mozambique.

Troost, at Putin's urging, is one of the largest clandestine funders of the Wagner Group.

Troost, simply put, is the ringleader of a global covert criminal enterprise.

Through leaked documents and conversations with my diplomatic sources one is able to begin to put together a picture of how Troost is able to impact world affairs.

Troost went from making about $ 600,000k per tanker full of oil to about $ 20 million for the same tanker today.  He has plenty of money to hide and spread around to his favorite charities in his and ultimately Putin's goal of funding terrorist organizations that are aligned with their political objectives.

It's alleged that Troost's largess reaches from the mountain of northern Syria to assisting the Turkish and Iraqi armies engage in their war of terror.

If I am able to find out about Troost's operations with a few phone calls and some research on the internet, surely our global intelligence organizations have access to the same information.

It seems like Troost's operation is a family affair involving his wife Jacqueline Troost Omvlee and his two daughters who spend time between their New York apartments in the U.S. and Switzerland.

Flush with a serious windfall of money, Troost is able to surround himself with some of the best experts in the world when it comes to hiding money globally.  People like Francois Mauron, Maurice Taylor, and Jevegeny Barasev; they

are all Dutch citizens who specialize in setting up shell companies to shield money and other assets for wealthy oligarchs who are under sanctions.

Other players in the world of Troost are a couple of his alleged mistresses, Marina Yankovskaya and Suzanne Silver who seems to be the field generals who make sure things get done.

Finally, Troost has surrounded himself with Swiss tax expert, Jean-Marc Wasem and Robin Luisier, a Swiss "fixer,' who are some of the best connected people in Switzerland.

Just based on the information I have been able to discover, there is more than enough evidence to take a much closer look at Timchenko and Troost to explore the devastating carnage their corrupt actions have unleashed on a lot of innocent people. Niels Troost and his crime syndicate must face prosecution as many civilians are being killed by the funding of this crime syndicate.

Staff Writer; **Raynard Jackson**

This talented brother is a Pulitzer Award nominated columnist and founder and chairman of Black Americans for a Better Future (*BAFBF*), a federally registered 527 Super PAC established to get more Blacks involved in the Republican Party. BAFBF focuses on the Black entrepreneur. For more information about BAFBF, visit **www.bafbf.org**. You can follow Raynard on *Twitter*; **RealRaynardJ;** on *Gettr*: **RaynardJackson.**

Can also drop him an email at; **RaynardJ@ThyBlackMan.com**.

**Share Post** | Twitter | Facebook | Google +1 | Email

Tags:


Sheair Butters - My Everything Cream

**Speak Your Mind**

**Tell us what you're thinking...**
**and oh, if you want a pic to show with your comment, go get a gravatar!**

Name (required)

Mail (will not be published) (required)

Website

# EXHIBIT JPR4

**12:00**

‹   JM   **John Maguire** ⊙        ▢ᐸ   ℂ

**May 12, 2023**

Ok.  Sounds good.  I will send you all the materials I used with NYPD    21:36

**May 13, 2023**

AIRPLANE NUMBER - N888LG

https://www.globalwitness.org/en/campaigns/stop-russian-oil/the-price-aint-right/

http://www-personal.umich.edu/~graceyor/govdocs/pdf/off.pdf

http://www-personal.umich.edu/~graceyor/govdocs/pdf/off.pdf

+    Message       



18:44

JR  Jim Reese ⊙

Today

12:35

JM  John Maguire ⊗
syrian-jihadists-savs-
mobster May 13, 2023 .

Ramazan Öztürk
+90.

This is the web of key
people working for
Gannady timchenko

+971
Ibrahima Camara

A Senegalese citizen who
is spying in France on

+  Message

12:36

JM  John Maguire ⊗

He is a p May 13, 2023 ney
laundering scheme run b
Troost.  He takes his
instructions from Troost.

IOL no doubt has links to
French intel.  They should
pass this guys name and
phone to the French.
There is ample indication
that Camara takes direct
tasking from the Kremlin
outside of Troost.

📄 Open_Sou..._Taylor.pdf
   707 KB

📄 Open_Sou...auron.pdf
   257 KB

This is the package I sent
to NYPD INTEL.      00:15



18:44

JR  Jim Reese

He is a p May 13, 2023 ney laundering scheme run b Troost.  He takes his instructions from Troost.

