# Exhibit 28

**GERALD F. SMITH**, who, being duly sworn, deposes and says under oath that:

1. I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events, but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. Since in or around June 2018, I have been the Deputy Director of the National Security Agency for the Government of the Republic of Liberia up to January 2024. The NSA is a political government intelligence institution.

3. In or about November 2022, I became aware of the existence of someone named GAURAV SRIVASTAVA. I was told by someone else that he worked with the United States Central Intelligence Agency ("CIA"). SRIVASTAV and I spoke by telephone several times, during which conversations SRIVASTAVA personally told me he worked for the CIA. During those calls SRIVASTAVA said that he, on behalf of the CIA could help the President of Liberia with re-election issues. SRIVASTAVA said that the CIA and the NSA could work together through SRIVASTAVA and me, setting up a team to share intelligence information on various targets. According to Srivastava, he had access to CIA-level intelligence which he would share to support the Liberian government. SRIVASTAVA also claimed he could arrange for the CIA to provide training for intelligence components of the Liberian government. SRIVASTAVA also said that he could send over lists of terrorists, and, on behalf of the U.S. Government procure CIA funding to track them down. We discussed these matters in more detail than I am describing in this paragraph, which I merely summarize for purposes of this affidavit. GAURAV SRIVASTAVA and I agreed at that time to meet in person in the U.S. to discuss these matters in person.

4. In December 2022, SRIVASTAVA and I exchanged text messages via WhatsApp. At the time, he was using U.S. phone number +1 917 640-1618. I assigned him the contact name "Rock-USA," which was a code by which to identify him. Based on my experience in intelligence services, it is best practice to list intelligence contacts by a code identifier that does not reveal those contacts' identities. I chose the "USA" signifier because I believed at the time he worked on behalf of U.S. intelligence.

5. On December 11, 2022, SRIVASTAVA texted me on WhatsApp and wrote: "Pls text me on Signal. Your full name and title. Please." Below is a true and accurate copy of that message:



Page 1                                                                                          Initials ___



6. We then exchanged contact information by text message on Signal that same day. SRIVASTAVA texted me that his name was "Gaurav Srivastava" of "Unity Resources Group." I understood from our discussions and the overall context that Unity Resources Group was a CIA contractor. Based on my experience, I know it is common for intelligence operatives to work clandestinely through contractor entities. Below is a true and accurate copy of that text exchange between SRIVASTAVA and me on Signal:



7. GAURAV SRIVASTAVA and I were making arrangements to meet in person. On December 12, 2022, SRIVASTAVA texted me "Are you in DC for the US-Africa summitt ?" (punctuation and misspelling in original.) I replied, "No I'm in Liberia but will be travelling to the

Initials _GSF_

Page 2

US for the holiday on the 23rd of this month." Below is a true and accurate copy of that text exchange between him and me on Signal:



8. On New Year's Day 2023, GAURAV SRIVASTAVA and I again tried to make arrangements to meet. We agreed to meet in Washington, D.C. on January 6. Below is a true and accurate copy of those text messages:



Page 3

Initials _____

9. Ultimately, I never met with GAURAV SRIVASTAVA in person. When I got to the United States, SRIVASTAVA canceled our meeting. I also had been thinking more about what he had told me and had come to believe that he did not actually work for or with the CIA, but must have had other motivations.

10. I received two holiday text messages with GAURAV SRIVASTAVA's name on them from the same telephone number on which he and I communicated by text. On December 24, 2022, I received a graphic that said "Merry Christmas" and was signed off, "God Bless You and Your Family, Gaurav K. Srivastava Chairman Unity Resources Group." Again, on January 1, 2023, I received a graphic that said "Happy New Year 2023 Gaurav K Srivastava Chairman Unity Resources Group."

11. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I have had an opportunity and ability to consult with legal counsel about this statement before signing it. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I understand that, if the individual mentioned in this affidavit takes legal action against me, it would be unjustified, and that I would be indemnified for reasonable legal fees by a certain third-party, unless I were to be finally adjudicated by a factfinder to have made false statements in this affidavit, in which case I would not be entitled to such indemnification of legal fees. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.

------------------------------
Signature of Affiant,
Gerald F. Smith

Subscribed and sworn before me
this  19th  day of March, 2024



Page 4

Sworn and Subscribed Initials GSF
To before me this 1 9 MAR 2024
Enoch S. Garlawolu
Notary Public
Montserrado County
Republic Of Liberia
Commission Expires: Feb. 21, 2026