# Exhibit 29

**MAURICE TAYLOR**, who, being duly sworn, deposes and says under oath that:

1. I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. I am a UK and Swiss national residing in Switzerland.

3. I started my career as a bank officer in Geneva over 40 years ago. I specialise in trade finance for commodities traders. My company, MFT Services SA has approximately 15 employees. In addition to services relating to trade finance, I also serve as non-executive director of companies.

4. I met Niels Troost over 30 years ago. In early January 2017 when Mr. Troost set up Paramount Energy & Commodities SA ("PECSA"), I became a director and remained sole director until it was sanctioned by UK authorities in February 2024. To my knowledge, PECSA has had no activity involving crude oil or oil products of Russian origin since September 2022 and after carrying out a single additional transaction in January 2023 all commercial activity ceased.

5. During the summer of 2022, Mr. Troost asked me to join a call with Nicolas Bravard, who would become another shareholder in PECSA, alongside Mr. Troost. Mr. Troost had owned 100% of PECSA's shares through his holding company, EZI-Diaroc Holdings SA. Mr. Bravard said during the call that he was going to be the shareholder and the beneficial owner, but that someone named Gaurav Srivastava was behind him. Mr. Bravard was very clear about Mr. Srivastava's involvement. Mr. Bravard said he would only own PECSA until the end of the year, at which time Mr. Srivastava would take over. Mr. Bravard said that Mr. Srivastava had a real relationship with the U.S. Government, that he was powerful because of this and could make things happen.

6. Separately, in person, Mr. Troost told me at that time, before agreements were signed, that Mr. Srivastava would step in later and be a good partner. Mr. Troost told me that Mr. Srivastava was a CIA agent (he used the term "NOC"), and in that capacity, he was permitted to own shares in a Swiss business for the benefit of the United States Government. Mr. Troost told me that oil is political and that Mr. Srivastava offered an opportunity to get into a U.S. Government program, like others, such as Vitol and Trafigura have done. Mr. Troost said he thought PECSA would be operating like them in his partnership with Mr. Srivastava.

7. In late 2022, Mr. Troost told me that he wanted to get out of the Russian oil business completely. He said that he had doubts about the business and that his family was pressuring him into leaving it because of the stress it was causing him. Mr. Troost said, though, that he had no choice because of Mr. Srivastava. Mr. Troost said that Mr. Srivastava said he had gone too far with the U.S. Government to this point to stop now. Mr. Troost told me that Mr. Srivastava was blackmailing him and that he was scared for himself and for his family to go against Mr. Srivastava.

8. I met Mr. Srivastava for the first time shortly after this, in December 2022, at PECSA's office in Geneva for the company Christmas party. During a private conversation with Mr.

Page 1 of 3                                                                                         Initials: _____

Srivastava, he told me that someone named Kane had made a dangerous report about Mr. Troost to the U.S. Government. Mr. Srivastava said he was "put on the case" by the CIA. Mr. Srivastava said he looked at the casefile and that he had a different opinion about Mr. Troost than the report Kane had filed. He said he liked Mr. Troost, thought he would be good for the "program" and that he would give Mr. Troost a chance to participate in it. Mr. Srivastava's word choice during this conversation with me, particularly how he referred to being on a "case" and talking about a "casefile" and a "program" let me to believe he was speaking about his work as a CIA NOC.

9. During my private conversation with Mr. Srivastava he also told me that he had a company called Unity and said it had 1,600 employees. Mr. Srivastava said that Unity had contracts with the U.S. Government (the U.S. Department of Defense, I believe to the best of my recollection).

10. Much of what Mr. Srivastava was telling me and how Paramount was being run after Mr. Bravard and Mr. Srivastava came on board did not make sense to me. When I questioned Mr. Troost about Mr. Srivastava's involvement and how Paramount was running its business, he told me that he had seen evidence he could not tell me about. He said that he was at the Atlantic Council in Indonesia and he saw first-hand that Mr. Srivastava knew everyone important. He also referred to Mr. Srivastava's relationship with General Wesley Clark and said that Mr. Srivastava had the ear of President Joe Biden, with whom he personally met.

11. Ultimately, on behalf of PECSA, I retained a private investigator, Jonas Rey, to look into Mr. Srivastava. Mr. Rey prepared a report and presented it. It showed that Mr. Srivastava had a documented history of fraud allegations. At first, Mr. Troost was extremely reluctant to hear negative information about Mr. Srivastava. I confronted him, as he clearly continued to believe Mr. Srivastava. Mr. Troost told me, in sum and substance, "I don't care what you say, I don't care what the report says. G may be a crook, but he is with the CIA. He might be stealing from companies, but he is doing it as a CIA agent; he's been cleared by the U.S. Government."

12. Eventually, Mr. Troost became convinced that Mr. Srivastava was a fraud. Based on my observations and conversations with Mr. Troost and others, I understand that there were no concerns about the legality of the Paramount businesses, but rather that it turned out not to be true that Paramount was partnered with the U.S. Government or had tacit approval of Western governments to have continued in the trading of Russian oil as Mr. Srivastava had been saying. The businesses were shut down accordingly.

13. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.

------------------------------------
Signature of Affiant, Maurice Taylor

Subscribed and sworn before me
this 25 day of _____June_____, 2025

------------------------------------

Thierry Bagnoud
Frédéric Delatena
Notaires

Place du Molard 11, CP 3169 – 1211 Genève 3
T. + (41) 022 311 46 66
notaires@bdng.ch

Page 3 of 3                                               Initials: ___



