# Exhibit 30

**JEAN-MARC WASEM**, who, being duly sworn, deposes and says under oath that:

1. I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. I am a Swiss national residing in Switzerland.

3. I am a tax professional. I have known Niels Troost in that capacity, as a client, for over ten years.

4. In July 2022, Robin Luisier, who is a fellow tax professional and the director of EZI-Diaroc Holdings SA, a holding company set up for Mr. Troost for Swiss tax purposes, informed me that someone was urgently buying half of Mr. Troost's holdings in EZI. Mr. Luisier told me that Mr. Troost had informed him that the buyer was affiliated with the U.S. CIA.

5. At various times, Mr. Luisier and I discussed whether this might be a scam, and also that the transaction would create significant Swiss tax issues because the buyer was acquiring 50% of a company that was worth hundreds of millions of dollars while paying virtually nothing for it.

6. In October 2022, Mr. Luisier and I met with Nicolas Bravard and Frederic de la Court, the representative and tax advisor, respectively, for the new shareholder. During the meeting, Mr. Bravard claimed that our Swiss tax concerns were ridiculous because of the shareholder's relationship with the Swiss Secret Service and OFAC. Mr. Bravard said that the shareholder was affiliated with the U.S. CIA. Mr. Luisier and I wanted a written document from the U.S. Government (OFAC) or the Swiss Government verifying that the transaction did not implicate Swiss tax issues. Mr. Bravard assured us that their contacts could issue something addressing the tax implications; he assured us there would be no Swiss tax issue. Mr. Bravard directed us to speak to Mr. Troost about obtaining proof.

7. After that meeting, on October 17, 2022, I emailed the following to Mr. Troost, copying Mr. Luisier:

> *Hello Niels,*
> *Pour information, Robin et moi avons rencontré Nicolas et son conseiller fiscal jeudi passé. Il en ressort en résumé que la stratégie est de dire que cette transaction a été faite afin d'éviter à la société de figurer sur la liste des sanctions US. D'après Nicolas, les personnes qui ont permis cela doivent entrer en contact avec les "autorités suisses" à un niveau très élevé. De ce fait, le mieux serait que ces autorités communiquent directement avec les administrations fiscales afin que celles-ci soient au courant de cette situation spéciale. Dans le cas où cela ne serait pas possible, il nous faudrait avoir des éléments tangibles et concrets de cet état de fait. D'après Nicolas nous devrions pouvoir obtenir ces informations. Pourrais-tu nous revenir à ce sujet afin que nous puissions préparer notre dossier, si nécessaire.*

8. In this email, I was reporting about our meeting. I noted that we had discussed that a

purpose of the transaction was to ensure that Mr. Troost's companies did not become sanctioned by U.S. authorities. I also summarized what Mr. Bravard had said, that the other shareholder, Gaurav Srivastava, who I understood from Mr. Bravard was working with the U.S. CIA (which I did not want to put directly in writing because of its sensitive nature), would be causing the U.S. authorities communicate directly with Swiss authorities. My reference to "cette situation spéciale" was to the "special situation" by which I was discreetly referring to the relationship between the business and the U.S. CIA through the other shareholder. (I did not need to write about the CIA specifically, since my email was addressed to Mr. Troost and he was aware of the connection). I also said that if the U.S. Government was not able to speak with Swiss tax authorities directly, Mr. Troost should get some written documentation about his arrangement, which Mr. Bravard said would be possible.

9. While this situation was unfolding, Mr. Luisier and I were texting each other about it. On July 18, 2022, Mr. Luisier sent me a text referring to Nicolas Bravard as "aka Porteur de valises," by which I understood he was referring to someone involved in discreet activities, based on Mr. Troost's description to him of the deal. Mr. Luisier also said he was "sûrement un pote de Kane," meaning that he was probably a friend of a Paramount debtor who had been threatening Mr. Troost. I understood that Mr. Luisier was suspicious. Mr. Luisier also wrote to me, "Je lui ai parlé c'est fou!" meaning that he had spoken to Mr. Troost and Mr. Luisier thought the situation (that his buyer was part of the CIA) was "crazy." After Mr. Luisier and I saw the share purchase agreement, I wrote to Mr. Luisier on July 29, "s'il signe ça il est mort, complètement dingue cette histoire…," meaning that if Mr. Troost signed it, he would be vulnerable to the complete and total takeover of his businesses and assets. I further wrote, "Tu penses pas qu'il se fait tout simplement pigeonner et que le gus va ramasser 250 patates et disparaître? Et ensuite il sera sous sanction???" asking whether Mr. Luisier thought Mr. Troost was being conned and that his new partner was going to steal $250 million from him and then get him sanctioned. Mr. Luisier responded, "On est tranquille c'est Joe Biden derrière!" meaning, "we are fine, Joe Biden is behind this." I understood that Mr. Luisier was referring to what Mr. Troost reportedly had told him about the deal being with a representative of the U.S. CIA.

10. I am familiar with Mr. Srivastava's recent allegations that Mr. Troost only fabricated a story about Mr. Srivastava claiming to be with the CIA after they had a dispute in May 2023, but these text messages between Mr. Luisier and me from July 2022 reflect that we had an understanding that the CIA was involved from July 2022.

11. On October 14, 2022, Mr. Luisier and I continued to discuss the situation. I wrote to him, "Plus j'y pense moins j'y crois à cette histoire…" and "Si tu refais le fil des événements, la convention actionnaire, il est sur de l'ultra court terme le Nicolas, il a rien baqué de son côté, il va empocher les patates et disparaître." I was telling Mr. Luisier that the more I thought about the scenario, the less I believed it, and that I thought that Mr. Troost's business partners were going to take Mr. Troost's money and disappear.



CERTIFICATION DE SIGNATURE
Me Coralie BLACHE
Notaire à ST-JULIEN-EN-GENEVOIS
certifie UNIQUEMENT que la signature apposée ci-contre est celle de M. Jean-Marc Claude Wasem
Le notaire ne certifie ni la validité ni l'efficacité du présent document, ni même la capacité juridique du signataire pour signer ce document.
Fait le : 16.06.2025

Page 2 of 3                                         Initials: ___

12. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.

*[signature]*

--------------------------------

Signature of Affiant, Jean-Marc Wasem

Subscribed and sworn before me
this 16 day of _June_____, 2025

--------------------------------

**CERTIFICATION DE SIGNATURE**
Me Coralie BLACHE
Notaire à ST-JULIEN-EN-GENEVOIS
certifie UNIQUEMENT que la
signature apposée ci-contre est
celle de M. *Jean - Marc Claude Wasem*
Le notaire ne certifie ni la
validité ni l'efficacité du présent
document, ni même la capacité
juridique du signataire pour
signer ce document.
Fait le : *16.06.2025*

*[Notary seal: Me Coralie BLACHE, Notaire, 74160 SAINT-JULIEN-EN-GENEVOIS]*