# Exhibit 33

TRANSCRIPT OF

December 2, 2024 Podcast

Toby Cadman, Aaron Shaviv & Victoria Kataoka

VIDEO RECORDING

FILE NAME:

20241202 System Abuse and Strategies for Defense

Transcribed By:  Adrea Knoll

20241202 System Abuse and Strategies for Defense

1        MR. AARON SHAVIV:  So good afternoon, everyone.

2   This session is sponsored by The Vantage Group.  Vantage

3   Group includes within it Vantage Intelligence, which is a

4   boutique intelligence and strategy advisory firm that

5   provides intelligence-led solutions for decisionmakers in

6   the public and private sectors.  It also includes Vantage

7   Influence, which I head, and we do everything in the

8   intersection between politics, public opinion, and

9   intelligence.

10        To my right is Toby Cadman, a man who I often

11  credit with my freedom of movement; not to say freedom in

12  general. Toby is a cofounder of Guernica 37 Group and he's

13  a joint head of Guernica 37 Chambers.  He's an established

14  international law specialist in the areas of international

15  and criminal and humanitarian law, international terrorism,

16  which we'll touch upon, international commercial law,

17  arbitration, anticorruption, extradition, and mutual legal

18  assistance, and human rights laws.

19        I'm going to take a small pause to let everyone

20  come in and sit down. Toby has recently set up a crisis

21  management firm in Abu Dhabi called The Mentors.  This will

22  complement his role at the Guernica 37 Chambers, where he

23  combines legal communications, lobbying, and strategic

24  advice to clients in a changing world.

25        To my left, and I know I'm going to stumble on

20241202 System Abuse and Strategies for Defense

1  her last name, so apologies in advance.  Victoria Kataoka,

2  all right?  So Victoria leads strategic investigations for

3  clients in support of conflicts, litigation, due diligence,

4  and crisis resolution for The Arkin Group.  The Arkin Group

5  is a boutique strategic intelligence firm led by Jack

6  Devine based in New York.  Before The Arkin Group, she

7  worked as an intelligence analyst for the NYPD on a years-

8  long counterterrorism intelligence investigation, which I

9  can only assume is 9/11, in collaboration with several

10 federal law enforcement partners and she also served on the

11 Integrated Crisis Early Warning System Project at DARPA,

12 the Defense Advanced Research Project Agency.

13         And the topic of our panel today, "System Abuse &

14 How to Fight It: Sanctions," we're going to cover

15 sanctions, we're going to cover red notices and other black

16 lists.  So I'm going to open with my own —- with my own

17 story.

18         On a random day in August 2019, I was in Nairobi

19 in a client meeting and my phone started ringing and I

20 tried to ignore it because we were in the middle of a

21 meeting and it wouldn't stop ringing.  I eventually excused

22 myself and walked out of the meeting and I picked up the

23 phone, it's one of my lawyers from Serbia, and the lawyer

24 says, "Are you home right now?"  I said, "I'm not."  He

25 said, "Don't tell me over the phone where you are.  Don't

20241202 System Abuse and Strategies for Defense

1    give me your location.  But you should know that the
2    special prosecutor in Montenegro has issued, just had
3    press conference 20 minutes ago, and has issued a red
4    notice for you over terrorism charges; an attempted coup
5    d'etat and the assassination, or attempted assassination,
6    of the head of state of Montenegro."
7            So it took me by surprise. I went back to my
8    meeting.  I lived out another couple of hours for the
9    meetings that I had.  Three years prior to this happening
10   in 2019, three years prior to this, I was working an
11   election campaign in Montenegro.  At the time, the head of
12   state of Montenegro had been in power in some capacity or
13   another.  He also (inaudible) between prime minister and
14   president for 26 years.  And for those 26 years, he always
15   held credible elections but never really —— never
16   competitive elections.  They were very used to winning
17   elections.
18           I went to work and advised a coalition of
19   opposition parties who, for the first time, put their
20   differences aside and joined together with one goal, which
21   was to replace the head of state who had been in power for
22   so long.  These were parties from very different walks of
23   life.  Geopolitically, one was pro-Russian, the other was
24   pro-European, a third was very much pro-Serbian.  The only
25   thing that brought these parties together, the only thing

20241202 System Abuse and Strategies for Defense

1 they could genuinely agree on, was the fact that they
2 wanted to replace the head of state.
3          The ruling party who'd been in party for so long
4 had forgotten what competitive elections look like and they
5 didn't realize, they didn't come to the realization, these
6 elections were literally too close to call, 50/50, right
7 down the line, until three or four days before the
8 elections themselves.  And so, in a panic, we woke up on
9 election day to breaking news at 5:00 a.m., Montenegro
10 security forces had arrested 20 farm boys in Northern
11 Montenegro, charged them with trying to pull off a coup
12 d'etat on election day, and the assassination of the head
13 of state.  All of this was purportedly at the direction of
14 Russian intelligence over an issue to do with NATO.
15          And my name was always mixed in.  I was the chief
16 strategist for the opposition parties; my name was mixed
17 into the story.  The purpose of the exercise from the
18 government side was to embolden their own voters.  So on
19 election day, the messaging was we're under attack, come
20 support us, we're the patriots, on the one hand.  On the
21 other hand, it was very much the opposition was blamed for
22 this and so many opposition voters stayed home.  There were
23 police forces, security forces, on every corner of every
24 street on that day.  We still ended up winning the
25 elections.  We won —— there's 100 seats in parliament; we

20241202 System Abuse and Strategies for Defense

1  wont 51 to 49.  During the coalition negotiations, they

2  managed to peel two MP's over from the opposition over to

3  their side.  So at the end of a long process, we ended up

4  losing 49 to 51.  And the cases for this —— for this coup

5  went forward; nothing to do with me.  It was against the

6  heads of opposition.  The government really wanted to see

7  these guys sit in jail because they were so close.

8        And so, this happened in —— the elections were in

9  2016.  The heads of opposition were indicted; there was a

10  trial that went forward.  I was mentioned in some of the ——

11  some of the discussions but I was never indicted, I was

12  never asked to testify, I was never —— it all happened over

13  my head. I was never really involved until this event in

14  2019 where we woke up one day and I found myself with a red

15  notice.

16        It was all over the media, as you can see.

17  International media, but also when — I live in Israel — so

18  also in my home country media in Hebrew.  This happened in

19  late August so September 1st, my kids went back to school

20  and on the first day of school, a kid came up to my oldest

21  daughter and said, "Hey, I heard —— I read that your

22  father's a terrorist."  It's a very hard and disconcerting

23  place to be.

24        Of course, none of it was true; it's political

25  retribution for putting them in such a tough spot.  The

1  only thing I could do was look for legal advice. I hired

2  five different lawyers; I had a lawyer in Montenegro, a

3  lawyer in Serbia, a lawyer in my home country in Israel, a

4  UK lawyer, who's sitting to my right, and an American

5  lawyer.  And very much thanks to Toby who appealed to —- he

6  made an appeal to INTERPOL, INTERPOL eventually, after a

7  bit of a process, about four months of a process, issued a

8  —- issued me two pieces of paper. You don't need to see

9  what's in them but you can see how short they are; they're

10  one-liners.  Essentially, the one-liners say, "Aaron

11  Shaviv," date of birth, passport number, "as of this and

12  this date, there are no warrants against him."

13          However, these one-liners, they don't hold up to

14  all of this because what I had against me were a million

15  articles in the media calling me a terrorist, someone who

16  tried to assassinate the head of state, and what I had to

17  show against it was these one-liners.  It's just not enough

18  to kind of clear your name in the public arena.  With the

19  help of Toby, we continued petitioning.  Eventually, we

20  have a seven-page letter from INTERPOL, which gave me

21  resolution.

22          But the real challenge is what do you do with it?

23  If you go back to all the media outlets who wrote the

24  original story, "Aaron Shaviv, responsible for coup

25  d'etat," and you say, "Hey, listen, remember that story you

20241202 System Abuse and Strategies for Defense

1  wrote about me six months ago?  Well, INTERPOL has issued
2  this letter that clears me of all of that."  What would
3  they do?  My concern was reputation.  So they'd reprint the
4  whole story.  Again, "Aaron Shaviv was accused of," "and
5  the assassination of," "and bottom line, INTERPOL issued
6  something which cleared him," doesn't help me from a
7  reputation point of view; it just rehashes the whole story.
8          Something that happened immediately after the
9  issuance of the red notice is all my banks sent me, more or
10  less, this email.  You can see how short it is, essentially
11  informing me in a one-liner, the end of our client-banking
12  relationship with no explanation.  And this is very much
13  due to World-Check.  So as soon as these stories went up in
14  the media telling the story of me being responsible for a
15  coup d'etat, World-Check picked it up, and the banks picked
16  up on that, and I essentially found myself debanked.  So
17  every single banking relationship I had ended on the same
18  day.
19          I reached out to World-Check and I said, "I'd
20  like to see my own file."  Each —— every individual has a
21  right to see their own file and this is what they sent me.
22  So this is actually —— I can't find the original one; this
23  is the updated one.  But if you can see towards the bottom
24  where it says, "External resources," they picked up some
25  random articles from Google, essentially, and the top

20241202 System Abuse and Strategies for Defense

1  lines, which were the original lines say, "Accused of a
2  coup d'etat and the attempted assassination of the head of
3  state."

4        And I reached out to them; I said, "Listen, I've
5  seen the file, thank you very much.  You have all these
6  Google results about the accusation.  Here is a seven-page
7  document from INTERPOL itself, which tells you that
8  INTERPOL has analyzed this warrant, they've reached a very
9  explicit conclusion, which essentially says this is
10 politically motivated; we will not respect this warrant.
11 Would you please remove my name from World-Check so I can
12 bank again?"  Their ridiculous response was, "Well, be that
13 as it may, this interesting —— this information is still
14 interesting to our clients."  And this is still up to this
15 very day; this still exists until today, my World-Check
16 file, and it's something I deal with literally on a day-to-
17 day basis.  This is just the very bottom line of the seven-
18 page document from INTERPOL.  I just want you to know I
19 didn't do it and you can see, it's a very explicit
20 conclusion; t talks about political motivation.  It says ——
21 it's very, very clear.  It leaves no room for ambiguity.

22        This is my story.  It has to do with red notices.
23 I'd like to maybe pass over to Victoria, who will tell you
24 a very different story.  And at the end, I'm going to ask
25 Toby to connect the two.  So Victoria, please go ahead.

20241202 System Abuse and Strategies for Defense

1          MS. VICTORIA KATAOKA:  Sure.  My case today that

2     I'm bringing to you is a different sort of system abuse;

3     not of international institutions but the use of press to

4     wage, what I would say, is a disinformation campaign that

5     was waged against a client that is just enormous in scope.

6          A client was an anonymous businessman who'd been

7     operating in the murky world of frontier markets and

8     commodities for over 15 years.  He had a business

9     relationship with an individual who had a long and

10    privileged history of trading Russian oil and very shortly

11    after their business dispute, this individual was

12    sanctioned by the UK government for facilitating the

13    unfettered trade of Russian oil.  While you listen to this

14    story, I think you'll be amazed by the animus and the

15    amount of resources that were deployed against the target.

16          So to start, a basic how-to for disinformation,

17    is you need to find a target, which in this case was my

18    client.  Create a big and bold lie and wrap it around a

19    kernel of truth.  Plant the seed and weaponize it in

20    volumes and in real life.  Deny your involvement.  And play

21    the long game to watch the entire ecosystem of information

22    transform to change the narrative.

23          So the big and bold lie was that the target was a

24    fake spy.  So the fake spy is the perfect set up for a

25    disinformation campaign; it's sexy and it's sensational.

20241202 System Abuse and Strategies for Defense

1   It's very hard not to read about it and it's impossible to
2   refute.  It immediately discredits the accused, as once
3   you're deemed a fake spy, everybody's going to wonder, "Are
4   you a fake spy?  Are you a real spy?  Are you a conman?
5   Who are you?"  Where, in fact, in truth, it might just be
6   something far more banal, is that you are an individual in
7   the middle of a business dispute.

8        MR. HALFORD SCHUHMACHER:  Victoria, I'm just
9   going to interject very quickly, I get this all the time.
10  Just because of my nationality, because I'm Israeli, I get
11  the most sad thing nearly every single day.  There's
12  nothing you can do.  When someone says –– there's nothing
13  you can do about it.  If you deny it, "Oh, of course he
14  denies it.  That just means that," –– if you –– it's the
15  most impossible thing to refute ever.

16       MS. VICTORIA KATAOKA:  Well, yes.  And no
17  intelligence agency is ever going to disavow you publicly.
18  When you're told – in some of these stories – it says that
19  he's under investigation by the FBI.  The FBI never
20  confirms or denies that someone is under investigation so
21  the hill to climb is insuperable.  And the confirmation
22  bias set in the public sphere makes it –– creates an
23  environment that in order to dissuade people of it, you
24  have to open your life up to everyone.  And when you do
25  that, when you're the target of a disinformation campaign,

20241202 System Abuse and Strategies for Defense

1  you open yourself up to yet more scrutiny and more ways in

2  which someone can distort what's going on, which gets to

3  wrapping it around a kernel of truth.

