# Exhibit 34

TRANSCRIPT OF

May 4, 2025 Podcast

Zach Abramowitz & Victoria Kataoka

VIDEO RECORDING

FILE NAME:

20250504 Intel analyst breaks down the campaign against Gaurav Srivastava on Targeted podcast

Transcribed By:  Adrea Knoll

1    MR. ZACH ABRAMOWITZ:  The more I talked with
2  Gaurav, the more questions I had and I needed some answers.
3  So I decided to speak with someone else who was deeply
4  familiar with Gaurav's story, Victoria Kataoka, managing
5  director at The Arkin Group, an intelligence firm based in
6  New York City.
7    She's been engaged by Gaurav to help him out of
8  this mess.  She learned a lot about Gaurav, not only in her
9  work with him, but in the diligence The Arkin Group did in
10 order to Gaurav on as a client in the first place.
11   One of the things that I've noticed about
12 targeting is it can sort of do it almost in plain sight and
13 maybe it requires hiring some online trolls or bot farms or
14 misinformation groups, so there is some cost.
15   MS. VICTORIA KATAOKA:  I mean, it's a very low
16 bar.  It's, you know, that you can see just in cancel
17 culture generally and the maelstrom of the onset of this
18 disinformation age, you can make almost any sort of
19 allegation and it's much easier to break something or
20 someone than it is to defend yourself.  And it is
21 relatively low cost.
22   MR. ZACH ABRAMOWITZ:  And more than one person
23 that I've spoken with who's been through this said at some
24 point they had suicidal thoughts.  So in other words, you
25 can -- you can make life so miserable for a person in other

1  ways that it's like akin to murder, akin to taking them
2  out, even if you didn't have someone pull a literal
3  trigger.
4          MS. VICTORIA KATAOKA:  Yeah.  And the isolation
5  that results from the campaign is in and of itself a
6  certain death.
7          MR. ZACH ABRAMOWITZ:  Take me through what you've
8  found because when you first, you know, looked online,
9  obviously, you see the flurry of articles about him.  At
10 what point did you come to the conclusion like, wow, this
11 guy was really unfairly targeted; this is a case that I
12 want to work on?
13         MS. VICTORIA KATAOKA:  It took me a really long
14 time, actually.  So there is actually a very large
15 ecosystem that is actually available to invalidate Gaurav's
16 version of what the logic of the partnership was.  Once I
17 had a better sense of that, then it was easier to say,
18 "But, well, you know, what about this transaction?"  "Well,
19 what happened here?"  So it was all very in the weeds and
20 rigorous based on executing something that really much is
21 -- is very much in line with the logic of the partnership.
22         And then you see the timing where once they
23 actually did the sort of mini audit to try to move things
24 forward, there are a variety of irregularities that were
25 discovered by Gaurav's team --

1    MR. ZACH ABRAMOWITZ:  This is the crazy thing in
2  this write-up, and this goes back to the other point that
3  you made that I really want to dig in on, which is you said
4  it took you a long time to figure this out.  I also went
5  over the story and I have to admit that even I, the first
6  time I read the story, my first inkling was, "All right,
7  well, this isn't -- there's -- there's some gray in this
8  story."  And the more I've looked into it, I sort of
9  describe it as one of those old pictures that you were
10 supposed to stare at and all of a sudden you'd see a 3-
11 dimensional image forming and like once you see it, you
12 can't unsee it.
13      Like, you know, for you he's the client; for me
14 he's the subject of like a podcast interview.  Not everyone
15 is going to have the time.  And if you don't have time and
16 serious acumen, right, both of us, it took us both a long
17 time and I think about like the average reader, the average
18 audience, the average person that sees this story is no way
19 going to notice the subtlety.  But once you see it you kind
20 of can't unsee it.
21     MS. VICTORIA KATAOKA:  Yeah, I mean, the -- I
22 think the actual record speaks for itself.  Gaurav
23 Srivastava has pursued litigation, civil and criminal
24 litigation, in a variety of different pertinent venues
25 related to the business partnership and his adversary has

1  not, save for one litigation in Switzerland for fraud that
2  the Swiss courts dismissed on the basis that the fraud
3  itself was too fantastical to be believed.
4          MR. ZACH ABRAMOWITZ:  The articles in the Wall
5  Street Journal and the Financial Times are so troubling,
6  sort of once you've come around to, I think, what you and I
7  have come to, which is all arrows point to one person being
8  like entirely responsible, you know, at fault here.  You've
9  gone through these articles, like, just give me your --
10 like what are the biggest problems that you saw?
11         MS. VICTORIA KATAOKA:  Well, so in defense of the
12 Wall Street Journal and the Financial Times, I think that
13 they were brought an extremely curated and well-developed
14 self-reinforcing narrative with corroborated sourcing and,
15 you know, a very, you know, seemingly affable and
16 sympathetic, you know, protagonist who they themselves had
17 reported on about his sanctionable activity.
18         And so, he came to them and said, "I know you've
19 done this reporting on me but the truth is is I have been
20 defrauded by this fake spy."  And when you talked earlier
21 before about, you know, the Rorschach of like staring at
22 something and then all of a sudden seeing it, what they
23 were presented with was a very shiny, like sexy, fake spy
24 story.  I mean, it is masterful, it is extremely well-
25 resourced.  The animus and the resources that were, you

