# Exhibit 35

*EURICO ALVES*

*ADVOGADO – CP 21f*

*Com escritório na Rua Salgueiro Maia, loja 5B*

*8135-177 Almancil*

## RECONHECIMENTO DE ASSINATURA

efetuado nos termos e ao abrigo do disposto nos nºs 1 e 3 do artigo 38º do Decreto-lei n.º 76-A/2006, de 29 de março, e no artigo 4º da Portaria nº 657-B/2006, de 29 de junho

-- Reconheço a assinatura de **ROBIN EDOUARD ALAIN LUISIER**, NIF 310 409 756, solteiro, maior, natural de natural de Carouge, Suíça, de nacionalidade suíça, portador do Cartão de Cidadão Suíço nº K0T43A25, válido até 21/01/2034, residente em Ch. ▮▮▮ 1234 Vessy, Genebra, Suíça, feita pelo próprio na minha presença, no documento anexo, que corresponde uma Declaração "Affidavit", composta por DUAS folhas, que foram por mim, numeradas, rubricadas e carimbadas. _____

Verifiquei a identidade do Outorgante pela exibição do documento de identificação supramencionado. _____

O Advogado,

*[signature]*

EURICO ALVES
Advogado
Nif 209 198 796 / CP 21-F
Rua Salgueiro Maia  Loja 5B
8135-177 Almancil
Telf  289 359 230
Email  ealves@nfea.pt

*O presente ato foi registado no portal da ordem dos advogados no dia 11.06.2025 sob o número 21F/2444*

**EURICO ALVES**

*ADVOGADO – CP 21f*

*Com escritório na Rua Salgueiro Maia, loja 5B*

*8135-177 Almancil*

### SIGNATURE RECOGNITION

under the terms and under the provisions of paragraphs 1 and 3 of article 38 of Decree-Law no. 76-A / 2006, of 29 March, and in article 4 of Ordinance no. 657-B / 2006, of 29 June

- I acknowledge the signature of **ROBIN EDOUARD ALAIN LUISIER**, NIF 310 409 756, single, born in Carouge, Switzerland, of Swiss nationality, holder of the Swiss national document of identification number K0T43A25, issued by the Swuss entities valid until 21/01/2034, with address in Ch. ▉▉▉▉▉▉▉ 1234 Vessy, Genebre, Switzerland, signed the attached document in my presence, which is numbered, initialized and stamped by me. _____

I verified the identity of the Grantor by the exhibition of the identification document mentioned above. _____

The Lawyer,

*[signature]*

EURICO ALVES
Advogado
Nif  209 198 796 / CP 21-F
Rua Salgueiro Maia Loja 5B
8135-177 Almancil
Telf  289 359 230
Email  ealves@nfea.pt

The presente document was registerd in the lawyers bar on the 11th june 2025 under the registrartion number 21F/2444

ROBIN LUISIER, who, being duly sworn, deposes and says under oath that:

1. I am of sound mind, over 18 years old, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations. It is a summary of some of the relevant events but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. I am a Swiss national residing in Switzerland.

3. I am a tax professional. I have known Niels Troost in that capacity for over ten years.

4. I am the director of EZI-Diaroc Holdings SA, a holding company set up for Mr. Troost for Swiss tax purposes.

5. In July 2022, Mr. Troost called me from Indonesia. At the time, Mr. Troost's businesses held within EZI were extremely valuable, worth an estimated $500 million. The call was uncharacteristic of Mr. Troost. He sounded stressed and rushed, and he was very insistent. Mr. Troost told me that he was selling 50% of Paramount Energy & Commodities SA to someone, whom he did not identify by name, for almost no consideration. I was extremely alarmed. Mr. Troost told me during the call that his new business partner was "active CIA" and that Mr. Troost had to enter this transaction to stay off the OFAC list, referring to U.S. sanctions. Mr. Troost said if he entered this transaction with the "active CIA" business partner, the businesses could continue to sell Russian crude oil with the U.S. Government's approval. We had several calls around this time period about the transaction.

