# Exhibit 37

**Republic of the Sudan**
**Transitional Sovereignty Council**

First Vice Presedent




Ref :
August 14, 2021
Mr.Gaurav Srivastava
Chairman
Unity Resources Group
11601 Wilshire Blvd,
Los Angeles, California 90025
USA

Dear Mr. Srivastava,

### RE: INVITATION TO THE SUNDAN

I write with fraternal greetings from The Sudan.
Following a series of recent interactions. I am pleased to invite you and your executive team to travel to The Sudan from Sunday, the 15th of August 2021 for a series of high –level meetings coordinated by my office.
I have received the names and details of your delegation so that VISAS-ON-ARRIVAL will be arranged at Khartoum Airport accordingly.
Thank you and best of regards.

**Gen. Hassan Mahgoub Alfadil**
**Executive Office Manager**