# Exhibit 38

"Strength in Unity"



June 7, 2022

Dear General Dagalo

I write to you today regrettably to inform you of a matter that has kept me up for several months. It is my internal conscious and conviction that finally pushed me to tell you about the following matter.

General, it is important for you to know that the gentleman Mr. Mohmad Noor who collected the funds on two occasions has stolen the money.
Me. Mohmad Noor is a cousin of Al Hajj Habib Kagimu and portrayed to me to have a long working relationship. Myself personally or my company has never worked with in any capacity.

Because he Is a relative of Mr. Habib Kagimu and Mr. Habib Kagimu explicitly said he can be trusted , we entrusted him with collecting the funds.

With deep grief , I would like to inform you of the 3 million you have given to Unity, only 1.2 million was ever received by us.
Mr. Mohmad Noor claims his wife has stolen close to 1 million dollars and he still has the remainder of the money with him.

I must inform you I have personally funded the programs while my people were in Khartoum and all other activities in the USA, hoping that Mr. Mohmad Noor on the assurance of the Mr. Habib Kagimu will follow though but he has not.

Mr. Mohmad Noor refuses to pick up my phone or respond to my messages.
At this moment of time, I do not know what to do but seek your guidance on the matter.

Thank You

Kind Regards
Gaurav Srivastava

Unity Resources Group         www.Unityresourcesgroup.com         11601 Wilshire Blvd. Los Angeles, California 90025