# Exhibit 39

**John Maguire**

May 20, 2023

> What is Mort full name i want to run his current background and ensure he is not on any current lists
> 00:56

Murtaza Lakhani he was on ofac list but he's been pulled off the list for this meeting
01:14

> he was pulled off the OFAC santions list to meet with you guys in Dubai?
> 01:15

We asked Mort if he could roll meeting 24 hours. No answer yet. If he doesn't answer we will leave tomorrow to stay with

