**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NIELS TROOST,<br><br>                           Plaintiff,<br>    - against -<br><br>THE ARKIN GROUP DE LLC D/B/A THE<br>ARKIN GROUP, AND VICTORIA<br>KATAOKA,<br><br>                       Defendants. | Case No. 25-CV-6487 (JHR) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant The Arkin Group DE LLC d/b/a The Arkin Group ("The Arkin Group") and defendant Victoria Kataoka (together, "Defendants"), by and through their undersigned counsel, hereby state the following.

The Arkin Group is a limited liability company formed under the laws of Delaware with its principal place of business at 260 Madison Ave, 8th Floor, New York, NY 10016.  The Arkin Group's sole member is Merchant TAG LLC, a limited liability company formed under the laws of Delaware.  Merchant TAG LLC has two members: (i) JPD Holdings LLC and (ii) Merchant Wealth Management Holdings 2, LLC, also both Delaware limited liability companies.  JPD Holdings LLC's members are natural persons Patricia Devine and Jack Devine, both of whom are citizens of New Jersey.  Defendants understand, based on information available to them, that Merchant Wealth Management Holdings 2, LLC has numerous members and at least one of whom is a natural person or corporation who is not a U.S. citizen, and at least one of whom is a U.S. citizen domiciled outside the United States.

Victoria Kataoka is a U.S. citizen who is currently, and was at the time the complaint in the above-captioned action was filed, domiciled in a country other than the United States.

Dated:   New York, New York
           November 17, 2025

**PRYOR CASHMAN LLP**

By: */s/ Sidhardha Kamaraju*
    Sidhardha Kamaraju
    Aaron Wiltse
    7 Times Square, Suite Level 40
    New York, NY 10036
    Tel: 212-326-0895
    Tel: 212-326-0818
    Email: skamaraju@pryorcashman.com
    Email: awiltse@pryorcashman.com

    Michael Niborski (*pro hac vice application forthcoming*)
    1901 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067
    Tel: 310-638-6616
    Email: mniborski@pryorcashman.com

    *Attorneys for defendants The Arkin Group DE LLC d/b/a The Arkin Group and Victoria Kataoka*

10082249 v4
37026.00001