**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

NIELS TROOST,

      Plaintiff,

    v.

THE ARKIN GROUP DE LLC D/B/A THE
ARKIN GROUP, AND VICTORIA KATAOKA,

      Defendants.

Civ. No. 25-CV-6487 (JHR)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Neils Troost, through his attorneys, submits the following Notice of Voluntary Dismissal Without Prejudice with respect to the above-captioned action.

1. Plaintiff filed his complaint in this matter on August 6, 2025.

2. Defendants have not filed an answer or motion for summary judgment.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff submits this Notice of Voluntary Dismissal Without Prejudice of the above-captioned action.

4. Plaintiff's voluntary dismissal is without prejudice because it is based on Defendants' assertion that this court lacks subject matter jurisdiction. Plaintiff explicitly reserves his rights to refile this action in any court of competent jurisdiction and any and all rights under N.Y. C.P.L.R. § 205. Indeed, Plaintiff intends imminently to refile this action in such a court.

Dated: November 26, 2025

Respectfully Submitted,

/s/ *Nicholas J. Brechbill*
Nicholas J. Brechbill

Thomas A. Clare, P.C. (*pro hac vice* forthcoming)
Nicholas J. Brechbill (N.Y. Bar No. 5658455)
James E. O'Toole (admitted *pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
nick@clarelocke.com
james@clarelocke.com

Jason A. Masimore (N.Y. Bar No. 4147534)
BRODBECKS LAW, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (347) 804-1093
jason.masimore@brodbeckslaw.com

*Attorneys for Plaintiff Niels Troost*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 26, 2025, a true and correct copy of the foregoing was served on all counsel of record by e-filing the Notice of Voluntary Dismissal using the Court's CM/ECF system.

Dated: November 26, 2025                    Respectfully Submitted,

                                            /s/ *Nicholas J. Brechbill*
                                            Nicholas J. Brechbill

                                            *Attorney for Plaintiff Niels Troost*

3