**Today**

IOL no doubt has links to French intel.  They should pass this guys name and phone to the French. There is ample indication that Camara takes direct tasking from the Kremlin outside of Troost.

📄 **Open_Sou..._Taylor.pdf**
707 KB

📄 **Open_Sou...auron.pdf**
257 KB

This is the package I sent to NYPD INTEL.    00:15

May 16, 2023

+  Message

last one    7m

12:38

John Maguire

May 13, 2023

**Ibrahima Camara**

A Senegalese citizen who is spying in France on behalf of the kremlin.

He is a part of the money laundering scheme run by Troost.  He takes his instructions from Troost.

IOL no doubt has links to French intel.  They should pass this guys name and phone to the French. There is ample indication that Camara takes direct tasking from the Kremlin outside of Troost.

📄 **Open_Sou..._Taylor.pdf**

+  Message    6m

12:34

 JM  John Maguire

📄 PDF **signal 20 221817.pd**
16.9 MB

May 13, 2023



Gennady Timchenko

https://en.wikipedia.org/
wiki/Gennady_Timchenko

The Russian that pulls the
Dutchman and his
daughter who lives in
NYC. strings and directs

Troost and his wife
Jacqueline are coming to
NYC for the graduation of
his daughter in NY.

May 15 to 18

He is planning to quietly
slip into NYC for his
daughters graduation

+41 ▮▮▮▮▮▮▮▮
Niels Troost

Marina Yankovskava

Message

12:35

 

‹  JM  **John Maguire** ⊚



syrian-jihadists-savs-
mobster  May 13, 2023

Ramazan Öztürk
+90 ▮▮▮▮▮▮▮

This is the web of key
people working for
Gannady timchenko



+971 ▮▮▮▮▮▮▮
Ibrahima Camara

A Senegalese citizen who
is spying in France on

+  Message    

12:36

‹   JM   **John Maguire**



He is a p  May 13, 2023  ney
laundering scheme run b
Troost.  He takes his
instructions from Troost.

IOL no doubt has links to
French intel.  They should
pass this guys name and
phone to the French.
There is ample indication
that Camara takes direct
tasking from the Kremlin
outside of Troost.



📄 PDF  **Open_Sou..._Taylor.pdf**
707 KB



📄 PDF  **Open_Sou...auron.pdf**
257 KB

This is the package I sent
to NYPD INTEL.  00:15

May 16, 2023

+  Message

12:38

**John Maguire**



May 13, 2023

Ibrahima Camara

A Senegalese citizen who is spying in France on behalf of the kremlin.

He is a part of the money laundering scheme run by Troost. He takes his instructions from Troost.

IOL no doubt has links to French intel. They should pass this guys name and phone to the French. There is ample indication that Camara takes direct tasking from the Kremlin outside of Troost.



PDF  **Open_Sou..._Taylor.pdf**

Message

# EXHIBIT JPR5



---------- Forwarded message ---------

From: **ukrainewomen.mother**
<ukrainewomen.mother@proton.me>

Date: Sun, Dec 17, 2023 at 12:51 AM

Subject: URGENT : RUSSIAN OLIGARCH IS ALMA INVESTOR

To: ██████████████████████████
████████████████████████
████████████████████████████████
██████████████████████
████████████████████████

FCPA.Fraud@usdoj.gov
<FCPA.Fraud@usdoj.gov>,



Dear ▮▮▮▮

I am writing to you today as a grieving mother based in outskirts of New York, we fled to the United States from Russia invaded our home. I lost many of my own family, in this brutal war. I truly believed that the people of America have refuge to many like me, but only to find out that the Russian Oligarchs are using PR organizations like yours to launder money and wage their war of plunder, death and destruction in the name of New York based PR firm " ▮▮▮▮ " founded by you. My team of grieving mothers have been doing research on the people around you.