4          In this case, in order to build the

5  disinformation campaign, the organizers shone a spotlight

6  on the target and his entire life; bringing daylight to

7  someone whose business operates in obscurity and nobody

8  wants any sort of daylight shone upon their affairs.  They

9  hacked into his life, they obtained access to his property,

10  they stole things from his property, they contacted his

11  travel agent to find out what his movements were, they

12  scoured the open source to find out everything they could.

13  And because this individual is of a certain sort of status

14  and has lots of connections and what have you, they were

15  able to create a very sexy fiction and with lots of fodder

16  to play with.

17          So then when you're looking at the story, there

18  are elements of truth; there are elements of traces of

19  things that are real.  But the whole of it is not.  So once

20  you've made that fiction, you disseminate it as much as you

21  can.  And what's interesting about the press is that there

22  is a legitimate first-tier press and then there's press

23  that has some paid content and some individual news and

24  then there's an entire ecosystem of paid-for-play media.

25  And so, in this case, the story started to pop up in Indian

20241202 System Abuse and Strategies for Defense

1  and Pakistani media and resources.  And when I say, "some
2  of them popped up," 345 of them popped up over the course
3  of a year.  And what is difficult about that is then they
4  become self-referencing and they continue to metastasize.
5  And from those initial stories, there were AI-generated
6  videos on YouTube and X and as it progressed, there started
7  to be Wikipedia entries.
8          And the Wikipedia entries, interestingly, this
9  one on the left, was actually created before the first
10 story came out a few days before so to say that this was a
11 very devised and very well-contemplated plan to create a
12 very robust self-referencing environment for this story.
13 It's also very sophisticated because there are certain
14 entries in Wikipedia pages and Wikipedia that are actually
15 impossible to edit because they're high-profile sites and
16 what have you and so you have to be a rather well-known
17 editor on Wikipedia and they were able to edit things that
18 then my client was unable to not edit.  And so, thereby,
19 creating —— if you look and you look into it, there are
20 just millions of different stories saying the same thing
21 over and over again; that there's no other —— there's no
22 other counternarrative out there before you even had a
23 chance to get started.
24          There was also a campaign in real life where
25 every single person known to the target, known by the

20241202 System Abuse and Strategies for Defense

1   target's adversary for the target, was contacted in some

2   way.  Letters were written to business associates, lawyers,

3   known political connections, organizations, people he'd

4   given political and contributions to, philanthropic

5   donations to, all received letters informing them of what a

6   terrible person the target was.  Anonymous complaints to

7   organizations and governmental agencies were created,

8   creating a lot of friction for the target to just operate

9   travel, conduct his daily life.  Anonymous text messages

10  were sent to parents at his children's school informing

11  them what a horrible person he was.

12          And because of this, and it hits a certain

13  cadence and a certain saturation, because of the negative

14  light shed on the target, associates and business partners,

15  they start to make distance and eventually, some of them

16  disavow him.  And then they just continued; they created

17  new allegations.  There were FBI investigations.  They

18  started to target associates and facilitators and partners

19  of the client, which makes me a bit nervous to be up here

20  today.

21          And then as the result, over the course of 12

22  months, this ecosystem was established and it was so

23  reinforcing that it created such a monolithic profile of

24  the subject that it culminated in a major story in a major,

25  very reputable, U.S. paper.  So the effect is that one day

20241202 System Abuse and Strategies for Defense

1   you wake up and all there is in the public sphere is a fake
2   news narrative about you being a fake spy.  No one wants to
3   do business with you.  No one wants to associate with you.
4   No one wants to be seen publicly with you.  No one wants to
5   show up at your children's birthday parties.
6           Just ahead of the publication and just to be
7   clear here, I'm not suggesting that the Wall Street Journal
8   was part of the disinformation campaign.  I believe that it
9   was, itself, targeted as part of the disinformation
10  campaign.  But around the time of the publication, a very
11  small law firm for the opponent filed a criminal complaint
12  detailing all of the same allegations of the fake spy
13  story.  The litigation itself didn't have anything to do
14  really with the fake spy narrative; it was sort of a
15  limited issue about obtaining client files.  But it wasn't
16  filed by a major law firm; it was filed by a very small,
17  sort of esoteric law firm.  But then it became, as
18  journalist investigators who often looked to the litigation
19  itself, as one of the more legitimate sources for
20  information but the complaint is now there in the public
21  record.
22          And because of this, I'm a little worried that
23  it's not over because only recently in this very sort of
24  small litigation that isn't directly against my client —
25  actually, there's been no litigation filed against my

1   client interestingly — the filings indicated that a revised

2   complaint would be forthcoming.  So I don't know what the

3   next set of allegations is going to be.

4          But I think what the goal, to finish my section

5   here, is that the goal here, I really think, is to destroy

6   the target.  You can never take this back. It's zero sum

7   and absolutist.  You can't take it back.  Even if you took

8   away the original story, even if you had a retraction, this

9   ecosystem is so self-reinforcing, new stories pop up all

10  the time.  And the scales and resources required to create

11  this fiction are actually quite immense and I guess one of

12  the —— part of the story is if something like this starts,

13  you —— I would advise you to act very quickly to get a

14  counternarrative out there because at this point, it's

15  terrible and it possibly could be too late.  It's also

16  difficult, the other part for investigators in the room and

17  the press, is that it puts the onus of actually digging

18  through the ecosystem upon us.  It's a much higher, harder

19  path to climb.  When I took this client on, conducting the

20  due diligence in order to see if we wanted to help him, was

21  extremely hard because of all this noise.  So I'll leave

22  you with that.

23          MR. AARON SHAVIV:  Well, Victoria, I will say ——

24  since I'm moderating the panel and met with Victoria last

25  night and she showed me this presentation in greater

1  detail, and I've seen a lot but this is really scorched

2  earth.  I mean, I think what Victoria was saying about you

3  can't take this back, meaning, this is not leverage against

4  someone to achieve some kind of goal in negotiation.  You

5  can never ever take this back.  It is so widely

6  disseminated; the Wikipedia stuff is particularly harmful

7  because Wikipedia is really considered to be an authority.

8  That's what really struck me.

9       I want to ask Toby, I presented my case, which is

10 very much by a state actor.  Victoria presented a case

11 which is two individuals, two private individuals, and I

12 want to ask Toby, my first question is at what point are we

13 going to see crossover?  Meaning, at what point does an

14 individual, who has a conflict with another individual,

15 going to be able to actually trigger a state action against

16 his opponent?  It could be sanctions; I think that may

17 already be happening in many cases.  It could be other —

18 it could be red notices.  When are we going to see this

19 crossover, if we're not already there?

20      MR. TOBY CADMAN:  Thank you.  I think we're

21 already there; I think it is happening to some degree

22 already.  I think one of the — one of the situations to

23 focus on is what Aaron's already spoken about; how we came

24 to know each other in relation to Montenegro and Montenegro

25 was a country that I already had a fair amount of

1    experience.  My background comes primarily in war crimes,

2    prosecution, and I was based in the Balkans for a number of

3    years.  I acted in training judges and prosecutors in

4    Montenegro, which is how I came to be involved in this

5    particular case, that talked to, not just Aaron, but a U.S.

6    national who were being used as pawns in a political game.

7    Certainly, my interactions with the Montenegro authorities

8    at that time, and just to make it clear, those that

9    targeted Aaron and my other client, the prosecutors and the

10   former minister of justice, were either arrested or facing

11   arrest and prosecutions, so there has been a complete

12   turnaround.

13          But this was –- the Montenegro case was

14   interesting because this was all about securing and

15   maintaining personal interests.  So Montenegro's a very

16   small country and it was really considered to be the

17   backyard of the former head of state, who has had a number

18   of corruption investigations against him.  I mean, I can

19   tell you that when I engaged, I was subjected to threats

20   myself, my clients were subjected to threats, their

21   families were subjected to threats, because what they

22   wanted from Aaron and my other client was to provide

23   statements as witnesses.  And when they refused to do that,

24   they then used the full force of the state and criminal

25   sanctions against them, which luckily, INTERPOL and a

20241202 System Abuse and Strategies for Defense

1    number of other actors had concluded to have been a very

2    cynical, and in many respects, unlawful attempt against

3    both of them.

4           If we look at other situations, certainly that

5    I've been involved in - I mean, my work extends to

6    Southeast Asia, the Balkans, Central and Eastern Europe,

7    and Latin America — we see that there are numerous attempts

8    where private individuals that had commercial disputes are

9    using criminal sanctions and they're using international

10   organizations to target their opponents.  Whether it's

11   through a disinformation campaign, which is equally

12   damaging, and we shouldn't forget the fact that it's being

13   played out in the media, not in the courtrooms, does not

14   mean that it's any less severe to the individual.  But we

15   see it repeatedly being used.  We've seen it in, certainly,

16   the context of work that I do in India where private

17   individuals have used the state and we see it in countries

18   where commercial disputes and commercial debts actually

19   constitute criminal offenses in certain jurisdictions.

20          And it's there that we see the states being used

21   as a way to effectively resolve or get a better resolution

22   on a commercial dispute.  Also, just to make note, is that

23   there are other tools that dictatorships, autocrats, and

24   commercial enterprises use to target their opponents.

25   Aaron has made reference to World-Check, in particular.

20241202 System Abuse and Strategies for Defense

1   Now, World-Check is a group that I have had some experience

2   of dealing with; I wouldn't say pleasant experience, but

3   where it is a resource for those that haven't used it.  It

4   is a resource that law firms use for KYC, the banks use to

5   verify the legitimacy and authenticity of transactions and

6   clients, but they rely on media reports, primarily, to use

7   as a basis for effectively determining whether somebody is

8   what they say they are and whether they are of good credit

9   value to a financial institution.

10          It's very easy to put somebody on but it's very

11  difficult to take somebody off.  I'll give you one example.

12  It took us 18 months to ensure that an individual that had

13  been tried in his absence, in Romania, and had —— we had

14  successfully removed his red notice through INTERPOL in

15  very, very strong terms.  We had successfully challenged

16  through the European arrest warrant scheme and so World-

17  Check was then used as a way to target him and it was

18  hurting him financially and it was damaging his reputation

19  in very much the same way that we've already heard.

20          The response initially that we got from World-

21  Check is that we have a duty to our clients to provide them

22  with this information.  And my response was you have a duty

23  to ensure that the information is accurate and reliable.

24  And when you are using state-controlled media in a country

25  that already has a highly-questionable judicial system —

20241202 System Abuse and Strategies for Defense

1  and I'm not saying that myself; this is what English courts

2  have determined — when you're relying on such information,

3  you have to be very, very sure that the information that

4  you're providing is accurate and reliable.

5          And in this particular case, it was neither.

6  They hadn't even done a proper translation of the police

7  report that they were relying on, which was available

8  publicly.  They had done no due diligence as to the

9  connection between the media companies that were publishing

10  reports and the state.  But it still took us, as I said, a

11  year and a half, to have that removed from the system.  And

12  it was only on the threat of litigation that they actually

13  took appropriate action.

14          So I think we are already in an area where many

15  of these systems are subject to abuse; that even the

16  INTERPOL system that many of us rely upon in our own work

17  on international investigations, that there is a very real

18  problem in how easy it is to get a warrant issued, in the

19  case of Aaron for terrorism; an absolutely ludicrous

20  suggestion that was not based on any evidential foundation.

21  But then took months on end to have removed.  And right

22  now, INTERPOL is so overloaded with cases that it takes, on

23  average, 12 to 18 months to have a red notice challenged.

24  And during that time, it can destroy that person's

25  reputation and their business because they do not use the

20241202 System Abuse and Strategies for Defense

1  same level of publicity when a notice is successfully
2  challenged as they do when one is actually instituted.
3         And I think that is one of the very real problems
4  and I can say, just to give you one example, we are
5  currently going through the process of bringing a civil
6  claim against INTERPOL.  INTERPOL always asserts immunity
7  and, actually, in this jurisdiction, it is frequently
8  upheld.  But it is now commonly available; there are now
9  three separate cases against INTERPOL for —- through
10 arbitration proceedings.
11        And this case in particular, was a British
12 national, a lawyer, who worked for an oil and gas company
13 that had blown the whistle on that company.  He was then
14 subjected to a retributive criminal allegation.  He was
15 arrested while he was on holiday with his family in
16 Croatia.  He spent a month in custody.  Was then released
17 and then was stuck in Croatia for the next 18 months trying
18 to challenge this.
19        The UK government knew that there was a warrant,
20 knew that he was a registered whistleblower, he provided
21 evidence to the SFO, he provided evidence to the grand
22 prosecution service, he had been responsible for one of the
23 biggest prosecutions of corruption in Brazil that brought
24 down the government, and he was arrested on a warrant when
25 there was not even a criminal charge brought against him.