1  know, brought to bear to do this, I think is extraordinary.
2  And terrifying.
3            MR. ZACH ABRAMOWITZ:  Terrifying is right.  But
4  the Wall Street Journal article and the Financial Times
5  article seemed so one-sided and skewed that it's just like
6  it's almost like, as I go back and look at the article, I'm
7  like, how when they're writing this do they not see it?
8  And as you pointed out, we're not talking about some like,
9  you know, some saint here; we're talking about someone who
10 was trading in Russian oil at a time where Russia has to be
11 like the least popular country in the west.  And yet, he
12 gets this like incredible -- this incredible treatment.
13           MS. VICTORIA KATAOKA:  So I think that there is
14 this false narrative that goes on that he was duped, that
15 he was this innocent, simple, oil trader.  He was a very
16 well-informed, deeply experienced, extremely well-connected
17 Russian oil trader.  And I think that the facts of what
18 he's done and the open source has been widely reporting on
19 by the FT, the Wall Street Journal, Public Eye, Reuters,
20 and a lot of independent watchdog entities.
21           And I think that that is -- I think it's more of
22 a cautionary tale, generally. Whoever gets to set the
23 narrative first, sets the cognitive bias.  And the
24 cognitive bias against Gaurav is so incredibly high now
25 that, you know, you talked about, you know, the New York

1  Post story or all of these things, it's not just lonely
2  because you feel misunderstood; it's lonely because people
3  do distance themselves from you.  That they're, you know,
4  if you're some --
5          MR. ZACH ABRAMOWITZ:  It's online.  It's actual
6  real --
7          MS. VICTORIA KATAOKA:  If you're some staffer --
8          MR. ZACH ABRAMOWITZ:  -- world applications.
9          MS. VICTORIA KATAOKA:  -- looking at your donor
10 list and you read the Wall Street Journal article, would
11 you accept their donation?
12         MR. ZACH ABRAMOWITZ:  No, not a change.
13         MS. VICTORIA KATAOKA:  I would put it on hold.  I
14 would say I would donate it to charity; it would be the
15 reasonable thing to do.  But then that's another story.
16 And then what is that -- it doesn't suggest that they've
17 done like this independent due diligence of their donor.
18 But it is another story that someone doesn't want to have
19 anything to do with, you know, this fake spy.
20         The last thing I'd really like to say, just
21 because I think it's an important point, I am concerned
22 about the kind of statements that the adversary is making
23 about Gaurav over the arc of this campaign.  At first, it
24 was a fake spy.  And then it was, you know, you know, a
25 fake, you know, squatter, you know, conman.  And now it's a

```
 1  monster and an inhuman, nonhuman demon.  And I find that
 2  these are very deliberate, racist tricks.  And I think it's
 3  worse pointing out because it appeals to the cognitive bias
 4  of most people reading these papers.  You know, we're all,
 5  you know, sort of formed by that.  And I think it just
 6  speaks to how incredibly well-developed and expertly
 7  designed this disinformation campaign is.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2
 3        I, ADREA KNOLL, do hereby certify that I was
 4   authorized to transcribe the foregoing recorded proceeding;
 5   and that the transcript is a true and accurate
 6   transcription, to the best of my ability, taken while
 7   listening to the provided recording.
 8
 9        I FURTHER CERTIFY that I am not of counsel or
10   attorney for either or any of the parties to said
11   proceedings, nor in any way interested in the events of
12   this cause, and that I am not related to any of the parties
13   thereto.
14
15   Dated this 31st day of JULY, 2025.
16
17
18            [signature]
19              Adrea Knoll
20
21
22
23
24
25
```

20250504 Intel analyst breaks down the campaign

### 3

3-
  4:10

### A

ABRAMOWITZ
  2:1,22  3:7
  4:1  5:4  6:3
  7:5,8,12
accept
  7:11
activity
  5:17
actual
  4:22  7:5
acumen
  4:16
admit
  4:5
adversary
  4:25  7:22
affable
  5:15
age
  2:18
akin
  3:1
allegation
  2:19
animus
  5:25
answers
  2:2
appeals
  8:3
applications
  7:8
arc
  7:23
Arkin
  2:5,9
arrows
  5:7
article
  6:4,5,6  7:10
articles
  3:9  5:4,9
audience
  4:18
audit
  3:23
average
  4:17,18