6. I tried to convince Mr. Troost not to sell his valuable company for nothing. But Mr. Troost said that I did not know all of the facts, and he would not provide me additional detail. I perceived from our conversations that he was under duress, that he perceived he was in a situation in which he had no choice.

7. I spoke about these conversations with others who knew Mr. Troost, and we all agreed that Mr. Troost's behavior was unusual and odd.

8. The form of the proposed transaction—selling a valuable asset for nothing—raised Swiss tax issues, which I hoped would slow down the deal. I raised this with Mr. Troost. Mr. Troost told me that the new shareholder had good relationships with OFAC, the Swiss Secret Service and SECO (the Swiss sanctioning authorities), and so there would be no tax issue in Switzerland—the new shareholder would take care of it through his relationships with those agencies.

9. Around this same time I spoke with Jean-Marc Wasem, another of Mr. Troost's tax advisors. We discussed that Mr. Troost had told me that his new business partner was with the CIA. While we did not perceive this affiliation as creating legal or tax issues in Switzerland, discussed that the form of the proposed transaction would have significant negative tax consequences for Mr. Troost.

10. When Mr. Troost returned to Geneva from Indonesia, I spoke with him in person. I asked him whether the new business partner might be scamming him. Mr. Troost became angry and would not listen to me. Mr. Troost said that I did not, and could not, have access to all the facts like Mr. Troost did. I tried to convince Mr. Troost to at least ask for more money for the business so that Swiss tax authorities would not perceive the transaction as a gift, but Mr. Troost, the sole shareholder of EZI, instructed me to sign the share purchase agreement under the dictated terms.

11. Mr. Wasem and I continued to discuss the tax issue after the agreement was signed in July 2022. We met with Nicolas Bravard and Frederic de la Court, the representative and tax advisor, respectively, for the new shareholder. During the meeting, Mr. Bravard claimed that our Swiss tax concerns were ridiculous because of Mr. Bravard's team's relationship with the Swiss Secret Service and OFAC. Mr. Wasem and I wanted a written document from the U.S. Government (OFAC) or the Swiss Government verifying that the transaction did not implicate Swiss tax issues. Mr. Bravard assured us that their contacts could issue something addressing the tax implications; he assured us there would be no Swiss tax issue. Mr. Bravard directed us to speak to Mr. Troost about obtaining proof. After that, on October 17, 2022, Mr. Wasem emailed Mr. Troost, copying me, about this (attached).

12. While all of this was happening, I texted with Mr. Wasem about the situation. On July



EURICO ALVES
Advogado
Nif 209 198 796 / CP 21-F
Rua Salgueiro Maia Loja 5B
8135-177 Almancil
Telf 289 359 230
Email ealves@nfea.pt



18, 2022, I wrote a text referring to Nicolas Bravard as "aka Porteur de valises," by which I referred to someone involved in discreet activities, based on Mr. Troost's description of the deal. I also said he was "sûrement un pote de Kane," meaning that he was probably a friend of the Paramount debtor who was threatening Mr. Troost, because I was suspicious. I also wrote, "Je lui ai parlé c'est fou!" meaning I spoke to Mr. Troost and I thought the situation was "crazy." After we saw the share purchase agreement, Mr. Wasem wrote to me on July 29, "s'il signe ça il est mort, complètement dingue cette histoire…," meaning that if Mr. Troost signed it, he would be, metaphorically, dead—it was a terrible deal. Mr. Wasem wrote to me, "Tu penses pas qu'il se fait tout simplement pigeonner et que le gus va ramasser 250 patates et disparaître? Et ensuite il sera sous sanction???" asking whether I thought Mr. Troost was being conned and that they were going to steal $250 million from him and then get him sanctioned. I responded, "On est tranquille c'est Joe Biden derrière!" meaning, "we are fine, Joe Biden is behind this." I was referring to what Mr. Troost told me at the time about the deal being active CIA. I am familiar with Mr. Srivastava's recent allegations that Mr. Troost only fabricated a story about Mr. Srivastava claiming to be with the CIA after they had a dispute in May 2023, but these text messages between Mr. Wasem and me from July 2022 reflect that Mr. Troost told me about his understanding that the CIA was involved from July 2022.