It is quite disturbing to know that you have been funded by CHRISTELLE TROOST, the daughter of a wanted fugitive, /criminal , Part of the Putin war machine. NIELS OSCAR TROOST is a trader of Russian arms and Russian oil , is the owner of a company called PARAMOUNT ENERGY AND COMMODITIES GENEVA AND PARAMOUNT ENERGY AND COMMODITIES, DMCC . Both of these companies have been sanctioned for their evasion of the western sanctions regime & funding PUTIN's WAR IN UKRAINE . I have reported all of your companies and your network to law enforcement and I would advise you sincerely "self report" to appropriate law enforcement agencies on your interactions with CHRISTELLE TROOST. From our research, she(CHRISTELLE TROOST) is a trained Russian spy who is trying to infiltrate into America on behalf of her father NIELS TROOST & GENADY TIMCHENKO. Please read all the attached publicly available articles. You should know that this message has been circulated widely and I would hope to see that you publicly deny your relationship to RUSSIAN WAR MACHINE. Below are some articles available on your investor CHRISTELLE TROOST criminal father, Niels Troost.


https://www.gov.uk/government/news/uk-cracks-down-on-gold-and-oil-networks-propping-up-russias-war-economy

https://www.bloomberg.com/news/articles/2023-11-08/uk-sanctions-dubai-based-trader-in-russian-oil-

clampdown

https://thyblackman.com/2023/05/16/president-of-russia-vladimir-putins-hidden-war-niels-troost-crime-syndicate/

https://www.publiceye.ch/en/topics/ukraine/commodity-trading-with-russia/russian-oil-trade-in-switzerland-a-fake-farewell

https://www.intelligenceonline.com/corporate-intelligence/2023/05/31/fbi-alerted-of-russian-oil-trader-niels-troost-s-secret-us-business-interests,109978840-eve

https://www.ft.com/content/cf2a5151-456f-4361-a13f-5e339109d09b

https://www.swissinfo.ch/eng/business/switzerland-questions-oil-trader-over-sidestep-of-russian-sanctions/48639972

https://www.lemonde.fr/en/international/article/2023/08/06/russia-s-ghost-fleet-moscow-s-new-oil-routes_6082264_4.html


there are plenty more information available on the CRIMINAL NIELS TROOST RUSSIAN INFLUENCE CAMPAIGN & you / your PR firm is another step in that direction. The pain of war is not something you will understand as youare blinded by the blood money from the RUSSIANS. Remember that money is drenched with pain and misery of the Ukrainian people.

I hope you see the light and do the right thing and report CHRISTELLE TROOST to law enforcement. Do the right thing

God Bless

A grieving mother

# EXHIBIT JPR6



---------- Forwarded message ---------
From: ukrainewomen.mother <ukrainewomen.mother@proton.me<mailto:ukrainewomen.mother@proton.me>>
Date: Sun, Dec 17, 2023 at 1:13 AM
Subject: RUSSIAN CRIMINAL DAUGHTER NIELS TROOST - ALMA
To ██████████████████████████████████████████

███████████████████████████████████████████████>>,
joe.wallace@wsj.com<mailto:joe.wallace@wsj.com> <joe.wallace@wsj.com<mailto:joe.wallace@wsj.com>>, Tom.wilson@ft.com<mailto:Tom.wilson@ft.com>
<Tom.wilson@ft.com<mailto:Tom.wilson@ft.com>>


Attached are pictures of RUSSIAN AGENTS /employees of CHRISTELLE Troost & RUSSIAN OLIGARCH CRIMINAL DAUGHTER NIELS TROOST, CHRISTELLE TROOST.









# EXHIBIT JPR7



---------- Forwarded message ----------
From: ukrainefreedomchild11 <ukrainefreedomchild11@proton.me<mailto:ukrainefreedomchild11@proton.me>>
Date: Wed, Dec 27, 2023 at 1:41 AM
Subject: TERRORIST RUSSIAN AGENT ALMA COMMUNICATIONS CHRISTELLE TROOST/ NIELS TROOST
To:



Dea███████████ , Artists & associates of ██████████

We are group of grieving Ukrainian women based out of New York, we have been following how Russian influence and money has been used and abused to kill innocent Ukrainian women and children.

████████████████ unfortunately is funded by CHRISTELLE TROOST, the daughter of sanctioned Russian agent Niels Troost, owner of Paramount Energy and commodities sanctioned by the United Kingdom, United States & European Union.