20241202 System Abuse and Strategies for Defense

1  And that criminal —— the warrant was effectively removed

2  right before INTERPOL were going to rule on it being

3  deleted.  It has destroyed his marriage, his family, his

4  reputation, and he is also financially ruined. All of this

5  because of a process by which is becoming increasingly

6  difficult to challenge but increasingly easy to abuse.

7          MR. AARON SHAVIV:  Toby, if I can ——

8          MR. TOBY CADMAN:  So I'll stop there.

9          MR. AARON SHAVIV:  If I can interject here, so I

10  think what the —— one of the keys, which I've come to learn

11  is, as Toby said, it's very easy to get into it, so it's

12  very easy for a state actor - and I want to ask Victoria a

13  question about non-state actors in a second — to put you on

14  an INTERPOL red notice or to put up sanctions against you.

15  There —— it's not a zero sum game.  Meaning, I'm an

16  individual who has to fight a state actor, the state actor

17  has sovereignty, it has infinite resources, and it's not a

18  zero sum game. I spent a lot of time and effort and a lot

19  of resources in fighting it and I won.  It doesn't mean

20  that they lost.  The prosecutor, the special prosecutor in

21  Montenegro, doesn't care at all.  It doesn't cost him

22  anything.  It cost me a lot of money, a lot of time,

23  reputation, debanked.  It doesn't cost him anything.  And

24  you're fighting against someone who has infinite resources.

25  It's very easy to get in.  The state has to prove nothing

20241202 System Abuse and Strategies for Defense

1    to level sanctions or to level a red notice against you.

2            But my question for Victoria, unlike the state,

3    if I can just click back on —— okay.  My case is against

4    the state with infinite resources but I'm just looking ——

5    again, my mind was blown by this example.  A state has

6    infinite resources.  Victoria, looking at your case against

7    —— what's his name?  Sriva —— Srivastava.  This is by a

8    former business partner of his.  What does this kind of

9    thing cost, if you have to estimate?  You have all the ——

10   you have all the media, you have Wikipedia.  What does this

11   cost an individual to launch this kind of disinformation

12   campaign against another individual?

13           MS. VICTORIA KATAOKA:  I don't know but it has to

14   be very significant in the sense that —— well, in this

15   case, there were pretesting designs so there were all the

16   efforts to hack into his life, the people that were

17   deployed on the ground to go into his properties, all of

18   the due diligence and investigations that were used to

19   break into his life, the process of building up the story,

20   all of the pay-for-play stories.  I don't know if it's ——

21   if it's $5,000 to place one story times 500, you know, in

22   and of itself is a lot of money.  But then there's the AI-

23   generated videos.  The —— how do you —— how do you get to a

24   point where you have the capacity to have a certain

25   legitimacy on Wikipedia to edit these pages?

20241202 System Abuse and Strategies for Defense

1        Now, this is a little in the weeds, but some of

2   the Wikipedia editors have flagged this Wikipedia editor,

3   in particular, as being problematic.  But I think it's

4   something that's cultivated over a period of time, was that

5   financed just for the story or was it someone that avails

6   themselves to this kind of activity?

7        Then you have, you know, all of the efforts to

8   continue to perpetuate the narrative, the people who wrote

9   the letters, the people who then hack —— were able to

10  obtain access to all of the parent's phones at the school.

11  There just —— I would —— I would put it in the millions,

12  the tens of millions of dollars, but I really don't know.

13        MR. AARON SHAVIV:  Mmm.

14        MS. VICTORIA KATAOKA:  The one point I wanted to

15  make, what Toby was saying as inconvenient what —— for your

16  case, as inconvenient and terrible and ruinous as it was,

17  you have some sort of governing authority, that you're

18  appealing in some sort of way to a due process.  Whereas,

19  in this case, there is no governing authority.  There is no

20  one piece that you can go and appeal to.  And I would argue

21  that the cognitive bias that exists because there isn't

22  that other authority that is going to exonerate you that

23  you can use by which to defend yourself if you're able to

24  appeal, you find yourself in this wilderness of mirrors,

25  where no one believes you.

1        MR. AARON SHAVIV:  I would say the fact —— okay,
2   I agree with you. The fact that there's a governing
3   authority that you can appeal to, is a little bit of a
4   solace, but as Toby mentioned, it takes a long, long time,
5   and it's a huge effort.  And as Toby mentioned, I mean, in
6   the process of appealing to such authority — whether it be
7   sanctions, whether it be red notices, or other kind of
8   blacklists — in the process, you can find yourself
9   completely bankrupt, you can find yourself destroyed.  So I
10  agree with you that's a key difference but it's of little
11  solace to someone who finds himself in that position.
12        Toby, I want to ask you, the title of our panel
13  is, "System Abuse & How to Fight It."  How do you fight it?
14        MR. TOBY CADMAN:  Before I answer, just to go
15  back, I think you're right that there is, with what we're
16  talking about, there is at least certain due process
17  guarantees that you would hope would be applied.  But
18  generally, in situations such as this, first of all, where
19  acknowledging that the attack on the individual is not
20  coming through a legitimate credible source and the extent
21  to which they were also used, they were a media campaign to
22  target that person's worth, I think, quite frequently, what
23  we've seen is exactly that.  And sometimes, you will
24  succeed, whether it's through the INTERPOL system, whether
25  it's through Eurojust, whatever it might be.

20241202 System Abuse and Strategies for Defense

1          And just to give another example, we have one
2   particular individual who was arrested in Albania, went
3   through the court process, was discharged, he was then
4   arrested under the same warrant in Greece, in Cypress, and
5   now has been arrested on the same warrant in a fourth
6   European country.  So it, unfortunately, doesn't always go
7   away quite so easily.  We've managed to clear through
8   INTERPOL but you still have those warrants out there and
9   you still have the damage which is caused by publicity.

10          And so, knowing what you're confronted with, you
11  have to recognize that in many of these instances, you are
12  not going to succeed, you're not going to provide a
13  resolution, which is what your client is seeking, through
14  the courts or solely through the courts.  You have to
15  recognize that.  And increasingly, lawyers and legal groups
16  that operate in this field have to recognize that you also
17  have to use communications, public relations, lobbying
18  because we're not dealing with credible actors.  So a lot
19  of the work that we have done, certainly in the early days
20  when there was a changing up in Egypt following a coup, is
21  that there was a flurry of warrants that were issued.  And
22  as a result of the work that we were able to do and others
23  were able to do, Egypt were then blacklisted from applying
24  for warrants.  And quite often, that's what you're
25  confronted with; is you're dealing with rogue governments

1   that have no respect for the rule of law and that these are

2   political disputes.

3           And so, you have to recognize and, certainly

4   appreciate coming from where I come from as an English

5   barrister, this is taking most barristers severely out of

6   their comfort zone because we are used to dealing with

7   things in a particular way.  But we have to recognize, in

8   order to have success for your client and success can be

9   measured in many different ways, you have to be able to

10  offer a service, which is crisis management, rather than

11  legal rep —— just legal representation.

12          And so, I think you can't advise a client with a

13  — to use the expression — a one-size fit all approach.  You

14  have to look at the specifics of that particular matter to

15  decide.  If it's a media campaign, how are you going to

16  challenge that?  Can you engage at the same level?  And

17  what you're talking about is that your client has

18  significantly less resources than the person who's

19  targeting them, and of course, that makes it incredibly

20  difficult to even be able to equal what they're doing.  But

21  you have to recognize that there's a whole host of skills

22  and services that legal groups now have to offer in such a

23  world where autocratic rogue states and cynical commercial

24  partners will use everything at their disposal to go after

25  you.

20241202 System Abuse and Strategies for Defense

1        MR. AARON SHAVIV:  I will say, the day that I
2   came off —— the day that my own red notice was quashed, I
3   immediately, within hours, again, I gained 20 new friends,
4   all of whom had red notices against them.  And often,
5   reached out to say, "Who did you use?"  "How did you do
6   it?"  "What was the argument?"  "What was the mechanism by
7   which you managed to get yourself off?"  And it continues
8   to be kind of a subspeciality of mine because I've dealt
9   with some of these cases.  Once I've been through it
10  myself, I've dealt with it myself —— I've dealt with it.
11  On the legal front, I refer everyone to Toby, but as Toby
12  said, there's so many different moving parts.

13        And I will open up for questions in just two
14  minutes.  One thing we haven't discussed is sanctions.  So
15  sanctions, of course, is the other state actor, heavy-
16  handed tool; very often described as taking a sledgehammer
17  to, you know, crack a little nut.  In the case —— okay, my
18  perspective and I've dealt with several sanctions cases as
19  well, very similar to the red notice.  Very easy to get
20  done; no due process whatsoever.  You don't have a chance
21  to make a case in front of the authority which will
22  sanction you; it will come as a surprise.

23        Not only is it nearly impossible to come off, I
24  mean, there's no real process for coming off sanctions.  IF
25  you —— if we're talking about western sanctions, you're

20241202 System Abuse and Strategies for Defense

1  talking about primarily the United States, United Kingdom,

2  and the EU; those are the major kind of western sanction

3  regimes that really have an effect.

4        What's amazing is, if you're hit by sanctions,

5  you have no one really to turn to.  You can turn to a court

6  in Strasbourg and make a case but there's no built in

7  mechanism to ever challenge that and to ever go through any

8  kind of due process unless you go through a court, which

9  again, will take you years.  Years, hundreds of thousands

10 if not millions of euros, and in the meantime, you're dead

11 because you're sanctioned.  And when you're sanctioned,

12 you're debanked immediately, your reputation is in tatters,

13 you have no tools to fight it.

14       I will say, I read last week the new foreign

15 minister here in the UK, came out with a very kind of

16 splashy PR piece about sanctioning kleptocrats.  And it

17 looked very good and he sanctioned three kleptocrats but

18 two of them completely —— really, really strange cases.

19 One is Dmitri Firtash, who is accused of many things; he

20 has many criminal cases against him, which I presume he's

21 dealing with, has not been sanctioned by anyone else.  I

22 mean, he has a major criminal case with the United States

23 government over —— what do you call it in the U.S. when you

24 prosecute someone for corruption abroad?

25       MS. VICTORIA KATAOKA:  Oh ——

1          MR. AARON SHAVIV:  There's an acronym.

2          MS. VICTORIA KATAOKA:  —— FCPA.

3          MR. AARON SHAVIV:  Yeah, under an FCPA ——

4          MS. VICTORIA KATAOKA:  Foreign Corrupt Practices

5    Act.

6          MR. AARON SHAVIV:  —— case, Foreign Corrupt.

7    Okay, he has a legal case against him.  No one has

8    sanctioned him; certainly not the state, the United States,

9    who are very trigger happy on sanctions.  The same with

10   Isabel Dos Santos; lots of criminal cases against her, lots

11   of jurisdictions.  No one else has seen fit to sanction

12   her.  And to me, it looks like — I'm not involved in either

13   one of those cases — it just looks like a PR stunt.

14   They're easy, they're well-known names, lots of accusations

15   against them.  Easy to put them on, very hard to get off;

16   very hard to fight it.

17          So Toby, I know you have a lot of sanctions

18   experience so I'll let you address that and then I'll open

19   up the floor for questions.

20          MR. TOBY CADMAN:  Just to go over the last point

21   by the new foreign secretary, I think one of the things

22   which is slightly troubling about the video, effectively,

23   that he released is, as we all know, any government

24   official commenting on a criminal process before that

25   criminal process has reached a conclusion, that government

20241202 System Abuse and Strategies for Defense

1  official has to be very careful what he says.  And
2  obviously, this will be looked at by those representing the
3  individuals in question, but it compromises, potentially
4  compromises, any future criminal prosecutions.

5      Looking at sanctions more generally, I deal with
6  sanctions, both putting people on sanctions and taking
7  people off sanctions; it's one of the great benefits of
8  being an English barrister, is that you quite often get to
9  work on both sides, depending on a situation under review.
10  I've worked on putting people on sanctions, as far as
11  Bangladesh under the previous regime, was concerned for
12  effectively working with groups who were targeting
13  paramilitary police for human rights abuses.  We've worked
14  on putting individuals in India on sanctions for a variety
15  of acts, most recently.  And then looking at those who had
16  been put on sanctions either through their own activity or
17  through indirect relationships that they have with
18  individuals who are sanctioned.

19      I would agree to a certain extent that it is,
20  quite often, taking a sledgehammer to crack a nut.  But I
21  think one of the concerns, it is a very important but
22  effective tool to target impunity, to target global
23  corruption.  And so, I'm not standing here saying that it
24  is a tool that should not be used but it should be used
25  with great care.  Particularly, when it's being used

20241202 System Abuse and Strategies for Defense

1  because you don't have a sufficient evidential basis for

2  criminal prosecution and I think that's where a lot of the

3  criticisms come where it has been used in that way.