### B

back
  4:2  6:6
bar
  2:16
based
  2:5  3:20
basis
  5:2
bear
  6:1
believed
  5:3
bias
  6:23,24  8:3
biggest
  5:10
bot
  2:13
break
  2:19
brought
  5:13  6:1
business
  4:25

### C

campaign
  3:5  7:23  8:7
cancel
  2:16
can't
  4:12,20
case
  3:11
cautionary
  6:22
change
  7:12
charity
  7:14
City
  2:6
civil
  4:23
client
  2:10  4:13
cognitive
  6:23,24  8:3
concerned
  7:21
conclusion
  3:10
conman
  7:25
corroborated
  5:14
cost
  2:14,21
country
  6:11
courts
  5:2
crazy
  4:1
criminal
  4:23
culture
  2:17
curated
  5:13

### D

death
  3:6
decided
  2:3
deeply
  2:3  6:16
defend
  2:20
defense
  5:11
defrauded
  5:20
deliberate
  8:2
demon
  8:1
describe
  4:9
designed
  8:7
didn't
  3:2
dig
  4:3
diligence
  2:9  7:17
dimensional
  4:11
director
  2:5
discovered
  3:25
disinformation
  2:18  8:7
dismissed
  5:2
distance
  7:3
doesn't
  7:16,18
donate
  7:14
donation
  7:11
donor
  7:9,17
don't
  4:15

20250504 Intel analyst breaks down the campaign

| | | | |
|---|---|---|---|
| due<br>  7:17<br>duped<br>  6:14<br><br>**E**<br><br>earlier<br>  5:20<br>easier<br>  2:19  3:17<br>ecosystem<br>  3:15<br>engaged<br>  2:7<br>entities<br>  6:20<br>executing<br>  3:20<br>experienced<br>  6:16<br>expertly<br>  8:6<br>extraordinary<br>  6:1<br>extremely<br>  5:13,24  6:16<br>Eye<br>  6:19<br><br>**F**<br><br>facts<br>  6:17<br>fake<br>  5:20,23<br>  7:19,24,25<br>false<br>  6:14<br>familiar<br>  2:4<br>fantastical<br>  5:3<br>farms<br>  2:13 | fault<br>  5:8<br>feel<br>  7:2<br>figure<br>  4:4<br>Financial<br>  5:5,12  6:4<br>find<br>  8:1<br>firm<br>  2:5<br>flurry<br>  3:9<br>formed<br>  8:5<br>forming<br>  4:11<br>forward<br>  3:24<br>found<br>  3:8<br>fraud<br>  5:1,2<br>FT<br>  6:19<br><br>**G**<br><br>Gaurav<br>  2:2,7,8,10<br>  4:22  6:24<br>  7:23<br>Gaurav's<br>  2:4  3:15,25<br>generally<br>  2:17  6:22<br>give<br>  5:9<br>gray<br>  4:7<br>Group<br>  2:5,9<br>groups<br>  2:14 | guy<br>  3:11<br><br>**H**<br><br>happened<br>  3:19<br>he's<br>  4:13,14  6:18<br>high<br>  6:24<br>hiring<br>  2:13<br>hold<br>  7:13<br><br>**I**<br><br>image<br>  4:11<br>important<br>  7:21<br>incredible<br>  6:12<br>incredibly<br>  6:24  8:6<br>independent<br>  6:20  7:17<br>inhuman<br>  8:1<br>inkling<br>  4:6<br>innocent<br>  6:15<br>intelligence<br>  2:5<br>interview<br>  4:14<br>invalidate<br>  3:15<br>irregularities<br>  3:24<br>isn't<br>  4:7 | isolation<br>  3:4<br>it's<br>  2:15,16,19<br>  3:1  6:5,6,21<br>  7:1,2,5,21,<br>  25  8:2<br>I'd<br>  7:20<br>I'm<br>  6:6<br>I've<br>  2:11,23  4:8<br><br>**J**<br><br>Journal<br>  5:5,12  6:4,<br>  19  7:10<br><br>**K**<br><br>Kataoka<br>  2:4,15  3:4,<br>  13  4:21  5:11<br>  6:13  7:7,9,<br>  13<br>kind<br>  4:19  7:22<br><br>**L**<br><br>large<br>  3:14<br>learned<br>  2:8<br>life<br>  2:25<br>list<br>  7:10<br>literal<br>  3:2<br>litigation<br>  4:23,24  5:1<br>logic<br>  3:16,21 |

lonely
    7:1,2
long
    3:13  4:4,16
looked
    3:8  4:8
lot
    2:8  6:20
low
    2:15,21