13. On October 14, 2022, Mr. Wasem and I continued to discuss the situation. Mr. Wasem wrote to me, "Plus j'y pense moins j'y crois à cette histoire…" and "Si tu refais le fil des événements, la convention actionnaire, il est sur de l'ultra court terme le Nicolas, il a rien baqué de son côté, il va empocher les patates et disparaître." I understood that Mr. Wasem was telling me the more he thinks about it, the less he believes the story, and that he thought that they were going to take Mr. Troost's money and disappear. I responded, "C'est 50/50 pour moi," meaning it was 50/50 for me—I was not yet 100% sure Mr. Troost was being scammed, but I was suspicious, like Mr. Wasem.

14. In December 2022, I was present at the office of Paramount Energy & Commodities SA in Geneva at a meeting between Mr. Troost, Mr. Bravard, and Gaurav Srivastava. This was the first time I had met Mr. Srivastava. During the meeting, Mr. Srivastava was unable to offer any specifics about how he was going to align OFAC, the Swiss Secret Service and SECO. He spoke in generalities. I perceived from the way that Mr. Troost, Mr. Bravard, and Mr. Srivastava interacted that they were not telling me all the information that they had discussed among themselves. Mr. Srivastava's demeanor and the lack of substance in the words he was speaking led me to conclude that he was lying. He had no specific information about how his supposed government contacts were going to make the Swiss tax issue disappear. I was not satisfied.

15. Mr. Troost and Mr. Srivastava left the meeting. I stayed behind with Mr. Bravard. I again questioned Mr. Bravard about how Mr. Srivastava could possibly make the Swiss tax issue go away, and about whether his supposed government contacts and affiliation were real. Mr. Bravard pulled out his cellphone and showed me a photo of Mr. Srivastava and President Joe Biden. Mr. Bravard insisted that Mr. Srivastava could take care of it.

16. On several occasions, Mr. Bravard told me that Mr. Srivastava was working for the U.S. CIA.

17. Under the original transaction with the new shareholder Mr. Troost's holdings were to remain under a Swiss company. There was no discussion of putting the holdings under the umbrella of a U.S. company at that time. Much later, in early 2023, I was told about what was called an "inversion" through which Mr. Troost's holdings would be placed under a U.S. company. This would have created additional tax issues.

18. I have fully read, understood, and considered every statement in this affidavit, all of which are true to the best of my recollection. I understand that this affidavit may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from any third parties in exchange for signing this affidavit. I am doing so of my own free will and because the facts to which I am attesting are true.

_____
Signature of Affiant, Robin Luisier

Subscribed and sworn before me
this ___ day of _____, 2025

EURICO ALVES
Advogado
Nif 209 198 796 / CP 21-F
Rua Salgueiro Maia Loja 5B
8135-177 Almancil
Telf 289 359 230
Email ealves@nfea.pt



# ORDEM DOS ADVOGADOS

**REGISTO ONLINE DOS ACTOS DOS ADVOGADOS**
Artigo 38.º do Decreto-Lei n.º 76-A/2006, de 29-03

Portaria n.º657-B/2006, de 29-06

**Dr.(a) Eurico Alves**
CÉDULA PROFISSIONAL: 21F
IDENTIFICAÇÃO DA NATUREZA E ESPÉCIE DO ACTO
   Reconhecimento simples
IDENTIFICAÇÃO DOS INTERESSADOS
   Robin Edouard Alain Louisier
   Cartão de Cidadão nº. K0T43A25
EXECUTADO A: 2025-06-11 12:06
REGISTADO A: 2025-06-11 12:07
COM O Nº: 21F/2444

Poderá consultar este registo em http://oa.pt/atos
usando o código 50222237-539713

**EURICO ALVES**
Advogado
Nif  209 198 796 / CP 21-F
Rua Salgueiro Maia  Loja 5B
8135-177 Almancil
Telf  289 359 230
Email  ealves@nfea.pt

www.oa.pt