CHRISTELLE TROOST & her family is a trained Russian operative who is tasked to infiltrate the United States through any means. She has done through laundering sanctioned Russian money and stolen money from her father Russian operative Niels Troost. Niels Troost is Russian agent run by Genady Timchenko, who is know agent of Russia. Several public articles link him to such activity.

Niels Troost (is on watch list and sanctioned) , his wife Jacqueline Troost(moves sanctioned money through here kids by buying art) . They  have three children

CHRISTELLE TROOST(tasked for New York operations) ,

SEBASTIAN TROOST & ELOISE TROOST (tasked for London, UK operations). TROOST/Timchenko family has already infiltrated the art circle in New York through the investment/employment of CHRISTELLE TROOST in Alma communications.

Once the TROOST/TIMCHENKO Russian family buy the art through sanctioned Russian money they then launder the money through the western banking system to buy ammunition to support Russia illegal invasion of Ukraine and kill innocent children.

▓▓▓▓▓▓ & everyone else please reach out to local law enforcement to stop this and inform them on how the TROOST/TIMCHENKO family is targeting innocent people to launder money & fund an illegal war.

CHRISTELLE TROOST and her whereabouts should be immediately informed to local law enforcement so appropriate action is taken. If you know something, please speak up.

We grieving mothers are watching all this very closely and will be circulating this message to as many public outlets to save innocent women and children who are victims of NIELS TROOST, CHRISTELLE TROOST, ELOISE TROST, SEBASTIAN TROOST, JACQUELINE OMVLEE(TROOST), AND THEIR BOSS GENADY TIMCHENKO. NIELS TROOST is a terrorist funding arms sales to Russia using her daughter CHRISTELLE TROOST as the art dealer.

See the attached publicly available articles :

https://www.gov.uk/government/news/uk-cracks-down-on-gold-and-oil-networks-propping-up-russias-war-economy<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.gov.uk_government_news_uk-2Dcracks-2Ddown-2Don-2Dgold-2Dand-2Doil-2Dnetworks-2Dpropping-2Dup-2Drussias-2Dwar-2Deconomy&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoTJ6WjCUiqSwhJdXjgvTmJBaCElySPIWzYRWHnIKlGEm5_&s=2CuEK6w57rassnrQ64RX9iLNmRj6PwcbkpK0zU4XwrI&e=>

https://www.ft.com/content/cf2a5151-456f-4361-a13f-5c339109d08b<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.ft.com_content_cf2a5151-2D456f-2D4361-2Da13f-2D5c339109d09b&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoTJ6WjCUiqSwhJdXjgvTmJBaCElySPIWzYRWHnIKlGEm5_&s=BjLlE5cygeEgUht2fv8zVTgbRj5IUZyEBvyUf5iE_JY&e=>

https://www.wsj.com/articles/little-known-commodity-traders-help-russia-sell-oil-11653643583<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.wsj.com_articles_little-2Dknown-2Dcommodity-2Dtraders-2Dhelp-2Drussia-2Dsell-2Doil-2D11653643583&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoTJ6WjCUiqSwhJdXjgvTmJBaCElySPIWzYRWHnIKlGEm5_&s=Yac3pDuR3_P1ElY4PWGMHqS-Ceh5sC-lkCy_lgPhmnY&e=>

https://www.bloomberg.com/news/articles/2023-11-08/uk-sanctions-dubai-based-trader-in-russian-oil-clampdown<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.bloomberg.com_news_articles_2023-2D11-2D08_uk-2Dsanctions-2Ddubai-2Dbased-2Dtrader-2Din-2Drussian-2Doil-2Dclampdown&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoTJ6WjCUiqSwhJdXjgvTmJBaCElySPIWzYRWHnIKlGEm5_&s=CFVcc5D3enXmVoAniAUZ4oEfCTqaw0-qmOVCeM1nCtw&e=>

https://www.gov.uk/government/news/uk-cracks-down-on-gold-and-oil-networks-propping-up-russias-war-economy<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.gov.uk_government_news_uk-2Dcracks-2Ddown-2Don-2Dgold-2Dand-2Doil-2Dnetworks-2Dpropping-2Dup-2Drussias-2Dwar-2Deconomy&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoTJ6WjCUiqSwhJdXjgvTmJBaCElySPIWzYRWHnIKlGEm5_&s=2CuEK6w57rassnrQ64RX9iLNmRj6PwcbkpK0zU4XwrI&e=>