4         It is also, as Aaron said, very, very difficult

5  to come off sanctions; you have to show that there is a

6  change in behavior. I would disagree with Aaron slightly in

7  that there is no mechanism for challenging —— there are

8  mechanisms for challenging it.  It's just how do you

9  demonstrate — and Russia as an example — how do demonstrate

10 a change in behavior?  Where I have concerns over sanctions

11 being used for Russians close to the Kremlin is that he's

12 providing them with no incentive to distance themselves and

13 to separate themselves from the Russian state.  And that is

14 one of the criticisms that has been made.

15        It's important to use as a tool to target what

16 Russia has done, particularly in Ukraine.  But for those

17 that have been targeted, you've also got to provide an

18 incentive for them to effectively change and I think that's

19 where one of the difficulties lies.  And there needs to be

20 greater attention placed on prosecuting those who are

21 breaching sanctions, particularly in the context of Russia,

22 Syria; those are two of the largest array of sanctions that

23 have been issued, but there are individuals in this country

24 that have supported the Syrian regime that have not been

25 prosecuted for breaching those sanctions and they should.

20241202 System Abuse and Strategies for Defense

1          So I think, yes, it can be used as a sledgehammer

2    to crack a nut.  It is an effective tool.  It is an

3    important tool.  Greater care needs to be used in how it is

4    used and governments need to be very careful on how they

5    speak publicly about this because it is potentially

6    damaging reputations.

7          MR. AARON SHAVIV:  They should be; I think

8    they're often not.  I'm going to open up the floor to

9    questions. If we don't have enough questions, I have lots

10   of other questions to ask my fellow panelists, but please,

11   go ahead.

12         MR. EUAN GRANT:  Yeah, thank you very much,

13   indeed.  Euan Grant, UK Defense Forum. I have actually,

14   myself, been the subject of false allegations, including

15   from a former panelist at Offshore Alert.  Before anybody

16   gets the wrong idea, I would —-

17         MR. AARON SHAVIV:  No one —- no one on the panel

18   right now.

19         MR. EUAN GRANT:  Nobody today.  And I would also

20   point out that a year or two later, a subsequent event,

21   David Marchant very, very forcefully called that person

22   out.

23         My question is about INTERPOL and the red notices

24   and in your own experience, and also, of course, the case

25   of Bill Browder who was detained, not once but twice, which

20241202 System Abuse and Strategies for Defense

1  is perhaps really the worrying thing, are there any signs

2  that INTERPOL, backlog or not, high caseload or not, is

3  being more careful?  Because this — as you pointed out —

4  the evidence of misuse has been around for years ——

5           MR. AARON SHAVIV:  Yeah.

6           MR. EUAN GRANT:  —— well before the pandemic.

7           MR. AARON SHAVIV:  Well, before I answer the

8  question, maybe Toby's better to answer that question, but

9  just with your opening statement, and this is what strikes

10 me about the case Victoria is presenting, and I'll dispute

11 something she —— her estimate of millions, I think is very,

12 very easy, and quite cheap, to target someone in a

13 slanderous way.  I disagree that this —— I can see, with

14 Victoria's case, has a lot of investment in it, a lot of

15 moving parts, but I think it's actually very easy to do to

16 anyone sitting —— well, anyone sitting in this room.  We

17 all have clients or ourselves who are very susceptible to

18 this.

19          Toby, maybe you want to field the INTERPOL

20 question?

21          MR. TOBY CADMAN:  "No" is an easy answer to that.

22 I can tell you, and I'm not saying this to protect myself

23 as an amazing lawyer, but we have close to a 99 percent

24 success rate in having INTERPOL red notices overturned.

25 And that's not because we're a great legal outfit; it's

20241202 System Abuse and Strategies for Defense

1  because they should have never been issued in the first

2  place.

3          MR. AARON SHAVIV:  I think what you need to

4  understand about INTERPOL red notice is a member state, all

5  they need to do for a red notice to come into effect, is

6  they have to send a warrant to INTERPOL headquarters and

7  there's no mechanism that checks it or verifies it.  If a

8  member state — you can correct me if I'm mistaken or if I'm

9  pretty close to the truth — member state submits a warrant.

10  That's it.  You're done.  Now, if you want it removed, you

11  have to go through a very lengthy process, which does exist

12  but it's extreme —— as I said, extremely, extremely

13  lengthy, costly, and the damage is already done.

14          MR. TOBY CADMAN:  And just to add to that, when

15  we're talking about member states, let's not forget that

16  INTERPOL recently reinvited Syria to be a member of

17  INTERPOL.  I think that pretty much says it all.

18          MR. AARON SHAVIV:  Yeah.  More questions on the

19  floor, please?

20          UNKNOWN MALE SPEAKER:  (Inaudible).

21          MR. TOBY CADMAN:  So there's a —— there's a unit

22  within INTERPOL called the CCF, which is part of INTERPOL

23  and there are lawyers and police officials that work in

24  there.  They meet three or four times a year for a session

25  and ——

20241202 System Abuse and Strategies for Defense

1          MR. AARON SHAVIV:  You can see an example here.

2    When I showed the two one-liners I got, one is from

3    INTERPOL, the one on your left, and the one on the right is

4    from this commission that supervises INTERPOL.

5          MR. AARON SHAVIV:  Your question actually

6    clarifies what is one of the overriding and burning issues

7    right now, is there is no oversight mechanism.  And the

8    difficulty comes —— so you have this body, which you can

9    appeal to and they can issue a decision, but it's not ——

10   it's certainly not external.  And the other issue is if you

11   have a legal dispute, where can you bring that? Because in

12   many, many jurisdictions, it is considered that INTERPOL

13   has immunity.

14         One of the biggest confusions about INTERPOL as

15   an organization is that it is regarded as being on the same

16   level as an international organization, like United Nations

17   or NATO, and it's not.  When you look at how it is

18   structured, how it is set up, what its constitution says,

19   the lack of external oversight and accountability has been

20   one of the biggest problems.

21         UNKNOWN MALE SPEAKER:  Is it a French —— is a

22   French not-for-profit company?

23         MR. TOBY CADMAN:  Effectively, that's how it's

24   registered.  So one of the issues now, as I mentioned

25   earlier, is that there are now three arbitration claims

20241202 System Abuse and Strategies for Defense

1  being brought against INTERPOL through exit proceedings on

2  the basis of claims against INTERPOL through the -- in

3  France.  So that's effectively what's been done there.

4        MR. AARON SHAVIV:  Let me point a question to

5  Victoria.  As you mentioned, cause I think one of the

6  questions of this panel is how do you fight it?  So okay,

7  if it's INTERPOL, if it's sanctions, there's someone to go

8  to, it's lengthy and costly, but you have an address.

9        So faced with a situation that your client is

10 facing, where there's 300, 400 stories about him in tier-

11 one, two, three, four, five media, Wikipedia pages,

12 etcetera, etcetera, etcetera, how do you fight it?  You

13 mentioned, very briefly, you said respond early in terms of

14 narrative.  How do you deal with these -- is it a whack-a-

15 mole strategy, you know, striking them one by one?  How do

16 you deal with the media side of it?

17       MS. VICTORIA KATAOKA:  I'll be here all afternoon

18 if anybody has some good ideas.  I feel that if something

19 starts, I think that what Toby was saying is having a

20 robust PR response immediately to challenge the

21 counternarrative is probably the best way to respond.

22       Whack-a-mole is impossible.  If you go to the

23 slide three, you can see that the target actually sued

24 several publications in India and Pakistan and so now, if

25 you go to the stories, there's this little disclaimer on

1    the bottom that says, "This story is only covered by news
2    sources that have yet to be evaluated by the independent
3    media monitoring agencies we use to assess the quality and
4    reliability of news assets on our platform." So it's
5    essentially if you're a very sophisticated consumer of
6    news, you might then decide that it may not be a reliable
7    news source. But that is the only remedy that has been
8    obtained because there's nothing that really governs the
9    press.

10    If you —— if you seek defamation suits, it
11    depends where it's published. In the U.S. for example, in
12    New York, the onus that you have to prove that party
13    knowingly had grievous animus and decided to harm the
14    individual is very, very hard to prove and very hard to
15    receive relief. I understand in the UK there's a lower bar
16    to meet but it's still quite substantive and it's also
17    litigation that takes years. So even those sort of
18    processes are things that are very lengthy.

19    The way that —— I think now there's, what you
20    were saying about your case about how even when you won you
21    didn't win because you were ——

22    MR. AARON SHAVIV: I still ——

23    MS. VICTORIA KATAOKA: —— hundreds of thousands
24    of dollars ——

25    MR. AARON SHAVIV: I still feel this case, even

20241202 System Abuse and Strategies for Defense

1  though it was settled in 2019, I still feel the

2  repercussions every single day; mainly (inaudible) but not

3  only.

4          MS. VICTORIA KATAOKA:  But to that point, I think

5  that there are certain things, it's not really what to do

6  about the disinformation campaign, it's to how do you

7  protect what you have left?  What do you –– what do you do

8  to try to ensure that you won't be debanked?  That you

9  won't be shunned?  That you have to bring a very well

10  argued, very substantive, very coordinated case.  And

11  again, you're under the burden of opening up so much about

12  your life in order to convince people that you aren't, you

13  know, a fake spy or a terrorist or what have you.

14          MR. AARON SHAVIV:  And of course, the purpose of

15  all of this is Google.  It's not for the readers of anyone

16  of ––

17          MS. VICTORIA KATAOKA:  RTBI.

18          MR. AARON SHAVIV:  –– yeah, it's not for the

19  readers, it's not for the benefit of the readers of RTBI.

20  It's just so that when someone searches your name, this is

21  the first thing that comes up when your Google is up.

22          Any more questions from the audience?  I have a

23  couple more but anyone else?  Okay.  So in that case, we're

24  going to wrap it up.  Toby, perhaps closing statements

25  focusing mainly on how to fight, so your expertise is in

20241202 System Abuse and Strategies for Defense

1   the state actor side of things, so INTERPOL, sanctions, how

2   do you fight it?  How do you prepare for it?

3          MR. TOBY CADMAN:  Well, that's the million dollar

4   question, isn't it?  Again, it depends on the particular

5   circumstances of the case that you have.  It depends upon

6   whether you're just dealing with a criminal investigation

7   or whether there were sanctions.  Is it a domestic criminal

8   case?  To what extent do you need to engage in public

9   relations inside of the representation?

10          I think the one thing that we've learned is just

11  dealing with it early.  Generally, when we are confronted

12  with this, and particularly, (inaudible), so you have to be

13  able to deal with it very, very quickly.  And recognizing

14  that there is no quick fix; it's going to take time.  It's

15  going to be relatively difficult.  We've already discussed

16  the situation with INTERPOL, the amount of time it takes,

17  the other mechanisms that can be used can be equally

18  lengthy and costly.  But I think engaging at the outset and

19  coming up with an all-encompassing strategy on how to

20  address it is the only way to really, really protect

21  yourself.

22          MR. AARON SHAVIV:  Victoria, same question.  Find

23  yourself in the beginning of a business dispute; how do you

24  prepare for the eventually of this happening to you?

25          MS. VICTORIA KATAOKA:  I think what Toby said

20241202 System Abuse and Strategies for Defense

1  before is exactly right:  You need to think of this as a
2  crisis, communications, and management response when you're
3  going.  I don't think that, in this case, you could have
4  foreseen this effort but there –– the way that the world
5  consumes information now, there is an argument to be made
6  about volume and both level of noise and also the amount
7  that is perpetuated.
8         However, you know, in this case, I've always
9  advised the client that it is best to play clean even if it
10 is not –– doesn't seem to be winning.  Because my hope is
11 that over time you can –– you can forge an alternative
12 narrative.  But how long and what that will result in is ––
13        MR. AARON SHAVIV:  I'll close this panel on that
14 note.  Again, having lived through it, I mean, when it hits
15 you personally, nearly everyone, the first response is
16 denial, right? You don't want to think about how bad it's
17 going to get.  There's a little bit –– you know, there's
18 something coming up, you hope this is it, if I put my head
19 down –– it doesn't go away.  And for me, I think the key is
20 to respond –– to respond early and to respond –– here, I
21 disagree with Victoria, I think it's a dirty, dirty game
22 out there and you have to be prepared to play on the same
23 –– on the same level, on the same playing field.
24        A denial is the real killer because it costs you
25 a lot of time and at the end of the day, it's all

20241202 System Abuse and Strategies for Defense

1  aggregates, right?  So what's going to end up appearing on

2  your Wikipedia page or your Google, the two biggest assets

3  you have online — sorry the three — is the website, through

4  your personal website with your own domain names, first

5  name, last name, or your business website, your Wikipedia

6  page, if one exists, and the Google knowledge panel.

7  That's if you google a celebrity, you first get like kind

8  of a knowledge panel with his picture and the Wikipedia

9  page and that's fed directly from Wikipedia, and those are

10  your three top assets and those are going to determine how

11  you're seen and how you're viewed.

12        So we're at time. I want to thank everyone but

13  one note.  Each one of us, the three of us, this is a note

14  to the media and reporters in the room.  We're willing and

15  we're eager to share our stories.  We'd like to do some

16  follow-ups; we'd like for these stories to be out there.