                M

made
    4:3
maelstrom
    2:17
make
    2:18,25
making
    7:22
managing
    2:4
masterful
    5:24
mess
    2:8
mini
    3:23
miserable
    2:25
misinformatio
n
    2:14
misunderstood
    7:2
monster
    8:1
move
    3:23
murder
    3:1

                N

narrative
    5:14  6:14,23
needed
    2:2
nonhuman
    8:1
notice
    4:19
noticed
    2:11

                O

oil
    6:10,15,17
one-sided
    6:5
online
    2:13  3:8  7:5
onset
    2:17
open
    6:18
order
    2:10

                P

papers
    8:4
partnership
    3:16,21  4:25
people
    7:2  8:4
person
    2:22,25  4:18
    5:7
pertinent
    4:24
pictures
    4:9
place
    2:10

plain
    2:12
podcast
    4:14
point
    2:24  3:10
    4:2  5:7  7:21
pointed
    6:8
pointing
    8:3
popular
    6:11
Post
    7:1
presented
    5:23
problems
    5:10
protagonist
    5:16
Public
    6:19
pull
    3:2
pursued
    4:23
put
    7:13

                Q

questions
    2:2

                R

racist
    8:2
read
    4:6  7:10
reader
    4:17
reading
    8:4

real
    7:6
reasonable
    7:15
record
    4:22
related
    4:25
reported
    5:17
reporting
    5:19  6:18
requires
    2:13
resourced
    5:25
resources
    5:25
responsible
    5:8
results
    3:5
Reuters
    6:19
rigorous
    3:20
Rorschach
    5:21
Russia
    6:10
Russian
    6:10,17

                S

saint
    6:9
sanctionable
    5:17
save
    5:1
seemingly
    5:15
sees
    4:18

self-
reinforcing
  5:14
sense
  3:17
set
  6:22
sets
  6:23
sexy
  5:23
She's
  2:7
shiny
  5:23
sight
  2:12
simple
  6:15
skewed
  6:5
sort
  2:12,18 3:23
  4:8 5:6 8:5
source
  6:18
sourcing
  5:14
speak
  2:3
speaks
  4:22 8:6
spoken
  2:23
spy
  5:20,23
  7:19,24
squatter
  7:25
Srivastava
  4:23
staffer
  7:7
stare
  4:10
staring

  5:21
statements
  7:22
story
  2:4 4:5,6,8,
  18 5:24 7:1,
  15,18
Street
  5:5,12 6:4,
  19 7:10
subject
  4:14
subtlety
  4:19
sudden
  4:10 5:22
suggest
  7:16
suicidal
  2:24
supposed
  4:10
Swiss
  5:2
Switzerland
  5:1
sympathetic
  5:16

              T

taking
  3:1
tale
  6:22
talked
  2:1 5:20
  6:25
talking
  6:8,9
targeted
  3:11
targeting
  2:12
team
  3:25

terrifying
  6:2,3
that's
  7:15
there's
  4:7
they're
  6:7 7:3
they've
  7:16
thing
  4:1 7:15,20
things
  2:11 3:23
  7:1
thoughts
  2:24
time
  3:14 4:4,6,
  15,17 6:10
Times
  5:5,12 6:4
timing
  3:22
trader
  6:15,17
trading
  6:10
transaction
  3:18
treatment
  6:12
tricks
  8:2
trigger
  3:3
trolls
  2:13
troubling
  5:5
truth
  5:19

              U

unfairly

  3:11
unsee
  4:12,20

              V

variety
  3:24 4:24
venues
  4:24
version
  3:16
Victoria
  2:4,15 3:4,
  13 4:21 5:11
  6:13 7:7,9,
  13

              W

Wall
  5:4,12 6:4,
  19 7:10
watchdog
  6:20
ways
  3:1
weeds
  3:19
well-
  5:24
well-
connected
  6:16
well-
developed
  5:13 8:6
well-informed
  6:16
west
  6:11
we're
  6:8,9 8:4
who's
  2:23

| | |
|---|---|
| **widely**<br>  6:18<br>**words**<br>  2:24<br>**work**<br>  2:9  3:12<br>**world**<br>  7:8<br>**worse**<br>  8:3<br>**wow**<br>  3:10<br>**write-up**<br>  4:2<br>**writing**<br>  6:7<br><br>     **Y**<br><br>**York**<br>  2:6  6:25<br>**you'd**<br>  4:10<br>**you're**<br>  7:4,7<br>**you've**<br>  3:7  5:6,8,18<br><br>     **Z**<br><br>**ZACH**<br>  2:1,22  3:7<br>  4:1  5:4  6:3<br>  7:5,8,12 | |