https://theblackman.com/2023/05/16/president-of-russia-vladimir-putins-hidden-war-niels-troost-crime-syndicate/<https://urldefense.proofpoint.com/v2/url?u=https-3A__theblackman.com_2023_05_16_president-2Dof-2Drussia-2Dvladimir-2Dputins-2Dhidden-2Dwar-2Dniels-2Dtroost-2Dcrime-2Dsyndicate_&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoTJ6WjCUiqSwhJdXjgvTmJBaCElySPIWzYRWHnIKlGEm5_&s=kapFnh2mzy7H9W6AHTDkXlztl8NYmO2f3b_GlT8Nvg4&e=>

https://markets.financialcontent.com/stocks/article/beststocks-2022-5-27-rosneft-oil-co-and-others-exits-market-smaller-firms-takes-advantage<https://urldefense.proofpoint.com/v2/url?u=https-3A__markets.financialcontent.com_stocks_article_beststocks-2D2022-2D5-2D27-2Drosneft-2Doil-2Dco-2Dand-2Dothers-2Dexits-2Dmarket-2Dsmaller-2Dfirms-2Dtakes-2Dadvantage&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoT36WjCUiqSwhJdXjgvTmJBaCElySPlWzYRWHnIKGEm5_&s=yCiss2y_uFmjyks8drGlxzKHyscQErTSD0hteOTbgrg&e=>

http://www-personal.umich.edu/~graceyor/govdocs/pdf/off.pdf<https://urldefense.proofpoint.com/v2/url?u=http-3A__www-2Dpersonal.umich.edu_-7Egraceyor_govdocs_pdf_off.pdf&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoT36WjCUiqSwhJdXjgvTmJBaCElySPlWzYRWHnIKGEm5_&s=2GNY2sVk2W5YoDX8BukI2sIkMwaBF6s2ugsWVtWdyU8&e=>

https://www.intelligenceonline.com/corporate-intelligence/2022/03/16/sanctions-against-gennady-timchenko-reveal-the-extent-of-his-french-presence,109760952-art<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.intelligenceonline.com_corporate-2Dintelligence_2022_03_16_sanctions-2Dagainst-2Dgennady-2Dtimchenko-2Dreveal-2Dthe-2Dextent-2Dof-2Dhis-2Dfrench-2Dpresence-2C109760952-2Dart&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoT36WjCUiqSwhJdXjgvTmJBaCElySPlWzYRWHnIKGEm5_&s=OIlAIl02f9bqW046GCSW4drKPosRu_FnmrecgOWTEgI&e=>

https://www.swissinfo.ch/eng/business/switzerland-questions-oil-trader-over-sidestep-of-russian-sanctions/48639972<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.swissinfo.ch_eng_business_switzerland-2Dquestions-2Doil-2Dtrader-2Dover-2Dsidestep-2Dof-2Drussian-2Dsanctions_48639972&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoT36WjCUiqSwhJdXjgvTmJBaCElySPlWzYRWHnIKGEm5_&s=Yl5YEJzCzWMc4pvHlPZdeu-wEnvOrgri-Am5weFMOc8&e=>

https://www.publiceye.ch/en/topics/ukraine/commodity-trading-with-russia/russian-oil-trade-in-switzerland-a-fake-farewell<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.publiceye.ch_en_topics_ukraine_commodity-2Dtrading-2Dwith-2Drussia_russian-2Doil-2Dtrade-2Din-2Dswitzerland-2Da-2Dfake-2Dfarewell&d=DwMFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=e4S8GeJ0jdYXI-4gzjV0M8nZSKZbxckwJcPYjbnLCns&m=s-gOmuUqa1z1nj30DmLoT36WjCUiqSwhJdXjgvTmJBaCElySPlWzYRWHnIKGEm5_&s=Tp3eAVbO_3fd4JgVWc3yJrBWIPuuFHOrZg__w0AmMpg&e=>

SPEAK UP & REPORT TO LAW ENFORCEMENT