17  Please, we're around for the next —— I mean, for today;

18  some of us for tomorrow, as well.  Feel free to come and

19  approach us.  We genuinely want to tell these stories so

20  please do.  Thank you very much.

21

22

23

24

25

20241202 System Abuse and Strategies for Defense

```
1                    CERTIFICATE OF TRANSCRIBER
2
3           I, ADREA KNOLL, do hereby certify that I was
4   authorized to transcribe the foregoing recorded proceeding;
5   and that the transcript is a true and accurate
6   transcription, to the best of my ability, taken while
7   listening to the provided recording.
8
9           I FURTHER CERTIFY that I am not of counsel or
10  attorney for either or any of the parties to said
11  proceedings, nor in any way interested in the events of
12  this cause, and that I am not related to any of the parties
13  thereto.
14
15  Dated this 31st day of JULY, 2025.
16
17
18
19                  Adrea Knoll
20
21
22
23
24
25
```

20241202 System Abuse and Strategies for Defense

**$**

**$5,000**
  24:21

**1**

**100**
  5:25
**12**
  14:21  21:23
**15**
  10:8
**18**
  20:12  21:23
  22:17
**1st**
  6:19

**2**

**20**
  4:3  5:10
  29:3
**2016**
  6:9
**2019**
  3:18  4:10
  6:14  40:1
**26**
  4:14

**3**

**300**
  38:10
**345**
  13:2
**37**
  2:12,13,22

**4**

**400**
  38:10

**49**
  6:1,4

**5**

**50/50**
  5:6
**500**
  24:21
**51**
  6:1,4
**5:00**
  5:9

**9**

**9/11**
  3:9
**99**
  35:23

**A**

**a.m.**
  5:9
**Aaron**
  2:1  7:10,24
  8:4  16:23
  18:5,9,22
  19:25  21:19
  23:7,9  25:13
  26:1  29:1
  31:1,3,6
  33:4,6  34:7,
  17  35:5,7
  36:3,18
  37:1,5  38:4
  39:22,25
  40:14,18
  41:22  42:13
**Aaron's**
  17:23
**abroad**
  30:24
**absence**
  20:13

**absolutely**
  21:19
**absolutist**
  16:7
**Abu**
  2:21
**abuse**
  3:13  10:2
  21:15  23:6
  26:13
**abuses**
  32:13
**access**
  12:9  25:10
**accountabilit
y**
  37:19
**accurate**
  20:23  21:4
**accusation**
  9:6
**accusations**
  31:14
**accused**
  8:4  9:1  11:2
  30:19
**achieve**
  17:4
**acknowledging**
  26:19
**acronym**
  31:1
**act**
  16:13  31:5
**acted**
  18:3
**action**
  17:15  21:13
**activity**
  25:6  32:16
**actor**
  17:10  23:12,
  16  29:15
  41:1
**actors**
  19:1  23:13
  27:18

**acts**
  32:15
**add**
  36:14
**address**
  31:18  38:8
  41:20
**advance**
  3:1
**Advanced**
  3:12
**adversary**
  14:1
**advice**
  2:24  7:1
**advise**
  16:13  28:12
**advised**
  4:18  42:9
**advisory**
  2:4
**affairs**
  12:8
**afternoon**
  2:1  38:17
**agencies**
  14:7  39:3
**agency**
  3:12  11:17
**agent**
  12:11
**aggregates**
  43:1
**agree**
  5:1  26:2,10
  32:19
**ahead**
  9:25  15:6
  34:11
**AI-**
  24:22
**AI-GENERATED**
  13:5
**Albania**
  27:2
**Alert**

20241202 System Abuse and Strategies for Defense

34:15

all–
encompassing
41:19

allegation
22:14

allegations
14:17 15:12
16:3 34:14

alternative
42:11

amazed
10:14

amazing
30:4 35:23

ambiguity
9:21

America
19:7

American
7:4

amount
10:15 17:25
41:16 42:6

analyst
3:7

analyzed
9:8

animus
10:14 39:13

anonymous
10:6 14:6,9

anticorruptio
n
2:17

apologies
3:1

appeal
7:6 25:20,24
26:3 37:9

appealed
7:5

appealing
25:18 26:6

appearing
43:1

applied
26:17

applying
27:23

approach
28:13 43:19

arbitration
2:17 22:10
37:25

area
21:14

areas
2:14

arena
7:18

aren't
40:12

argue
25:20

argued
40:10

argument
29:6 42:5

Arkin
3:4,6

array
33:22

arrest
18:11 20:16

arrested
5:10 18:10
22:15,24
27:2,4,5

articles
7:15 8:25

Asia
19:6

assassinate
7:16

assassination
4:5 5:12 8:5
9:2

asserts
22:6

assess
39:3

assets
39:4 43:2,10

assistance
2:18

associate
15:3

associates
14:2,14,18

assume
3:9

attack
5:19 26:19

attempt
19:2

attempted
4:4,5 9:2

attempts
19:7

attention
33:20

audience
40:22

August
3:18 6:19

authenticity
20:5

authorities
18:7

authority
17:7 25:17,
19,22 26:3,6
29:21

autocratic
28:23

autocrats
19:23

avails
25:5

average
21:23

———————

**B**

———————

back
4:7 6:19
7:23 16:6,7

17:3,5 24:3
26:15

background
18:1

backlog
35:2

backyard
18:17

bad
42:16

Balkans
18:2 19:6

banal
11:6

Bangladesh
32:11

bank
9:12

banking
8:17

bankrupt
26:9

banks
8:9,15 20:4

bar
39:15

barrister
28:5 32:8

barristers
28:5

based
3:6 18:2
21:20

basic
10:16

basis
9:17 20:7
33:1 38:2

beginning
41:23

behavior
33:6,10

believes
25:25

benefit
40:19

20241202 System Abuse and Strategies for Defense

benefits
  32:7
bias
  11:22 25:21
big
  10:18,23
biggest
  22:23 37:14,
  20 43:2
Bill
  34:25
birth
  7:11
birthday
  15:5
bit
  7:7 14:19
  26:3 42:17
black
  3:15
blacklisted
  27:23
blacklists
  26:8
blamed
  5:21
blown
  22:13 24:5
body
  37:8
bold
  10:18,23
bottom
  8:5,23 9:17
  39:1
boutique
  2:4 3:5
boys
  5:10
Brazil
  22:23
breaching
  33:21,25
break
  24:19
breaking

5:9
briefly
  38:13
bring
  37:11 40:9
bringing
  10:2 12:6
  22:5
British
  22:11
brought
  4:25 22:23,
  25 38:1
Browder
  34:25
build
  12:4
building
  24:19
built
  30:6
burden
  40:11
burning
  37:6
business
  10:8,11 11:7
  12:7 14:2,14
  15:3 21:25
  24:8 41:23
  43:5
businessman
  10:6

—————

C

cadence
  14:13
Cadman
  2:10 17:20
  23:8 26:14
  31:20 35:21
  36:14,21
  37:23 41:3
call
  5:6 30:23

called
  2:21 34:21
  36:22
calling
  7:15
campaign
  4:11 10:4,25
  11:25 12:5
  13:24 15:8,
  10 19:11
  24:12 26:21
  28:15 40:6
can't
  8:22 16:7
  17:3 28:12
capacity
  4:12 24:24
care
  23:21 32:25
  34:3
careful
  32:1 34:4
  35:3
case
  10:1,17
  12:4,25
  17:9,10
  18:5,13
  21:5,19
  22:11 24:3,
  6,15 25:16,
  19 29:17,21
  30:6,22
  31:6,7 34:24
  35:10,14
  39:20,25
  40:10,23
  41:5,8 42:3,
  8
caseload
  35:2
cases
  6:4 17:17
  21:22 22:9
  29:9,18
  30:18,20
  31:10,13

caused
  27:9
CCF
  36:22
celebrity
  43:7
Central
  19:6
challenge
  7:22 22:18
  23:6 28:16
  30:7 38:20
challenged
  20:15 21:23
  22:2
challenging
  33:7,8
Chambers
  2:13,22
chance
  13:23 29:20
change
  10:22 33:6,
  10,18
changing
  2:24 27:20
charge
  22:25
charged
  5:11
charges
  4:4
cheap
  35:12
Check
  20:17,21
checks
  36:7
chief
  5:15
children's
  14:10 15:5
circumstances
  41:5
civil
  22:5

claim
  22:6
claims
  37:25 38:2
clarifies
  37:6
clean
  42:9
clear
  7:18 9:21
  15:7 18:8
  27:7
cleared
  8:6
clears
  8:2
click
  24:3
client
  3:19 10:5,6,
  18 13:18
  14:19 15:15,
  24 16:1,19
  18:9,22
  27:13 28:8,
  12,17 38:9
  42:9
client-
banking
  8:11
clients
  2:24 3:3
  9:14 18:20
  20:6,21
  35:17
climb
  11:21 16:19
close
  5:6 6:7
  33:11 35:23
  36:9 42:13
closing
  40:24
coalition
  4:18 6:1
cofounder
  2:12

cognitive
  25:21
collaboration
  3:9
combines
  2:23
comfort
  28:6
commenting
  31:24
commercial
  2:16 19:8,
  18,22,24
  28:23
commission
  37:4
commodities
  10:8
commonly
  22:8
communication
s
  2:23 27:17
  42:2
companies
  21:9
company
  22:12,13
  37:22
competitive
  4:16 5:4
complaint
  15:11,20
  16:2
complaints
  14:6
complement
  2:22
complete
  18:11
completely
  26:9 30:18
compromises
  32:3,4
concern
  8:3

concerned
  32:11
concerns
  32:21 33:10
concluded
  19:1
conclusion
  9:9,20 31:25
conduct
  14:9
conducting
  16:19
conference
  4:3
confirmation
  11:21
confirms
  11:20
conflict
  17:14
conflicts
  3:3
confronted
  27:10,25
  41:11
confusions
  37:14
conman
  11:4
connect
  9:25
connection
  21:9
connections
  12:14 14:3
considered
  17:7 18:16
  37:12
constitute
  19:19
constitution
  37:18
consumer
  39:5
consumes
  42:5

contacted
  12:10 14:1
content
  12:23
context
  19:16 33:21
continue
  13:4 25:8
continued
  7:19 14:16
continues
  29:7
contributions
  14:4
convince
  40:12
coordinated
  40:10
corner
  5:23
correct
  36:8
Corrupt
  31:4,6
corruption
  18:18 22:23
  30:24 32:23
cost
  23:21,22,23
  24:9,11
costly
  36:13 38:8
  41:18
costs
  42:24
counternarrat
ive
  13:22 16:14
  38:21
counterterror
ism
  3:8
countries
  19:17
country
  6:18 7:3
  17:25 18:16

20241202 System Abuse and Strategies for Defense

20:24 27:6
33:23
**coup**
  4:4 5:11 6:4
  7:24 8:15
  9:2 27:20
**couple**
  4:8 40:23
**court**
  27:3 30:5,8
**courtrooms**
  19:13
**courts**
  21:1 27:14
**cover**
  3:14,15
**covered**
  39:1
**crack**
  29:17 32:20
  34:2
**create**
  10:18 12:15
  13:11 16:10
**created**
  13:9 14:7,
  16,23
**creates**
  11:22
**creating**
  13:19 14:8
**credible**
  4:15 26:20
  27:18
**credit**
  2:11 20:8
**crimes**
  18:1
**criminal**
  2:15 15:11
  18:24 19:9,
  19 22:14,25
  23:1 30:20,
  22 31:10,24,
  25 32:4 33:2
  41:6,7

**crisis**
  2:20 3:4,11
  28:10 42:2
**criticisms**
  33:3,14
**Croatia**
  22:16,17
**crossover**
  17:13,19
**culminated**
  14:24
**cultivated**
  25:4
**custody**
  22:16
**cynical**
  19:2 28:23
**Cypress**
  27:4

**D**

**daily**
  14:9
**damage**
  27:9 36:13
**damaging**
  19:12 20:18
  34:6
**DARPA**
  3:11
**date**
  7:11,12
**daughter**
  6:21
**David**
  34:21
**day**
  3:18 5:9,12,
  19,24 6:14,
  20 8:18
  9:15,17
  11:11 14:25
  29:1,2 40:2
  42:25
**day-to-**
  9:16

**daylight**
  12:6,8
**days**
  5:7 13:10
  27:19
**dead**
  30:10
**deal**
  9:16 32:5
  38:14,16
  41:13
**dealing**
  20:2 27:18,
  25 28:6
  30:21 41:6,
  11
**dealt**
  29:8,10,18
**debanked**
  8:16 23:23
  30:12 40:8
**debts**
  19:18
**decide**
  28:15 39:6
**decided**
  39:13
**decision**
  37:9
**decisionmakers**
  2:5
**deemed**
  11:3
**defamation**
  39:10
**defend**
  25:23
**Defense**
  3:12 34:13
**degree**
  17:21
**deleted**
  23:3
**demonstrate**
  33:9

**denial**
  42:16,24
**denies**
  11:14,20
**deny**
  10:20 11:13
**depending**
  32:9
**depends**
  39:11 41:4,5
**deployed**
  10:15 24:17
**designs**
  24:15
**destroy**
  16:5 21:24
**destroyed**
  23:3 26:9
**detail**
  17:1
**detailing**
  15:12
**detained**
  34:25
**determine**
  43:10
**determined**
  21:2
**determining**
  20:7
**Devine**
  3:6
**devised**
  13:11
**Dhabi**
  2:21
**dictatorships**
  19:23
**didn't**
  5:5 9:19
  15:13 39:21
**difference**
  26:10
**differences**
  4:20

20241202 System Abuse and Strategies for Defense

difficult
13:3 16:16
20:11 23:6
28:20 33:4
41:15
difficulties
33:19
difficulty
37:8
digging
16:17
diligence
3:3 16:20
21:8 24:18
direction
5:13
directly
15:24 43:9
dirty
42:21
disagree
33:6 35:13
42:21
disavow
11:17 14:16
discharged
27:3
disclaimer
38:25
disconcerting
6:22
discredits
11:2
discussed
29:14 41:15
discussions
6:11
disinformatio
n
10:4,16,25
11:25 12:5
15:8,9 19:11
24:11 40:6
disposal
28:24
dispute
10:11 11:7

19:22 35:10
37:11 41:23
disputes
19:8,18 28:2
disseminate
12:20
disseminated
17:6
dissuade
11:23
distance
14:15 33:12
distort
12:2
Dmitri
30:19
document
9:7,18
doesn't
8:6 23:19,
21,23 27:6
42:10,19
dollar
41:3
dollars
25:12 39:24
domain
43:4
domestic
41:7
donations
14:5
don't
3:25 7:8,13
16:2 24:13,
20 25:12
29:20 33:1
34:9 42:3,16
Dos
31:10
due
3:3 8:13
16:20 21:8
24:18 25:18
26:16 29:20
30:8

duty
20:21,22
d'etat
4:5 5:12
7:25 8:15
9:2

E

eager
43:15
earlier
37:25
early
3:11 27:19
38:13 41:11
42:20
earth
17:2
easily
27:7
Eastern
19:6
easy
20:10 21:18
23:6,11,12,
25 29:19
31:14,15
35:12,15,21
ecosystem
10:21 12:24
14:22 16:9,
18
edit
13:15,17,18
24:25
editor
13:17 25:2
editors
25:2
effect
14:25 30:3
36:5
effective
32:22 34:2
effectively
19:21 20:7

23:1 31:22
32:12 33:18
37:23 38:3
effort
23:18 26:5
42:4
efforts
24:16 25:7
Egypt
27:20,23
election
4:11 5:9,12,
19
elections
4:15,16,17
5:4,6,8,25
6:8
elements
12:18
email
8:10
embolden
5:18
end
6:3 8:11
9:24 21:21
42:25 43:1
ended
5:24 6:3
8:17
enforcement
3:10
engage
28:16 41:8
engaged
18:19
engaging
41:18
English
21:1 28:4
32:8
enormous
10:5
ensure
20:12,23
40:8

20241202 System Abuse and Strategies for Defense

enterprises
   19:24
entire
   10:21 12:6,
   24
entries
   13:7,8,14
environment
   11:23 13:12
equal
   28:20
equally
   19:11 41:17
esoteric
   15:17
essentially
   7:10 8:10,
   16,25 9:9
   39:5
established
   2:13 14:22
estimate
   24:9 35:11
etcetera
   38:12
EU
   30:2
Euan
   34:12,13,19
   35:6
Eurojust
   26:25
Europe
   19:6
European
   20:16 27:6
euros
   30:10
evaluated
   39:2
event
   6:13 34:20
eventually
   3:21 7:6,19
   14:15 41:24
everybody's
   11:3

evidence
   22:21 35:4
evidential
   21:20 33:1
excused
   3:21
exercise
   5:17
exist
   36:11
exists
   9:15 25:21
   43:6
exit
   38:1
exonerate
   25:22
experience
   18:1 20:1,2
   31:18 34:24
expertise
   40:25
explanation
   8:12
explicit
   9:9,19
expression
   28:13
extends
   19:5
extent
   26:20 32:19
   41:8
external
   8:24 37:10,
   19
extradition
   2:17
extreme
   36:12
extremely
   16:21 36:12

   —— F ——

faced

38:9
facilitating
   10:12
facilitators
   14:18
facing
   18:10 38:10
fact
   5:1 11:5
   19:12 26:1,2
fair
   17:25
fake
   10:24 11:3,4
   15:1,2,12,14
   40:13
false
   34:14
families
   18:21
family
   22:15 23:3
farm
   5:10
father's
   6:22
FBI
   11:19 14:17
FCPA
   31:2,3
fed
   43:9
federal
   3:10
feel
   38:18 39:25
   40:1 43:18
fellow
   34:10
fiction
   12:15,20
   16:11
field
   27:16 35:19
   42:23
fight
   3:14 23:16

26:13 30:13
   31:16 38:6,
   12 40:25
   41:2
fighting
   23:19,24
file
   8:20,21 9:5,
   16
filed
   15:11,16,25
files
   15:15
filings
   16:1
financed
   25:5
financial
   20:9
financially
   20:18 23:4
find
   8:22 10:17
   12:11,12
   25:24 26:8,9
   41:22
finds
   26:11
finish
   16:4
firm
   2:4,21 3:5
   15:11,16,17
firms
   20:4
first-tier
   12:22
Firtash
   30:19
fit
   28:13 31:11
fix
   41:14
flagged
   25:2
floor
   31:19 34:8

20241202 System Abuse and Strategies for Defense

36:19

flurry
27:21

focus
17:23

focusing
40:25

fodder
12:15

follow-ups
43:16

force
18:24

forcefully
34:21

forces
5:10,23

foreign
30:14  31:4,
6,21

foreseen
42:4

forge
42:11

forget
19:12  36:15

forgotten
5:4

forthcoming
16:2

Forum
34:13

forward
6:5,10

found
6:14  8:16

foundation
21:20

fourth
27:5

France
38:3

free
43:18

freedom
2:11

French
37:21,22

frequently
22:7  26:22

friction
14:8

friends
29:3

front
29:11,21

frontier
10:7

full
18:24

future
32:4

**G**

gained
29:3

game
10:21  18:6
23:15,18
42:21

gas
22:12

gave
7:20

general
2:12

generally
26:18  32:5
41:11

generated
24:23

genuinely
5:1  43:19

Geopoliticall
y
4:23

give
4:1  20:11
22:4  27:1

global
32:22

goal
4:20  16:4,5
17:4

good
2:1  20:8
30:17  38:18

google
8:25  9:6
40:15,21
43:2,6,7

governing
25:17,19
26:2

government
5:18  6:6
10:12  22:19,
24  30:23
31:23,25

governmental
14:7

governments
27:25  34:4

governs
39:8

grand
22:21

Grant
34:12,13,19
35:6

great
32:7,25
35:25

greater
16:25  33:20
34:3

Greece
27:4

grievous
39:13

ground
24:17

group
2:2,3,12
3:4,6  20:1

groups
27:15  28:22
32:12

guarantees
26:17

Guernica
2:12,13,22

guess
16:11

guys
6:7

**H**

hack
24:16  25:9

hacked
12:9

hadn't
21:6

half
21:11

HALFORD
11:8

hand
5:20,21

handed
29:16

happened
6:8,12,18
8:8

happening
4:9  17:17,21
41:24

happy
31:9

hard
6:22  11:1
16:21  31:15,
16  39:14

harder
16:18

harm
39:13

harmful
17:6

haven't
20:3  29:14

20241202 System Abuse and Strategies for Defense

head
  2:7,13 4:6,
  11,21 5:2,12
  6:13 7:16
  9:2 18:17
  42:18
headquarters
  36:6
heads
  6:6,9
heard
  6:21 20:19
heavy–
  29:15
Hebrew
  6:18
held
  4:15
Hey
  6:21 7:25
he'd
  14:3
he's
  2:12,13
  11:19 30:20
  33:11
high
  35:2
high-profile
  13:15
higher
  16:18
highly-
questionable
  20:25
hill
  11:21
hired
  7:1
history
  10:10
hit
  30:4
hits
  14:12 42:14
hold
  7:13

holiday
  22:15
home
  3:24 5:22
  6:18 7:3
hope
  26:17 42:10,
  18
horrible
  14:11
host
  28:21
hours
  4:8 29:3
how-to
  10:16
huge
  26:5
human
  2:18 32:13
humanitarian
  2:15
hundreds
  30:9 39:23
hurting
  20:18

---

**I**

idea
  34:16
ideas
  38:18
ignore
  3:20
immediately
  8:8 11:2
  29:3 30:12
  38:20
immense
  16:11
immunity
  22:6 37:13
important
  32:21 33:15
  34:3

impossible
  11:1,15
  13:15 29:23
  38:22
impunity
  32:22
inaudible
  4:13 36:20
  40:2 41:12
incentive
  33:12,18
includes
  2:3,6
including
  34:14
inconvenient
  25:15,16
increasingly
  23:5,6 27:15
incredibly
  28:19
independent
  39:2
India
  19:16 32:14
  38:24
Indian
  12:25
indicted
  6:9,11
indirect
  32:17
individual
  8:20 10:9,11
  11:6 12:13,
  23 17:14
  19:14 20:12
  23:16 24:11,
  12 26:19
  27:2 39:14
individuals
  17:11 19:8,
  17 32:3,14,
  18 33:23
infinite
  23:17,24
  24:4,6

Influence
  2:7
information
  9:13 10:21
  15:20 20:22,
  23 21:2,3
  42:5
informing
  8:11 14:5,10
initial
  13:5
initially
  20:20
inside
  41:9
instances
  27:11
instituted
  22:2
institution
  20:9
institutions
  10:3
insuperable
  11:21
Integrated
  3:11
intelligence
  2:3,4,9 3:5,
  7,8 5:14
  11:17
intelligence-
led
  2:5
interactions
  18:7
interesting
  9:13,14
  12:21 18:14
interestingly
  13:8 16:1
interests
  18:15
interject
  11:9 23:9
international
  2:14,15,16

---

20241202 System Abuse and Strategies for Defense

6:17 10:3
19:9 21:17
37:16
**INTERPOL**
7:6,20 8:1,5
9:7,8,18
18:25 20:14
21:16,22
22:6,9 23:2,
14 26:24
27:8 34:23
35:2,19,24
36:4,6,16,
17,22 37:3,
4,12,14
38:1,2,7
41:1,16
**intersection**
2:8
**investigation**
3:8 11:19,20
41:6
**investigations**
3:2 14:17
18:18 21:17
24:18
**investigators**
15:18 16:16
**investment**
35:14
**involved**
6:13 18:4
19:5 31:12
**involvement**
10:20
**Isabel**
31:10
**isn't**
15:24 25:21
41:4
**Israel**
6:17 7:3
**Israeli**
11:10
**issuance**
8:9

**issue**
5:14 15:15
37:9,10
**issued**
4:2,3 7:7,8
8:1,5 21:18
27:21 33:23
36:1
**issues**
37:6,24
**it's**
3:23 6:22,24
7:17 9:16,
19,21 10:25
11:1,14
13:13 15:23
16:6,14,15,
18 19:10,12,
14,20 20:10
23:11,15,17
24:20,21
25:3 26:5,
10,24 28:15
32:7,25
33:8,15
35:15,25
36:12 37:9,
17,23 38:7,8
39:4,11,16
40:5,6,15,
18,19,20
41:14 42:16,
21,25
**I'd**
8:19 9:23
**I'll**
16:21 20:11
23:8 31:18
35:10 38:17
42:13
**I'm**
2:19,25
3:16,24 9:24
10:2 11:8,10
15:7,22
16:24 21:1
23:15 24:4
31:12 32:23

34:8 35:22
36:8
**I've**
9:4 17:1
19:5 23:10
29:8,9,10,18
32:10 42:8

---

### J

**Jack**
3:5
**jail**
6:7
**joined**
4:20
**joint**
2:13
**Journal**
15:7
**journalist**
15:18
**judges**
18:3
**judicial**
20:25
**jurisdiction**
22:7
**jurisdictions**
19:19 31:11
37:12
**justice**
18:10

---

### K

**Kataoka**
3:1 10:1
11:16 24:13
25:14 30:25
31:2,4 38:17
39:23 40:4,
17 41:25
**kernel**
10:19 12:3
**key**

26:10 42:19
**keys**
23:10
**kid**
6:20
**kids**
6:19
**killer**
42:24
**kind**
7:18 17:4
24:8,11 25:6
26:7 29:8
30:2,8,15
43:7
**Kingdom**
30:1
**kleptocrats**
30:16,17
**knew**
22:19,20
**knowing**
27:10
**knowingly**
39:13
**knowledge**
43:6,8
**Kremlin**
33:11
**KYC**
20:4

---

### L

**lack**
37:19
**largest**
33:22
**late**
6:19 16:15
**Latin**
19:7
**launch**
24:11
**law**
2:14,15,16

20241202 System Abuse and Strategies for Defense

3:10 15:11,
16,17 20:4
28:1
**laws**
2:18
**lawyer**
3:23 7:2,3,
4,5 22:12
35:23
**lawyers**
3:23 7:2
14:2 27:15
36:23
**leads**
3:2
**learn**
23:10
**learned**
41:10
**leave**
16:21
**leaves**
9:21
**led**
3:5
**left**
2:25 13:9
37:3 40:7
**legal**
2:17,23 7:1
27:15 28:11,
22 29:11
31:7 35:25
37:11
**legitimacy**
20:5 24:25
**legitimate**
12:22 15:19
26:20
**lengthy**
36:11,13
38:8 39:18
41:18
**letter**
7:20 8:2
**letters**
14:2,5 25:9

**let's**
36:15
**level**
22:1 24:1
28:16 37:16
42:6,23
**leverage**
17:3
**lie**
10:18,23
**lies**
33:19
**life**
4:23 10:20
11:24 12:6,9
13:24 14:9
24:16,19
40:12
**light**
14:14
**limited**
15:15
**lines**
9:1
**listen**
7:25 9:4
10:13
**lists**
3:16
**literally**
5:6 9:16
**litigation**
3:3 15:13,
18,24,25
21:12 39:17
**live**
6:17
**lived**
4:8 42:14
**lobbying**
2:23 27:17
**location**
4:1
**long**
3:8 4:22 5:3
6:3 10:9,21
26:4 42:12

**looked**
15:18 30:17
32:2
**losing**
6:4
**lost**
23:20
**lot**
14:8 17:1
23:18,22
24:22 27:18
31:17 33:2
35:14 42:25
**lots**
12:14,15
31:10,14
34:9
**lower**
39:15
**luckily**
18:25
**ludicrous**
21:19

---

**M**

---

**made**
7:6 12:20
19:25 33:14
42:5
**maintaining**
18:15
**major**
14:24 15:16
30:2,22
**make**
14:15 18:8
19:22 25:15
29:21 30:6
**makes**
11:22 14:19
28:19
**MALE**
36:20 37:21
**man**
2:10

**managed**
6:2 27:7
29:7
**management**
2:21 28:10
42:2
**Marchant**
34:21
**markets**
10:7
**marriage**
23:3
**matter**
28:14
**meaning**
17:3,13
23:15
**means**
11:14
**meantime**
30:10
**measured**
28:9
**mechanism**
29:6 30:7
33:7 36:7
37:7
**mechanisms**
33:8 41:17
**media**
6:16,17,18
7:15,23 8:14
12:24 13:1
19:13 20:6,
24 21:9
24:10 26:21
28:15 38:11,
16 39:3
43:14
**meet**
36:24 39:16
**meeting**
3:19,21,22
4:8
**meetings**
4:9

20241202 System Abuse and Strategies for Defense

**member**
  36:4,8,9,15,
  16
**mentioned**
  6:10 26:4,5
  37:24 38:5,
  13
**Mentors**
  2:21
**messages**
  14:9
**messaging**
  5:19
**met**
  16:24
**metastasize**
  13:4
**middle**
  3:20 11:7
**million**
  7:14 41:3
**millions**
  13:20 25:11,
  12 30:10
  35:11
**mind**
  24:5
**mine**
  29:8
**minister**
  4:13 18:10
  30:15
**minutes**
  4:3 29:14
**mirrors**
  25:24
**mistaken**
  36:8
**misuse**
  35:4
**mixed**
  5:15,16
**Mmm**
  25:13
**moderating**
  16:24

**mole**
  38:15
**money**
  23:22 24:22
**monitoring**
  39:3
**monolithic**
  14:23
**Montenegro**
  4:2,6,11,12
  5:9,11 7:2
  17:24 18:4,
  7,13 23:21
**Montenegro's**
  18:15
**month**
  22:16
**months**
  7:7 8:1
  14:22 20:12
  21:21,23
  22:17
**motivated**
  9:10
**motivation**
  9:20
**movement**
  2:11
**movements**
  12:11
**moving**
  29:12 35:15
**MP'S**
  6:2
**murky**
  10:7
**mutual**
  2:17

**N**

**Nairobi**
  3:18
**names**
  31:14 43:4
**narrative**

**10:22 15:2,**
  14 25:8
  38:14 42:12
**national**
  18:6 22:12
**nationality**
  11:10
**Nations**
  37:16
**NATO**
  5:14 37:17
**negative**
  14:13
**negotiation**
  17:4
**negotiations**
  6:1
**nervous**
  14:19
**news**
  5:9 12:23
  15:2 39:1,4,
  6,7
**night**
  16:25
**noise**
  16:21 42:6
**non-state**
  23:13
**Northern**
  5:10
**not-for-**
**profit**
  37:22
**note**
  19:22 42:14
  43:13
**notice**
  4:4 6:15 8:9
  20:14 21:23
  22:1 23:14
  24:1 29:2,19
  36:4,5
**notices**
  3:15 9:22
  17:18 26:7
  29:4 34:23

**35:24**
**number**
  7:11 18:2,17
  19:1
**numerous**
  19:7
**nut**
  29:17 32:20
  34:2
**NYPD**
  3:7

**O**

**obscurity**
  12:7
**obtain**
  25:10
**obtained**
  12:9 39:8
**obtaining**
  15:15
**offenses**
  19:19
**offer**
  28:10,22
**official**
  31:24 32:1
**officials**
  36:23
**Offshore**
  34:15
**oil**
  10:10,13
  22:12
**oldest**
  6:20
**one-liner**
  8:11
**one-liners**
  7:10,13,17
  37:2
**one-size**
  28:13
**online**
  43:3

onus
  16:17 39:12
open
  3:16 11:24
  12:1,12
  29:13 31:18
  34:8
opening
  35:9 40:11
operate
  14:8 27:16
operates
  12:7
operating
  10:7
opinion
  2:8
opponent
  15:11 17:16
opponents
  19:10,24
opposition
  4:19 5:16,
  21,22 6:2,6,
  9
order
  11:23 12:4
  16:20 28:8
  40:12
organization
  37:15,16
organizations
  14:3,7 19:10
organizers
  12:5
original
  7:24 8:22
  9:1 16:8
outfit
  35:25
outlets
  7:23
outset
  41:18
overloaded
  21:22

overriding
  37:6
oversight
  37:7,19
overturned
  35:24

————————

P

pages
  13:14 24:25
  38:11
paid
  12:23
paid-for-play
  12:24
Pakistan
  38:24
Pakistani
  13:1
pandemic
  35:6
panel
  3:13 16:24
  26:12 34:17
  38:6 42:13
  43:6,8
panelist
  34:15
panelists
  34:10
panic
  5:8
paper
  7:8 14:25
paramilitary
  32:13
parents
  14:10
parent's
  25:10
parliament
  5:25
part
  15:8,9
  16:12,16

36:22
parties
  4:19,22,25
  5:16 15:5
partner
  24:8
partners
  3:10 14:14,
  18 28:24
parts
  29:12 35:15
party
  5:3 39:12
pass
  9:23
passport
  7:11
path
  16:19
patriots
  5:20
pause
  2:19
pawns
  18:6
pay-for-play
  24:20
peel
  6:2
people
  11:23 14:3
  24:16 25:8,9
  32:6,7,10
  40:12
percent
  35:23
perfect
  10:24
period
  25:4
perpetuate
  25:8
perpetuated
  42:7
person
  13:25 14:6,
  11 28:18

34:21
personal
  18:15 43:4
personally
  42:15
person's
  21:24 26:22
perspective
  29:18
petitioning
  7:19
philanthropic
  14:4
phone
  3:19,23,25
phones
  25:10
picked
  3:22 8:15,24
picture
  43:8
piece
  25:20 30:16
pieces
  7:8
place
  6:23 24:21
  36:2
plan
  13:11
Plant
  10:19
platform
  39:4
play
  10:20 12:16
  42:9,22
played
  19:13
playing
  42:23
pleasant
  20:2
point
  8:7 16:14
  17:12,13

20241202 System Abuse and Strategies for Defense

24:24 25:14
31:20 34:20
38:4 40:4
**pointed**
35:3
**police**
5:23 21:6
32:13 36:23
**political**
6:24 9:20
14:3,4 18:6
28:2
**politically**
9:10
**politics**
2:8
**pop**
12:25 16:9
**popped**
13:2
**position**
26:11
**possibly**
16:15
**potentially**
32:3 34:5
**power**
4:12,21
**PR**
30:16 31:13
38:20
**Practices**
31:4
**prepare**
41:2,24
**prepared**
42:22
**presentation**
16:25
**presented**
17:9,10
**presenting**
35:10
**president**
4:14
**press**
4:3 10:3

12:21,22
16:17 39:9
**presume**
30:20
**pretesting**
24:15
**pretty**
36:9,17
**previous**
32:11
**primarily**
18:1 20:6
30:1
**prime**
4:13
**prior**
4:9,10
**private**
2:6 17:11
19:8,16
**privileged**
10:10
**pro-european**
4:24
**pro-russian**
4:23
**pro-serbian**
4:24
**problem**
21:18
**problematic**
25:3
**problems**
22:3 37:20
**proceedings**
22:10 38:1
**process**
6:3 7:7 22:5
23:5 24:19
25:18 26:6,
8,16 27:3
29:20,24
30:8 31:24,
25 36:11
**processes**
39:18

**profile**
14:23
**progressed**
13:6
**Project**
3:11,12
**proper**
21:6
**properties**
24:17
**property**
12:9,10
**prosecute**
30:24
**prosecuted**
33:25
**prosecuting**
33:20
**prosecution**
18:2 22:22
33:2
**prosecutions**
18:11 22:23
32:4
**prosecutor**
4:2 23:20
**prosecutors**
18:3,9
**protect**
35:22 40:7
41:20
**prove**
23:25 39:12,
14
**provide**
18:22 20:21
27:12 33:17
**provided**
22:20,21
**providing**
21:4 33:12
**public**
2:6,8 7:18
11:22 15:1,
20 27:17
41:8

**publication**
15:6,10
**publications**
38:24
**publicity**
22:1 27:9
**publicly**
11:17 15:4
21:8 34:5
**published**
39:11
**publishing**
21:9
**pull**
5:11
**purportedly**
5:13
**purpose**
5:17 40:14
**put**
4:19 20:10
23:13,14
25:11 31:15
32:16 42:18
**puts**
16:17
**putting**
6:25 32:6,
10,14

**Q**

**quality**
39:3
**quashed**
29:2
**question**
17:12 23:13
24:2 32:3
34:23 35:8,
20 37:5 38:4
41:4,22
**questions**
29:13 31:19
34:9,10
36:18 38:6
40:22

20241202 System Abuse and Strategies for Defense

**quick**
41:14
**quickly**
11:9 16:13
41:13

---

**R**

**random**
3:18 8:25
**rate**
35:24
**reached**
8:19 9:4,8
29:5 31:25
**read**
6:21 11:1
30:14
**readers**
40:15,19
**real**
7:22 10:20
11:4 12:19
13:24 21:17
22:3 29:24
42:24
**realization**
5:5
**realize**
5:5
**receive**
39:15
**received**
14:5
**recently**
2:20 15:23
32:15 36:16
**recognize**
27:11,15,16
28:3,7,21
**recognizing**
41:13
**record**
15:21
**red**
3:15 4:3
6:14 8:9

**9:22 17:18**
20:14 21:23
23:14 24:1
26:7 29:2,4,
19 34:23
35:24 36:4,5
**refer**
29:11
**reference**
19:25
**refused**
18:23
**refute**
11:2,15
**regarded**
37:15
**regime**
32:11 33:24
**regimes**
30:3
**registered**
22:20 37:24
**rehashes**
8:7
**reinforcing**
14:23
**reinvited**
36:16
**relation**
17:24
**relations**
27:17 41:9
**relationship**
8:12,17 10:9
**relationships**
32:17
**released**
22:16 31:23
**reliability**
39:4
**reliable**
20:23 21:4
39:6
**relief**
39:15
**rely**
20:6 21:16

**relying**
21:2,7
**remedy**
39:7
**remember**
7:25
**remove**
9:11
**removed**
20:14 21:11,
21 23:1
36:10
**rep**
28:11
**repeatedly**
19:15
**repercussions**
40:2
**replace**
4:21 5:2
**report**
21:7
**reporters**
43:14
**reports**
20:6 21:10
**representatio
n**
28:11 41:9
**representing**
32:2
**reprint**
8:3
**reputable**
14:25
**reputation**
8:3,7 20:18
21:25 23:4,
23 30:12
**reputations**
34:6
**required**
16:10
**Research**
3:12
**resolution**
3:4 7:21

**19:21 27:13**
**resolve**
19:21
**resource**
20:3,4
**resources**
8:24 10:15
13:1 16:10
23:17,19,24
24:4,6 28:18
**respect**
9:10 28:1
**respects**
19:2
**respond**
38:13,21
42:20
**response**
9:12 20:20,
22 38:20
42:2,15
**responsible**
7:24 8:14
22:22
**result**
14:21 27:22
42:12
**results**
9:6
**retraction**
16:8
**retribution**
6:25
**retributive**
22:14
**review**
32:9
**revised**
16:1
**ridiculous**
9:12
**rights**
2:18 32:13
**ringing**
3:19,21
**robust**
13:12 38:20

20241202 System Abuse and Strategies for Defense

rogue
  27:25 28:23
role
  2:22
Romania
  20:13
room
  9:21 16:16
  35:16 43:14
RTBI
  40:17,19
ruined
  23:4
ruinous
  25:16
rule
  23:2 28:1
ruling
  5:3
Russia
  33:9,16,21
Russian
  5:14 10:10,
  13 33:13
Russians
  33:11

S

sad
  11:11
sanction
  29:22 30:2
  31:11
sanctioned
  10:12 30:11,
  17,21 31:8
  32:18
sanctioning
  30:16
sanctions
  3:14,15
  17:16 18:25
  19:9 23:14
  24:1 26:7
  29:14,15,18,
  24,25 30:4

31:9,17
32:5,6,7,10,
14,16 33:5,
10,21,22,25
38:7 41:1,7
Santos
  31:10
saturation
  14:13
scales
  16:10
scheme
  20:16
school
  6:19,20
  14:10 25:10
SCHUHMACHER
  11:8
scope
  10:5
scorched
  17:1
scoured
  12:12
scrutiny
  12:1
searches
  40:20
seats
  5:25
secretary
  31:21
section
  16:4
sectors
  2:6
securing
  18:14
security
  5:10,23
seed
  10:19
seek
  39:10
seeking
  27:13

self-
referencing
  13:4,12
self-
reinforcing
  16:9
send
  36:6
sensational
  10:25
sense
  24:14
separate
  22:9 33:13
September
  6:19
Serbia
  3:23 7:3
served
  3:10
service
  22:22 28:10
services
  28:22
session
  2:2 36:24
set
  2:20 10:24
  11:22 16:3
  37:18
settled
  40:1
seven-
  9:17
seven-page
  7:20 9:6
severe
  19:14
severely
  28:5
sexy
  10:25 12:15
SFO
  22:21
share
  43:15

Shaviv
  2:1 7:11,24
  8:4 16:23
  23:7,9 25:13
  26:1 29:1
  31:1,3,6
  34:7,17
  35:5,7 36:3,
  18 37:1,5
  38:4 39:22,
  25 40:14,18
  41:22 42:13
shed
  14:14
shone
  12:5,8
short
  7:9 8:10
shortly
  10:10
shouldn't
  19:12
show
  7:17 15:5
  33:5
showed
  16:25 37:2
shunned
  40:9
side
  5:18 6:3
  38:16 41:1
sides
  32:9
significant
  24:14
significantly
  28:18
signs
  35:1
similar
  29:19
single
  8:17 11:11
  13:25 40:2
sit
  2:20 6:7

20241202 System Abuse and Strategies for Defense

sites
  13:15
sitting
  7:4 35:16
situation
  32:9 38:9
  41:16
situations
  17:22 19:4
  26:18
skills
  28:21
slanderous
  35:13
sledgehammer
  29:16 32:20
  34:1
slide
  38:23
slightly
  31:22 33:6
small
  2:19 15:11,
  16,24 18:16
solace
  26:4,11
solely
  27:14
solutions
  2:5
sophisticated
  13:13 39:5
sort
  10:2 12:8,13
  15:14,17,23
  25:17,18
  39:17
source
  12:12 26:20
  39:7
sources
  15:19 39:2
Southeast
  19:6
sovereignty
  23:17

speak
  34:5
SPEAKER
  36:20 37:21
special
  4:2 23:20
specialist
  2:14
specifics
  28:14
spent
  22:16 23:18
sphere
  11:22 15:1
splashy
  30:16
spoken
  17:23
sponsored
  2:2
spot
  6:25
spotlight
  12:5
spy
  10:24 11:3,4
  15:2,12,14
  40:13
Sriva
  24:7
Srivastava
  24:7
standing
  32:23
start
  10:16 14:15
started
  3:19 12:25
  13:6,23
  14:18
starts
  16:12 38:19
state
  4:6,12,21
  5:2,13 7:16
  9:3 17:10,15
  18:17,24

  19:17 21:10
  23:12,16,25
  24:2,4,5
  29:15 31:8
  33:13 36:4,
  8,9 41:1
state-
controlled
  20:24
statement
  35:9
statements
  18:23 40:24
states
  19:20 28:23
  30:1,22 31:8
  36:15
status
  12:13
stayed
  5:22
stole
  12:10
stop
  3:21 23:8
stories
  8:13 11:18
  13:5,20 16:9
  24:20 38:10,
  25 43:15,16,
  19
story
  3:17 5:17
  7:24,25 8:4,
  7,14 9:22,24
  10:14 12:17,
  25 13:10,12
  14:24 15:13
  16:8,12
  24:19,21
  25:5 39:1
strange
  30:18
Strasbourg
  30:6
strategic
  2:23 3:2,5

strategist
  5:16
strategy
  2:4 38:15
  41:19
street
  5:24 15:7
strikes
  35:9
striking
  38:15
strong
  20:15
struck
  17:8
structured
  37:18
stuck
  22:17
stuff
  17:6
stumble
  2:25
stunt
  31:13
subject
  14:24 21:15
  34:14
subjected
  18:19,20,21
  22:14
submits
  36:9
subsequent
  34:20
subspeciality
  29:8
substantive
  39:16 40:10
succeed
  26:24 27:12
success
  28:8 35:24
successfully
  20:14,15
  22:1

20241202 System Abuse and Strategies for Defense

**sued**
  38:23
**sufficient**
  33:1
**suggesting**
  15:7
**suggestion**
  21:20
**suits**
  39:10
**sum**
  16:6 23:15,
  18
**supervises**
  37:4
**support**
  3:3 5:20
**supported**
  33:24
**surprise**
  4:7 29:22
**susceptible**
  35:17
**Syria**
  33:22 36:16
**Syrian**
  33:24
**system**
  3:11,13 10:2
  20:25 21:11,
  16 26:13,24
**systems**
  21:15

---

**T**

**takes**
  21:22 26:4
  39:17 41:16
**taking**
  28:5 29:16
  32:6,20
**talked**
  18:5
**talking**
  26:16 28:17

**29:25 30:1**
  36:15
**talks**
  9:20
**target**
  10:15,17,23
  11:25 12:6
  13:25 14:1,
  6,8,14,18
  16:6 19:10,
  24 20:17
  26:22 32:22
  33:15 35:12
  38:23
**targeted**
  15:9 18:9
  33:17
**targeting**
  28:19 32:12
**target's**
  14:1
**tatters**
  30:12
**telling**
  8:14
**tells**
  9:7
**tens**
  25:12
**terms**
  20:15 38:13
**terrible**
  14:6 16:15
  25:16
**terrorism**
  2:15 4:4
  21:19
**terrorist**
  6:22 7:15
  40:13
**testify**
  6:12
**text**
  14:9
**that's**
  17:8 25:4
  26:10 27:24

**33:2,18**
  35:25 36:10
  37:23 38:3
  41:3 43:7,9
**there's**
  5:25 11:11,
  12 12:22,24
  13:21 15:25
  24:22 26:2
  28:21 29:12,
  24 30:6 31:1
  36:7,21
  38:7,10,25
  39:8,15,19
  42:17
**they'd**
  8:3
**they're**
  7:9 13:15
  19:9 28:20
  31:14 34:8
**they've**
  9:8
**thing**
  4:25 7:1
  11:11,15
  13:20 24:9
  29:14 35:1
  40:21 41:10
**things**
  12:10,19
  13:17 28:7
  30:19 31:21
  39:18 40:5
  41:1
**thousands**
  30:9 39:23
**threat**
  21:12
**threats**
  18:19,20,21
**tier-**
  38:10
**time**
  4:11,19 11:9
  15:10 16:10
  18:8 21:24

**23:18,22**
  25:4 26:4
  41:14,16
  42:11,25
  43:12
**times**
  24:21 36:24
**title**
  26:12
**Toby**
  2:10,12,20
  7:5,19 9:25
  17:9,12,20
  23:7,8,11
  25:15 26:4,
  5,12,14
  29:11 31:17,
  20 35:19,21
  36:14,21
  37:23 38:19
  40:24 41:3,
  25
**Toby's**
  35:8
**today**
  3:13 9:15
  10:1 14:20
  34:19 43:17
**told**
  11:18
**tomorrow**
  43:18
**tool**
  29:16 32:22,
  24 33:15
  34:2,3
**tools**
  19:23 30:13
**top**
  8:25 43:10
**topic**
  3:13
**touch**
  2:16
**tough**
  6:25

20241202 System Abuse and Strategies for Defense

traces
  12:18
trade
  10:13
trading
  10:10
training
  18:3
transactions
  20:5
transform
  10:22
translation
  21:6
travel
  12:11 14:9
trial
  6:10
trigger
  17:15 31:9
troubling
  31:22
true
  6:24
truth
  10:19 11:5
  12:3,18 36:9
turn
  30:5
turnaround
  18:12

**U**

U.S.
  14:25 18:5
  30:23 39:11
UK
  7:4 10:12
  22:19 30:15
  34:13 39:15
Ukraine
  33:16
unable
  13:18

understand
  36:4 39:15
unfettered
  10:13
unit
  36:21
United
  30:1,22 31:8
  37:16
UNKNOWN
  36:20 37:21
unlawful
  19:2
unlike
  24:2
updated
  8:23
upheld
  22:8

**V**

Vantage
  2:2,3,6
variety
  32:14
verifies
  36:7
verify
  20:5
Victoria
  3:1,2 9:23,
  25 10:1
  11:8,16
  16:23,24
  17:2,10
  23:12 24:2,
  6,13 25:14
  30:25 31:2,4
  35:10 38:5,
  17 39:23
  40:4,17
  41:22,25
  42:21
Victoria's
  35:14

video
  31:22
videos
  13:6 24:23
view
  8:7
viewed
  43:11
volume
  42:6
volumes
  10:20
voters
  5:18,22

**W**

wage
  10:4
waged
  10:5
wake
  15:1
walked
  3:22
walks
  4:22
Wall
  15:7
wanted
  5:2 6:6
  16:20 18:22
  25:14
war
  18:1
Warning
  3:11
warrant
  9:8,10 20:16
  21:18 22:19,
  24 23:1
  27:4,5 36:6,
  9
warrants
  7:12 27:8,
  21,24

wasn't
  15:15
watch
  10:21
ways
  12:1 28:9
weaponize
  10:19
website
  43:3,4,5
weeds
  25:1
week
  30:14
well-
contemplated
  13:11
well-known
  13:16 31:14
western
  29:25 30:2
we'd
  43:15,16
we'll
  2:16
we're
  3:14,15
  5:19,20
  17:19,20
  26:15 27:18
  29:25 35:25
  36:15 40:23
  43:12,14,15,
  17
we've
  19:15 20:19
  26:23 27:7
  32:13 41:10,
  15
whack-a-
  38:14
Whack-a-mole
  38:22
whatsoever
  29:20
what's
  7:9 12:2,21

20241202 System Abuse and Strategies for Defense

24:7 30:4
38:3 43:1
**whistle**
22:13
**whistleblower**
22:20
**who'd**
5:3 10:6
**who's**
7:4 28:18
**widely**
17:5
**Wikipedia**
13:7,8,14,17
17:6,7
24:10,25
25:2 38:11
43:2,5,8,9
**wilderness**
25:24
**win**
39:21
**winning**
4:16 5:24
42:10
**witnesses**
18:23
**woke**
5:8 6:14
**won**
5:25 23:19
39:20
**wont**
6:1
**won't**
40:8,9
**work**
4:18 19:5,16
21:16 27:19,
22 32:9
36:23
**worked**
3:7 22:12
32:10,13
**working**
4:10 32:12

**world**
2:24 10:7
28:23 42:4
**World-**
20:16,20
**World-check**
8:13,15,19
9:11,15
19:25 20:1
**worried**
15:22
**worrying**
35:1
**worth**
26:22
**wouldn't**
3:21 20:2
**wrap**
10:18 40:24
**wrapping**
12:3
**written**
14:2
**wrong**
34:16
**wrote**
7:23 8:1
25:8

---

**Y**

**year**
13:3 21:11
34:20 36:24
**years**
4:9,10,14
10:8 18:3
30:9 35:4
39:17
**years-**
3:7
**York**
3:6 39:12
**Youtube**
13:6
**you'll**
10:14

**you're**
11:3,18,25
12:17 21:2,4
23:24 25:17,
23 26:15
27:10,12,24,
25 28:17
29:25 30:4,
10,11,12
36:10 39:5
40:11 41:6
42:2 43:11
**you've**
12:20 33:17

---

**Z**

**zone**
28:6